IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                         Case No. 8:12-MJ-1008 MAP

Sami Osmakac,
    Defendant.

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my communications or interactions with the government or its agents with regard to this case and any other state or federal case, investigation, or matter, whether it be criminal, civil, or administrative in nature. I will not waive my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me for any reason unless my counsel is present.

_Sami Osmakac_
(Defendant's signature)

DONNA LEE ELM
FEDERAL DEFENDER

_Alec F. Hall_
Assistant Federal Defender (signature)
Bar No. 0137138
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: 813-228-2715
Fax: 813-228-2562

Date: 1/9/12                Time: _____ a.m./p.m.