# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SAMI OSMAKAC

WARRANT FOR ARREST

CASE NUMBER: 8:12-MJ-1008 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SAMI OSMAKAC and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with Attempted Use of a Weapon of Mass Destruction Against Persons and Property in the U.S.

In violation of Title 18, United States Code, Section(s) 2332a(a)(2)(A), (a)(2)(B), and (a)(2)(D).

MARK A. PIZZO
Name & Title of Judicial Officer

*[signature]*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

January , 2012, at Tampa, Florida
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____   by _____
                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Tampa, Florida

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/08/2012 | SPECIAL AGENT STEVE DIXON | *[signature]* |
| DATE OF ARREST | | |
| 01/09/2012 | | |