UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                                        Case No.  8:12-CR-45-T-35EAJ

**SAMI OSMAKAC**
_____/

**O R D E R**

In light of Title 28, United States Code, Section 455(a)(1) and further review of the file, it is appropriate to recuse myself in this case. The Clerk of Court is directed to re-assign this matter, by random draw, to another magistrate judge.

DONE and ORDERED at Tampa, Florida, this ___3rd___ day of February, 2012.

ELIZABETH A JENKINS
United States Magistrate Judge