UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:12-CR-45-T-35AEP

SAMI OSMAKAC

**NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION**

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, by and through the undersigned Assistant United States Attorney, hereby provides notice to the defendant, Sami Osmakac, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance or physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:  *s/ Sara C. Sweeney*
SARA C. SWEENEY
Assistant United States Attorney
USA No. 0000119
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6178
E-Mail: sara.sweeney@usdoj.gov

U.S. v. Osmakac						Case No. 8:12-CR-45-T-35AEP

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alec F. Hall, Esq.

By:	*/s/ Sara C. Sweeney*
	SARA C. SWEENEY
	Assistant United States Attorney
	USA No. 0000119
	400 North Tampa Street, Suite 3200
	Tampa, Florida 33602
	Telephone:	(813) 274-6000
	Facsimile:	(813) 274-6178
	E-Mail: sara.sweeney@usdoj.gov