UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

UNITED STATES OF AMERICA

    Plaintiff,

v.                                       CASE NO 8:12-CR-00045-MSS-AEP

SAMI OSMAKAC,

    Defendant.

_____/

## **DEMAND FOR DISCOVERY**

The Defendant, by and through the undersigned attorney, pursuant to Rule 3.220, Florida Rules of Criminal Procedure, demands within fifteen (15) days of the date hereof, or such lesser time as the Court may direct, the disclosure by the prosecutor to defense counsel for the purpose of photographing, the following information or material within the US's possession or control:

    1.    The names and addresses of all persons known to the US Attorney to have information which may be relevant to the offense charged, and to any defense with respect thereto.

    2.    The statement of any person whose name is furnished in compliance with the preceding paragraph.

    3.    Any written or recorded instrument and the substance of any oral statement made by the accused and known to the US Attorney, together with the name and address of each witness to the statement.

    4.    Any written or recorded statement and the substance of any statement made by a co-defendant, if the trial is to be a joint trial.

    5.    Any tangible papers or objects which were obtained from or belonged to the defendant.

    6.    Whether the US has any material or information which has been provided by a confidential informant.

    7.    Whether there has been any electronic surveillance, including wiretapping of the premises of the Defendant, or of conversations to which the Defendant was a party, and any

documents relating thereto.

       8.      Whether there has been any search and seizure and documents relating thereto.

       9.      Reports or statement of experts made in connection with the particulars case, including the results of physical or mental examinations and of scientific tests, experiments, or comparisons.

      10.     Any tangible papers or objects which the US Attorney intends to use in the hearing or trial and which were not obtained from or belonged to the defendant.

      11.     Any and all material information within the US Attorney's possession or control which tends to negate the guilt of the Defendant as to the offense charged.

      12.     Any and all other such discovery which justice may require upon a showing of materiality to the preparation of the defense.

      13.  Any records of prior convictions of the defendant or any witness of the State which the State intends to call at the trial of this cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by courthouse mail this 13th day of April 2012, to the US Attorney, U.S. Courthouse, 801 North Florida Avenue, Tampa, Fl 33602.

                                                LAW OFFICE OF CHARLES P. VAUGHN

                                               By:   s/ Charles P. Vaughn
                                                        CHARLES P. VAUGHN
                                                        120 North Seminole Avenue
                                                         Inverness, Florida 34450
                                                         352/726-6867
                                                         Florida Bar No. 628476
                                                         Attorney for Defendant