# EXHIBIT 2

Baughman,Termed

## U.S. District Court
## Northern District of Ohio (Cleveland)
## CRIMINAL DOCKET FOR CASE #: 1:07-cr-00300-PAG-1

| | |
|---|---|
| Case title: United States of America v. Griffin | Date Filed: 05/23/2007<br>Date Terminated: 11/07/2007 |

Assigned to: Judge Patricia A. Gaughan

### Defendant (1)

| | |
|---|---|
| **Adrian Griffin**<br>*TERMINATED: 11/07/2007* | represented by **John J. Ricotta**<br>1810 Standard Bldg.<br>1370 Ontario Street<br>Cleveland, OH 44113<br>216-241-0715<br>Fax: 216-241-9434<br>Email: JJRICOTTA@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| Pending Counts | Disposition |
|---|---|
| 21:841(a)(1) and (b)(1)(C)<br>DISTRIBUTION OF CRACK COCAINE<br>(1) | Committed to the custody of Bureau of Prisons for period of 40 months. 3 years supevised release. $100.00 special assessment. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

**United States of America**      represented by **Kelly L. Galvin**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3731
Fax: 216-522-8354
Email: kelly.l.galvin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2007 | 1 | Indictment as to Adrian Griffin (1) count(s) 1. (Attachments: # 1 Designation Form and Signature Page) (R,N) (Entered: 05/24/2007) |
| 05/23/2007 | | Random Assignment of Magistrate Judge pursuant to Local Criminal Rule 57.9. In the event of a referral, case will be assigned to Magistrate Judge Baughman. (R,N) (Entered: 05/24/2007) |
| 05/23/2007 | 2 | Motion to be filed under seal by United States of America as to Adrian Griffin. (R,N) (Entered: 05/24/2007) |
| 05/23/2007 | 3 | Order granting the government's 2 motion to file case under seal as to Adrian Griffin (1). Signed by Magistrate Judge Nancy A. Vecchiarelli on 5/23/07. (R,N) (Entered: 05/24/2007) |
| 06/15/2007 | | CJA 20 Appointment of Attorney John J. Ricotta for Adrian Griffin. Entered by Magistrate Judge William H. Baughman, Jr. on 06/15/2007. (G,GS) (Entered: 06/15/2007) |
| 06/15/2007 | | Case unsealed as to Adrian Griffin, Indictment Unsealed as to Adrian Griffin (G,YJ) (Entered: 06/15/2007) |
| 06/15/2007 | | Arrest of Adrian Griffin on 6/15/07. (G,YJ) (Entered: 06/15/2007) |
| 06/15/2007 | 6 | Minutes of proceedings before Magistrate Judge William H. Baughman, Jr. Arraignment as to Adrian Griffin (1) held on 6/15/2007. Attorney John J. Ricotta appointed for Adrian Griffin, Darin Thompson appeared for this hearing only. Defendant waives reading of indictment. Not Guilty Plea entered by Adrian Griffin (1) on Count 1. Detention Hearing/Preliminary Examination set for 6/20/2007 01:15 PM in Courtroom 10A before Magistrate Judge William H. Baughman, Jr. Defendant remanded to the custody of the US Marshal. (ECRO Douglas Bettis) (H,D) (Entered: 06/18/2007) |
| 06/15/2007 | 7 | Order of Temporary Detention pending hearing as to Adrian Griffin. Detention Hearing set for 6/20/2007 01:15 PM in Courtroom 10A before Magistrate Judge William H. Baughman, Jr. Signed by Magistrate Judge William H. Baughman, Jr. on 6/15/07. (H,D) (Entered: 06/18/2007) |
| 06/19/2007 | 8 | Arrest Warrant Returned Executed on 6/15/07 in case as to Adrian Griffin. (G,YJ) (Entered: 06/19/2007) |

