UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:12-CR-45-T-35AEP

SAMI OSMAKAC

## [PROPOSED] PROTECTIVE ORDER

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection by the parties, it is hereby

ORDERED that, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, that the discovery material provided by the government in this case not be reproduced or disseminated to persons not a party to, or involved in, this case, and that defense counsel be prohibited from allowing defendant unsupervised access to the material, except as provided below.

IT IS FURTHER ORDERED that copies of discovery material only be provided to those persons employed by defense counsel who are necessary to assist counsel in preparation for trial, and to such persons as the defense deems necessary to further legitimate investigation and preparation of this case.

IT IS FURTHER ORDERED that any person who receives a copy of any document subject to this protective order from defense counsel from using such document in any way except to assist counsel for defendant in the investigation

or preparation of this case, and from reproducing or disseminating any such document in any way to any other person or entity except as provided for in the order.

IT IS FURTHER ORDERED that if any party believes an exception should be made to this protective order, the parties will confer and then seek guidance from this Court as necessary. The parties will advise the Court by letter of any agreed-upon exceptions made to the protective order.

IT IS FURTHER ORDERED that this protective order does not in any manner limit the right of defense counsel to reproduce or disseminate any information or document obtained from sources other than the government even if the same information is within the material provided to the defense by the government in the discovery process.

IT IS FURTHER ORDERED that this protective order does not apply to FISA information that remains classified. All classified information will be governed by all applicable laws and rules applying to the disclosure and handling of classified information, the Classified Information Procedures Act, 18 U.S.C. App. 3 § 1 et seq., and any Order of this Court.

Dated this \_\_\_\_ day of _____, 2012.

_____
MARY S. SCRIVEN
United States District Judge