UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HONORABLE MARY S. SCRIVEN**

| CASE NO. 8:12-cr-00045-MSS-AEP | DATE: June 15, 2012 |
|---|---|
| TITLE: USA v. Sami Osmakac | |
| TIME: 9:05-9:20 AM | TOTAL: 15 minutes |
| Courtroom Deputy: Anaida Vizza | Interpreter: n/a |
| Court Reporter: Claudia Spangler-Fry | |
| Counsel for Plaintiff: AUSA Sara Sweeney and Robert O'Neil | |
| Counsel for Defendant: Charles Vaughn and Paul Militello | |

## CLERK'S MINUTES: PROCEEDINGS OF HEARING ON MOTION TO WITHDRAW

This matter is set on Motions to Withdraw filed by the Defendant. (Dkts. 45, 46) Counsel received a letter from the Defendant stating that the Defendant no longer wanted Mr. Vaughn and Mr. Militello to represent him. Statements made by Mr. Vaughn and the Defendant. Due to attorney client privilege, Counsel for the Government was excused from the Courtroom; the letter is published for the Court; and oral statements were made by the parties. Counsel for the Government returns to the Courtroom. The Court DENIES the Defendant's Motions without prejudice, finding that there are no irreconcilable differences that cannot be handled in a normal course. Current Counsel of record are to remain on the case. Defendant has 14 days from today's date to retain new counsel and for new counsel to file an appearance/appropriate motion to substitute. Court is adjourned.