UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:12-cr-45-T-35AEP

SAMI OSMAKAC

### ORDER

THIS CAUSE is before the Court on the Defendant's Motion for Charles P. Vaughn to Withdraw as counsel of record and Defendant's Motion for Paul L. Militello to Withdraw as counsel of record. (Dkts. 45, 46)  On June 15, 2012, a hearing was held before this Court, and, for reasons stated on the record, the Defendant's Motions are **DENIED without prejudice**.

ACCORDINGLY, it is ORDERED:

1. That the Defendant's Motion for Charles P. Vaughn to Withdraw as counsel of record and Defendant's Motion for Paul L. Militello to Withdraw as counsel of record, (Dkts. 45, 46) are **DENIED without prejudice.**

2. Defendant shall have **fourteen (14)** days from the date of this order to retain new counsel. New counsel shall file an appearance and a motion for substitution of counsel within the time prescribed.

**DONE and ORDERED** at Tampa, Florida this 15th day of June, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE