UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.   Case No: 8:12-CR-45-T-35AEP

**SAMI OSMAKAC**

_____/

## ORDER

This cause comes on consideration of the United States's Motion for Determination of Competency of Defendant (Dkt. No. S-3). By the Motion, the United States asserts that the Defendant may be suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to communicate with his counsel or assist with his defense. Accordingly, the United States' request that the Defendant be evaluated pursuant to 18 U.S.C. §§ 4241 and 4247. The Defendant filed a Response and does not oppose the United States's request for an evaluation.

Accordingly, the Court finds based upon the information provided by the parties that there is reasonable cause to believe that the Defendant may be presently suffering from a mental disease or defect rendering him incompetent to proceed in this matter. As such, pursuant to 18 U.S.C. §§4241 and 4247, it is **ORDERED**:

1. the United States's unopposed Motion for Determination of Competency of Defendant is **GRANTED**;

2. Dr. Debbie Goldsmith, Ph.D., 11309 Thonotosassa Road, Thonotosassa, FL 33592, is appointed to conduct a psychiatric examination of the Defendant. The examination is to occur at the Defendant's place of incarceration;

3. Dr. Goldsmith is appointed to conduct an examination of the Defendant in order to determine his present competency to answer to the charges and to assist in the defense of this case, which shall include the Defendant's ability to understand the nature and consequences of the proceedings against him. In making this determination, Dr. Goldsmith shall include in her report the following items:

    (a) the person's history and present symptoms

    (b) a description of the psychiatric, psychological, and medical tests that were employed and their results;

    (c) the examiner's findings; and

    (d) the examiner's opinions as to diagnosis, prognosis; and

    (e) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

4. With regard to item (e), Dr. Goldsmith shall answer the following additional questions:

    (a) Does the defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding and to assist in the defense of his case?

    (b) Does the defendant have a rational, as well as a factual understanding of the proceedings against him?

5. Counsel shall furnish to Dr. Goldsmith any information pertinent to these issues, including a copy of the indictment and any pertinent medical reports.

6. Upon completion of this examination, Dr. Goldsmith shall prepare a written report which includes the answers to the above questions and furnish it to Magistrate Judge Anthony E. Porcelli, 801 N. Florida Avenue, Suite 1034, Tampa,

Florida 33602, with copies to attorney Rafael E. Fernandez, 109 S. Moody Avenue, Tampa, FL 33609, and to Assistant United States Attorney Sara C. Sweeney, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602.

7. The United States Attorney's office, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602, shall be billed directly for all services rendered in accordance with this Order.

8. If necessary, a hearing pursuant to 18 U.S.C. § 4241 will be scheduled at a later date.

**DONE and ORDERED** at Tampa, Florida, this 6th day of February, 2013.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record
Dr. Debbie Goldsmith, Ph.D.