# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:12-CR-45-T-35AEP | **DATE:** | 2/21/13 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMI OSMAKAC | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Sara Sweeney, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ralph Fernandez, Esq. | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:04 to 10:16 | **TOTAL:** | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS:**

Court had previously scheduled a psychological evaluation, and a report has been submitted by Dr. Goldsmith.

Application of defendant for a competency hearing. Court directs counsel to meet and confer and speak with Dr. Goldsmith and prepare for hearing; contact chambers with a convenient date and time for the hearing.

Court to proceed with motions as they have been filed. Government to respond accordingly.
Court would inquire, if Mr. Tragos to come in to case, if motions will go forward as filed by Mr. Hernandez.


DEFENDANT REMANDED IN CUSTODY OF U.S. MARSHAL.