**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**


**UNITED STATES OF AMERICA**

**v.**                                                          **CASE NO: 8:12-cr-45-T-35AEP**

**SAMI OSMAKAC**

_____

**ORDER**

This cause comes before the Court for consideration on Defendant's Unopposed Motion to Continue September 9, 2013 Trial. (Dkt. 103)  Accordingly, it is

**ORDERED** that this case is continued to the **OCTOBER 2013 TRIAL TERM**, **with a specially set date of October 21, 2013 at 9:00 am; 9 days have been set aside to try this case**. This continuance is subject to the submission of a written Waiver of Speedy Trial through (OCTOBER 31, 2013), within fourteen (14) days from the date of this Order.  This continuance satisfies the ends of justice in accordance with the Speedy Trial Act of 1974 (18 U.S.C. §§ 3161-3165, _et seq_) and _United States v. Zedner_, 547 U.S. 489 (2006).

**It is further ORDERED** that the parties shall file a Joint Status Report on or before the fifteenth (15th) day of each month.  Said report shall include the following information:

1.    A brief summary of the status of the case, including the number of remaining defendants (including fugitives);

2.    The possibility, if known, of a plea agreement as to each defendant;

3.      The number of days for trial each side requires;

4.      A list of all pending motions, the dates on which they were filed, and whether they are ripe for determination;

5.      A brief explanation as to whether a potential speedy trial problem exists;

No Status Conference will be held unless deemed necessary by the Court.

**DONE and ORDERED** in Chambers, Tampa, Florida on this 21st day of March, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Attorney
Counsel for the Defendant
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Office