UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:12-CR-45-T-35AEP

SAMI OSMAKAC

### GOVERNMENT'S NOTICE OF FILING OF THIRD CLASSIFIED *IN CAMERA*, *EX PARTE* MEMORANDUM OF LAW AND MOTION FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, by and through the undersigned Assistant United States Attorney, hereby provides notice to the defendant, Sami Osmakac, that the government has filed the above-captioned classified motion *in camera* and *ex parte* with the Court pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3, § 4, and Fed. R. Crim. Pro. 16(d)(1).

    Respectfully submitted,

    A. LEE BENTLEY, III
    Acting United States Attorney

By:  *s/ Sara C. Sweeney*
    SARA C. SWEENEY
    Assistant United States Attorney
    USA No. 0000119
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone:  (813) 274-6000
    Facsimile:  (813) 274-6178
    E-Mail: sara.sweeney@usdoj.gov

U.S. v. Osmakac                                    Case No. 8:12-CR-45-T-35AEP

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    George E. Tragos, Esq.
    Counsel for Defendant


                         By:   */s/ Sara C. Sweeney*
                                SARA C. SWEENEY
                                Assistant United States Attorney
                                USA No. 0000119
                                400 North Tampa Street, Suite 3200
                                Tampa, Florida 33602
                                Telephone:   (813) 274-6000
                                Facsimile:    (813) 274-6178
                                E-Mail: sara.sweeney@usdoj.gov