UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO.:  8:12-CR-45-T-35AEP

SAMI OSMAKAC

**[PROPOSED] PROTECTIVE ORDER
PERTAINING TO THE TESTIMONY OF
UNDERCOVER AGENT AT TRIAL**

Upon the motion of the United States, the Court being advised as to the nature of this case and having considered the position of the parties, including the defendant's objections, the Court makes the following findings regarding the Federal Bureau of Investigation (FBI) undercover employee (UCE) who is expected to testify during the trial in this matter:

1.     The reasonable measures proposed by the government are necessary to protect from disclosure of the true identity of the UCE at trial.

2.     Disclosure of the UCE's true identity would jeopardize ongoing undercover investigations and the government's undercover investigative procedures.

3.     The UCE faces a real and substantial risk of danger to him/herself and his/her family if the UCE's true identity were to be disclosed.

1

Therefore, it is hereby ORDERED that the following procedures will be utilized to protect the true identity of the UCE during the trial in this matter:

1.      The UCE may use the UCE's undercover pseudonym when testifying at trial, without disclosing publicly the true identity of the UCE.

2.      The defense shall be prohibited from asking any questions seeking personal identifying information, such as name and address, from the UCE.

3.      The UCE may testify using a light disguise, such as changing the UCE's facial hair, hairstyle, or dress style.

4.      The UCE shall be permitted to use a non-public entrance/exit to the courthouse and the courtroom.

5.      When the UCE testifies, only the Court, essential personnel, the jury, the defendant and his counsel, and the government's trial team shall be present in the courtroom.  The government shall provide a contemporaneous closed circuit television (CCTV) video or similar broadcast of the courtroom proceeding, without the visual image of the UCE, while the UCE is testifying, which shall be made available for public viewing in another location in the courthouse.

6.      The government shall be allowed to digitally obscure the facial image of the UCE on any recorded video footage played over the CCTV feed during court proceedings (no such measures are required for any video shown or offered by the government as an exhibit at trial and viewed by the Court,

2

essential personnel, the jury, the defendant and his counsel, and the government's trial team).

7. All non-official recording devices shall be prohibited from being in the room in which the CCTV feed is shown during the UCE's testimony.

8. No public disclosure of any audio and/or video recording of the UCE while testifying shall be permitted.


Dated this _____ day of _____ 2013.


_____
ANTHONY M. PORCELLI
United States Magistrate Judge

3