UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.: 8:12-CR-45-T-35AEP

SAMI OSMAKAC

## JOINT STATUS REPORT

COMES NOW the United States and the counsel for defendant herein, and jointly file with this Court, pursuant to Fed. R. Crim. P. 17.1, the following joint status report:

1.    Brief summary of the case's status:  On January 7, 2012, the defendant was arrested on the basis of a Criminal Complaint.  The defendant made his initial appearance on January 9, 2012, and was detained pending trial.

On February 2, 2012, the grand jury returned a two-count indictment charging the defendant with attempting to use a weapon of mass destruction against persons and property within the United States, in violation of 18 U.S.C. § 2332a(a)(2), and with possession of an unregistered machine gun, in violation of 26 U.S.C. § 5861(d).  The defendant waived arraignment and entered a plea of not guilty on February 8, 2012.  The pretrial discovery order was entered on February 10, 2012, and rolling discovery to the defendant is ongoing.

On February 6, 2013, the Court ordered a competency evaluation of the defendant.  The defendant was found by the Court to be competent by order dated March 1, 2013.

On October 3, 2013, the defendant moved to continue the trial in this matter.  The Court granted the continuance on October 10, 2013, and further ordered additional competency proceedings regarding the defendant.

On November 13, 2013, the parties participated in a competency hearing regarding the defendant. The Court has not issued a determination regarding the defendant's competency as of the time this status report was filed.

Trial in this matter is not currently set.

2. <u>Possibility of a plea agreement as to each defendant</u>: The possibility of a guilty plea is unknown at this time.

3. <u>Number of days required for trial, by each side</u>: The United States and defense counsel estimate approximately 15 trial days would be required for trial in this case, including the time used selecting a jury.

4. <u>Pending motions (including motions to continue), dates on which they were filed and whether they are ripe for determination</u>:

- Defendant's Motion to Compel Prior UCE Testimony (Dkt. No. 177) – filed on October 7, 2013; no schedule is set for the government's response. This motion is not ripe for determination.

- Defendant's Motion In Limine Regarding 404(b) Evidence (Dkt. No. 178) – filed on October 7, 2013; no schedule is set for the government's response. This motion is not ripe for determination.

- Government's Motion In Limine Regarding FISA (Dkt. No. 187) – filed on October 7, 2013; no schedule is set for the defendant's response. This motion is not ripe for determination.

- Government's Motion In Limine Regarding UCE Training (Dkt. No. 188) – filed on October 7, 2013; no schedule is set for the defendant's response. This motion is not ripe for determination.

5. <u>Potential speedy trial problems</u>: This matter is currently not set on a trial calendar, pending the outcome of competency proceedings regarding the defendant. The defendant has waived speedy trial through June 30, 2014. Thus, there are no speedy trial problems at this time.

The parties jointly request that this Court set this matter on the trial calendar for March 2014 or thereafter.

6.      <u>Consultation with counsel:</u>  The undersigned AUSA forwarded a draft copy of this Report to defense counsel, requesting his review and position regarding the filing of this Report; defense counsel has no objections to the Report.

                          Respectfully submitted,

                          A. LEE BENTLEY, III
                          Acting United States Attorney

By:   *s/ Sara C. Sweeney*
                          SARA C. SWEENEY
                          Assistant United States Attorney
                          USA No. 119
                          400 North Tampa Street, Suite 3200
                          Tampa, Florida 33602
                          Telephone:   (813) 274-6000
                          Facsimile:   (813) 274-6103
                          E-mail: sara.sweeney@usdoj.gov

**U.S. v. SAMI OSMAKAC**   Case No. 8:12-CR-45-T-35AEP

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

George E. Tragos, Esq.

>  /s/ Sara C. Sweeney
> SARA C. SWEENEY
> Assistant United States Attorney
> USA No. 119
> 400 North Tampa Street, Suite 3200
> Tampa, Florida 33602
> Telephone:  (813) 274-6000
> Facsimile:   (813) 274-6103
> E-Mail: sara.sweeney@usdoj.gov