**U.S. v. Osmakac**                                      **Case No.: 8:12-CR-45-T-35AEP**

# EXHIBIT ONE

<u>**CURRICULUM VITAE**</u>

**Robert T.M. Phillips, M.D., Ph.D., D.F.A.P.A.**
1726 Deacon Way
Annapolis, Maryland 21409-5872
(410) 757-6797

<u>**CLINICAL SPECIALTY:**</u>    Adult Psychiatry with expertise in Forensic Psychiatry, Administrative Psychiatry and Public Mental Health Policy.

<u>**GRADUATE MEDICAL EDUCATION:**</u>

1985-1986    Chief Resident, Connecticut Mental Health Center
**Yale University School of Medicine**, New Haven, Connecticut

<u>Assistant Ward Chief Inpatient Division</u>**:**    Responsible for administrative and clinical supervision of assigned multidisciplinary personnel in an acute care diagnostic setting.

<u>Court Consultation Clinic</u>**:**    Responsible for forensic evaluation of individuals referred for assessment of competency to stand trial, pre-sentencing psychiatric examinations and private psychiatric evaluations for consideration of a defense of insanity or extreme emotional disturbance.

1983-1986    Post Doctoral Fellow in Psychiatry
**Yale University School of Medicine**, New Haven, Connecticut

1982-1983    Internship/Resident in Psychiatry
**Mayo Clinic,** Rochester, Minnesota

<u>**SUBINTERNSHIP TRAINING**</u>:

1981-1982    Emergency Medicine:  Harlem Hospital Medical Center.
Obstetrics and Gynecology: Presbyterian Hospital and Sloan Hospital for Women
**Columbia University College of Physicians and Surgeons,** New York, New York

General Psychiatry:  Bellevue Hospital
**New York University School of Medicine**, New York, New York

<u>**EDUCATION:**</u>

1978-1982    Doctor of Medicine
**Mayo Medical School**, Rochester, Minnesota

1976-1982    Doctor of Philosophy in Science Education
**The University of Iowa**, Iowa City, Iowa

1973-1975    Graduate Studies in Basic Medical Sciences
**Tufts University School of Medicine**, Boston, Massachusetts

1972-1973    Master of Education (General Purpose: Administration, Planning, and Public Psychology)
**Harvard University**, Cambridge, Massachusetts

1969-1972    Bachelor of Science, cum laude (Biology and Psychology)
**Boston College**, Chestnut Hill, Massachusetts

**ACADEMIC APPOINTMENTS:**

1995-2007    Adjunct Associate Professor of Psychiatry
**University of Maryland School of Medicine**

1995-Present    Adjunct Professor of Law and Psychiatry
**University of Maryland  Francis King Carey School of Law**

Mental Disability and Criminal Law:  The course, taught as a seminar, examines issues that arise in criminal cases involving persons with mental disability.  Topics include mental non-responsibility, criminal competencies, disposition issues, and expert witness consultation. Course materials include cases and legal commentary, selections from psychiatry, psychology, and forensic mental health literature, as well as live case presentations held in facilities that evaluate and treat persons with mental illness or developmental disability.

1986-1994    Assistant Clinical Professor of Psychiatry
1994-Present    Visiting Lecturer in Psychiatry
**Yale University School of Medicine**

Law & Psychiatry Division:  The Law & Psychiatry Division is one of ten programs accredited in the United States for the Training of Forensic Psychiatrists.  The Division and its component, the New Haven Court Clinic, provide approximately 200 evaluations annually for the court system and attorneys.  The faculty plays an active role in providing consultations and training to representatives of the legal system, the mental health system and the community, in determining the needs and resources for forensic psychiatric patients.

1992-1994    Adjunct Clinical Professor of Correctional Mental Health
1994-1997    Visiting Lecturer in Psychiatry
**New York Medical College Graduate School of Health Sciences**

Appointed to the Advisory Group on the Correctional Mental Health Concentration.  The correctional health concentration was developed to address public and professional concerns about such health problems in correctional settings as AIDS, hepatitis, and other communicable diseases, inmate suicide and drug addiction, and the lack of compliance with established health care standards by governmental agencies.  The program prepares candidates for management, education, consultation, and research positions in the United States and abroad.  Students in correctional health are provided with knowledge and skills to function effectively in secure settings.

**CURRENT EMPLOYMENT:**

1990-Present    Medical Director
**Forensic Consultation Associates, Inc.**

Forensic Consultation Associates, Inc. is a national private practice that specializes in education, training, and forensic psychiatric consultations.  The practice provides forensic psychiatric evaluation and expert testimony in trial proceedings for civil and criminal litigation in state and federal courts, education and training on mental health issues for attorneys, jurists, and law enforcement agencies in addition to hospital consultations on security treatment issues and corporate dangerousness assessments.  The practice can also provide direct patient care services in civil and correctional settings.

**PREVIOUS EMPLOYMENT**

1995-2010    Senior Consultant Psychiatrist
Intelligence Division, Mental Health Liaison Program
**United States Secret Service**

Served as expert psychiatric consultant to the Protective Intelligence Division of the United States Secret Service by providing: (1) case consultation in reviewing protective intelligence

2

data assisting in the investigative risk assessment process; (2) field based training, both orientation and advanced, for protective intelligence agents and field offices regarding psychiatric, medical, pharmacologic, and mental health law concepts which are relevant to the Service's investigative interests; and (3) professional liaison between the Service and the mental health community.

Reporting to the Special Agent in Charge of the Washington Field Office provided clinical support to the National headquarters in addition to the Baltimore, Philadelphia, Pittsburgh, and Richmond field offices and their resident agencies.

1993-1997      Deputy Medical Director
               **American Psychiatric Association**

The American Psychiatric Association is a national medical specialty society of over 40,000 physician members who specialize in the diagnosis and treatment of mental and emotional disorders.  Appointed in July 1993 as Deputy Medical Director, Dr. Phillips served as the Director of the Office of Psychiatric Services, Director of the Office of Minority and National Affairs, and as Clinical Director of the Office of Economic Affairs and Practice Management. These offices support psychiatrists and their service to patients by providing leadership and staff assistance for issues concerning access to quality treatment for mental illness in both public and private settings, and in supporting high quality psychiatric services that meet the needs of patients and their communities.

As Deputy Medical Director, Dr. Phillips was responsible for directing staff support for the Councils of National Affairs, Children and Adolescents and their Families, Psychiatric Services, Addiction Psychiatry, and Economic Affairs as well as other components relative to the offices.  Additionally, had oversight of the CMHS, Burroughs Wellcome and Mead-Johnson Fellowship programs and co-directed the Program for Minority Research Training in Psychiatry. Also had oversight responsibility for the APA Consultation Service.

Other responsibilities included APA's liaison efforts for mental health services in jails, prisons and the criminal justice system and provided linkages with local, state and federal governments in efforts relative to these populations.  Regularly called upon to provide testimony before Congress in issues of Mental Health and patient care and served as an APA media spokesperson.

1986-1993      Director of Forensic Services
               **State of Connecticut, Department of Mental Health**

               Chief Executive Officer
               **Whiting Forensic Institute**

Developed, directed and coordinated all forensic services and programs for the State of Connecticut and served as the Chief Executive Officer of Whiting Forensic Institute, the State's sole maximum security hospital.  As Director of Forensic Services reported directly to the Commissioner of Mental Health, clinical and administrative responsibility for all forensic services staff; administrative and clinical supervision of all programs for forensic services to insure conformance with statutes and departmental policies; collaborated with law enforcement and judicial officials to improve services to mentally ill citizens; developed and maintained a data base to assist in planning and evaluation activities, and as departmental liaison working with facilities, public and private groups, advisory and review boards achieved continuity of services for the mentally ill offender and encouraged the development of forensic programs in the Department of Mental Health. Clinical and administrative responsibility for the Whiting Forensic Institute, the five State Court Diagnostic Clinics, the three Sate Hospital Forensic Consultation Liaison Services and all persons in Connecticut found Not Guilty by Reason of Insanity by the Court.

As Chief Executive Officer, was had clinical and administrative responsibility for all court ordered forensic psychiatric evaluations conducted by the Department of Mental Health

3

including Competency to Stand Trial, Restoration to Competency, and Sex-Offender Evaluations.

Was responsible for the development of clinical programming and practice standards, which led to a full three-year accreditation by the Joint Commission on the Accreditation of Healthcare Organizations in May 1990 and recertification in May 1993. This achievement, the first in Whiting's twenty-year history, nationally recognized the Institute as one of only fourteen freestanding, fully accredited forensic hospitals in the United States.

**NATIONAL PROFESSIONAL RESPONSIBILITY:**

2011-Present    Chairman, Committee on Ethics and Judicial Affairs, Med-Chi The Maryland State Medical Society

2011-Present    Vice Chair, Section Council on Psychiatry, American Medical Association

2011-Present    Member, Committee on Ethics and Judicial Affairs, Med-Chi The Maryland State Medical Society

2004-2005    President, American Academy of Psychiatry and the Law

2004-2012    Member, Independent Advertising Review Panel and Advisory Board, Heineken USA

2003-2004    President-elect, American Academy of Psychiatry and the Law

2003-Present    Delegate, American Medical Association House of Delegates representing the American Academy of Psychiatry and the Law

2003-Present    Trustee, American Academy of Psychiatry and the Law Institute for Education and Research

2001-2002    Vice President, American Academy of Psychiatry and the Law

1998-Present    Representative, American Academy of Psychiatry and Law to the Specialty and Service Society of the American Medical Association

1997-2001    Treasurer, American Academy of Psychiatry and the Law

1996-1997    Chairperson, 1997 Program Committee, American Academy of Psychiatry and the Law

1993-2002    Executive Council, American Academy of Psychiatry and the Law

1993-1994    Secretary, United Nations Alliance of NGOS on Crime Prevention and Criminal Justice, Working Party on Crime Prevention Among Juveniles

1995-1997    Member, United Nations Alliance of NGOS on Crime Prevention and Criminal Justice, Working Party on Restorative Justice

1992-1997    Member, United Nations Alliance of NGOS on Crime Prevention and Criminal Justice, Working Party on Prison Health Care

1992-Present    Past Chairperson, National Association of State Mental Health Forensic Directors, Forensic Division

1991-Present    Member, American Academy of Psychiatry and the Law Budget Committee

1990-Present    Past Chairperson, Section on Psychiatry and the Behavioral Sciences, National Medical Association

1990-2001    Member, American Academy of Psychiatry and the Law, Membership, Rapport Fellowship and Awards Committees

4

**NATIONAL EDITORIAL EXPERIENCE:**

2009-Present    Associate Editor
                Journal of the American Academy of Psychiatry and the Law

1988-1993       Editorial Advisory Board
                Lifetime Medical Television

                Provided advisory services to the medical editor and physician in charge of production at Lifetime Medical Television.  Programming consultation regarding the identification of topics and news events to be covered, identification of experts that could speak to such topics and assistance in the development of the focus of particular shows germane to the field of psychiatry.

1986-1990       Editor, "Psychiatry and the Behavioral Sciences," Journal for the National Medical Association.

**NATIONAL FORENSIC CONSULTATIONS:**

Provision of expert testimony in probate courts, superior courts and in U.S. District Courts in both civil and criminal matters and in the U.S. Military Court of Appeals.  Qualified as an expert witness in the states of Alabama, California, Connecticut, Florida, Georgia, Illinois, Maryland, Massachusetts, Michigan, Missouri, New York, North Carolina, Pennsylvania, South Carolina, and the District of Columbia.  Also qualified as an expert witness in U. S. Military Courts Martials.

Appointed in 1987 by the National Institute of Mental Health to serve as a member of the Ad Hoc Forensic Advisory Panel at the request of the U.S. Department of Justice.  The Panel was charged with examining the policies and procedures of the St. Elizabeth Hospital pursuant to pass application problems arising in U.S. v. John W. Hinckley, Jr.  Since 2000, has served as the government's expert in the Hinckley case.

Retained as a government's expert by the United States Department of Justice, United States Attorneys Office in U.S. v. Francisco Martin Duran White House case, in U.S. v. Russell Weston and in Hatfield v Ashcroft Stipulated as the sole expert by the Federal Public Defender and the United States Attorney in U.S. v. Leland Modjeski White House Case.  Appointed by the Court with the recommendation of the United States Attorney and Federal Public Defender in U.S. v. Gary White.

Retained as state's expert in State of Georgia v. Brian Nichols, defense expert in State of Missouri v. Todd Shepard and government's expert in U.S. v. Albrecth Gero Muth.

**SPECIAL CONSULTATIONS:**

Selected as a medical expert to serve as a panelist/discussant on critical issues affecting children and families:

> ***White House Conference on Children's Television***.
> The White House, Washington, D.C., July 1996.  At the invitation of the President, discussed issues of television violence and technology the passage of the Children's Media Protection Act and subsequent TV violence ratings with President Clinton, Vice President Gore, media executives, advocacy groups and other experts.  Participated in panel discussion chaired by Mrs. Clinton, addressing the positive effects of television on child development.

> ***Family Re-Union V: Family and Work***.
> Nashville, TN, June 1996. Invited by Vice President Al Gore to participate in discussion of the difficult balance between work and family.

> ***White House Event Children's Television***.
> The White House, Washington, D.C., March 1996.  Joined President Clinton, Vice President Gore, and Mrs. Clinton and Mrs. Gore in discussion with children and parents about television programming.

.
> ***White House Conference on Youth, Drug Use, and Violence***.
> The White House, Washington, D.C., March 1996.  At the invitation of the President, participated in discussions exploring the cause and effect of drug use on youth as well as solutions to combat drug

5

use.  Participated in panel discussion chaired by Carol Rasco, addressing violence and drugs in the media.

***Family Re-Union-IV: The Family & the Media***.
Nashville, TN, July 1995. At the invitation of Vice President Gore, participated in the Experts Forum explaining in depth those issues pertaining to the impact of violence on children.


**LICENSURE:**

Medicine and Surgery in the State of Connecticut

Medicine and Surgery in the State of Maryland


**PAST PROFESSIONAL EXPERIENCE:**

1993-1994      Consultant, National Institute of Mental Health Task Force on Strengthening Research Capacity Among Historically Black Medical Schools

1992-1994      Member, National Institute of Mental Health Directors Minority Psychiatric Leadership Advisory Council

1992-1994      Member, New York Medical College Correctional Health Advisory Committee

1978-1982      Consultant, Iowa Assist Program, Iowa City, Iowa

Visiting lecturer and consultant in the field of medical education for a university-based continuing education program for science teachers.

1977-1978      Funded Projects and Grants Research Fellow
Science Education Center, University of Iowa, Iowa City, Iowa

Advisory services to the Director regarding proposals submitted to the National Science Foundation and the American Association for the Advancement of Science-Chautauqua Short Course Program for College Science Teachers.

Area Manager, C.E.T.A. Summer Program, Linn County, Iowa
Administrative supervision and direction of a federally funded youth employment program for the second largest city in the state (Cedar Rapids), and its outlying communities (Linn County).

1977      Educational Activity Coordinator, Hawkeye Area Community Action Program, Cedar Rapids, Iowa

Curriculum design and implementation of all programs related educational enrichment activities for participants in the Summer C.E.T.A. Program of Washington and Iowa Counties.

1975-1977      Program Coordinator, Health Internship Training Program, Boston, Massachusetts

Direction of health occupations education program of the NAACP Positive Program for Boston. Duties entailed the recruitment and placement of minority college students with metropolitan hospitals in the greater Boston area.  Also responsible for the procurement of funds from the public and private sector for program operation.

Consultant, The Medical Foundation, Inc., Boston, Massachusetts

Advisory services to the executive director for the distribution of private, state and local funds reserved to support minority-training programs in the allied health professions, in cooperation with the Boston NAACP.

6

Consultant, Association of University Programs in Health Administration, Boston,
Massachusetts

Advisory services to the Director of the National Summer Program in cooperation with the Massachusetts Hospital Association and Blue Cross/Blue Shield of Greater Massachusetts Bay for the development of a summer internship program in Boston.

1974-1975    Instructor, Boston College Black Talent Program, Boston, Massachusetts

Classroom instruction in the College of Nursing, Department of Anatomy and Physiology.

1973-1975    Consultant, Roxbury Alcohol Intervention and Detoxification Project, Boston, Massachusetts

Advisory services to the project director for the design and promotion of continuing education programs for patients and professional staff in the field of alcohol abuse and its treatment. Responsible to the chief of medical services for evaluation profile of alcoholic patients admitted.

1973-1974    Instructor, O.D.W.I.N./Health Careers, Inc., Boston, Massachusetts

Classroom instruction in basic science.

## HONORS, PRIZES, DISTINCTIONS:

2013    Presidential Award For Lifetime Achievement in Forensic Psychiatry,
        National Medical Association

2011    Yochelson Visiting Distinguished Professor of Forensic Psychiatry, Yale University

2008    Thomas A. Pitts Memorial Lectureship in Medical Ethics, Medical University of South Carolina

2005    Jeanne Spurlock, M.D. Minority Fellowship Achievement Award,
         American Psychiatric Association

2003    Ernest Y. Williams Distinguished Senior Clinical Scholar Award, National Medical Association

        Distinguished Fellow, American Psychiatric Association

1999    Fellow, American Psychiatric Association

        Alumni Award of Excellence for Health Professionals, Boston College

1996    Wolf Adler Memorial Lecture, The Sheppard and Enoch Pratt Health System

        Henry L. Hartman Memorial Lecture in Forensic Psychiatry, Medical College of Ohio

        Dana African-American Lecture, University of Maryland

1995    Annual Andrea Delgado, M.D. Memorial Lecture, Black Psychiatrists of America

1994    Elected to Membership, Cosmos Club, Washington, D.C.

        James T. Carter Memorial Lecture, Duke University

        Annual Andrea Delgado, M.D. Memorial Lecture, Black Psychiatrists of America
1993    Distinguished Psychiatrist Lecturer, American Psychiatric Association

1992    Distinguished Service Award, National Association of State Mental Health Program Directors,
        Forensic Division

7

| 1989 | 11th Annual Scientific Symposia Lecture, National Medical Association of Northwest Indiana |
| 1985 | Ernest Y. Williams Resident Scholar of Distinction, National Medical Association |
| 1983-1985 | National Institute of Mental Health Fellow, American Psychiatric Association |
| 1982 | Elected to Membership, New York Academy of Sciences |
| 1977-1978 | Research Fellow, The University of Iowa |
| 1973-1975 | National Medical Fellow, Tufts University |
| 1973 | Phi Delta Kappa, Harvard University |
| 1971-1972 | Scholar of the College, Boston College |
| 1969-1972 | Presidential Scholarship, Boston College |

**ELECTED OFFICES AND APPOINTMENTS:**

| 1991-1993 | Representative, American Psychiatric Association Board of Trustees |
| 1991-1993 | Chairperson, American Psychiatric Association Committee of Black Psychiatrists |
| 1991-1993 | Chairperson, American Academy of Psychiatry and the Law Task Force on Chemical Dependency |
| 1990-1993 | Member, American Psychiatric Association Commission on Subspecialization |
| 1990-1993 | Councilor, American Academy of Psychiatry and the Law, Tri-State Chapter |
| 1990-1992 | Chairperson, National Association of State Mental Health Forensic Directors |
| 1988-1993 | Chairperson, Connecticut Psychiatric Society Public Psychiatry Committee |
| 1988-1990 | Vice Chairperson, National Association of State Mental Health Forensic Directors |
| 1987-1988 | Member, National Institute of Mental Health Ad Hoc Forensic Advisory Panel |
| 1986-1990 | Chairperson, National Medical Association Section on Psychiatry and the Behavioral Sciences |
| 1986-1988 | Chairperson, Connecticut Psychiatric Society Patient Affairs Committee |
| 1986-1987 | Chairperson, National Institute for Mental Health Minority Fellowship Programs Interdisciplinary Task Force |
| 1985-1986 | Representative, American Psychiatric Association, Board of Trustees National Institute of Mental Health Fellowship Program |
| 1985-1986 | Trainee Consultant, American Psychiatric Association/National Institute of Mental Health Fellowship Program |
| 1985-1986 | Resident Representative, Connecticut Psychiatric Society Council |
| 1984-1990 | Member, Scientific Program Committee, National Medical Association, Section of Psychiatry and the Behavioral Sciences |
| 1983-1984 | Member, National Medical Association |

Committee for Financial Aid to Medical Students

1983-1990      Member, American Psychiatric Association
Committee of Medical Student Education

1983-1985      Editor in Chief, SPECTRUM, American Psychiatric Association/National Institute of Mental Health Fellowship Newsletter

1981-1982      President, Student National Medical Association

1980-1981      President-elect, Student National Medical Association

1978-1980      President, Mayo Medical School Chapter
Student National Medical Association

1978-1980      Member, First Year Curriculum Committee, Mayo Medical School

1978-1979      Class Representative, Mayo Medical School

1977-1978      Member, Graduate Steering Committee, University of Iowa

1971-1972      Vice President, Undergraduate Government of Boston College


**PROFESSIONAL AFFILIATIONS:**

American Medical Association, American Psychiatric Association, American Academy of Psychiatry and the Law, Maryland Psychiatric Society, Med Chi-The Maryland State Medical Association, National Medical Association.

**COMMUNITY SERVICE:**

2005-2011      Member, Parish Council, St. Mary's Roman Catholic Church, Annapolis, Maryland

1987-1989      Chairperson, Public Service Committee
United Way of Middlesex County

**BOOK CHAPTERS:**

Preventing Assassination: Psychiatric Consultation to the United States Secret Service, Phillips, R.T.M. in Stalking, Threatening and Attacking Public Figures (Meloy et.al ed.), Oxford University Press, New York, 2008.

Celebrity Stalkers and Presidential Targets, Phillips, R.T.M., in Stalking: Psychiatric Perspectives and Practical Applications (Pinals ed.), Oxford University Press, New York, 2007.

Administrative and Staffing Problems for Psychiatric Services in Correctional and Forensic Settings, Phillips, R.T.M., and Caplan, C., in Principles and Practice of Forensic Psychiatry 2nd Edition, Arnold, London, 2003.

Violence in America: Social and Environmental Factors, Phillips, R.T.M., in Medical Management of the Violent Patient: Clinical Assessments and Therapy, Marcel Decker, New York, New York, 1999.

Administrative and Staffing Problems for Psychiatric Services in Correctional and Forensic Settings, Phillips, R.T.M. and Caplan, C., in Principles and Practice of Forensic Psychiatry, Van Nostrand Reinhold, New York, New York, 1994.

**PUBLICATIONS:**

Phillips RTM. Predicting the Risk of Future Dangerousness. Virtual Mentor. 2012; 14:472-476.
http://virtualmentor.ama-assn.org/2012/06/hlaw1-1206.html

McDonnell, M. and Phillips, RTM. Physicians Should Treat Mentally Ill Death Row Inmates, Even if Treatment

is Refused. JLME 38:4 774-788 (2010)

Phillips, R.T.M. Assessing Presidential Stalkers and Assassins.  J Am Acad Psychiatry Law 34:2:154-164 (2006)

Phillips, R.T.M.: AAPL and the AMA House of Delegates. AAPL Newsletter 30(3): 4-8, 2005.

Phillips, R.T.M.: Tort Reform, False Testimony and Lower Premiums: We can't get there from here! AAPL Newsletter 30(2): 4-6, 2005.

Phillips, R.T.M.  Expanding the Role of the Forensic Consultant. AAPL Newsletter 30(1): 4-5, 2005.

Sullivan, K, Rappeport, J, Carpenter, W., Adelman R., Phillips, RTM, Better, H Kane, R, Petrof, L and Mackowiak, P. Was Joan of Arc Criminally Responsible for Her Alleged Acts of Heresy? The Pharos, 67:3, Summer 2004.

Hunter, H.O., Luckasson, R, Phillips, R.T.M. Bruck, D.I. The Mentally Retarded, Mentally Ill and Children: Is the Death Penalty Appropriate for these Individuals?  Carter Center Symposium on the Death Penalty Georgia State University Law Review Vol 14, No. 2 March 1998, 403-426.
Phillips, R.T.M., The Psychiatrist As Evaluator: Conflicts and Conscience: New York Law School, Law Review, Law Review No.1, Vol XLI, 1996, 189-199.

Phillips, R.T.M. and Caplan, C.:  Psychiatric Delivery in Correctional and Forensic Settings.  New York Health Sciences Journal, 1:1, Spring 1994, 45-54.

Phillips, R.T.M.:  Criminalizing the Mentally Ill.  President's Column, Psychiatric News, 27:22, November 1992.

Norko, M.A., Zonana, H.V., and Phillips, R.T.M.:  Prosecuting Assaultive Psychiatric Patients.  Journal of Forensic Sciences, 37:3, May 1992, 923-931.

Phillips, R.T.M.:  Answering the Challenge to Our Profession.  President's Column, Psychiatric News, 27:7, April 1992.

Norko, M.A., Zonana, H.V., and Phillips, R.T.M.:  Prosecuting Assaultive Psychiatric Patients.  Hospital and Community Psychiatry, 42:2, 1991, 193-195.

Scales, C.J., Phillips, R.T.M., and Crysler, D.:  Security Aspects of Clinical Care:  One Forensic Model.  Journal of Forensic Psychology, 7:2, 1989, 49-57.

Roth C., Aldock, J., Briggs, K., Dvoskin, J., Parry, V., Phillips, R.T.M., Silver, S., and Weiner, B.:  Final Report of the NIMH Ad Hoc Forensic Advisory Panel. Mental and Physical Disability Law Reporter, January-February 1988.

Roth C., Aldock, J., Briggs, K., Dvoskin, J., Parry, V., Phillips, R.T.M., Silver, S., and Weiner, B.:  Final Report of the NIMH Ad Hoc Forensic Advisory Panel.  Department of Health and Human Services, Bethesda, MD., 1987.

Phillips, R.T.M. and Alcebo, A.M.:  The Effects of Divorce on Black Children and Adolescents.  Journal of Social Psychiatry, 69:1, Winter 1986.

Phillips, R.T.M.:  Editorial Spectrum, 7:5, 1985.

Phillips, R.T.M.:  Editorial Spectrum, 7:3, 1985.

Phillips, R.T.M.:  Editorial Spectrum, 7:1, 1985.

Pena, J. and Phillips, R.T.M.:  Editorial Spectrum, 6:2, 1984.

Phillips, R.T.M.:  Editorial Spectrum, 6:1, 1984.

Bederka, G., Alcebo, A.M., Fitzgerald, A., Rosenbaum, T., and Phillips, R.T.M.:  Domestic Violence and Its Causes:  The Experience of a Family Shelter.  BPA Quarterly, 13:4, 1984.

Phillips, R.T.M.:  Should the National Board of Medical Examiners (NBME) Examination be Used as a Means for Evaluation and Promotion in American Medical Colleges and Licensure in the United States?  Position paper in Science Education, The University of Iowa, 1981.

Phillips, R.T.M.:  Ghetto Schools as Instruments of Institutionalized Urban Racism.  Journal of the Student National Medical Association, 4:26-28, 1975.

**INTERNATIONAL PRESENTATIONS:**

2012    "Better Than You":  Psychology vs Psychiatric Risk Risk Assessment".  Chair and Panelist, Workshop Presentation, American Academy of Psychiatry and the Law, 43 Annual Meeting, Montreal, Quebec, Canada. October 2012.

2005    "Assessing Presidential Stalkers and Assassins." Presidential Address, American Academy of Psychiatry and the Law 36th Annual Meeting, Montreal, Quebec, Canada.  October 2005.

"Preventing Assassination:  Psychiatry and the Secret Service." Panelist, American Academy of Psychiatry and the Law 36th Annual Meeting, Montreal, Quebec, Canada.  October 2005.

"Difficult Case? Consult Your Colleagues."  Workshop Presenter, American Academy of Psychiatry and the Law 36th Annual Meeting, Montreal, Quebec, Canada.  October 2005.

"Involuntary Medications in Hostage Crises??"  Panelist, American Academy of Psychiatry and the Law 36th Annual Meeting, Montreal, Quebec, Canada.  October 2005.

2000    "Evaluation and Testimony: The Practice of Medicine?"  Panelist, American Academy of Psychiatry and the Law 31st Annual Meeting. Vancouver, British Columbia Canada. October 2000.

1998    "Violence in America: Social and Environmental Concerns."  Keynote Speaker, Medical/Legal Society's Annual Spring Meeting, Burnaby, British Columbia, Canada.  May 1998.

"Violence and the Assessment of Would-be Assassins."  Presenter, Royal Canadian Mounted Police, Burnaby, British Columbia, Canada.  May 1998.

"Update: Sex Offender Commitment after Hendricks." Panelist, American Academy of Psychiatry and the Law, 1998 Annual Meeting, Toronto, Ontario, Canada.  October 1998.

"Three SIDS Deaths: Persecution or Prosecution."  Panelist, American Academy of Psychiatry and the Law 1998, Annual Meeting, Toronto, Ontario, Canada.  October 1998.

1996    "Dangerousness and the Disclosure of Presidential Threats."  Workshop Presentation, American Academy of Psychiatry and the Law, 1996 Annual Meeting, San Juan, Puerto, Rico. October 1996.

"The Impact of Race on the Criminal Justice System."  Workshop Presentation, American Academy of Psychiatry and the Law, 1996 Annual Meeting, San Juan, Puerto, Rico.  October 1996.

"Psychiatrists and the Death Penalty: Ethical Issues."  Workshop Presentation, American Academy of Psychiatry and the Law, 1996 Annual Meeting, San Juan, Puerto, Rico. October 1996.

"Violence: Cultural Phenomenon or Institutional Genocide?" Symposium Presenter, X World Congress of Psychiatry, Madrid, Spain. August 1996.

1995    "Violence in the Media and its Effect on African Americans."  Annual Andrea Delgado, M.D. Lecture, Black Psychiatrists of America, Barbados, West Indies. November 1995.

11

"Violence: Multidisciplinary Perspectives."  Discussant, American Society of Hispanic Psychiatry Allied Mental Health Meeting, Perspectives on International Psychiatry Symposia, Miami, Florida.  May 1995.

1994    "Racism and the Bell Curve." Annual Andrea Delgado, M.D. Lecture, Black Psychiatrists of America, St. Lucia. November 1994.

1992    "Race and Clinical Decision Making."  Grand Rounds, Royal University Hospital, University of Saskatoon, Saskatchewan, Canada.  December 1992.

"The Delicate Balancing of Care and Custody." Grand Rounds, Service Correctional Canada Region des Prairies Saskatoon, Saskatchewan, Canada.  December 1992.

"Public/Private Sector Relationships and Privatization." Workshop Presentation, American Association of Psychiatric Administrators, 44th Institute of Hospital and Community Psychiatry, American Psychiatric Association, Toronto, Ontario, Canada.  October 1992.

## NATIONAL PRESENTATIONS:

2013    "The Ethical Responsibility of Physicians in Response to Violence or the Threat of Violence" Panel Presentation and Moderator, Committee on Ethics & Judicial Affairs Annual Medical Ethics Lecture, MedChi, The Maryland State Medical Society,  Baltimore, Maryland. October 2013

2011    "Contemporary Analysis of Colin Ferguson's Pro Se Competence" Workshop Presentation, American Academy of Psychiatry and the Law 41nd Annual Meeting, Boston, Massachusetts. October 2011

"Providing Expert Forensic Psychiatric Testimony in Civil and Criminal Litigation".  Presentation Yale Law and Psychiatry Seminar, New Haven, Connecticut.  April 2011

"Is Successful Community Release of High Visibility Insanity Acquitees Possible?" Grand Rounds, Connecticut Valley Hospital, Middletown, Connecticut.  April 2011

"Inside the Mind of Celebrity Stalkers and Attackers of Public Figures". Keynote Lecture, Connecticut Psychiatric Society Annual Meeting, New Haven, Connecticut.  April 2011

"Understanding the Behavioral Motivations of Those Who Threaten, Approach or Assassinate Presidents of the United States". Dr. Samuel and Kathryn Yochelson Distinguished Lecture, Grand Rounds, Yale University School of Medicine, Department of Psychiatry, New Haven, Connecticut.  April, 2011

2010    "What's New In AAPL Advocacy at the American Medical Association and the American Psychiatric Association" Panelist, American Academy of Psychiatry and the Law 41st Annual Meeting, Tucson, Arizona.  October  2010

"Expert Testimony."  Presenter, Mental Hygiene Administration, Office of Forensic Services and the Mental Health Services Training Center, University of Maryland, Pretrial Forensic Evaluation Training Program, Jessup, Maryland. September 2010

"The Trial of Joan of Arc."  Mock trial expert witness for the prosecution, 13th Annual Symposium on Mental Health and the Law, Maryland Mental Hygiene Administration, Hanover, Maryland. June 2010

2009    " The Trial of John Hinckley, Jr.: A Retrospective". Panelist, American Academy of Psychiatry and the Law 40th Annual Meeting, Baltimore Maryland, October 2009

"Forensic Psychiatric Analysis of Dictators"-Historical Lessons". Discussant, American Academy of Psychiatry and the Law 40th Annual Meeting, Baltimore Maryland, October, 2009

"Bad vs. Mad: The Failure if the Penal System in California".  Reactor/Discussant. 162 Annual Meeting and Scientific Assembly, American Psychiatric Association. San Francisco, California. May 2009.

12

"In the Crosshairs - The Psychological Impact of Litigation on the Physician From Ethics and Professionalism Perspectives" Lecture Presentation. Medical Liability & Health Care Law Seminar. Lake Buena Vista, Florida. March 2009.

2008    "Racially Motivated Workplace Violence."  Workshop Presentation, American Academy of Psychiatry and the Law 39th Annual Meeting, Seattle, Washington.  October 2008.

"Physicians Should Treat Mentally Ill Death Row Inmates, Even if Treatment is Refused."  Panelist, Fifteenth Annual Thomas A. Pitts Memorial Lectureship in Medical Ethics, Medical University of South Carolina, Charleston, South Carolina.  September 2008.

"Mental Illness and Risk/Threat Assessment." Grand Rounds, St. Elizabeths Hospital, Washington, D.C. April 2008.

"Minimizing Damages in Psychological Injury Cases."  Lecture, Defense Research Institute, Damages Seminar, Las Vegas, Nevada. March 2008.

"Assessing Presidential Stalkers and Assassins." Keynote Address, South Carolina Psychiatric Association Annual Meeting, Charleston, South Carolina. February 2008.

2007    "Secret Service Assessment of Presidential Threats."  Panelist, American Academy of Psychiatry and the Law 38th Annual Meeting, Chicago, Illinois. May 2007.

2006    "Secret Service Assessment of Presidential Threats."  Panelist, American Academy of Psychiatry and the Law 37th Annual Meeting, Chicago, Illinois.  October 2006.

"Expert Testimony."  Presenter, Mental Hygiene Administration, Office of Forensic Services and the Mental Health Services Training Center, University of Maryland, Pretrial Forensic Evaluation Training Program, Jessup, Maryland.  October 2006.

"Threat Assessment: Presidential Stalkers and Assassins." Grand Rounds, St. Elizabeths Hospital, Washington, D.C. October 2006.

"The CSI Effect on Criminal Prosecutions: Truth or Fiction?"  Panelist, University of Maryland School of Law, Baltimore, Maryland.  September 2006.

"Culturally Sensitive Forensic Services: Politically Correct or Clinical Necessity" Keynote Address, State Mental Health Forensic Directors 27th Annual Meeting, Annapolis, Maryland. August 2006.

"Personal Foul:  Violence, Criminal Behavior, and Athletics. "Keynote Address, Department of Psychiatry and Neurology and the Center for Continuing Education of Tulane University Health Sciences Center, Forensic Psychiatry and Athletics Conference, New Orleans, Louisiana.  April 2006.

2005    "Taking the Stress out of Mental Injury Claims:  Correctly Diagnosing and Defending PTSD and Other Claims of Emotional Distress."  Presenter, Defense Research Institute, Complex Medicine Seminar, Santa Monica, California. November 2005.

"Preparing for the Conditional Release of High Visibility Insanity Acquittees." Keynote Lecture, State Mental Health Forensic Directors 26th Annual Meeting, Stateline, Nevada. September 2005.

"Assessment of Presidential Stalkers and Assassins."  Keynote Presentation. St. Elizabeths Sesquicentennial Educational Symposium "The Public Psychiatric Hospital in the 21st Century," Washington, D.C.  May 2005.

2004    "Resolved: Psychiatrists Should Not Assist with Police Interrogations." Debate Panelist, American Academy of Psychiatry and the Law 35th Annual Meeting, Scottsdale, Arizona. October 2004.

2003    "Traditional and Non-Traditional Use of Experts in a Sexual Harassment Case." Lecture, Defense Research Institute, Sexual Torts Seminar, Chicago, Illinois. November 2003.

13

"AAPL Task Force on Competency to Stand Trial: The Guideline." Panelist, American Academy of Psychiatry and the Law 34th Annual Meeting, San Antonio, Texas. October 2003.

Mock Trial – "Capital Punishment in Texas: Law and Order or Abuse of Authority." Discussant, American Academy of Psychiatry and the Law 34th Annual Meeting, San Antonio, Texas. October 2003.

"The Assessment of Mental Harm in Civil Cases." Panelist, American Academy of Psychiatry and the Law 34th Annual Meeting, San Antonio, Texas. October 2003.

"Jumpers and Baiters." Panelist, American Academy of Psychiatry and the Law 34th Annual Meeting, San Antonio, Texas. October 2003.

"Should Extreme Racism be Classified as a Mental Illness?" E.Y. Williams Senior Clinical Scholar of Distinction Award Lecture, National Medical Association, Annual Meeting and Scientific Assembly, Philadelphia, Pennsylvania.  August 2003.

"Pretrial Issues in an ADA Mental Disability Case: Discovery and Summary Judgment." Panelist, American Bar Association, EEO Committee Midwinter Meeting, Hollywood, Florida. March 2003.

Trial Practice Seminar: "How to Deal with the Disabled Plaintiff." Panelist, American Bar Association, EEO Committee Midwinter Meeting, Hollywood, Florida.  March 2003.

Trial Practice Seminar: "How to Deal with your Opponent's Expert." Panelist, American Bar Association, EEO Committee Midwinter Meeting, Hollywood, Florida.  March 2003.

2002    "Consultation to Law Enforcement: Ethical Concerns." Panelist, American Academy of Psychiatry and the Law 33rd Annual Meeting, Newport Beach, California. October 2002.

"Difficult Case? Consult Your Colleagues." Workshop Presenter, American Academy of Psychiatry and the Law 33rd Annual Meeting, Newport Beach, California. October 2002.

"The Death Penalty and Anglo-American Forensic Psychiatry." Panelist, American Academy of Psychiatry and the Law 33rd Annual Meeting, Newport Beach, California. October 2002.

"Public Forensic Mental Health Programs: Past, Present and Future." Keynote Address, First Annual Forensic Mental Health Conference, Government of the District of Columbia, Department of Mental Health, Washington, D.C.  June 2002.

"The Trial of Joan of Arc."  Mock trial expert witness for the prosecution, 127th Medical Alumni Association Reunion Scientific Program, University of Maryland School of Medicine, Baltimore, Maryland. April 2002

2001    "Assessing Dangerousness and Related Psychiatric Issues."  Lecture, Montgomery County Police Crisis Intervention Team Training, Rockville, Maryland.  November 2001.

"The Role of Mental Health Professionals in Hostage Negotiation."  Panelist, American Academy of Psychiatry and the Law 32nd Annual Meeting, Boston, Massachusetts. October 2001.

"Difficult Case? Consult Your Colleagues." Workshop Presenter, American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts. October 2001.

"Law Enforcement Liaison - Models of Cooperation." Panelist, American Academy of Psychiatry and the Law 32nd Annual Meeting, Boston, Massachusetts. October 2001.

"Use of Psychological Experts in the Defense of Sexual Harassment Cases." Lecture, Ohio Association of Civil Trial Attorneys Fall Meeting, Easton, Ohio. September 2001.

"Recognizing and Reacting to the Potential for Violence in the Workplace." Lecture, Cigna Corporate Security & Investigations, Training Seminar, Hawley, Pennsylvania. September 2001.

"How to Conduct a Culturally Sensitive Forensic Evaluation."  Presenter, The Association of Ohio Forensic Psychiatric Center Directors Conference, Columbus, Ohio. June 2001.

"Violence in America: Social and Environmental Factors." Visiting Scholar, Medical College of Ohio, Toledo, Ohio. May 2001.

"Dangerousness and the Assessment of Presidential Threats." Grand Rounds, Medical College of Ohio, Toledo, Ohio.  May 2001.

"Evaluation of Violent Patients and the Assessment of Future Risk."  Visiting Scholar, Medical College of Ohio, Toledo, Ohio. May 2001.

"Acute and Long-term Management of Violent Patients."  Visiting Scholar, Medical College of Ohio, Toledo, Ohio.  May 2001.

"Assessing Presidential Threats." Lecture, 11th Annual Forensic Psychiatry Symposium:  Prediction, Assessment and Management of Violence, Walter Reed Army Medical Center, Washington, D.C.  May 2001.

Workplace Investigation Roundtable, Panelist, Georgetown University Law Center, Washington, D.C. May 2001.

2000 "Psychiatric Issues in Malpractice Cases."  Lecture, U.S. Department of Justice National Advocacy Center, Columbia, South Carolina.  November 2000.

"Race and its Impact on the Criminal Justice System."  Kirby Forensic Psychiatric Center 13th Annual Forensic Workshop, Color-Blind or Color Blinded?, New York, New York. November 2000.

"Assisted Suicide and Euthanasia: Legal and Ethical Issues." Lecture, National Medical Association, Washington, D.C.  August 2000.

"Violence and the Media: Clinical Update 2000." Lecture, National Medical Association, Washington, D.C.  August 2000.

"Mental Competency as a Defense."   Panel Presentation, National Black Prosecutor's Convention, Washington, D.C.  August 2000.

"Use of Psychiatrist/Psychologist as Non-Testifying Expert/Consultant in Employment Litigation." Panelist, Selecting and Working with Psychiatric Experts in Employment Litigation, American Bar Association Annual Meeting, New York, New York. July 2000.

"Recognizing and Reducing the Potential for Violence in the Workplace." Presenter, Mountain States Employers Council, 11th Annual Employment Law Update, Denver, Colorado.  May 2000.
"Analyze This: Psychiatry, Culture and the Media." Reactor/Discussant, APA/CMHS and APA/AstraZeneca Minority Fellows Workshop, American Psychiatric Association Annual Meeting, Chicago, Illinois.  May 2000.

"The Use of Psychiatric Experts in Sexual Harassment Litigation." Presenter, Defense Research Institute, 24th Annual Employment Law Seminar, Atlanta, Georgia.  May 2000.

"Violence in America: Psychiatric Prescription for Social Illness." Presenter, Falk Communications, Inc., New Orleans, Louisiana.  April 2000.

"Use of Psychiatric Experts in Criminal Litigation."  Presenter, Criminal Law and Individual Rights Section of the District of Columbia Bar, Washington, D.C.  April 2000.

"Threat Assessment." Presenter. Forensic Review Course, St. Elizabeths Hospital, Washington, D.C. April 2000.

"Cultural Psychiatry." Visiting Lecturer, George Washington University, Washington, D.C.  February 2000.

15

"Media and Violence."    Presenter, Third Annual Conference on Mental Illness in Children and Adolescents:  Violence and Psychopathology in Children, Medical College of Ohio, Toledo, Ohio. February 2000.

"Psychiatric Issues in Malpractice Cases."  Presenter, U.S. Department of Justice Basic Medical Malpractice Seminar, National Advocacy Center Office of Legal Education, Columbia, South Carolina. January 2000.

"Threats, Workplace Violence, and Lessons Learned from Protecting U.S. Presidents."  Presenter, Law Education Institute, Inc, Labor and Employment Law Seminar, Vail, Colorado, January 2000.

"Clinical Issues in Identifying and Managing Workplace Violence." Presenter, Law Education Institute, Inc., Labor and Employment Law Seminar, Vail, Colorado, January 2000.

1999    "School Violence, Workplace Threats, and Lessons Learned from Protecting American Presidents." Grand Rounds, Northwestern University Medical School, Chicago, Illinois, December 1999.

"The Impact of Race on Criminal Justice System."  Panelist, American Academy of Psychiatry and the Law, 30th Annual Meeting, Baltimore, Maryland.  October 1999.

"Harassment, Discrimination and Litigating Emotional Stress."    Presenter, American Academy of Psychiatry and the Law, 30th Annual Meeting, Baltimore, Maryland.  October 1999.

"Violence in Schools: Current Issues."  Presenter, American Academy of Psychiatry and the Law, 30th Annual Meeting, Baltimore, Maryland.  October 1999.

"Mental Health Experts in Employment and Medical Malpractice Litigation."  Presenter, Employment Law & Litigation Update, Georgetown University Law Center, Washington, D.C.  April 1999.

"Use of Mental Health Experts in Malpractice Litigation." Presenter, U.S. Department of Justice Medical Malpractice Seminar, National Advocacy Center Office of Legal Education, Columbia, South Carolina.  March 1999.

"Dangerousness Assessments and Presidential Threats." Grand Rounds, University of Texas Houston, Health Science Center, Houston, Texas.  February 1999.

"Violence, Mental Illness, and the Assessment of Threats to Protectees."  Presentation, Journal Club, University of Texas Houston Health Science Center, Houston, Texas. February 1999.

"Violence, Mental Illness, and the Assessment of Dangerousness." Grand Rounds, Kirby Forensic Psychiatric Center, Ward's Island, New York.  February 1999.

"Expert Testimony."  Grand Rounds, St. Elizabeths Hospital, Washington, D.C.  January 1999.

1998    "Prevalence, Assessment, Prediction, and Treatment of Violence." Plenary Keynote Address, Allegheny University of the Health Sciences, 6th Annual National Forensic Rights and Treatment Conference, Harrisburg, Pennsylvania. December 1998.

"Child and Adolescent Violence." Tri-County Community Mental Health Consortium and OHEP Center for Medical Education, Violence Conference, Troy, Michigan.  October 1998.

"Child and Adolescent Violence." Presenter, In-service Training, Adventist Hospital, Portland, Oregon. October 1998.

"Law and Public Policy."  Panelist, Ethics and Public Policy Center, Conference on Neuroscience and the Human Spirit, Washington, D.C.  September 1998.

"Psychiatry and the Law." Panelist, National Medical Association Annual Convention, New Orleans, Louisiana.  August 1998.

16

"Psychiatry 101 - DSM and Beyond." Presenter, National Employment Law Institute, ADA and Psychiatric Disabilities: Problems & Solutions to Avoid Litigation, Washington, D.C.  June 1998.

"Dealing with Mental Health Professionals, Treating Psychiatrists/Experts." Presenter, National Employment Law Institute, ADA and Psychiatric Disabilities: Problems & Solutions to Avoid Litigation, Washington, D.C.  June 1998.

"Violence: America's Social Illness." Presenter, Industry Sponsored Symposium 154th Annual Meeting and Scientific Assembly, American Psychiatric Association, Toronto, Ontario, Canada.  May 1998.

"Facing T.V. Violence in Clinical Practice." Component Workshop Presenter, 154th Annual Meeting and Scientific Assembly, American Psychiatric Association, Toronto, Ontario, Canada.  May 1998.

"White House Cases: Risk Assessment and Management." Issue Workshop Presenter, 154th Annual Meeting and Scientific Assembly, American Psychiatric Association, Toronto, Ontario, Canada.  May 1998.

1997    "Travesty in Justice: The Severely Mentally Ill Incarcerated." Discussant, American Psychiatric Association, 1997 Institute on Psychiatric Services, Washington, D.C. October 1997.

"Sex Offender Treatment After Hendricks." Panelist, American Academy of Psychiatry and the Law, 1997 Annual Meeting, Denver, Colorado. October 1997.

"Forensic Psychiatry and the Media."  Workshop Presentation, American Academy of Psychiatry and the Law, 1997 Annual Meeting, Denver, Colorado. October 1997.

"Race and Justice: a Cross Cultural Perspective."  Panelist, American Academy of Psychiatry and the Law, 1997 Annual Meeting, Denver, Colorado. October 1997.

"The Use of Psychological and Medical Examinations for Liability and Damage Purposes."  Panelist, American Bar Association's Second Annual National Institute on Sexual Harassment, Chicago, Illinois. October 1997.

"Direct Examination of Defendant's Expert." Mock Trial Participant, American Bar Association, Second Annual National Institute on Sexual Harassment, Chicago, Illinois. October 1997.

"Cross Examination of Defendant's Expert." Mock Trial Participant, American Bar Association, Second Annual National Institute on Sexual Harassment, Chicago, Illinois. October 1997.

"Clinical Consequences of Media Violence." Grand Rounds, New Jersey Medical School Department of Psychiatry, Newark, New Jersey. October 1997.

"The Effects of Media Violence on Children and Adolescents."  Grand Rounds, Thomas Jefferson University Hospital, Philadelphia, Pennsylvania. October 1997.

"Sexually Violent Predator Commitment: Kansas v. Hendricks and the NASMHPD Legislation Tool Kit." Reactor/Discussant, State Mental Health Forensic Directors 18th Annual Conference, Annapolis, Maryland. September 1997.

"White House Cases with Psychiatric Symptoms: Responses from Civil, Forensic, and Criminal Justice Systems." Panelist, State Mental Health Forensic Directors 18th Annual Conference, Annapolis, Maryland. September 1997.

"Monitoring the Effects of Media Violence on Children and Adolescents."  Workshop Presentation, National Medical Association, Annual Convention, Honolulu, Hawaii. August 1997.

"Assessing Presidential Threats."  Workshop Presentation, National Medical Association, Annual Convention, Honolulu, Hawaii. August 1997.

17

"The Mentally Retarded, the Mentally Ill and Children: Is the Death Penalty Appropriate for These Individuals?" Panelist, Capital Punishment: 25 Years After Furman vs. Georgia Conference Co-Sponsored by Emory University Law School and the Southern Center for Human Rights, Atlanta, Georgia. July 1997.

"Psychological Damages." Panelist, U.S. Department of Justice Employment Discrimination Seminar, Annapolis, Maryland. July 1997.

"Crime, Violence, and the Effects of Media on Children and Adolescents." Faculty Presenter, St. Luke's Hospital, "5th Annual Current Trends in Mental Health," Cedar Rapids, Iowa. June 1997.

"TV Ratings: Can They Work for Kids?" Panelist, The Newseum Studio, Rosslyn, Virginia. April 1997. "Media Influence on Violence." Keynote Address, Maryland's First Annual Symposium on Disability and the Law, Columbia, Maryland. April 1997.

"The Impact of Race and Ethnicity on Forensic Services Delivery." Plenary Keynote Speaker, The Forensic Mental Health Association of California, 22nd Annual Conference, Pacific Grove, California. April 1997.

"Psychiatric Injury Claims: Forensic Assessment." Panelist, U.S. Department of Justice Civil Division Training Conference, Annapolis, Maryland. March 1997.

"The Television Parental Guidelines System." Testimony before the Senate Committee on Commerce, Science, and Transportation, Washington, D.C. February 1997.

"The Influence of the Media on Societal Violence." Presenter, American Psychiatric Association Conference on "Violence: Implications for Clinical Practice," New York, New York. February 1997.

"Violent Television Programming: Its Effect on Children and Adolescents." Grand Rounds, New York Medical College, Valhalla, New York. February 1997.

"Crime, Violence, and the Influence of Media on Children and Adolescents." Grand Rounds, Jackson Memorial Hospital, Miami, Florida. January 1997.

1996    "Barriers to Psychiatric Services in Forensic Systems." Workshop Presentation, American Psychiatric Association, 1996 Institute on Psychiatric Services, Chicago, Illinois. October 1996.

"Violent Behavior in Psychiatric Inpatients: Impact on Staff and Legal Considerations." Presenter, American Psychiatric Association, 1996 Institute on Psychiatric Services, Chicago, Illinois. October 1996.

"Managed Care and its Impact on Minority Patients and Providers." Maryland State Black Psychiatrists Association, Annual Meeting, Baltimore, Maryland. September 1996.

"Adolescent Violence." Wolf Adler Memorial Lecture, The Sheppard and Enoch Pratt Health System, Baltimore, Maryland. September 1996.

Managed Care and Professional Association Executives Dialogue Group, Faculty Member, Institute for Behavioral Healthcare Eighth Annual Dialogue Conference on Mental Health benefits and Practice in the Era of Managed Care, San Francisco, California. September 1996.

"The Effects of Violent Television Programming on Children." Workshop Presentation, National Medical Association Scientific Assembly, Section on Psychiatry and the Behavioral Sciences, Chicago, Illinois. July 1996.

"The Future of Children's Television Programming." Panelist, WAM! Kidz Network Town Hall Meeting, Washington, D.C. July 1996.

"Serving Public-Sector Patients: What you need to know to develop culturally sensitive, cost-effective, and clinically sound behavioral health programming." Keynote Address, National Association of Psychiatric Health Systems/American Hospital Association Educational Conference, Washington, D.C.

18

June 1996.

"Effects of Media Violence on Children and Adolescents." 16th Annual Henry L. Hartman Memorial Lecture in Forensic Psychiatry, Medical College of Ohio, Toledo, Ohio.  May 1996.

"Effects of Media Violence on Adolescents and Children."  Keynote Address, National Organization of Forensic Social Work Conference on Violence and Criminality: Entertainment for the Nineties? Chicago, Illinois, May 1996.

"Violence in the Medical Arena."  Lecture Presentation, Carolinas Medical Center Spring Symposium, Charlotte, North Carolina.  May 1996.

"Race, Ethnicity, and Psychiatric Treatment." Lecture Presentation, Carolinas Medical Center Spring Symposium, Charlotte, North Carolina.  May 1996.

"Juvenile Offenders: Clinical and Legal Issues." Participant, 152nd Annual Meeting and Scientific Assembly, American Psychiatric Association, New York, New York.  May 1996.

"Violence: Cultural Phenomenon or Institutional Genocide?"   Presenter, Symposium on Violence: Multidisciplinary Perspectives, 152nd Annual Meeting and Scientific Assembly, American Psychiatric Association, New York, New York.  May 1996.

"The Clinical Effect of Television on Our Patients." Workshop Participant, 152nd Annual Meeting and Scientific Assembly, American Psychiatric Association, New York, New York.  May 1996.

"Multidisciplinary Collaboration in Jails and Prisons." Chair, 152nd Annual Meeting and Scientific Assembly, American Psychiatric Association, New York, New York.  May 1996.

"Meet the Experts Sunny-Side Up:  Forensic Psychiatry Faculty Expert." Breakfast Symposium, 152nd Annual Meeting and Scientific Assembly, American Psychiatric Association.  New York, New York. May 1996.

"Program for Minority Research Training in Psychiatry Research Seminar." Co-chair, 152nd Annual Meeting and Scientific Assembly, American Psychiatric Association, New York, New York. May 1996.

"Addiction, Violence in the Minority Community." Work Group Facilitator, McLean Hospital, Conference on Substance Abuse Prevention and Violence, Boston, Massachusetts.  April 1996.

"Recognizing Patterns of Violence and Changing Behaviors." Presentation, McLean Hospital, Conference on Substance Abuse Prevention and Violence, Boston, Massachusetts.  April 1996.

"Addressing Violence/Drugs in the Media." Panelist, White House Leadership Conference on Youth, Drug Use, and Violence, Greenbelt, Maryland. March 1996.

"The Influence of the Media on Societal Values." Lecture Presentation, American Psychiatric Association, Conference on Violence:  Implications for Clinical Practice, New Orleans, Louisiana. March 1996.

"Meet the Experts."  American Psychiatric Association Conference on Violence:  Implications for Clinical Practice, New Orleans, Louisiana.  March 1996.

"Violence."  Grand Rounds, Montefiore Medical Center/Albert Einstein College of Medicine, Bronx, New York.  February 1996.

"Which Option is Best?"  Panelist, Violence on Television and the V-Chip, The Freedom Forum First Amendment Center, Nashville, Tennessee.  February 1996.

"Violence in America:  Environment, Culture, and Criminality."  Presentation, Managing Violence; State of the Art, Science and Politics, Albert Einstein College of Medicine, Bronx, New York.  February 1996.

"Psychiatrist as Evaluator: Conflicts and Conscience." Presenter, 21st Annual Conference Psychiatry and the Death Penalty, American Academy of Psychiatry and the Law, New York, New York. January 1996.

"Violence, Criminality, and the Effects or Media on American Culture." Dana African-American Lecture, University of Maryland, Baltimore, Maryland.  January 1996.

"Impact of Race, Culture, and Ethnicity on Psychiatric Practice."  Grand Rounds Presentation, University of Maryland, Baltimore, Maryland.  January 1996.

1995    "Violence in the Streets: Substance Abuse, Criminality, and Youthful Offenders."  Panel Presentation, Therapeutic Communities of America, National Conference on Substance Abuse and Youth: Today's Challenges for the Future, Washington, D.C.  December 1995.

"Violence Against Women."  Lecture Presentation, Arthur Ashe Institute for Urban Health and the SUNY Department of OB-GYN, Bronx, New York.  December 1995.

"Race Discrimination and Death: Psychiatry's Role in Capital Punishment."  Grand Rounds, Kirby Forensic Psychiatric Center, Ward's Island, New York.  December 1995.

"Role of the Psychiatrist in Prevention of Violence in the Community."  Grand Rounds, Nassau County Medical Center, East Meadow, New York.  September 1995.

"Challenges for Developing Improved Mental Health-Legal System Collaborations in a Multi-Ethnic America." Discussant, University of New Mexico and Substance Abuse and Mental Health Services Administration, Center for Mental Health Services Conference, Albuquerque, New Mexico. July 1995.

"Improving Mental Health Services to Prison Inmates."  Presenter, 151st Annual Meeting and Scientific Assembly, American Psychiatric Association, Miami, Florida.  May 1995.

"Meet the Experts Sunny-Side Up:  Forensic Psychiatry Faculty Expert."  Breakfast Symposium, 151st Annual Meeting and Scientific Assembly, American Psychiatric Association.  Miami, Florida.  May 1995.

"Program for Minority Research Training in Psychiatry Research Seminar."  Moderator, 151st Annual Meeting and Scientific Assembly, American Psychiatric Association, Miami, Florida.  May 1995.

"Key Damages Issues and the Experts Role in Proving and Defending Claims."  Presentation, National Employment Law Institute, Employment Law Litigation Program, Washington, D.C.  May 1995.

"Examining the Effects of Violence in Society and the Media on Children and Adolescents." Presentation, The Key School, Annapolis, Maryland.  April 1995.

"Domestic Violence & Forensic Implications."  Presenter & Moderator, Symposia on Women's Health Issues: Psychiatric Implications, Midyear Education Meeting, American College of Osteopathic Neurologists & Psychiatrists, Phoenix, Arizona.  April 1995.

"Mental Health Overview."  Workshop Presentation and "Cultural and Ethnic Diversity." Lecture Presentation, Health Care in Correctional Settings:  Today and Beyond Conference, University of Maryland at Baltimore School of Nursing, Baltimore, Maryland.  March 1995.

"Crime, Punishment, and the Anatomy of Violence." Grand Rounds, Children's National Medical Center, Washington, D.C.  March 1995.

"Prisons:  The Newest Asylum." Lecture Presentation, Winter Meeting, American Association of Community Psychiatrists, Pinehurst, North Carolina.  February 1995.

"Violence & Forensic Services in Community Mental Health." Workshop Presentation, Winter Meeting, American Association of Community Psychiatrists, Pinehurst, North Carolina.  February 1995.

"Penetration and Impact of Managed Care Carve Outs on Mental Health Services."  American Medical

Association Council on Medical Services, Washington, D.C.  January 1995.

"Crime, Punishment, and the Anatomy of Violence." Grand Rounds, Medical University of South Carolina, Charleston, South Carolina.  January 1995.

1994    "The Psychiatrist's Evolving Role in Patient Care." Lecture, The Bronx District Branch, Purchase, New York.  November 1994.

"The Forensic Patient and the Criminal Justice System."  Workshop Presentation, Maryland Council of Community Mental Health Programs, Inc. Clinical Training Conference, Columbia, Maryland. November 1994.

"Rage, Race, and Restitution: African-Americans and Crime." Grand Rounds, Howard University Hospital, Washington, D.C.  November 1994.

"Reconsidering the Role of Forensic Hospitals as Repositories for Society's Unwanted."  Grand Rounds, Kirby Forensic Psychiatric Center, Ward's Island, New York.  November 1994.

"How Can Our Systems be Culturally Responsive?"  Plenary Session Presentation, Center for Mental Health Systems Community Support Program State Systems Improvement Grantees' Meeting, Rockville, Maryland.  November 1994.

"Competence for Criminal Adjudication."  Panelist, American Academy of Psychiatry and the Law 25th Annual Meeting, Maui, Hawaii.  October 1994.

"Detention, Discrimination, and Death: Racism in the Criminal Justice System."  Workshop Presentation, American Academy of Psychiatry and the Law 25th Annual Meeting, Maui, Hawaii. October 1994.

"What's New in Psychiatry and the Law at the APA."  Panelist, American Academy of Psychiatry and the Law 25th Annual Meeting, Maui Hawaii.  October 1994.

"Childhood, Adolescence and the Anatomy of Violence." Workshop Presentation, 46th Institute on Hospital and Community Psychiatry, American Psychiatric Association, San Francisco, California. September 1994.

"Special Populations--Cultural Awareness. "Lecture Presentation, Applying the Research for Mental Health Services in Jails, Policy Research Associates, Crystal City, Virginia. September 1994.

"Violence in America:  Cross Cultural Phenomenon or Institutional Genocide."  Grand Rounds, State University of New York at Buffalo, Buffalo, New York.  September 1994.

"Gun Violence: Its Prevalence, Causes, and Consequences." Moderator, First National Conference on Gun Violence, Washington, D.C.  June 1994.

"Psychiatry, Homelessness, and Serious Mental Illness: A Training Institute of Psychiatrists."  Opening Remarks, The Center for Mental Health Services, New York, New York.  June 1994.

"Mental Health Concerns-Competency Evaluations in Correctional Settings." Lecture, Correctional Health Continuing Education Course, New York Medical College, Graduate School of Health Sciences, Valhalla, New York.  June 1994.

"Mental Illness in America's Prisons."  Lecture, National Coalition for the Mentally Ill in the Criminal Justice System Congressional Breakfast and Briefing, Washington, D.C.  May 1994.

"Program for Minority Research Training in Psychiatry Research Seminar." Moderator, 150th Annual Meeting and Scientific Assembly, American Psychiatric Association, Philadelphia, Pennsylvania.  May 1994.

"Forensic Psychiatry." Discussant, 150th Annual Meeting and Scientific Assembly, American Psychiatric Association, Philadelphia, Pennsylvania.  May 1994.

21

"Assessing and Managing Violence and Aggression (for Residents Only)." Discussant, 150th Annual Meeting and Scientific Assembly, American Psychiatric Association, Philadelphia, Pennsylvania.  May 1994.

"Meet the Experts Sunny-Side Up:  Forensic Psychiatry Faculty Expert."  Breakfast Symposium, 150th Annual Meeting and Scientific Assembly, American Psychiatric Association, Philadelphia, Pennsylvania.  May 1994.

"Are We Violent?"   Lecture, Violence and Youth Trauma System Response Conference, U.S. Department of Health and Human Services Division of Trauma and Emergency Medical Systems and the American Trauma Society, McLean, Virginia.  May 1994.

"Violence in America:  Cross-Cultural Phenomena or Institutional Genocide." Grand Rounds, Duke University Medical Center, Durham, North Carolina.  May 1994.

"Violence Against Women - Its Impact On Families." Panelist, D.C. Commission on Women Town Hall Meeting.  April 1994.

"Violence in America: Cross-Cultural Phenomena or Institutional Genocide." Lecture, Maryland State Black Psychiatrist Association, Baltimore, Maryland.  April 1994.

"Psychiatric Perspectives on Substance Abuse and Family Violence." Lecture, AMA National Conference on Family Violence:  Health and Justice, Washington, D.C.  March 1994.

"Violence in America:  Cross-Cultural Phenomena or Institutional Genocide." Grand Rounds, George Washington University, Department of Psychiatry & Behavioral Sciences, Washington, D.C.   March 1994.

"The Effects of Violent and Demeaning Musical Lyrics on Our Nation's Youth."  Testimony before the Senate Subcommittee on Juvenile Justice of the Judiciary Committee, Washington, D.C. February 1994.

"Creating a New Asylum:  Jails, Prisons and the Mentally Ill." Grand Rounds, Hahnemann University, School of Health Sciences and Humanities.  February 1994.

"Violence in America:  Cross-Cultural Phenomena or Institutional Genocide." Grand Rounds, Baylor College of Medicine, Department of Psychiatry and Behavioral Sciences, Houston, Texas. February 1994.

"Violence in America:  Cross-Cultural Phenomena or Institutional Genocide." Grand Rounds, Louisiana State University Medical Center, New Orleans, Louisiana.  January 1994.

1993    "Return to the Asylum: The Mentally Ill in Jails and Prisons." Grand Rounds, Bronx-Lebanon Hospital Center, Department of Psychiatry, Bronx, New York.  December 1993.

"Violence in America: Cross-Cultural Phenomena or Institutional Genocide." Workshop Presentation, 6th Annual New York State Office of Mental Health Research Conference, Albany, New York. December 1993.

"The Pharmacology of Addictive Street Drugs."  Federal Bureau of Justice Assistance and State Justice Institute Interbranch Conference on Substance Abuse and the Criminal Justice System, Portsmouth, New Hampshire.  November 1993.

"Jails and Prisons:  America's Newest Psychiatric Hospitals." Grand Rounds, Northwestern University School of Medicine, Department of Psychiatry, Chicago, Illinois.  November 1993.

"Aid to Sentencing Evaluations."   Course Offering, 24th Annual Meeting, American Academy of Psychiatry and the Law, San Antonio, Texas.  October 1993.

"Qualitative Differences of Civil Commitments vs. Competency Restorations." 24th Annual Meeting, American Academy of Psychiatry and the Law, San Antonio, Texas.  October 1993.

"Police Action and the Mentally Impaired."  24th Annual Meeting, American Academy of Psychiatry and the Law, San Antonio, Texas.  October 1993.

"Written Testimony and the Insanity Defense:  Content as a Measure of Quality." Paper Presentation, 24th Annual Meeting, American Academy of Psychiatry and the Law, San Antonio, Texas.  October 1993.

"Creating a New Asylum:  The Criminalization of the Mentally Ill."  Distinguished Psychiatrist Lecture, 146th Annual Meeting and Scientific Assembly, American Psychiatric Association, San Francisco, California.  May 1993.

"Frustration, Hopelessness, Rage and Violence."  Symposium Lecture, 146th Annual Meeting and Scientific Assembly, American Psychiatric Association, San Francisco, California.  May 1993.

"Asserting African-American Values in White Institutions."  Workshop Presentation, 146th Annual Meeting and Scientific Assembly, American Psychiatric Association, San Francisco, California.  May 1993.

"Black Adolescent Violence--Myth and Reality."  Reactor/Discussant, 146th Annual Meeting and Scientific Assembly, American Psychiatric Association, San Francisco, California.  May 1993.

"Discrimination and Death:  Psychiatry's Role in the Death Penalty."  Workshop Presentation, 146th Annual Meeting and Scientific Assembly, American Psychiatric Association, San Francisco, California.  May 1993.

"Meet the Experts:  Sunnyside Up." Transcultural Issues in Psychiatry Breakfast Symposium, 146th Annual Meeting and Scientific Assembly, American Psychiatric Association, San Francisco, California.  May 1993.

"Violence--Rage and Riots:  The Genesis of Civil Unrest."  Workshop Presentation, 37th Annual Meeting, American Academy of Psychoanalysis, San Francisco, California.  May 1993.

"Culturally Sensitive Forensic Mental Health Treatment." Lecture, 10th Annual Missouri Forensic Conference, Lake of the Ozarks, Missouri.  April 1993.

"The Psychiatrist in the Courtroom:  Elements of the Competent and Reliable Mental Health Evaluation." Lecture, Yale University School of Law, New Haven, Connecticut.  April 1993.

"Racism and Conditional Release."  Workshop Presentation, 18th Annual Meeting, Forensic Mental Health Association of California.  March 1993.

"Mental Health Service Needs and Systems Delivery Issues of Incarcerated African-Americans." Workshop Presentation, 18th Annual Meeting, Forensic Mental Health Association of California. March 1993.

"Race, Ethnicity and the Criminal Justice System."  Keynote Address, Northwest Ohio Psychiatric Association, Winter Meeting, Toledo, Ohio.  January 1993.

"Race Discrimination and Death:  Psychiatry's Role in Capital Cases."  Grand Rounds, Medical College of Ohio, Department of Psychiatry, Toledo, Ohio.  January 1993.

1992 "Race Discrimination and Death:  Psychiatry's Role in Crime and Punishment."  Grand Rounds, Albert Einstein College of Medicine for Yeshiva University Department of Psychiatry, Montefiore Medical Center, Bronx, New York.  October 1992.

"Consent, Compliance and Coercion." Grand Rounds, Yale University School of Medicine, Department of Psychiatry, New Haven, Connecticut.  October 1992.

"Smoking Cessation in Maximum Security Hospitals."  Paper Presentation, 23rd Annual Meeting, American Academy of Psychiatry and the Law, Boston, Massachusetts.  October 1992.

Racism and Conditional Release."  Paper Presentation, 23rd Annual Meeting, American Academy of Psychiatry and the Law, Boston, Massachusetts.  October 1992.

"Evaluation and Treatment of Blacks in Jails and Prisons."  Workshop Presentation, 23rd Annual Meeting, American Academy of Psychiatry and the Law, Boston, Massachusetts.  October 1992.

"Alternatives to Incarceration for Persons with Serious and Persistent Mental Illness."  Keynote Address, Harlem Alliance for the Mentally Ill, Mental Illness Awareness Week Conference, Harlem Hospital Medical Center, New York, New York.  October 1992.

"Police Perspective and the Los Angeles Experience." Lecture, Policy and the Black Family Conference, Yale University School of Medicine/New Haven Policy Department, New Haven, Connecticut.  October 1992.

"Race, Ethnicity and Residency Training." Lecture, American Psychiatric Association Fall Component Meeting, Committee of Residents Symposium, American Psychiatric Association, Washington, D.C. September 1992.

"Frustration, Helplessness, Rage and Violence." Lecture, American Psychiatric Association Fall Component Meeting Workshop on Violence, Washington, D.C.  September 1992.

"Evaluation and Treatment of Blacks in Jails and Prisons."  Paper Presentation, 13th Annual Conference, National Association of State Mental Health Forensic Directors, Portland, Oregon. September 1992.

"Racism and Conditional Release Decisions." Paper Presentation, 13th Annual Conference, National Association of State Mental Health Forensic Directors, Portland, Oregon. September 1992.

"State Systems for Delivery of Pretrial Forensic Evaluation Services." Reactor Discussant, Centennial Convention of the American Psychological Association, Washington, D.C. August 1992.

"Treatment of African Americans in Jails, Prisons and the Juvenile Justice System."  Lecture, 97th Annual Convention and Scientific Assembly, San Francisco, California.  August 1992.

"The Role of Mental Health Professions in Correctional Settings." Lecture, Eastern New York Correctional Facility, Napanoch, New York.  June 1992.

"Meet the Experts:  Sunnyside Up."  Subspecialization in Psychiatry Breakfast Symposium, 145th Annual Meeting and Scientific Assembly, Washington, D.C.  May 1992.

"Choosing a Residency That's Right for You:  Taking the Vital Signs." Workshop Presentation, 145th Annual Meeting and Scientific Assembly, Washington, D.C.  May 1992.

"Ethical, Moral and Legal Dilemmas on Death Row." Workshop Presentation, 145th Annual Meeting and Scientific Assembly, Washington, D.C.  May 1992.

"Evaluation and Treatment of Blacks in Jails and Prisons."  Workshop Presentation, 145th Annual Meeting and Scientific Assembly, Washington, D.C.  May 1992.

"Criminality." Lecture Presentation, The Black Family in America: Reflections, Accomplishments, Challenges, Yale University School of Medicine APA/NIMH Conference, New Haven, Connecticut. April 1992.

"Ethical, Moral and Legal Dilemmas on Death Row." 17th Annual Meeting, The Forensic Mental Health Association of California, Pacific Grove, California.   April 1992.

1991    "What Courts Need to Know About Alcoholism, Public and State of the Art Education." Lecture, 1st National Conference on Substance Abuse and the Courts, Washington, D.C.  November 1991.

"Problems Associated with Accreditation of Forensic Facilities." Workshop Presentation, American

Academy of Psychiatry and the Law, Lake Buena Vista, Florida.  October 1991.

"Ethical and Moral Dilemmas on Death Row." Workshop Presentation, 22nd Annual Meeting, American Academy of Psychiatry and the Law, Lake Buena Vista, Florida.  October 1991.

"Legal Clinical and Ethical Dilemmas in Capital Sentencing Proceedings." Lecture, 12th Annual Meeting, National Association of State Mental Health Forensic Directors, Birmingham, Alabama. September 1991.

"Meet the Experts:  Sunnyside Up."  Subspecialization in Psychiatry Breakfast Symposium, 144th Annual Meeting, American Psychiatric Association, New Orleans, Louisiana.  May 1991.

"Medical Students: Our Future." Workshop Presentation, 144th Annual Meeting, American Psychiatric Association, New Orleans, Louisiana.  May 1991.

"Juveniles and Justice:  Psychiatric Assessments for Minors Facing the Death Penalty."  Lecture, Juvenile Criminal Law Seminar, University of Bridgeport School of Law, Bridgeport, Connecticut.  April 1991.

"The Role of Psychiatric Experts in Post-Conviction Relief." Workshop Presentation, Volunteer Lawyers Resource Center Retreat, Tallahassee, Florida.  March 1991.

"Capital Sentencing Proceedings:  Traveling on the Slippery Slope."  Keynote Address, Delaware Valley Chapter of the American Academy of Psychiatry and the Law, Philadelphia, Pennsylvania. March 1991.

"Psychiatric Evaluations for Death Row Inmates." Grand Rounds, Department of Psychiatry, Pennsylvania Hospital, Philadelphia, Pennsylvania.  March 1991.

"How to Work with Mental Health Experts in Post-Conviction Cases." Workshop Presentation, California Attorneys for Criminal Justice/California Public Defenders Association Death Penalty Seminar, Palm Springs, California.  February 1991.

1990  "Legal Inconsistencies in the Imposition of the Death Penalty on Black Defendants."  Workshop Presentation, National Association of Black Social Workers, New England Regional Conference, New Haven, Connecticut.  November 1990.

"Medium Security in Forensic Psychiatry Facilities." Paper Presentation (Gottlieb, Norko, Phillips & Zonana), 21st Annual Meeting, American Academy of Psychiatry and the Law, San Diego, California. October 1990.

"Who's Going to Run?: Predicting Hospital AWOL's of Not Guilty by Reason of Insanity Acquittees." Paper Presentation (Phillips, et al.), 21st Annual Meeting, American Academy of Psychiatry and the Law, San Diego, California. October 1990.

"Violence and Aggression:  Mental Disease or Social Illness?"  Keynote Address, Connecticut Psychological Association Annual Convention, Stamford, Connecticut. October 1990.

"Violence and the Mentally Ill:  Facts and Fantasies."  Symposium Presentation, Connecticut Psychiatric Society/Connecticut Alliance for the Mentally Ill, New Haven, Connecticut.  October 1990.

"Who's Going to Run? Predicting Hospital AWOL's of Not Guilty by Reason of Insanity Acquittees." Paper Presentation (Scott, Lewis & Phillips), 11th Annual Meeting, National Association of State Mental Health Forensic Directors, Santa Fe, New Mexico.  September 1990.

"National Trends in the Prosecution of Forensic Patients." Paper Presentation, 11th Annual Meeting, National Association of State Mental Health Forensic Directors, Santa Fe, New Mexico.  September 1990.

"Crisis Intervention:  The New Game in Town."  Case Conference Discussant, Clinical Grand Rounds, Yale University School of Medicine Department of Psychiatry.  September 1990.

"Psychiatric Evaluations of Death Row Inmates."  Paper Presentation, 95th Annual Convention and Scientific Assembly, National Medical Association, New York, New York.  May 1990.

"Three-Year Follow-Up on Connecticut's Not Guilty by Reason of Insanity Acquittees."  Poster Session, 143rd Annual Meeting, American Psychiatric Association, New York, New York.  May 1990.

"Why Psychiatry?" Workshop Presentation, 143rd Annual Meeting, American Psychiatric Association. May 1990.

"Prosecuting Forensic Patients for Assault." Paper Presentation, 143rd Annual Meeting, American Psychiatric Association, New York, New York.  May 1990.

"Meet the Experts: Sunnyside Up." Transcultural Issues in Psychiatry Breakfast Symposium, 143rd Annual Meeting, American Psychiatric Association, New York, New York.  May 1990.

"Career Opportunities in Medicine." Panelist, Annual Medical Education Conference, Student Medical Association, Atlanta, Georgia.  April 1990.

1989    "Three-Year Follow-Up on Connecticut's Not Guilty by Reason of Insanity Acquittees."  Paper Presentation, 20th Annual Meeting, American Academy of Psychiatry and the Law, Washington, D.C. October 1989.

"Our Hospitals Under Siege:  The Role of Inpatient Treatment in the Recovery of the Mentally Ill." Symposium Presentation, Connecticut Psychiatric Society/Connecticut Alliance for the Mentally Ill, New Haven, Connecticut.  October 1989.

"Prosecuting Forensic Patients for Assaultive Behavior." Paper Presentation, 10th Annual Meeting, National Association of State Mental Health Forensic Directors, Mystic, Connecticut.  September 1989.

"Medical-Legal Aspects of AIDS Legislation."  Lecture, Intensive Review Course for Practicing Physicians, Howard University School for Medicine.  June 1989.

 "Treating Violent Patients."   Lecture, Intensive Review Course for Practicing Physicians Howard University School for Medicine.  June 1989.

"Prosecuting Psychiatric Patients for Assaultive Behavior."  Grand Rounds, University of South Florida Psychiatric Center, Tampa, Florida.  May 1989.

"Overcoming the Stigmata of Becoming a Psychiatrist."  Workshop Presentation, 142nd Annual Meeting, American Psychiatric Association, San Francisco, California.  May 1989.

"Prosecuting Assaultive Psychiatric Patients." Paper Presentation (Norko, Zonana, Phillips), 142nd Annual Meeting, American Psychiatric Association, San Francisco, California.  May 1989.

"Psychiatric and the Treatment of Violence:  Medical Prescriptions for Social Illness."  Keynote Address, 11th Annual Scientific Symposium, National Medical Association of Northwest Indiana, Gary, Indiana.  April 1989.

1988    "Complexity of Abuse in the Penal System."93rd Annual Convention and Scientific Seminar of the American College of Neuropsychiatrists, American Osteopathic Association, Las Vegas, Nevada. December 1988.

"Prosecuting Forensic Patients for Assaultive Behavior."  Paper Presentation, American Academy of Psychiatry and the Law, San Francisco, California.  October 1988.

"Patients and Practitioners: Negotiating Community Services." Symposium Presentation, Connecticut Psychiatric Society/Connecticut Alliance for the Mentally Ill, New Haven, Connecticut.  October 1988.

"Treating Insanity Acquittees - The Connecticut Experience."  Paper Presentation, 9th Annual Meeting, National Association of State Mental Health Forensic Directors, Minneapolis, Minnesota.  September 1988.

"Medical, Legal and Ethical Issues in the Care and Treatment of A.I.D.S. Patients." Plenary address to the 93rd Annual Meeting and Scientific Assembly, National Medical Association, Los Angeles, California.  August 1988.

1987    "Patients, Policy and Providers:  Problems in Access to Care." Symposium Presentation, Connecticut Psychiatric Society/Connecticut Alliance for the Mentally Ill, New Haven, Connecticut.  October 1987.

"The Effects of Divorce on Black Children and Adolescents."    Paper Presentation, 91st Annual Meeting and Scientific Assembly, National Medical Association, New York, New York.  July 1987.

1986    "Blacks and Cocaine Abuse."  Program Director for Paper Session, 91st Annual Meeting and Scientific Assembly, National Medical Association, New York, New York.  July 1986.

"Black Residents in White Training Institutions." Paper Presentation, 139th Annual Meeting, American Psychiatric Association, Washington, D.C.  May 1986.

"Ethnicity and Psychotherapy---Amend Your Therapeutic Approach?" Chairman, Component Workshop featuring case presentations and discussion by Charles Penderhuges, M.D., and Otto Kernberg, M.D., 139th Annual Meeting, American Psychiatric Association, Washington, D.C.  May 1986.

"Assessment for Prevalence Rates of Alcoholism Among an In-Patient Treatment Population."  Poster Session, displayed at the Mental Health Research and Ethnic Minority Population's National Conference, National Institute of Mental Health, Washington, D.C.

1985    "Blacks and Alcoholism." Program Director for Paper Session, 90th Annual Convention and Scientific Assembly, National Medical Association, Las Vegas, Nevada.  July 1985.

"American Psychiatric Association/National Institute of Mental Health Minority Fellowship Program:  A Decade of Progress." Paper Presentation, 138th Annual Meeting, American Psychiatric Association, Dallas, Texas.  May 1985.

1984    "Assessment of Prevalence Rates of Alcoholism Among In-Patient Treatment Population."  Paper Presentation, 89th Annual Convention and Scientific Assembly, National Medical Association, Montreal, Canada.  August 1984.

"The Physician's Role in the Care of Learning Disabled Children."  Workshop Presentation, 23rd Annual Convention of the Minnesota Council of Exceptional Children, Minneapolis, Minnesota.  March 1984.

1983    "The Physician's Role in the Care of Learning Disabled Children." Paper Presentation, 88th Annual Convention and Scientific Assembly, National Medical Association, Chicago, Illinois.  July 1983.

1992    "Behavioral Considerations of Performance Goals in the Neuroscience Education: A Contrast to Traditional Methodology." Paper Presentation, 87th Annual Convention and Scientific Assembly, National Medical Association, San Francisco, California.  July 1982.

**TELEVISION AND RADIO APPEARANCES:**

"The Godfather Legacy", Documentary Interview, Prometheus Entertainment, History Channel, New York, New York. July 2012.

"Batman Unmasked: The Psychology of the Dark Knight." Documentary Interview, Prometheus Entertainment, History Channel, New York, New York. July 2008.

"Involuntary Commitment." Interview, Religion and Ethics, WNEP PBS Television Network, New York, NY, July 2007.

"Law Enforcement and Mental Illness." Interview, Talk of the Nation, WAMU NPR, Washington, D.C. December 2005.

"Letters from a Serial Killer."  Interview, The Discovery Channel, Washington, D.C.  November 2003.

"Teenagers: another Country."  Interview, Sunday Rounds, AMA Radio News, Chicago, Illinois, May 1999.

"Kansas v Hendricks."  Interview by Ed Bradley,  60 Minutes, ,CBS News,  New York, New York. October 1997.

"Kansas v Hendricks."  Interview, FOX News, Washington, D.C. May 1997.

"MORAL JUDGMENT: Does the Abuse Excuse Threaten Our Legal System?" Interview, Think Tank, WETA PBS Television Network, Washington, D.C. April 1997.

Panelist, Close Up on C-SPAN", C-SPAN Television Network, Alexandria, Virginia. March 1997.

"Whores of the Court."  Panelist, Burden of Proof, CNN Television Network, Washington, D.C.  March 1997.

"Kansas v Hendricks."  Interview, NBC Nightly News, Washington, D.C.  December 1996.

"Kansas v Hendricks."   Panelist, The News Hour with Jim Lehrer, WETA/MPT  PBS Television Network, Arlington, Virginia. December 1996.

"Kansas v Hendricks."   Panelist with Carla Stovall, Kansas Attorney General, AM-Live, Washington, D.C. December 1996.

White House Conference on Children's Television.  Panelist, CNN Television Network, The White House, Washington, D.C.  July 1996.

"The Smart Parent's Guide to TV Violence." Panelist, KQED Television, San Francisco, California. May 1996.

"Expert Testimony."  Panelist, Burden of Proof, CNN Television Network, Washington, D.C.  May 1996.

"Depression Survey."  Interview, National Alliance for the Mentally Ill Press Conference, New York, New York. April 1996.

White House Conference on Children's Television.  Panelist, CNN Television Network, The White House, Washington, D.C.  March 1996.

"Insanity Defense."  Interview, WAUB Radio, Boston, Massachusetts. March 1996.

"Insanity Defense."  Panelist, Burden of Proof, CNN Television Network, Washington, D.C.  Feruary 1996.

"Substance Abuse:  Addictions Treatment Continuum of Care."  Panelist, KETC-TV, St. Louis, Missouri. October 1995.

"Past Life Regression Therapy."  Interview, Prime Time Live, ABC Television Network, Washington, D.C. September 1995.

"V-Chip Debate." Interview, Eighth Wonder, NCT Television Network, Washington, D.C.  July 1995
"Family Re-Union IV: The Family and The Media."  Panelist, CNN Television Network, Nashville, Tennessee. July 1995.

"Mandatory Rating System for Music."  Interview, Terry Wilson, EXYT-CNN Radio, Detroit, Michigan. March 1995.

"Images of Violence in the Media and Their Impact on Youth."  Interview, Arlena Chaney Talk Show, WDCU, Washington, D.C.  March 1995.

"Psychiatric Analysis Through Birthing Process...Womb Regression."  Interview, The Oprah Winfrey Show, WLS-TV, Chicago, Illinois.  April 1994.

"Town Meeting with Presidential Candidate Bill Clinton."  Questions and Answers,  <u>CBS This Morning</u>, CBS Television Network, New York, New York.  June 1992.

"Holiday Trauma-Seasonal Depression." Interview, <u>VISTA</u>, WFSB-TV, Hartford, Connecticut. December 1990.

"To Catch a Rapist:  The Story of a Survivor."  Interview,  <u>A Current Affair</u>, Fox Television Network.  November 1990.

"Charles Stewart:  Anatomy of a Murder."  Interview, <u>Live at Five with Gayle King</u>, WFSB-TV, Hartford, Connecticut.  March 1990.

"Is There Something Wrong with Today's Youth?"  Interview, <u>Tony Brown's Journal</u>, Public Broadcasting System, Program #1222.  July 1989.

**2/14**

**Paul Montalbano, Ph.D. ABPP (Forensic)**
**Board Certified in Forensic Psychology**

Deputy Chief
Forensic Psychology Postdoctoral Fellowship
Center for Forensic Behavioral Science
Walter Reed National Military Medical Center
6000 MacArthur Boulevard
Bethesda, MD 20816
(office) 301-319-5653
(cell) 202-316-4717
paul.montalbano.civ@health.mil

## Career Summary

Dr. Montalbano is a board-certified forensic psychologist with over twenty-four years experience in clinical and forensic psychology. He is the deputy director of the first and only postdoctoral training program in forensic psychology to receive accreditation through the American Psychological Association. Extensive experience in providing forensic administrative and clinical services. Extensive experience in performing psychological evaluations, in forensic, military and civil settings in both pre-trial and post-trial contexts. Expertise in expert witness testimony to a wide range of forensic issues. Specialized forensic expertise in competency to stand trial, competency to waive Miranda rights/confess, criminal responsibility, assessment of malingering, violence risk assessment/risk management, sexual recidivism/risk management, sentencing mitigation and capital cases. Experience in civil cases involving personal injury, disability, discrimination and harassment. Special expertise in designing and implementing forensic assessment, treatment and training programs. Extensive experience in inpatient forensic hospital and correctional settings treating and evaluating a wide range of psychopathology, including schizophrenia, mood disorders, anxiety disorders, sexual disorders, mental retardation and personality disorders. Experienced presenter, trainer and consultant. Broad based administrative, clinical, forensic and psychological skills utilized in a variety of inpatient and outpatient settings as well as on a contractual basis. Involvement in high profile forensic cases including John Hinckley Jr. and Zacarias Moussaoui.

## Professional Qualifications

Administrative

- As Deputy Director of the Post-Doctoral Fellowship in Forensic Psychology at Walter Reed National Military Medical Center assists with planning, development and implementation of the Fellowship program. This program is the first and only APA accredited postdoctoral program in forensic psychology. Part of faculty for training forensic psychologists and psychiatrists in Army and Navy enrolled in Forensic Psychology and Psychiatry training programs.
- Responsible for assisting in an array of forensic psychology services at Walter Reed that include assessment, consultation and training. Functions as an expert consultant for DoD psychologist, psychiatrists, JAG officers, security, command and medical personnel. Serves as an assistant to the medical treatment facility's senior Subject Matter Expert on Forensic Psychology for the Army Clinical Psychology and Forensic Psychology Consultants, Army

Office of The Surgeon General, Senior Legal Counsel to the Office of the Secretary of Defense, and the Army Chief of Staff.

- Functions as Deputy Director of the Post-Doctoral Fellowship in Forensic Psychology as required.
- Branch Manager, Pre-Trial Chief for the Forensic Service Administration, St. Elizabeths Hospital, Department of Mental Health for 9 years. Responsible for supervising 3 or 4 inpatient pretrial/postrial wards, with an approximate census of 80 patients. Oversee all court ordered inpatient examinations. During my tenure as Chief oversaw the admission and discharge of over 2100 patients and the completion of over 3500 court ordered evaluations. Supervise clinical administrators/ psychologists and secretarial staff.
- Experience as voting member of the Forensic Review Board, which is administratively responsible for recommendations regarding, changes in security status of all insanity acquittees at St. Elizabeths Hospital.
- Member of St. Elizabeths Institutional Review Board, which reviews all hospital research.
- Served as executive staff member of the forensic administration in the Commission on Mental Health Services in D.C. Membership in various Task Force groups.
- Over two years experience as Training and Program Development Coordinator for the Forensic Service Administration of the Commission on Mental Health Services. Responsible for assessing training and program needs, developing, implementing and monitoring appropriate programs.
- Over two years experience overseeing specialized treatment wards, including the intensive treatment unit and sex offenders unit.
- Two years of specialized training in the Group, Family, Organizational Training Program at St. Elizabeths Hospital.
- Helped design and implement the role of Forensic Ward Administrators at Clifton T. Perkins Hospital.
- Almost three years experience as a Forensic Ward Administrator at Clifton T. Perkins Hospital. Responsible for designing, directing and overseeing the treatment milieu of a co-ed ward of maximum-security forensic inpatients.
- Participant and liason in numerous hospital quality improvement activities. Participated in hospital Planning and Program Development Committee. Led first ever Root Cause Analysis for the Forensic Service Administration. Leadership role in subsequent Root Cause Analyses.
- Leader and participant in numerous groups and workshops designed to promote continuous quality improvement and total quality management. Helped develop and implement interventions designed to reduce hospital violence, improve treatment, promote community safety, reduce length of stay and improve risk management of conditional release.
- Quality improvement award at Clifton T. Perkins Hospital Center.
- Two time employee of the months at Clifton T. Perkins Hospital Center.

Forensic Evaluations and Expert Witness Testimony

- Expert witness testimony approximately 70 times on a wide range of forensic issues. Accepted as an expert witness in various jurisdictions.
- Performs forensic evaluations and provides expert witness testimony on a wide range of forensic issues in military courts for all branches of the Armed Forces worldwide. Opinions include review of the work product of other professionals, habeas reviews, Military Commission cases involving terrorism and illegal combatants, review of cases and procedures for the Office of the Army Surgeon General and opinions in complex and high-profile criminal cases, including military death penalty cases. Cases may involve required

read-on for handling classified information up to Top Secret with access to Sensitive Compartmentalized Information (TS-SCI).

- Board-Approved Supervisor, Preceptor and Expert in Forensics for Maryland Board of Examiners of Psychologists
- As Pretrial Chief oversaw all the adult inpatient pretrial forensic evaluations conducted by the Commission on Mental Health Services in the District of Columbia.
- Conducted numerous court ordered evaluations to assess competency to stand trial and criminal responsibility.
- Co-director of the psychological risk assessment program at Clifton T. Perkins Hospital.
- Conducted numerous psychological risk assessments on forensic inpatients to assess dangerousness and suitability for conditional release. Numerous risk assessment consultations to formulate treatment and discharge planning. Staff psychologist on prerelease ward of forensic hospital.
- Conducted numerous psychological risk assessments on a correctional population, both in prison and on probation, to assess risk for future criminal behavior and to determine suitability for prerelease status.
- Performed psychological evaluations on civil cases to assess extent, severity and legitimacy of reported psychological pathology. Civil cases have involved personal injury, disability, discrimination and sexual harassment.
- Helped formulate and design of risk assessment program for Clifton T. Perkins Hospital, Patuxent Institution and on a contractual basis for Clinical Heuristics Inc., which had a contract with the U.S. Marshals Office. Oversaw development of guidelines for risk assessments for forensic services in D.C.
- Contractual forensic work for private law firms, for private attorneys, for public and private mental health providers, and for Public Defenders and States Attorneys. Have been contracted by local firms including Bonner, Kiernan, Trebach & Crociata; Mason, Ketterman & Cawood; Dickstein Shapiro and Thompson, O'Donnell, Markham, Norton & Hannon as well as out of state firms such as Schugart, Thompson & Kilroy and Drinker, Biddle & Reath.
- Disability consultations for UnumProvident Corporation and Northwestern Mutual.
- Fitness for duty evaluations for PsyBar.
- Contractual psychological evaluations and psychological risk assessments for the U.S Probation Office in Maryland.

Training and Program Development

- Working to establish APA accredited program for Postdoctoral Fellowship in Forensic Psychology for Walter Reed National Military Medical Center. Faculty for training forensic psychologists and psychiatrists in the Army and Navy.
- Design and present training modules for Judge Advocate General (JAG) officers across all branches of the Armed Forces.
- Develop, implement and monitor a wide range of forensic assessment capabilities, including guidelines for Army psychologists conducting forensic assessments.
- Designs and implement didactic training modules in forensic psychology for trainees to prepare them for board certification in forensic psychology.
- Training and Program Development Coordinator for forensic services in D.C. Responsible for designing and implementing treatment and training programs for all staff.
- Designed and implemented Forensic Review Course at St. Elizabeths Hospital specifically tailored to train psychiatrists and psychologists to provide expert witness testimony. Specific

topics included competency, criminal responsibility, dangerousness, civil litigation, sex offenders, community forensic services and expert witness testimony.

- Conducted numerous workshops on risk assessment, mental health, behavior management, psychopathy and team building. Selected to present at various statewide conferences.
- Facilitated development of regular clinical case conferences to improve treatment planning and understanding of broader systems issues.
- Spearheaded development of standardized format for reports to the Forensic Review Board.
- Numerous consultations to regional state hospitals and detention centers on dangerous or hard to manage patients.
- Presentations on various topics at forensic symposiums.
- Consultation at D.C. Jail on interviewing techniques and jail transfers.
- Workshops at Alexandria Detention Center on Assessment and Management of Aggressive Behavior
- Workshop at U.S. Probation Office on Domestic Violence.
- Presentations at National Association of State Mental Health Program Directors (NASMHPD)- Forensic Division on risk communication

Individual and Group Psychotherapy

- Over 18 years of experience in providing and supervising individual and group psychotherapy in variety of inpatient and outpatient settings.
- Completed specialized 2 year training program in group psychotherapy at St. Elisabeths Hospital.
- Facilitation of the provision of individual therapy within hospital setting as Individual Treatment Coordinator at Clifton T. Perkins Hospital Center.
- Conducted psychotherapy groups at Maryland Correctional Institute for Women in a project funded by the National Institute for Drug Abuse (NIDA).
- Designed and implemented treatment interventions for domestic abuse/violence intervention, including anger management modules, for federal parole and probation on a contractual basis.
- Coordinating development of specialized ward for treatment and evaluation of sex offenders at John Howard Pavilion.

**Employment History**

| 4/09 - Present | Walter Reed National Military Medical Center, Psychology Department, Bethesda, MD. *Deputy Chief, Forensic Psychology Services & Postdoctoral Fellowship in Forensic Psychology.* Assists with planning and development of Post-Doctoral Forensic Fellowship in forensic psychology. Forensic consultation and liaison to Department of Defense. Forensic evaluations and expert testimony for use in civil, criminal and administrative proceedings. |
| --- | --- |
| 9/00 – 4/09 | Department of Mental Health, Forensic Services Administration, St. Elizabeths Hospital,Washington, D.C. *Chief of Pretrial Services.* Oversee all adult pretrial forensic evaluations. Manage and supervise four pretrial/posttrial wards housing approximately 80 patients. During my tenure oversaw the admission and |

discharge of over 2100 patients and the completion of over 3500 court ordered evaluations. In FY07 oversaw 476 court ordered inpatient examinations.

1/06 – 4/06

Department of Mental Health, Forensic Service Administration, St. Elizabeths Hospital, Washington, D.C.
*Acting Branch Chief in Forensic Legal Services.* Responsible for directing, planning, organizing, supervising all Court ordered forensic evaluations performed on an outpatient basis in D.C. An average of over 50 evaluations is performed each month.

5/98 – 9/00

Commission on Mental Health Services, St. Elizabeths Hospital, Forensic Service Administration, Washington, D.C.
*Training and Program Development Coordinator.* Responsible for directing, planning, organizing, developing and implementing all training for all staff and stakeholders in the forensic system. Training goals include providing high quality, effective patient care, reducing risks to public safety, promoting professional development and facilitating liaisons with other agencies. Needs assessments of current programs. Oversee the development of risk assessment and risk management protocols.

3/92 - 5/98

Clifton T. Perkins Hospital Center, Jessup, Maryland
*Staff Psychologist. Co-director of the Psychological Risk Assessment Program.* Designed specific risk assessment strategies which integrate current research for forensic inpatients and specialized offenders such as sexual offenders, fire setters, and spousal abusers. Forensic evaluations to assess competency, criminal responsibility and dangerousness. Expert witness testimony. Treatment team member on prerelease ward. Plan and formulate treatment and discharge planning. Individual and group psychotherapy. Three years as forensic ward administrator. Achievements include co-designing the risk assessment program and helping to implement forensic ward administrators.

1994 - Present

Private Practice, Washington, D.C.
- Contractual forensic work with private and public law firms.
- Contractual evaluations and domestic violence programs for U.S. Probation Office in Maryland. Developed and implemented anger management modules for offenders involved in domestic violence.
- Contractual work with Clinical Heuristics, a psychological consultation firm.
- Group psychotherapy as in part of a grant for incarcerated women funded by the National Institute of Drug Abuse.

9/90 – 3/92

Patuxent Institute, Jessup, Maryland
*Correctional Psychologist.* Helped design and implement risk assessment protocol. Group and individual psychotherapy. Evaluations to assess dangerousness and eligibility for release status. Work release supervision.

9/88- 9/90          <u>Commission on Mental Health Services</u>, St. Elizabeths Hospital, Washington, D.C.
*Resident and Intern* in the Group, Family, Organizational Consultation Branch. Conducted psychotherapy groups for forensic inpatients and dually diagnosed psychiatric inpatients. Individual psychotherapy. Conducted workshops. Consultant.

9/87 – 9/88          <u>Commission on Mental Health Services</u>, St. Elizabeths Hospital Washington, D.C.,
*Internship*. Placement on intensive inpatient treatment ward. Individual and group psychotherapy. Psychological assessments, including forensic and geriatric inpatients.

1984 - 1987          <u>Adelphi University</u>, Garden City, N.Y.
Practicums in psychotherapy and psychological testing. Placements at Northport Veteran's Hospital, Bellevue Hospital, Manhattan Child Psychiatric Center and Derner Institute of Advanced Psychological Studies.

## Education

- Ph.D.      Clinical Psychology      1990
  Adelphi University, Garden City, N.Y.
- M.A.      Clinical Psychology      1986
  Adelphi University, Garden City, N.Y.
- M.A.      German      1979
  Syracuse University, Syracuse, N.Y.
- B.A.      Psychology & Philosophy      1974
  Hamilton College, Clinton, N.Y.
- C.P.M.      Certified Public Manager      2002
  George Washington University Center for Excellence, Washington, D.C

## Board Certification

- Diplomate of the American Board of Forensic Psychology #7258
- Fellow of the American Academy of Forensic Psychology

## Security Clearance

- Top Secret Security Clearance through the US Army Central Personnel Security Clearance Facility

## Licensure and Credentials

- Maryland License #2848
- D.C. License #1711
- National Register of Health Service Psychologists #43015

## Academic Appointments

- Training Faculty, Walter Reed National Military Medical Center, Forensic Psychology Postdoctoral Fellowship Program, Washington, D.C.

## Professional Memberships

- American Psychological Association
- Division 41- Psychology and the Law
- Division 19- Military Psychology

## Publications, Manuscripts and Grants

- Doctoral Dissertation. "Consequences of Divorce on Death Attitudes and Death Concepts: A Comparison between Children of Divorced Families and Children of Intact Families."
- Co-author of chapter "Psychopathy, Criminality and Substance Abuse" in book, Treatment of the Substance Abuse Syndromes, Henry J. Richards, Ph.D., Aronson Press, Northvale, N.J. 1993
- Elbogen, E., Heilbrun, K, Steadman, H., Malone, R., Sweda, M., Montalbano, P. & Bell, M. (April, 2012). Identification of Risk and Protective Factors for Prevention of Violence in Military Personnel. $1.97 million dollar grants submission through the Military Operational Medicine Research Program. Preproposal (Feb, 2012) reviewed and approved. Invited to submit full grant proposal which was submitted April 26, 2012.
- Montalbano, P. & Sweda, M. G. (in press). Forensic Psychology in the Military Setting. In B.A Moore &Jeffrey E. Barnett (Eds). Military Psychologists Desk Reference. New York: Oxford University Press.
- Montalbano, P.(in press) Sanity Board Evaluations. In Richie, C.E. eds. Military Forensic Mental Health. Borden Institute
- Sweda, M.G., McClenen, R. & Montalbano, P. (2012) An all-dynamic, trait-state method of assessing protective factors in military populations. Unpublished manuscript. Authors: Bethesda, MD.

## Workshops

- "Patients Who Act Out," Walter P. Carter Center, Baltimore, Maryland, February 17, 1994
- "Psychopathy and Predatory Violence," Springfield Hospital Center, Sykesville, Maryland, May 20, 1994
- "Forensic Psychology and Sexual Homicide: Case Reviews and Analysis," with Michael Sweda, Ph.D., District of Columbia Psychology Association, Washington, D.C., December 10, 1994
- "Assessing Dangerousness" with Lawrence Fitch, Director of Forensic Services at Clifton T. Perkins Hospital Center, February 15 & 22 and March 8, 1995
- "Recent Advances in Psychological Risk Assessment," Clifton T. Perkins Hospital Center, State Wide Psychology Conference, November 3, 1995
- "Risk Assessment: Recent Developments in Assessing the Relationship Between Mental Disorder and Violence," Public Defenders Office for the District of Columbia, November 3, 1995
- "Risk Assessment for the Courts," First Annual Symposium on Mental Disability and the Law: Assessing and Managing Risk of Violence, Columbia, Maryland, April 18, 1997

- "NCR-Evaluation to Conditional Release," Third Annual Forensic Mental Health Conference, The Mental Health and Criminal Justice Systems: Practical and Ethical Issues; Roles and Responsibilities, Baltimore, Maryland, June 20, 1997
- "Assessment and Management of Aggressive Behavior," Alexandria Detention Center, July, 1997
- "Antisocial Personality Disorder," Forensic Psychiatric Fellowship and Training Program, Baltimore, Maryland, February 20, 1998
- "Assessing and Managing Risk of Violence," Judicial Institute of Maryland, Clifton T. Perkins Hospital Center, March 27, 1998
- "Psychological Risk Assessments: Recent Advances in Assessing the Risk for Violence in a Forensic Population," Crownsville Hospital Center, May 15, 1998
- "Risk Assessment: Recent Advances in Assessing the Risk for Violence in a Forensic Population," John Howard Pavilion, Commission on Mental Health Services, Washington, D.C., November 18 & December 16, 1998
- "Domestic Abuse/Violence Intervention Programs: Assessments and Interventions," with Henry Richards, Ph.D., U.S. Probation Office, Greenbelt, Maryland, December 2, 1998
- "Practical Issues in the Successful Management of Insanity Acquittees Returning to the Community," with Beverly Wise, LCSW-C, National Association of Social Workers, Chevy Chase, Maryland, April 14, 1999
- "Recent Advances in Assessing and Managing the Risk for Violence," Winchester Medical Center Behavioral Health Service Bi-Monthly Seminar, Winchester, Virginia, July 9, 1999
- "Preventing the Criminalization of Persons with Mental Illness," D.C. Commission on Mental Health Services First Annual Conference- Pathways to Recovery, Moderator to Panel including E. Fuller Torrey, M.D, and M. Sue Diehl, LCSW-C, Washington, D.C., August 11, 1999
- "Communicating Risk to Providers: Does it Make a Difference," National Association of State Mental Health Program Directors-Forensic Division, with Beverly Wise, LCSW-C and Raymond Patterson, MD, Tarrytown, New York, October 5, 1999
- "Forensic Overview: Historical and Legal Contexts," Walden University, Walter Reed Army Medical Center, Washington, D.C., November 5, 1999
- "Criminal Responsibility," John Howard Pavilion. Commission on Mental Health Services, Washington, D.C., January 11, 2000
- "Dangerousness versus Risk Assessment: Legal and Clinical Issues- Special Focus on Admissibility," John Howard Pavilion. Commission on Mental Health Services, Washington, D.C., February 1, 2000
- "Overview of Competence and Pre-Trial Mental Examination Process and Legal Standards" with Joques Prandoni, Ph.D., David Norman, Esq. and Michael Ryan, Esq, in the Public Defender Service Criminal Defender Training Program, Washington, D.C., July 17, 2000
- "Prison and Jail Transfers: Campbell v McGruder and Matthews v. Hardy," with Benjamin Adewale, M.D., D.C. Jail, October 12, 2000
- "Risk Communication: A Multi-Site Study on Communicating Risk-Related Information on Insanity Acquittees to Community Providers," National Association of State Mental Health Program Directors-Forensic Division, with Beverly Wise, LCSW-C and Henry Richards, Ph.D., Chandler, Arizona, December 6, 2000
- "Assessing and Treating Members of an Anger Management Module Using Early Memories," Society for Personality Assessment, with Arnold Bruhn, Ph.D., Philadelphia, Pennsylvania, March 17, 2001

- "Dangerousness versus Risk Assessment versus Risk Management- Legal and Clinical Issues," Creative Connections CarePoint Presentation, Washington, D.C., April 19, 2002
- "The District's Current System for the Evaluation and Treatment of Individuals Found Not Guilty By Reason of Insanity: Clinical and Legal Overview," Forensic Mental Health Training Conference, Department of Mental Health, with Michael Ryan, Esquire, Washington, D.C., June 26, 2002
- Keynote Speaker- "Communicating and Managing Risk: A Risky Business," Should They Stay or Should They Go- 9th Annual Forensic Conference, Sponsored by Baltimore Mental Health Systems, Inc. & the Medical Services Division of the Circuit Court for Baltimore City, Baltimore, Maryland, June 13, 2003
- "Understanding the Mental Health System," with Colleen Kennedy, Esquire, United States Attorneys Office and Tonya Robinson, Esquire, Corporation Counsel, March 2, 2004 & August 1, 2004
- "Psychiatry Residency Forensic Lectures," St. Elizabeths Hospital, 1998 to 2003
- "Forensic Psychiatry Course," St. Elizabeths Hospital, 2003 to 2004
- "The Most Humane Care and Enlightened Curative Treatment: 150 Years of History at St. Elizabeths Hospital," 31st Annual Conference on Washington, D.C. Historical Studies, with Surya Kanhouwa, M.D., Robert Ellis, Barbara Birk & Matthew Gambino, Washington, D.C., November 6, 2004
- "Competence to Stand Trial- Legal, Program and Practice Developments," Public Defender Service, Washington, D.C., July 7, 2005
- "Terrorism and the Death Penalty: Expert Testimony and Legal Strategy in the Moussaoui Trial," American Academy of Psychiatry and the Law, with Jeffrey Metzner, M.D., Raymond Patterson, M.D., Michael First, M.D. and Gerald Zerkin, JD, October 28, 2006, Chicago, Illinois
- Forensic Evaluations: A Focus on Cultural Considerations: The Case of Zacarias Moussoui," Georgetown University and D.C. Department of Mental Health with Alan Newman, M.D. & Raymond Patterson, M.D., December 12, 2007, Washington, D.C.
- "Psychology Lectures in the Forensic Seminar on Criminal Responsibility, Legal Competencies, Sex Offender Laws, Sexual Sadism, Risk Communication, Expert Witness Testimony and Other Topics" St. Elizabeths Hospital Forensic Seminar, 1998 to 2009
- "Child Pornography," Senior Trial Counsel and Defense Conference, Bolling AFB, August 18, 2009, Washington, D.C.
- "Risk, Recidivism, and Rehabilitation Issues: Child Pornography and Sexual Offenses," with Michael Sweda, Ph.D. Trial and Defense Counsel Assistance Programs Joint Sexual Assault Expert Symposium, September, 2010, Chicago, IL.
- "Violence in America: Mental Illness and Risk," American University, Washington ,D.C., January 18, 2011
- "Improving Behavioral Screening, Timeliness of Risk Assessments and Visibility of Assessments," with Michael Sweda, Ph.D., Eric Elbogen, Ph.D. & Kirk Heilbrun, Ph.D., DoD Violence Work Group, June 14, 2011, Dulles, Virginia
- "Military Forensic Psychology: Veterans, Military Service Members, and Criminal Justice Programming," with Michael Sweda, Ph.D., Anita Boss, Ph.D. & Samantha Benesh, Psy.D., American Psychological Association, August 5, 2011, Washington, D.C.
- "Malingering," Uniformed Services University of the Health Sciences, May 16, 2012, Bethesda, MD
- "Expert Witness Testimony," Grand Rounds, June 6, 2012, St. Elizabeths Hospital, Washington, D.C.

- "Forensic Implications of PTSD." September, 2012. Presentation given to The Judge Advocate General Legal Center and School, Charlottesville, VA.
- "Alcohol Facilitated Sexual Assault- Forensic Issues." February, 2014. Defense Service North, Navy Yard, Washington, DC.
- "Forensic Psychology Seminars," St. Elizabeths Hospital 1998 to Present
- "Forensic Psychology Didactic Seminars," Walter Reed National Military Medical Center, Center for Forensic Behavioral Sciences, April 2009 to Present, Bethesda MD.

## Media

- Channel 8, Steven Tschida, Violence and Mental Disorder, July 19, 1999
- Korean Broadcasting System, Documentary on Psychopathy and Serial Killers, March 17, 2005

## References Available On Request