Law Offices of

# Tragos & Sartes, P.L.

George E. Tragos, Esquire*
Peter A. Sartes, MBA/JD

601 Cleveland St., Suite 800
SunTrust Bank Building
Clearwater, FL 33755
Phone (727) 441-9030
Tampa (813) 223-6405
Facsimile (727) 441-9254
Website: www.greeklaw.com

March 5, 2014

Sara C. Sweeney, AUSA
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa FL 33602

   Re: Sami Osmakac

Dear Ms. Sweeney:

  Pursuant to the court's order to inform you of items I might use in my cross-examination (other than government documents) I give you the following:

  1.  The Terror Factory, by Trevor Aaronson;

  2.  The items listed on page 240 through 255 of that book.

  3.  "FBI Teaches Agents: Mainstream Muslims are Violent and Radical, by Spencer Ackerman, www.wired.com/dangerroom/2011/09/FBI-muslims-radicals/.

  4.  Flashback: FBI Training Manual Purged References to Islamic Terror www.breitbart.com/bigdashpiece/2013/04/20/flashback-FBI-training-manual-purged.

  5.  Terror Plots, Hatched by the FBI, by David Shiplar, New York Times, April 28, 2012.

  As I gather other information, I will forward that to you.

  As you announced in open court, the notice that I provided you was sufficient with regards to our psychiatric and psychological expert testimony. We have also provided you with reports by our experts. Pursuant to a recent telephone conversation, I also indicated what our defense was in some of the case law with reference to that defense. If there is anything else that you need or any other specifications, please let me know.

  Once you have decided on your expert, please have him contact me so that we can coordinate a time for the examination. Hopefully, this will be done soon so that I can receive his report in time to prepare for trial.

Thank you for your kind attention to this matter.

Sincerely yours,

Tragos & Sartes, P.L.

George E. Tragos, Esq.
GET/pai
Cc:    Sami Osmakac
       Avni Osmakac