UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:12-CR-45-T-35AEP

SAMI OSMAKAC

## VERDICT

1. **Count One of the Indictment**

    As to the offense of Attempted Use of Weapons of Mass Destruction, in violation of 18 U.S.C. § 2332a(a)(2),

    We, the Jury, find the defendant, **SAMI OSMAKAC**:

    Guilty __✓__    Not Guilty _____

2. **Count Two of the Indictment**

    As to the offense of Possession of an Unregistered Machine Gun, in violation of 26 U.S.C. § 5861(d),

    We, the Jury, find the defendant, **SAMI OSMAKAC**:

    Guilty __✓__    Not Guilty _____

    SO SAY WE ALL, this __10__ day of __June__, 2014.

    _____
    FOREPERSON