| | | |
|---|---|---|
| 06/20/2007 | 9 | Minutes of proceedings before Magistrate Judge William H. Baughman, Jr. Detention Hearing as to Adrian Griffin held on 6/20/2007. Defendant signed waiver. Defendant remanded to the custody of the US Marshal. (ECRO Katie King) (H,D) (Entered: 06/20/2007) |
| 06/20/2007 | 10 | Waiver of Detention Hearing by Adrian Griffin. Order signed by Magistrate Judge William H. Baughman, Jr. on 6/20/07. (H,D) (Entered: 06/20/2007) |
| 06/27/2007 | 11 | **Minutes/Order** as to Adrian Griffin: Pretrial is set 7/13/2007 at 09:30 AM in Chambers 19B. Discovery deadline is 7/9/07. Signed by Judge Patricia A. Gaughan on 6/25/07. (LC,S) (Entered: 06/27/2007) |
| 06/29/2007 | 12 | Notice of Discovery *Letter* as to Adrian Griffin (Ricotta, John) (Entered: 06/29/2007) |
| 07/10/2007 | 13 | Response to 12 request for discovery as to Adrian Griffin filed by USA (Galvin, Kelly) Modified text 7/11/2007 (C, K). (Entered: 07/10/2007) |
| 07/18/2007 | 14 | **Criminal Pretrial Order** of Pretrial Conference as to Adrian Griffin held on 7/13/2007. Trial set for 8/13/07 at 9:30 AM. Final Pretrial set for 8/9/07 at 9:30 AM. Discovery has been completed. Pretrial Motions due by 7/27/07. Briefs in Opposition due 8/6/07. Suppression hearing will be held on the date of the Final Pretrial. Signed by Judge Patricia A. Gaughan on 7/18/07. (LC,S) (Entered: 07/18/2007) |
| 08/08/2007 | 15 | **Motion** for Protective Order *to Limit Dissemination or Duplication of Undercover Videos* by United States of America as to Adrian Griffin. (Galvin, Kelly) (Entered: 08/08/2007) |
| 08/08/2007 | 16 | FILING ERROR, duplicate of doc 15 , disregard. **Motion** for Protective Order *to Limit Dissemination or Duplication of Undercover Videos* by United States of America as to Adrian Griffin. (Galvin, Kelly) Modified text/termed motion 8/9/2007 (C, K). (Entered: 08/08/2007) |
| 08/09/2007 | 17 | **Minutes of proceedings** before Judge Patricia A. Gaughan. Change of Plea Hearing as to Adrian Griffin held on 8/9/2007 with referral to Probation for preparation of a Presentence Investigation Report. Plea of not guilty withdrawn and plea of guilty entered as to Count 1. Sentencing set for 11/7/2007 at 11:30 AM in Courtroom 19B before Hon. Patricia A. Gaughan. (Court Reporter Shirle Perkins)(Time: 30 minutes) (G,YJ) (Entered: 08/14/2007) |
| 08/14/2007 | 18 | Plea Agreement as to Adrian Griffin, signed on 8/9/07 by Judge Patricia A. Gaughan (G,YJ) (Entered: 08/14/2007) |
| 08/27/2007 | | **Order** [non-document]: Government's Motion for Protective Order to Limit Dissemination or Duplication of Undercover Videos is granted. 15 Approved by Judge Patricia A. Gaughan on 8/27/07. (LC,S) (Entered: 08/27/2007) |
| 11/07/2007 | 19 | **Minutes of proceedings** before Judge Patricia A. Gaughan.Sentencing held on 11/7/2007 for Adrian Griffin (1). Defendent committed to the custody of Bureau of Prisons for period of 40 months. 3 years supevised release. $100.00 special assessment. The Court recommends the Drug Treatment Program while incarcerated. (Court Reporter Heidi Geizer) (S,R) (Entered: 11/13/2007) |

| 11/07/2007 | 20 | **Judgment** as to Adrian Griffin (1). Defendant committed to the custody of Bureau of Prisons for period of 40 months. The Court recommends Drug Treatment Program while incarerated. 3 years supevised release. $100.00 special assessment. Signed by Judge Patricia A. Gaughan on 11/8/07. (S,R) (Entered: 11/13/2007) |
|---|---|---|
| 12/07/2007 | | CJA 20 as to Adrian Griffin: Authorization to Pay John J. Ricotta. Amount: $ 4267.99. Approved by Judge Patricia A. Gaughan on 12/7/07. (LC,S) (Entered: 12/07/2007) |
| 01/10/2011 | 21 | **Order** Regarding Violation Report as to Adrian Griffin. The Court Orders the Modification of Conditions as follows: You shall reside at the Residential Reentry Center (RRC) for a period of 120 days and shall observe the rules of that facility. While at the center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this courtdirective. Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the offender. Judge Patricia A. Gaughan on 1/10/11. (LC,S) (Entered: 01/17/2011) |
| 01/17/2011 | 22 | **Order** Regarding Supervised Release Revocation Hearing: A supervised release revocation hearing was held on January 13, 2011. The Defendant, Feleno Devon Fowler, was present and represented by his counsel, Darin Thompson. The defendant waived his right to an evidentiary hearing and admitted to violating the conditions of his supervised release, to wit: Law Violation and Illicit Use of Drugs. This Court finds the most serious violation to be a grade B violation. By agreement of the United States Probation Officer and the Assistant United States Attorney, this Court hereby continues the defendant on supervised release with all the same conditions as previously ordered. Judge Patricia A. Gaughan on 1/13/11. (Court Reporter: Judy Gage) Time: 30 mins. (LC,S) (Entered: 01/17/2011) |
| 05/24/2011 | 23 | **Order** Regarding Violation Report as to Adrian Griffin. The Court Orders the Modification of Conditions as follows: Cognitive Behavioral Program- The defendant shall participate in cognitive behavioral program as instructed by the pretrial services and probation officer. Employment Condition- The defendant shall comply with the Northern District of Ohio Offender Employment Policy which may include participation in training, education, counseling, and/or daily job search as directed by the pretrial services and probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be directed to perform up to 20 hours of community service per week until employed, as approved or directed by the pretrial services and probation officer. Suspend the remaining balance of 120 day RRC placement. Judge Patricia A. Gaughan on 5/24/11. (LC,S) (Entered: 05/24/2011) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |