```
 1                 UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION

 3  UNITED STATES OF AMERICA,    Case No.8:12-CR-45-T-35AEP

 4           Plaintiff,

 5   VS.                        Tampa, Florida

 6  SAMI OSMAKAC,               June 3, 2014

 7           Defendant.         10:00 a.m.

 8  _____/

 9                         VOLUME 6
             TRANSCRIPT OF JURY TRIAL PROCEEDINGS
10           BEFORE THE HONORABLE MARY S. SCRIVEN
                UNITED STATES DISTRICT JUDGE
11
    Appearances:            MS. SARA SWEENEY
12                          Assistant United States Attorney
                            401 North Tampa Street
13                          Suite 3200
                            Tampa, FL 33602
14                          (813)274-6000
                            sara_sweeney@usdoj.gov
15
                            CLEMENT J. MCGOVERN, ESQUIRE
16                          United States Department of Justice
                            Trial Attorney
17                          950 Pennsylvania Avenue, N.W.
                            Washington, DC  20530
18                          (202)305-0535
                            clement_mcgovern@usdoj.gov
19
    For the Defendant:      GEORGE TRAGOS, ESQUIRE
20                          PETER TRAGOS, ESQUIRE
                            Tragos & Sartes, PL
21                          601 Cleveland St.
                            Suite 800
22                          Clearwater, FL  33755
                            (727)441-9030
23                          george@greeklaw.com

24

25
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
1    Court Reporter:          CLAUDIA SPANGLER-FRY, RPR, RMR
                              Official Court Reporter
2                             801 North Florida Avenue
                              7th Floor
3                             Tampa, FL 33602
                              (813)301-5575
4                             cookiefry@aol.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2   WITNESSES:                                    PAGE

3

4   *WILLIAM ORTIZ*

5   DIRECT EXAMINATION BY MS. SWEENEY..................... 235

6   CROSS-EXAMINATION BY MR. GEORGE TRAGOS .............. 238

7   REDIRECT EXAMINATION BY MS. SWEENEY ................. 242

8

9   *STEVEN MILLER*

10  DIRECT EXAMINATION BY MS. SWEENEY .................... 244

11  CROSS-EXAMINATION BY MR. GEORGE TRAGOS .............. 249

12  REDIRECT EXAMINATION BY MS. SWEENEY ................. 257

13

14  EXHIBITS:

15  Government's Exhibit 22 (Stipulation) ................ 233

16  Government's Exhibit Number 54-A

17  in Evidence (Photo of Defendant's vehicle) ........... 245

18  Government's Exhibit Number 54-C in Evidence

19  (Photo of pistol) ................................... 246

20  Government's Exhibit Numbers 54-D and E in Evidence

21  (Photos of bombs) ................................... 248

22

23

24

25

           CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

<pre>
 1                    P R O C E E D I N G S

 2                        June 3, 2014

 3                          ******

 4          THE COURT:  Good morning.

 5          Are there any preliminary issues to address from the

 6   Government or the defense?

 7          MS. SWEENEY:  Your Honor, from the Government, we're

 8   going to begin playing the CHS recordings this morning and one

 9   of the ones that's earliest in the timeline is the one on which

10   the Government has lodged a hearsay objection.

11          THE COURT:  The Government briefed the issue of

12   impeachment.  I didn't see any briefing on the question of the

13   803 motive or intent or mental impression.

14          And is the Government prepared for the Court to

15   present to the jury a limiting instruction as to the purpose

16   for which the CHS's statements are being offered and have you

17   drafted such a limiting instruction?

18          MS. SWEENEY:  I have not drafted one, Your Honor, I

19   apologize, but, yes, I was anticipating that such a limiting

20   instruction would be given.  I would just suggest that it's

21   essentially that the CHS's statements in the recordings are not

22   admitted for the truth of the matter and they're admitted only

23   to make the Defendant's statements in the recordings

24   understandable.

25          THE COURT:  And with regard to that, if that is true,
</pre>

1    that they're not being offered for the truth of the matter

2    asserted, Mr. Tragos, do you have any notion that the 806

3    objection or exception to the hearsay rule would be applicable?

4              MR. GEORGE TRAGOS:  Well, I do, Your Honor, in a

5    sense.

6              THE COURT:  Well, let me ask you the first question.

7    Do you agree that the statements in the recordings are not

8    offered for the truth of the matter asserted?

9              MR. GEORGE TRAGOS:  No, I do not.

10             THE COURT:  So, for example?

11             MR. GEORGE TRAGOS:  Well, I'm sorry, this kind of

12   catches me -- the CHS talks about where he's to go, what he's

13   to do.

14             THE COURT:  What who's to do and where who's to go?

15             MR. GEORGE TRAGOS:  Your Honor, give me a minute.

16   I'll have to pull all the CHS's transcripts.

17             THE COURT:  You knew you were going to have to make

18   the argument this morning, so I'm not sure why that's a

19   surprise.

20             MR. GEORGE TRAGOS:  Well, Your Honor, the Government

21   yesterday did not say they were going to put this instruction

22   up.

23             THE COURT:  Well, the Government did say that the

24   CHS's statements were not being offered for the truth of the

25   matter asserted.

```
 1              MR. GEORGE TRAGOS:  Can you give me a moment, Your

 2     Honor?

 3              (Brief pause.)

 4              THE COURT:  Well, setting aside that question for one

 5     second, let's assume for a moment that the CHS's statements are

 6     not being offered for the truth of the matter asserted.  The

 7     statement at issue is this one of "I intend to control him this

 8     time."  That is not a statement of fact, in any event, that is

 9     a statement of an intent or motive which, as I understand it,

10     under 803 is an exception in and of itself.  And tell me why

11     that's not true.

12              MS. SWEENEY:  I think that perhaps that is true, Your

13     Honor.  The purpose that the defense said they were going to

14     offer this statement for was to impeach the credibility of the

15     CHS, so regardless of whether this statement may fall under a

16     hearsay exception by itself, it doesn't meet the standards of

17     806 to impeach the credibility of a hearsay declarant.

18              THE COURT:  Does it permit the Defendant to play it

19     for the purpose of establishing the CHS's intent or motive or

20     then present mental impression?

21              MS. SWEENEY:  Not 806, Your Honor.

22              THE COURT:  Well, the defense said 804, 806, 801

23     yesterday.

24              MS. SWEENEY:  So, Your Honor, if that is the path by

25     which this is being moved into evidence by the defense, the
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1     Government's response would be that that's not relevant.

2              Again, this goes back to the Government's argument

3     that the actions or statements of Government agents or actors

4     outside of the presence of the Defendant are not relevant to an

5     entrapment defense.

6              THE COURT:  Mr. Tragos.

7              MR. GEORGE TRAGOS:  The case law cited by the

8     Government isn't necessarily relevant to the facts that we have

9     here today.  We have --

10             THE COURT:  This is on the 806 objection?

11             MR. GEORGE TRAGOS:  806, but we're also arguing that

12    this does express the motive of the -- and I think the motive

13    is relevant.  I think motive of an agent of the Government, and

14    again, we're talking very early on, this is a statement made

15    before the December 5th meeting which was the first meeting

16    that was supposed to happen with the UCE where the Defendant

17    did not show.  This is the CHS is going to control this

18    Defendant.  And that is his motive for doing what he's doing.

19             THE COURT:  Well, the case law seems pretty clear

20    that the motive is not relevant.  The motive of an agent of the

21    Government is not relevant to an entrapment defense.

22             MR. GEORGE TRAGOS:  Well, Your Honor, I don't -- I

23    don't know if I necessarily agree that motive is not relevant.

24    I think the Court went to a -- cited a case yesterday with

25    regards to statements about entrapment made by the agent.  I

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    don't have -- do we have that case handy?

2              THE COURT:  *Pickle*?

3              MR. GEORGE TRAGOS:  *United States versus Price*.  I

4    don't know if that is correct or not, but the Court read that

5    the motive of the agent that they weren't going to entrap him

6    or try to entrap him, that that statement was relevant.

7    *Pickle*.

8              THE COURT:  That's not their motive, that's their

9    intent.

10             MR. GEORGE TRAGOS:  Well, the intent of this person

11   is to control my client.  And I don't know how much clearer he

12   can say it than he said it here.  And he said it on

13   December 5th before any meetings with the UCE.

14             THE COURT:  I think that is right.  I think his

15   intent, not his motive, but what he was going to do as

16   expressed by him is relevant to this case.  Why he was doing it

17   or what his purpose was, whether he was trying to work his time

18   off or whether he, himself, was under investigation, whether

19   the Government needed a big hit or a big prosecution, all of

20   that is motive and it's not relevant to the Defendant's

21   behavior or to the Government's prosecution.

22             But its intent in inducing the Defendant, which is

23   what the defense of entrapment suggests, is supportable by *U.*

24   *S. versus Pickle*, as admissible because there, the Government

25   wanted to offer evidence of the Government's intent not to

1   entrap the Defendant and the Court said it wasn't admissible as

2   its intent.  And so its intent to control the Defendant is, I

3   can't imagine otherwise, equally relevant and 803 would allow

4   it to come in because it's not hearsay or it's an exception to

5   the hearsay because it's offered to prove intent and he said

6   it, it's available, the Court will allow it to be introduced in

7   the course of the case.

8          Does the defense agree with the limiting instruction

9   the Government proposes that the confidential human source's

10  statements are not offered to prove the truth of the matter

11  asserted, but offered to provide context for the Defendant's

12  statements?

13         MR. GEORGE TRAGOS:  Your Honor, again, I don't see

14  how that can be separated out.  If the Court wants some

15  examples now, I have some examples.

16         THE COURT:  Yes, sir.

17         MR. GEORGE TRAGOS:  This is on Exhibit 101.4-B.  It's

18  a transcript from November 30th, 2011, just a couple

19  statements.  If the Court will remember, they were talking

20  about in the UCE's -- remember, they were talking about St.

21  Petersburg, going down to South St. Pete to meet drug dealers.

22         And the conversation of the CHS, page eight, "No, you

23  need to make a decision before we talk about it.  So life is

24  okay now.  Oh, oh, oh, I remember, I was talking to a brother

25  in St. Pete that has a grocery store and a gas station."

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

| | |
|---|---|
| 1 | THE COURT:  I'm sorry, who's speaking? |
| 2 | MR. GEORGE TRAGOS:  The CHS is speaking. |
| 3 | THE COURT:  All right. |
| 4 | MR. GEORGE TRAGOS:  "I told him he's not going to be |
| 5 | in a place that has alcohol.  I said, no, I can put him with |
| 6 | the guys just to fill up.  They have full, especially since the |
| 7 | winter is coming, they have full service.  Are you willing to |
| 8 | work?" |
| 9 | My client:  "Yeah." |
| 10 | CHS: "In St. Pete?" |
| 11 | My client:  "Yes, inshallah, God willing, I live |
| 12 | there." |
| 13 | "Which area do you live in?" |
| 14 | THE DEFENDANT:  "I live 118th and U. S. 19." |
| 15 | CHS:  "Oh, I never" -- |
| 16 | CHS: "It's so close, it doesn't matter, St. Pete." |
| 17 | "I don't know anything about St. Pete, but I" -- and |
| 18 | it goes on and on talking about St. Pete. |
| 19 | CHS talking, same page, they're talking about, |
| 20 | "something bigger than me and you and what makes me nervous |
| 21 | that you change." |
| 22 | 101-B -- excuse me -- 101-B, again, November 30th, |
| 23 | 2011, page 45.  One of the reasons given for the CHS not |
| 24 | participating with the Defendant, and I don't know if the Court |
| 25 | remembers, the UCE, they were talking about one of the -- the |

1    Defendant wanted the CHS to actually drive the truck.  One of

2    the reasons why the CHS talks about his knee surgery and the

3    reason he can't drive the truck is because of the knee surgery

4    that he had.  And that's on page 45.  There's --

5              THE COURT:  Well, 101-B, on my exhibits, 101.4-B, is

6    what you said, it's only 14 pages long.

7              MR. GEORGE TRAGOS:  Well, this is 101-B.

8              MS. SWEENEY:  Your Honor, we're not seeking to

9    introduce 101-B.  We're not introducing the entirety of their

10   conversation, only portions of it which are the clips that are

11   marked.

12             So Mr. Tragos is referring to a part that I don't

13   believe is in a clip, although it may be, but I don't think it

14   is.

15             MR. GEORGE TRAGOS:  The 101.4 is a clip you're

16   introducing, right?

17             MS. SWEENEY:  Right.

18             THE COURT:  101.4-B?

19             MR. GEORGE TRAGOS:  Point 4-B, yes.

20             THE COURT:  And what page are you speaking from?

21             MR. GEORGE TRAGOS:  I was talking about -- initially,

22   I was reading from page nine -- page eight.

23             THE COURT:  Eight of 14?

24             MR. GEORGE TRAGOS:  Right.

25             (Brief pause.)

```
 1              THE COURT:  So what truth is being asserted there in
 2    the defense's perspective?
 3              MR. GEORGE TRAGOS:  Relates to St. Petersburg and he
 4    knows somebody in St. Petersburg, and he's talking about St.
 5    Petersburg.  Again, going back to the UCE, going down to St.
 6    Petersburg to buy guns.
 7              Does the Court also have 101.8-B?
 8              THE COURT:  Yes.
 9              MR. GEORGE TRAGOS:  At the top of page one, third
10    line, CHS:  "Are you ready to go.  You're going to go forward?"
11              THE COURT:  Mr. Peter Tragos, I need you not to speak
12    during this discussion.  Yes, sir.  The son Tragos, I guess.
13              MR. GEORGE TRAGOS:  Oh, I'm sorry.  Peter.
14              The CHS is speaking.  "Are you ready to go.  You're
15    going to go forward?"
16              THE DEFENDANT:  "The plan is to do."
17              CHS:  "And you're not going to change?"
18              "No, if I have, listen, I'm going to stick to it.
19    There is no going back.  Put the belt on, there's nobody
20    stopping me, nothing."
21              CHS: "Okay, inshallah, you're going to take him?"
22              DEFENDANT:  "I have a person, don't worry about it."
23              CHS:  "You got somebody?"
24              "Yeah, I'm going to tell you who."
25              "CHS:  "You don't need to tell me nothing, but you're
```

| | |
|---|---|
| 1 | going forward?" |
| 2 | "Yeah." |
| 3 | "And where do you have to put this stuff?" |
| 4 | Your Honor, if he's not telling the truth there, then |
| 5 | what sense is there to this discussion? |
| 6 | THE COURT:  Well, my understanding was with regard to |
| 7 | this discussion that the defense did not object to the |
| 8 | introduction of the confidential human source's statements |
| 9 | along with those of the Defendant's.  And the only objection |
| 10 | was by the Government to the one statement, I intend to or "I'm |
| 11 | going to control him this time."  And now am I hearing that the |
| 12 | Government -- that the defense does object to the introduction |
| 13 | or that the defense just objects to the limiting instruction? |
| 14 | MR. GEORGE TRAGOS:  I object to the limiting |
| 15 | instruction.  Does the Court want some other examples? |
| 16 | On page three of that same transcript, top of the |
| 17 | page: |
| 18 | CHS:  "I'll get you the car.  I'm just gonna try my |
| 19 | best, but I don't know how much it costs.  If it costs more |
| 20 | than $2,000, I'm not going to get it.  You want a belt, we'll |
| 21 | get you a belt.  Now, you need two of them.  Fine, fine, and |
| 22 | you have everything after that, you don't see me, I don't see |
| 23 | you." |
| 24 | THE COURT:  Ms. Sweeney. |
| 25 | MS. SWEENEY:  Your Honor -- |

```
 1            THE COURT:  Sounds like the truth of the matter
 2   asserted.
 3            MS. SWEENEY:  No, no, Your Honor, what's relevant is
 4   how the Defendant responds to it.
 5            THE COURT:  But it doesn't matter whether that's the
 6   relevance you like, the other part of the statement is what the
 7   CHS is doing, "I will get you a belt."  And --
 8            MS. SWEENEY:  No, no, he says, "You want a belt,
 9   we'll get you the belt," and he's, you know, the Government's
10   contention would be he's referring to meeting with the UC.  But
11   that's not for the truth of the matter asserted, whether the
12   CHS is telling the truth there or not.  The only thing that
13   statement is admitted for, from the Government's perspective,
14   is for the Defendant's response.
15            Essentially, he says, "Never, only in Jannah."  So at
16   the end, the CHS says. "You have everything after that, you
17   don't see me, I don't see you."  The Defendant responds,
18   "Never, only in heaven," essentially.
19            So, if I just played "never, only in heaven," that
20   wouldn't mean anything.  It doesn't respond to anything.  The
21   only thing that's relevant is what the Defendant says here.
22   But the only way to understand what the Defendant is saying is
23   to admit the CHS portions.
24            As to the other things that Mr. Tragos specifically
25   cited, including on 101.8, page one of the transcript,
```

1  everything that's on there are questions that the CHS is asking

2  the Defendant.  "Are you ready to go?"  "Are you going

3  forward?"  "You're not going to change?"  "You've got

4  somebody?"

5          These are all questions that the CHS is putting to

6  the Defendant.  They're not statements of fact in any sense of

7  the word.  And I mean, quite often, what the CHS says is not --

8  it's not true in some instances.  You know, for instance, back

9  on page three where we were, he says, "I don't know how much it

10  costs.  If it costs more than $2,000, I'm not going to get it?

11  I mean, that implies that it's true that the CHS is actually

12  going to pay for these items.  And, of course, he's not

13  actually going to pay for these items.  Any money that is put

14  forth is going to come from the Defendant, but the Defendant

15  might assume or believe that the CHS is going to pay other

16  amounts of that money, but it's not like the CHS actually hands

17  the FBI $2,000 to get these items built.  That's simply not

18  true.

19          The CHS's statements are not true in the traditional

20  sense.  They are only set forth as part of his role in

21  interacting with the Defendant.

22          Same thing, I mean, just to cover what Mr. Tragos

23  covered, on 101.4-B, on page eight of that, the CHS is talking

24  about a job at a grocery store in St. Pete where they don't

25  sell alcohol.  Again, whether that's true or not, whether there

1   really was a job, whether the CHS really does know someone who

2   owns a grocery store in St. Pete that doesn't sell alcohol, it

3   doesn't matter if that's true or not.

4          THE COURT:  Why is that whole discussion relevant at

5   all?

6          MS. SWEENEY:  The Government's not intending to play

7   that portion and it's just part of the clip, but in the -- with

8   what we present to the jury, we're not intending to play that

9   portion of this clip, Your Honor.

10         THE COURT:  I'm sorry, I thought these were the clips

11   that were being played.

12         MS. SWEENEY:  Your Honor, we're only playing certain

13   pieces of them.  We clipped the bigger conversation just so

14   that there was context around it.  But the -- and then we're

15   playing portions of them.  In some instances we're playing the

16   whole thing and in other instances we're playing pieces that

17   have been requested by the defense or that we would like to

18   play.

19         THE COURT:  So even the smaller clips of 101.4-B and

20   101.4 or 3, whatever it is, the Court can't count on those to

21   be the smaller content of the larger transcript, 101, that the

22   Government intends to play?

23         MS. SWEENEY:  No, Your Honor.

24         THE COURT:  Well, then I can't make a decision on

25   what is or isn't hearsay or not.  You'll play what you play,

```
1    the Court will admit what it said it's going to admit and then

2    at the conclusion of it, the parties need to be clear about

3    what assertions they're going to make about what limiting

4    instructions should be given to the jury, if any, 'cause I

5    can't -- if every time Mr. Tragos points to something that he

6    says is being offered for the truth of the matter, the

7    Government says, oh, that's not being played and that's not

8    being played and the Court looks at it and if I don't know

9    what's being played in advance, I can't rule in advance.

10              MS. SWEENEY:  Well, I mean, with the statements that

11   have been offered thus far, regardless of whether they're being

12   played or not, they're not being offered for the truth of the

13   matter.

14              THE COURT:  Well, when I get the transcript of what

15   is being offered, then I can make a decision about whether it's

16   offered for the truth of the matter asserted, then I'll give

17   the limiting instruction or I won't give the limiting

18   instruction based upon what I later learn is, in fact, being

19   played 'cause I don't know what it is.

20              MS. SWEENEY:  Your Honor, these are the clips that

21   will be admitted, like 101.4, the Government will move that in

22   and then we will only play portions of it in front of the jury,

23   but the entirety of it --

24              THE COURT:  I'm not going to rule at 10:00 o'clock in

25   the morning on each paragraph and sentence in these general
```

1    transcripts.  The only objection asserted yesterday was to one

2    statement of the CHS which the Court has resolved.  If there

3    are other objections or requests for a limiting instruction,

4    the parties will need to point me to those sections to which

5    there is an objection and the Court will address it at that

6    time.

7              Anything else?

8              MS. SWEENEY:  No, Your Honor, thank you.

9              MR. GEORGE TRAGOS:  No.

10             THE COURT:  Anything else beyond this issue that we

11   need to address?

12             MR. GEORGE TRAGOS:  No, Your Honor.  I think, though,

13   considering the Court's ruling, is the Government going to play

14   first that December 5th clip?

15             MS. SWEENEY:  We'll play it in the order, so we'll

16   play 101 first, and then 102, with the preamble that we

17   discussed.

18             MR. GEORGE TRAGOS:  We have --

19             THE COURT:  I assume this is not on the record, this

20   cross discussion between counsel?

21             MR. GEORGE TRAGOS:  Your Honor, we have done an

22   agreement as to the preamble that the Government's going to say

23   prior to the clip being played.

24             THE COURT:  And what is the preamble?

25             MR. GEORGE TRAGOS:  On the December 5th clip, it will

```
 1    be, this is a portion of a December 5th transcript where the

 2    CHS is talking to the FBI agents.  That's that short one the

 3    Court just ruled on.

 4              THE COURT:  Just for my edification, the CHS says,

 5    "I'm going to control him this time."  What other time was

 6    there when the CHS didn't control him to which this apparently

 7    is referring?

 8              MS. SWEENEY:  Your Honor, I believe what this

 9    statement refers to is the fact that in previous meetings it

10    had sometimes been very difficult to hear the Defendant on the

11    recording devices.  And what this CHS is referring to is, he's

12    saying, "I'm going to control him this time," that is, not let

13    him move around so much, try to keep him stationary so that the

14    recording device can accurately record what he's saying.

15              I do not believe that this refers to this CHS's

16    intent to control the Defendant's actions in terms of what he's

17    going to do in terms of this plot.

18              I understand Mr. Tragos' position that it is, but

19    this is prior to a meeting that then does not take place.  So

20    if the CHS's intent was to control the Defendant, he did a very

21    poor job of it because the Defendant decided not to attend the

22    December 5th meeting.

23              THE COURT:  And that would be nice to have if we had

24    the CHS present in the courtroom to explain it.  All right.

25              Let's --
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1          MS. SWEENEY:  Your Honor, we may seek to call one of

2     the agents that was there to explain what they understood by

3     the CHS's remark.

4          THE COURT:  Then I will not allow that.

5          Is there someone who's going to come in to offer the

6     FBI transcript as a witness or not?

7          MS. SWEENEY:  No, Your Honor, the parties have

8     essentially agreed on the transcripts.

9          THE COURT:  The ones that were attempted to be

10    introduced yesterday?

11         MS. SWEENEY:  Oh, I'm sorry, Your Honor, yes, the

12    Government's intent at the moment is Special Agent Haag, the

13    gentleman who testified yesterday, he has located the big disk,

14    and he is attempting to listen to it now and to further

15    authenticate the recordings that were at issue yesterday.

16         So the current plan is for the Government to recall

17    him to the stand to finish authenticating the recordings.

18         MR. GEORGE TRAGOS:  If I might, Your Honor, so that

19    the record is clear on the defense request on that, if he is

20    reviewing something to authenticate the disc, we would also

21    like to have the opportunity to review it.  We would request

22    it.

23         Secondly, we specifically request any other

24    conversations between Russell Dennison and the Defendant that

25    are in the Government's possession other than these three.

1          THE COURT:  All right.

2          MS. SWEENEY:  Your Honor, do you want me to respond

3     to that now?

4          THE COURT:  Yep.

5          MS. SWEENEY:  Okay.  I cannot provide the big disk.

6     It is protected.  As to other conversations between Russell

7     Dennison and the Defendant, to the extent they were in any way

8     exculpatory or *Brady*, or that they in any way were related to

9     this case, those have been previously provided to defense

10    counsel.  I believe there's dozens of them that have previously

11    been provided between the Defendant and Russell Dennison.  I

12    can't represent that it's every conversation between the two of

13    them, but it's many.

14         THE COURT:  To the extent that the Court has already

15    ruled on certain requests by the Government to maintain the

16    protection of conversations between the Defendant and

17    Mr. Dennison, that ruling stands.  And that would preclude the

18    defense from reviewing the entire disk that is being considered

19    by Mr. Haag.  The extent to which that might preclude Mr. Haag

20    from authenticating because it might preclude the defense from

21    fairly cross-examining Mr. Haag, we'll address it when he

22    attempts to testify to what he has now attempted to do.

23         Please recall the jury.

24         (Jury returned to the courtroom.)

25         Welcome back, ladies and gentlemen.  And we are still

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1   in the process of presenting the Government's case in chief to

2   you in this matter and at this time, the Government will call

3   its next witness principally through recording -- or introduce

4   its next evidence principally through recorded testimony or

5   statements

6           MS. SWEENEY:  Thank you, Your Honor.

7           The parties agreed that portions of the recordings of

8   some of the meetings between the Defendant and the confidential

9   human source will not be entered into evidence and presented to

10  you.  Both the Government and the Defendant have selected

11  certain portions of these meetings to be presented to you and

12  these positions will be played together.

13          So at the beginning, I will now play portions of a

14  recording from November 30th, 2011, of a meeting between the

15  Defendant and the confidential human source.  And for the

16  record, I'm playing portions of the recording in Government's

17  Exhibit 101.2-A with the transcript at 101.2-B.

18          THE COURT:  You need to turn the volume up.

19          MS. SWEENEY:  It's all the way up.  These are quiet

20  recordings.

21          (Tape played.)

22  CHS:   Hey, how are you? [UI] Salamu

23  'Alaykom [Peace be upon you].

24  SO:    Wa'alaykum assalam wa rahmatullah wa

25  barakatu [May peace, mercy and blessings of God be

```
 1  upon you].

 2  CHS:   How are you? You got the key?

 3  SO:    Yeah.

 4  CHS:   Thank you. Can you help me get my leg. I just

 5  want to hang this on that   Thank you.

 6  SO:    [UI].

 7  CHS:   Can you drop me off just to pick up my car?

 8  SO:    Yeah.

 9  CHS:   Don't worry about it; just leave it here. Yes,

10  please. Yusif, baddak shi 'ammu? [Do you need

11  anything buddy?] I need to go. Have a good night.  I

12  did not close the machine. Did I pay you for Sunday?

13  SO:    Last Sunday?

14  CHS:   Yeah, when you finished the freezer. I, I don't

15  remember

16  SO:    You didn't

17  CHS:   I didn't?  So I owe you… how much I owe you?

18  SO:    [UI].

19  CHS:   Okay. Please put the [UI] that you came

20  because [UI] jazakallahu khayran [May God rewards

21  you well].

22  CHS:    [UI].

23  SO:    Oh I left the lights on.

24  CHS:   I'm gonna put you like you're going in the car

25  and then I'm [UI].
```

1   SO:    You got your phone on you?

2   CHS:    I have my phone, yeah

3   SO:    To my car?

4   CHS:    Yeah. Look, look around. Yea, you have

5   you have your key with you? I mean your phone?

6   SO:    It's there, yours and mine is there.

7   CHS:    Okay, let me... [UI]

8   SO:    We'll go to Sligh masjid [mosque] and make

9   salat [prayer].

10  CHS:    Okay I'll need to go and check my car if it is

11  fixed first. [UI].

12  SO:    [IA] they can't see you inside here [IA].

13  CHS:    [IA] don't worry about it. Okay, I am going to

14  drop you just to give the change to the guy. And I'll

15  have to go and pick up my kids. Okay?

16  CHS:    Hold on a second, let me, just hold on

17  SO:    I think I see one.  I think I see one car

18  SO:    No, no, no

19  CHS:    I think [UI].

20  SO:    Just go, don't worry 'bout it they're following

21  both of us. Don't worry about it [UI] look suspicious or

22  nothing. Plus, any how

23  CHS:    Yeah, I think because, because since I took

24  the car, [UI].

25  SO:    For three days airplane was following me

CLAUDIA SPANGLER—FRY   OFFICIAL U. S. COURT REPORTER

```
 1    CHS:   two days [UI]
 2    SO:    the airplane was following me
 3    CHS:   my head gasket I think was a problem so,
 4    Alhamdulillah [Praise be to God], it came in the right
 5    time [UI] seeing ants on my feet.
 6    SO:    Yeah.
 7    CHS:   And I wake up one morning she's going nuts.
 8    It's like something is biting me. So I don't know if it
 9    you or somebody else.
10    SO:    [UI]. No I think your place is bugged.
11    CHS:   No, I'm I'm fine. Alhamdulillah [praise be to
12    God] [UI].
13    SO:    Not this car, the place.
14    CHS:   [UI] over there.ross the
15    street [IA].
16    CHS:   I'm gonna' put you like you're going to do
17    change. You get inside and then I'm gonna turn the
18    car you come from the other side. Just in case.
19            (Tape stopped.)
20            MR. GEORGE TRAGOS:  Your Honor, I'm sorry.  Can we
21    have a sidebar?
22            THE COURT:  Yes, sir.
23            (Thereupon, the following discussion was had at
24    sidebar:)
25            MR. GEORGE TRAGOS:  I understand we received from the
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

| | |
|---|---|
| 1 | Government, I guess, their exhibit, the transcript 101.2-B.  Is |
| 2 | the Government not playing the entire transcript they have |
| 3 | given me? |
| 4 | MS. SWEENEY:  No, we are not.  We took portions of |
| 5 | these and then we also took the clips that you requested and |
| 6 | every time we play one, we're playing the part you requested. |
| 7 | THE COURT:  You can't do that, you've got to tell |
| 8 | them what you are going to play so then they know what else to |
| 9 | ask for.  If you say you're going to play the transcript, then |
| 10 | they expect the whole thing will be played and then if they |
| 11 | ask for certain clips to be played -- |
| 12 | MS. SWEENEY:  They asked for clips and things that |
| 13 | had already been marked in any event, so from what I |
| 14 | understood, it was everything they wanted played.  I mean, this |
| 15 | was months ago. |
| 16 | MR. GEORGE TRAGOS:  Right.  What I'm saying is that |
| 17 | at the beginning of the trial you gave us what you were going |
| 18 | to play. |
| 19 | MS. SWEENEY:  Right. |
| 20 | MR. GEORGE TRAGOS:  And you changed that because |
| 21 | there are things that -- |
| 22 | MS. SWEENEY:  It's all included in there. |
| 23 | MR. GEORGE TRAGOS:  Well, this wasn't played. |
| 24 | I have 101.2-B.  Are you playing the entirety of |
| 25 | 101.2-B? |

```
 1            MS. SWEENEY:  No.

 2            MR. GEORGE TRAGOS:  See, that's the problem I'm

 3  having is that this is what I was given at the beginning of the

 4  trial, the transcript, and it's changed and I don't know how

 5  even to follow it now.

 6            MS. SWEENEY:  I can direct you to what page of what

 7  we're playing is.

 8            (Thereupon, the sidebar discussion concluded.)

 9            THE COURT:  Let's take a recess.

10            (Jury excused.)

11            This is part of the discussion we were just having.

12  My understanding was that there is a 101.  And then as a subset

13  of 101, there's 101.4-B, 101.3, this and that, and that the

14  clips of the larger section is what the Government proposed to

15  be played.

16            The defense then, as you would with a deposition,

17  counter designated parts the defense would want to have played,

18  and the parties agreed that that is what would be played.

19            Now am I hearing that the Government has made a sort

20  of a unilateral decision that within the clips it had proposed

21  to have played it no longer intends to play the entirety?

22            MS. SWEENEY:  Yes, Your Honor.  I believe I had

23  discussed this with Mr. Tragos, although apparently I wasn't

24  clear enough for him to understand what I was referring to.

25            The clips from the larger whole -- there's much of it
```

| | |
|---|---|
| 1 | that while it's somewhat relevant to the case, we weren't |
| 2 | intending on presenting it to the jury in open Court in order |
| 3 | to save time.  It's still part of the exhibit.  It will go back |
| 4 | with them.  The transcript will go back with them to give them |
| 5 | context for the discussion that's being had.  And everything |
| 6 | that the defense wanted played I was sure to include in what I |
| 7 | had planned to play during this portion of the trial. |
| 8 | THE COURT:  Mr. Tragos. |
| 9 | MR. GEORGE TRAGOS:  Your Honor, I'm sorry.  Maybe we |
| 10 | had a misunderstanding.  My understanding is, and in |
| 11 | conversation with the prosecutor just now, was that 101.2-B, |
| 12 | the entire 101.2-B would be going back to the jury.  But the |
| 13 | Government is just not going to play the entire 101.2-B.  Is |
| 14 | that -- am I correct? |
| 15 | So that I guess what probably should happen is the |
| 16 | jury should know that because they're going to get an exhibit |
| 17 | that was not shown to them in open Court.  My problem was, and |
| 18 | I was looking at the transcript, and she moved to the next |
| 19 | clip, there were things from the transcript that I didn't see |
| 20 | up on the screen. |
| 21 | So I guess the jury needs to know that, that this is |
| 22 | not the entirety of the evidence, but that they're actually |
| 23 | going to get more than what is actually shown to them. |
| 24 | THE COURT:  And can somebody tell me what is the |
| 25 | relevance to the part we just heard that it requires this jury |

1    to sit through this interminable reading, playing of this

2    transcript that can be barely heard to tell them "How are you,

3    you got the key, yes, can you help me get my leg, I just want

4    to hang on this, that, thank you, can you drop me off to pick

5    up my car, yeah, don't worry about it."  Why does the jury need

6    to hear that?

7              MS. SWEENEY:  I believe the portion that was at

8    issue, Your Honor, was towards the end of that.  It was the

9    part about, "So I owe you -- when you finish the freezer, I

10   don't remember, you didn't -- I didn't, so I owe you -- how

11   much I owe you."  I think that the -- I believe that this was

12   something that the defense requested in that part.  And

13   typically what we would do is just -- if it was around

14   something else, we would expand it to contain what we wanted

15   and what they wanted.

16             THE COURT:  So the parties are playing things that

17   are irrelevant to the jury's hearing as part of the playing of

18   this transcript?  This is five hours of their time and that's

19   how you're trying to spend it?

20             MS. SWEENEY:  Your Honor, I think what I calculate

21   the clips to be at this moment is three hours.  That's cut way

22   back from what it was from what the parties had marked, and so

23   that was our goal in not playing everything.

24             THE COURT:  Does the defense have any objection to

25   the Government playing limited portions of these transcripts as

| | |
|---|---|
| 1 | long as the Government includes within the limited portions |
| 2 | those portions the defense expressly designated? |
| 3 | MR. GEORGE TRAGOS:  No objection, provided the jury |
| 4 | is instructed that what they're going to be given as evidence |
| 5 | and what is being introduced is beyond what they're seeing on |
| 6 | the screen, and they be allowed to take that into |
| 7 | consideration. |
| 8 | They're going to be getting more back there than |
| 9 | shown on the screen.  I don't want them to just say -- ask the |
| 10 | question, well, why wasn't this introduced in evidence.  So I |
| 11 | think they should be instructed.  But the Court's question, we |
| 12 | have no objection to doing it the way the Government's doing it |
| 13 | provided the jury also knows that's what we're doing. |
| 14 | THE COURT:  And the Court has no way to follow along |
| 15 | with this transcript other than to just jump around as the |
| 16 | Government moves the transcript tape around? |
| 17 | MS. SWEENEY:  Your Honor, I will -- I'm sorry, I did |
| 18 | neglect to refer to which page of the transcript I was going |
| 19 | to.  I will do that from here on out.  So if Your Honor is |
| 20 | following on the Court's copy of the transcript, you can follow |
| 21 | that way. |
| 22 | THE COURT:  All right. |
| 23 | Please recall the jury. |
| 24 | (Jury returned to the courtroom.) |
| 25 | We're going to resume the playing of the transcripts |

```
 1    for you.  This is going to take some time.  I just want you to

 2    know that so that you can be patient and expect to just read

 3    through this and follow along.  The volume apparently is as

 4    high as we can get it for these audio recordings.

 5              Additionally, the transcripts of the recordings in

 6    their entirety of the sections that are being played, plus some

 7    additional sections that are not being played, will be made

 8    available to the jury in your deliberations.

 9              So if you want to see more of what was said within

10    the range of what you're seeing, that will be available to you.

11    And if you can't catch what's being said on the screen, you'll

12    have the transcript available to you as well.

13              So if you want to jot down when the prosecutor reads

14    what is being played, that number of that transcript, to guide

15    your inquiry, you might do that as part of your note-taking at

16    your discretion.

17              Counsel.

18              MS. SWEENEY:  Thank you.  So we will resume on

19    Government's Exhibit 101.2.  And it's on -- it begins on the

20    top of page four of the transcript.

21              THE COURT:  101.2-B?

22              MS. SWEENEY:  Yes, Your Honor.  We're playing

23    101.2-A, the transcript at 101.2-B, the part that we're playing

24    begins on page four.

25              (Tape played.)
```

```
 1   CHS:    No, no, no, no, no.

 2   SO:    You spoke [UI].

 3   CHS:    Let me tell you what's your problem.

 4   SO:    [UI]. What's that?

 5   CHS:    Tell you the truth, your problem was going to

 6   Saint Pete and asking for those animals.

 7   SO:    Don't worry,

 8   CHS:    I'm not; I'm not worried about it. I just want to

 9   know if anybody follow me. I'm just gonna go round

10   and round.

11   SO:    [UI] messes you up right?

12   CHS:    Ah I'm going to the masjid [mosque] in ah

13   Where is it? Bruce B. Downs?

14   SO:    Yeah.

15   CHS:    There is one over there. [UI]It is odd

16   SO:    Huh?

17   CHS:    Do you think it is odd, I never prayed over

18   there, you never prayed over there.

19   SO:    [IA].

20   CHS:    Huh?

21   SO:    I just gave you the keys [UI].

22   CHS:    I, I just before the guy close. I just wanna

23   check mine and then we'll go and pray. The masjid

24   [mosque] will be a place that's not gonna be jama'a

25   [group prayer]. Busch and…Busch and what
```

CLAUDIA SPANGLER—FRY   OFFICIAL U. S. COURT REPORTER

```
 1    and…north Florida. Anyway.[UI].

 2    SO:    They're following me everywhere.

 3    CHS:    Until now?

 4    SO:    Yeah.

 5    CHS:    Today.

 6    SO:    Today, all day. Even when I picked up my car

 7    from…my green car from the mechanic, they were

 8    waiting there at the mechanic already.

 9    CHS:    I thought you said you were going to drop your

10    father off or something.

11    SO:    At the doctor later on. I was with him at the

12    doctor. I didn't drop

13    CHS:    and they followed there.

14    SO:    Yeah, they followed me everywhere.

15    CHS:    Come on. [UI].

16    SO:    Yesterday they were following me with the

17    plane. And…and…and  the other night before I went

18    to the beach, cause I go to the beach alone and they

19    think I'm meeting somebody at the beach, so a plane

20    has been fl… flying around me, on top of me.

21    CHS:    A plane?

22    SO:    Yes.

23    CHS:    Aircraft?

24    SO:    Yes.

25    CHS:    Oh, you're nuts. I'm positive you're nuts.
```

```
 1   SO:   Akhi [Brother],

 2   CHS:   Are you that dangerous? Shit. No,

 3   man!

 4   SO:   I'm not but they're just paranoid.

 5   CHS:   Any of those guys in St. Pete talk? Or I

 6   know that most of them are working with cops.

 7   That's since that day we've been followed.

 8   SO:   The first day there were informants I know it,

 9   but I didn't talk to them. I know it.

10   CHS:   And then you went to somebody else to talk

11   to?

12   SO:   Somebody else.

13   CHS:   I thought you were smarter than that. Smarter

14   than that [IA]

15   SO:   Don't worry about it.

16   CHS:   I'm not worried about nothing.

17   SO:   [IA].

18   CHS:   I don't know nothing. I mean, that's something

19   that uh I'm worried about but it's just  I want to know

20   if they come and ask you about, you know,

21   I  anybody else or

22   SO:   There's none to know. I know them from work.

23   They are stingy liars. They didn't give me enough

24   work hours and…nothing works out. We're just going

25   to pray today. I don't like you. I don't like anybody.
```

CLAUDIA SPANGLER—FRY   OFFICIAL U. S. COURT REPORTER

1   CHS:    Okay.

2   SO:    Akhi [My brother], I dropped off the car last

3   night just before he closed and the brother Phalid

4   [PH] came to pick me up and the plane was flying on

5   top of me. So we  we went somewhere else.

6   CHS:    [UI].

7   SO:    Listen, so we went somewhere else and the

8   same plane following; like 30 minutes away from

9   there, flying on top of us

10  CHS:    [UI].

11  SO:    And then we went somewhere else again; a

12  small plane it just flying on top of me, all around Just

13  making circles on top of me.

14  CHS:    What did you do? I mean is that  How much?

15  SO:    They're  they're paranoid.

16  CHS:    [IA]. I mean, if you don't have anything.

17  SO:    I don't have nothing. I'm not planning nothing.

18  They're paranoid animals man.

19  They they even follow uh, one of the Bosnian brothers

20  that I know because he came into my house one day

21  CHS:    [IA] How is Salah doing?

22  SO:    Yeah, they're following him too. Cause I went

23  to his house one time after I ditched them. But I think

24  they are tracking my car and I went there, parked my

25  car across where he lives and I went, walked across

```
 1    the bridge, jumped the bridge and I went walked to his
 2    apartment and they were there.
 3    CHS:   So, you're telling me  there's an aircraft now?
 4    SO:    Yeah… Akhi [My brother], I already read a long
 5    time ago that they have spying drones spying on the
 6    Muslims. U.S. Citizens in America and Obama signed
 7    for more spying drones
 8    CHS:   No, I, I…I checked out and I called my lawyer
 9    and he said this is not true.
10    SO:    I don't know. You're lawyer is not ah…first of
11    all someone
12    CHS:   Update?
13    SO:    Not update, he's not somebody that they
14    would give something like this kind of information.
15    CHS:   No, it's nothing for me; it has to be for the
16    public opinion.
17    SO:    No. No. No. No. No.
18    CHS:   OK,
19    SO:    They don't care about no public opinion.
20    CHS:   I don't think. Well even if
21    SO:    Okay akhi [my brother], let me tell you this;
22    yesterday I was in that area and the brother came to
23    pick me up close to the mechanic and the plane was
24    circling for 30 minutes around me. While the cars
25    were watching me, what I'm doing. When he picked
```

1   me up we went like 30 minutes away to the other

2   Bosnian brother's house, the plane was following me.

3   We went to Dunkin Donuts, got a…ice cream, the

4   plane was following us. We went somewhere else, the

5   plane we we didn't stay in one place, the same

6   plane kept circling.

7   CHS:   Now, you're telling me that somebody is

8   following me right now? Because...or they don't

9   know

10  SO:   Most likely  most likely, yes because they

11  followed me all the way to your place. So, maybe

12  CHS:   Today?

13  SO:   Yes. That's what I'm telling you.

14  CHS:   I haven't seen 'em for two days, that's why

15  SO:   They followed me all the way here.

16  CHS:   Well, I don't know what to tell you

17  SO:   It was a Ford Jeep.

18  CHS:   All I know is that I, I, I, I…I sent my car to

19  the mechanic. I went to  Enterprise. I picked up the

20  car and  I've been driving and I haven't seen anything

21  since then.

22  SO:   What else now? and…not just yesterday the

23  plane, but the day before I went to the beach. At the

24  beach they get mad because they can't watch me. I'm

25  there alone. I just go  I like walking the beach at night

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1   man.

2   CHS:   And tell me they're they're [IA]

3   SO:   And [UI] on top of me from one hour, because

4   they have spying equipment in these airplanes.

5   Because they don't know what's going on  they don't

6   know if I'm meeting somebody or if I'm talking.

7   They're paranoid. They don't know if I'm talking to

8   someone or not at the beach. You know with my

9   phone, I park the car far away; I walk in the sand at

10  night.

11  CHS:   So they might come tonight to my house and

12  tell me

13  SO:   No they're not

14  CHS:   [UI] if they if they come to you…if they come

15  to see

16  SO:   They can't come because there is nothing

17  there. But they just listen, I talked to brother, he said,

18  once they have you on their list they're not going to

19  ever stop watching you. He's like I know somebody

20  that they watched for a year straight following

21  everywhere with cars. So they're worried right now.

22  They're worried because they killed innocent…they

23  killed millions overseas so they're worried somebody

24  is going to do something. They're wrong about us,

25  we're peaceful people. So, I don't know man.

```
 1   CHS:   [IA]

 2   SO:   Islam means peace.

 3            (Tape concluded.)

 4            MS. SWEENEY:  Now, we're going to play Government's

 5   101.3-A and the transcript is at 101.3-B.

 6            (Tape played.)

 7   CHS:   I got my phone. I was about to call him. Do you

 8   have your phone? No.

 9   SO:   Jordan.

10   CHS:   [IA] I tell him [UI] bug in the car.

11   Once I finish mine, I'm going to tell him that that there

12   is a brother, he wants to change the oil. Once you get

13   there call me and I'll come and pick you up. But listen,

14   listen, I can't talk

15   SO:   No. No. No.

16   CHS:   They will.

17   SO:   I know.

18   CHS:   I'll tell him you want to change the oil. Once

19   you drop it off, tell him can I call the brother to come

20   and pick me up. The moment that you call me, I'll

21   come over there. I'll tell him what you did to my car,

22   do it to his. 'Cause he told me this [IA] the moment he

23   takes it out... [IA]

24   SO:   Tracking [UI]

25   CHS:   I don't know what it is. They are fine people
```

1   you tell them to do something they will do it. They

2   have no right without telling us.

3   SO:    [IA] that's the whole point of surveillance. They

4   don't want you to know. That's why they drive away

5   when you go to them. They don't want you to see

6   their face.

7   CHS:   They probably...you remember Amir? They guy

8   I told you that uh he's helping sometimes, my friends.

9   SO:    Yeah.

10  CHS:   He told me. The best way, if you are followed,

11  right, go at random in the airport [IA]. Then they lose

12  track. That's it.

13  SO:    That's it?

14  SO:    Yeah. That's good. That's good. I like that.

15  CHS:   And in the front normally I put my car over

16  there and I told Sami my car is at the dealer so I'm

17  using your car. So I use Sami's car all day.

18  So...that's... [UI] $46 a day, but I need to talk. I need

19  to see what, what annoyed you what, what, what

20  happened to you since that point and you are

21  completely off. I…I…I understand that sometimes,

22  things have changed but I need to know if they come

23  ask [UI] you. Cause I didn't do anything wrong...

24  SO:    Akhi [My brother], nobody did nothing. Listen.

25  First of all, let me tell you another thing; when my

1   brother and some Lebanese friends, when they were

2   little in Germany, they robbed some Germans with

3   pencils. They were just seven, with pencils.

4   CHS:    What?

5   SO:    with pencils.

6   CHS:    Oh.

7   SO:    And the German kids got scared. They called

8   the police. So when they caught my brother and the

9   two Lebanese friends that were cousins, they

10  questioned all of them separately and they all told

11  them...Yeah, he, he said you did this, this and this.

12  So, tell us the truth, we don't believe him. Tell us the

13  truth so we can bust him. They play games with you.

14  So...be careful, because they're going to come trying

15  to play games...

16  CHS:    [UI] they did not come and talk to you.

17  SO:    No, I'm saying

18  CHS:    I just want to make sure

19  SO:    If they want to come they will play games.

20  CHS:    If there's nothing

21  SO:    You be...you be careful

22  CHS:    I want to make sure that there's nothing

23  SO:    There's nothing. I don't...I don't have nothing,

24  I don't have nothing. I'm not planning nothing. Even

25  when the people ask me, what do you need it for? I'm

```
 1   like what? Everybody needs them. Oh okay. Well

 2   what the hell do you mean? Okay, 90 million people in

 3   America have them. I checked, 90 million Americans

 4   have them

 5   CHS:   But that was a stupid move. Somebody like

 6   you; you're smart. You go to St. Pete, That's…that's

 7   stupid. That is so stupid. I could not believe. you

 8   know, you were excited. I'm so thankful. [IA]

 9   Otherwise, you could have

10   SO:   No I wouldn't. [IA] I wasn't planning. I'm not

11   even planning right now because when I go [IA] that

12   even... [IA]

13   CHS:   You know my bro, that whatever you want to

14   [UI] that I am your partner.

15   SO:   I know.

16   CHS:   [UI] Can you blame me brother. Can you

17   check?

18   SO:   No. No. They will come.

19   CHS:   Oh they what?

20   SO:   The plane. When I go back to St. Pete,

21   insha'Allah [God willing], they'll come. 'Cause they got

22   to see, I go...I go to the beach almost every night

23   alone. I just think about Allah [God] and akhira [the

24   afterlife] at night like everything dark. Just look...

25   CHS:   [IA] I need to do that from now on. I was
```

| | |
|---|---|
| 1 | thinking to come to St. Pete today. I swear. |
| 2 | SO:   I know. |
| 3 | CHS:   But you know... |
| 4 | SO:   Good that you didn't. |
| 5 | CHS:   That bad? |
| 6 | SO:   Over there? Listen, no matter how many cars I |
| 7 | go with. Even when I'm with my brothers with their |
| 8 | cars, they follow us. Some of my brothers don't even |
| 9 | notice. |
| 10 | CHS:   Your own brothers? |
| 11 | SO:   Yeah. |
| 12 | CHS:   They go after them now? |
| 13 | SO:   Yeah, no, but when they notice I'm not there, |
| 14 | they pull back usually. |
| 15 | CHS:   Oh so they just watched you? |
| 16 | SO:   Some of them drive by and they see I'm not |
| 17 | there. Then they, they... |
| 18 | CHS:   Uh how is 'Abdallah doing? |
| 19 | SO:   I haven't talked to him in a while. |
| 20 | CHS:   You haven't? |
| 21 | SO:   No. |
| 22 | CHS:   Is he alright? |
| 23 | SO:   Yeah. I haven't talked to him in weeks. |
| 24 | CHS:   I mean, he is still watched there? |
| 25 | SO:   I don't…maybe now yeah. I had a dream about |

CLAUDIA SPANGLER−FRY   OFFICIAL U. S. COURT REPORTER

```
 1    him. He was upset.

 2    CHS:    Because?

 3    SO:    About his family. He was upset about his

 4    family.

 5    CHS:    He told me that uhh…Salah-al-Din's wife is not

 6    Muslim or something.

 7              (Tape concluded.)

 8              MS. SWEENEY:  From the same meeting, I'm now going to

 9    play a portion of Government's Exhibit 101.4-A and with the

10    transcript at 101.4-B.  And the portion that I play will begin

11    on page two of the transcript most of the way down the page.

12              (Tape played.)

13    SO:    [UI] If you go inside, they have this thing now,

14    they point it at the window, they hear everything. I…I

15    have brothers in Australia caught whispering.

16    CHS:    You want to go the [UI]

17    SO:    Mall. It's loud.

18    CHS:    --Okay.

19    SO:    Mall.

20    CHS:    Okay, let's go. Let's go. Good idea.

21    SO:    Not the one here, the one in International is

22    loud.

23    CHS:    I don't want to go that far.

24    SO:    This one is not that loud. It's empty. This one is

25    always dead.
```

```
1   CHS:   [IA] 100% it's dark now and I know what
2   happened to you. I know. Don't tell me, bullshit. I
3   know, the moment that you talked to those suckers.
4   Do you think those people in the street, the cops they
5   don't know that they sell drugs?
6   SO:   Akhi, akhi [Brother, brother], when I see
7   somebody, do, do you remember in Orlando when I
8   saw somebody, I'm like...he's an agent? And that
9   place before I asked, I asked somewhere else. Not
10  the same place.
11  CHS:   Yeah, ya akhi [my brother], okay fine.
12  SO:   Listen but listen.
13  CHS:   Allah, subhanuhu wa ta'ala [God, praise to him]
14  give you the wisdom--
15  SO:   I know, but listen what I'm trying to tell you.
16  CHS:   Okay.
17  SO:   And there was one guy who was working in the
18  business next to the gas station and he came out and
19  I saw him, I'm like...he's an agent. He's an informant.
20  And another guy in a limo.
21  CHS:   So wait, you want me to go to the highway?
22  SO:   Yeah.
23  CHS:   Yeah. Oh where. To two seventy-five?
24  SO:   Yeah.
25  CHS:   Okay. That's fine.
```

```
1   SO:    [IA].

2   CHS:    But your car is over there if…if they are smart,

3   they're going to go and check with you where's you if

4   they are, if you are really wanted. Which I doubt?

5   SO:    No. They're just watching me.

6   CHS:    Fine

7   SO:    I'm not wanted.

8   CHS:    Fine. Fine.

9   SO:    If I'm wanted, akhi [my brother], If I'm wanted

10  they would come to my door. They, they circle my

11  house at night. I see them, akhi [my brother]; the

12  airplane was following me yesterday and the other

13  day.

14  CHS:    How long it has been this way?

15  SO:    This is since Illinois when the munafiqin

16  [hypocrites] called the police and said that I told

17  children to go to Yemen and I never said it. It's filthy

18  kuffar [unbelievers] who promote democracy in the

19  masjid [mosque].  Why? Because I exposed their

20  falsehood. And for one month they didn't say nothing

21          After that. One month. I didn't even talk to them no

22  more.

23          (Taped stopped.)

24          THE COURT:  You indicated you were going to play

25  through the bottom of the page two and that was several pages
```

CLAUDIA SPANGLER—FRY  OFFICIAL U. S. COURT REPORTER

1   over.  Can you please be accurate for the record what's being

2   played.

3           MS. SWEENEY:  Yes, Your Honor, I'm sorry, I did not

4   indicate -- I don't believe I indicated where I was going to

5   end.  I can begin to do that.

6           THE COURT:  What you said was to the bottom of the

7   page.

8           MS. SWEENEY:  I said towards the bottom of the page

9   was where we were starting.  I apologize, Your Honor.

10          (Tape continuing.)

11  CHS:   [IA] okay.

12  SO:   But when they saw me

13  CHS:   Do you want me to go that way? I mean, to the

14  [UI].

15  SO:   Yeah, yeah.

16  CHS:   Okay. That's fine.

17  SO:   But that's what happened, man. One month I

18  didn't talk to the

19  CHS:   Oh! Um. Did I tell you that I'm renting the

20  place?

21  SO:   Yeah, to the guy.

22  CHS:   Insah'Allah [God's willing] it will work, pray for

23  me man. I need I need the money, I need to my life is

24  not...I'm not doing good at all.

25  SO:   Because, insha'Allah [God willing], I'm thinking

1   about hijra [migration] too now. Because--

2   CHS:   Akhi [Brother], whatever it comes…ya'ni

3   [meaning]

4   SO:   I mean Allah [God].

5   CHS:   if I lease it... [UI] did you see the Palestinian.

6   I don't know [IA] you were there when the Palestinian

7   with the beard. They umm

8   SO:   Yes

9   CHS:   What's his name? 'Imad, his brother. He has

10  five brothers here and two back home. Oh. We

11  passed the highway? My goodness. No. No. No. I'll

12  go to Nebraska and I'll take it back… Subhan Allah

13  [Praise the Lord]! When somebody is not in the mood.

14  I'm not there, wallahi [by God] I'm nervous. My hand

15  is shaking.

16  SO:   --Akhi [Brother], you want to know when I felt

17  the best? Yesterday.

18  SO:   Tawakkul [to trust in God].

19  CHS:   To what?

20  SO:   Tawakkul [to trust in God].

21  CHS:   Tawakkul [to trust in God].

22  SO:   Tawakkul [to trust in God].

23  CHS:   Tawakkul [to trust in God].

24  SO:   That's why I have to learn the Arabic right!

25  Cause I

```
1   CHS:   I told you, you're plan in the beginning just to

2   go to

3   SO:   Is it a good plan?

4   CHS:   Islamic country and go and...And have a

5   good life and children, learn Islam--

6   SO:   Akhi [Brother], I made my du'a' [prayer].

7   CHS:   Doing whatever you want.

8   SO:   I made my du'a [prayer] and…maybe that's the

9   only option I have.

10  CHS:   Insha'Allah [God's willing], it will get better.

11  SO:   Insha'Allah [God willing]! Because

12  CHS:   [IA] Man there is no body

13  SO:   Akhi [Brother], that's what the...that's what the

14  brother. You know the first day when they started

15  following me. One of the Bosnian brothers, you never

16  met him, was with me. He came to my house because

17  he hangs out with my brothers and we went outside

18  walking. And as soon as we walk outside, cars are

19  following us. I'm like that car...

20  CHS:   I have to go back to the highway, right? And

21  SO:   I don't know this area.

22  CHS:   [UI] Yeah. Yeah. I think so.

23  SO:   And I told him. I'm like, look right. I'm like,

24  look left. He's like what? That's an agent. He like, no

25  it's not. Where? We just walked out the house like 30
```

```
1   seconds, so we're walking and he's like that wasn't an
2   agent it just looks like it. I'm like okay. Five minutes
3   later he comes back. I'm like he's there
4   CHS:   So you're telling me they're everywhere. They
5   have nothing to do...Even the budget
6   SO:   No, no, no
7   CHS:   They said they gonna cut the budget about,
8   what? 10 billion dollars.
9   SO:   That's garbage. In Iraq, they spend…they
10  save. 'Cause their lying. They're, they're already 200
11  trillion. They're already 200 trillion in debt. They say
12  three.
13  CHS:   Man, don't...trust me, I'm not stupid.
14  SO:   Akhi [Brother], they are arrogant
15  CHS:   Huh?
16  SO:   We have to...we have to
17  CHS:   [UI] I don't blame you. I don't blame you.
18  Okay? But I'm telling you. You're mistakes
19  count...where? Left or right? And kid smart like you,
20  you should not go to St. Pete and ask for this crap.
21  SO:   Listen. The people that told me
22  CHS:   It's okay. It's okay
23  SO:   No. I know. It's more than...maybe
24  CHS:   You know what. I did not think of that moment
25  at all.
```

| | |
|---|---|
| 1 | SO:   I told you. You don't remember |
| 2 | CHS:   No, no, no. I could, I could've thought about |
| 3 | that but I was nervous, honestly. I could've find |
| 4 | somebody to play it the way I wanted. |
| 5 | SO:   That's what I told you when we came back but |
| 6 | you guys said no, you have to… do it. |
| 7 | CHS:   I, I, look, [IA] this is something that is not |
| 8 | easy, you know. |
| 9 | SO:   I know. |
| 10 | CHS:   You're talking about something bigger than me |
| 11 | and you. And, and what, what makes me nervous that |
| 12 | you change. |
| 13 | SO:   Do you remember what I told you [UI]? |
| 14 | CHS:   You weren't thinking. We took you to the guy to |
| 15 | take you to Gaza. Trust me, he sent me an email |
| 16 | where where's the things. |
| 17 | SO:   Akhi [Brother], we'll take passport pictures...I |
| 18 | mean, my pictures right now. |
| 19 | CHS:   No, you need to make a decision. But we'll talk |
| 20 | about it. So uh life is okay now? Oh, oh, oh, oh, I |
| 21 | remember. I was uh talking to brother in St. Pete. He |
| 22 | has a grocery store and a gas station. I told him he's |
| 23 | not going to be in a place that has alcohol. He said no |
| 24 | I can put him with the guys just to fill up. They have |
| 25 | full, especially since the winter is coming, they have |

1   full service. Are you willing to work?

2           (Tape concluded.)

3           MS. SWEENEY:  Okay.  Next is Government's Exhibit

4   101.5.  A is the recording and 101.5-B is the transcript.  I'm

5   going to begin playing at the beginning, and play to the middle

6   of page two initially.

7           (Tape played.)

8   CHS:   I don't know I feel inside that I am fine. Uh

9   SO:    Brother,

10  CHS:   Normally I take care of things my way, but uh,

11  uh

12  SO:    My parents said that

13  CHS:   Left, right?

14  SO:    Left.  My parents said they would pay me [UI]

15  CHS:   They what?

16  SO:   [UI] bucks a night if I help them.

17  CHS:   If you help them

18  SO:   At the bakery... at night. So I'll be working

19  doing that plus if I can get some money on the side

20  [UI] it don't matter. Right now they are not going to let

21  loose. They're not going to let loose.

22  CHS:   They need to see you working, doing good,

23  normal life and you have no problem because the

24  moment that you are, we have nothing and you not

25  doing anything most likely…

```
1    SO:    They're like what is he waiting for.

2    CHS:    Yes. What he is waiting for. Exactly, exactly.

3    And honestly, when I got you in the store I wish I can

4    have you full time my brother...I swear to God.

5    SO:    I know I can

6    CHS:    But I cannot pay

7    SO:    I know.

8    CHS:    my people. If I get rid of the butcher and

9    Sami took over the butcher I will put you on the cash

10   register but it's still, it is so far. Can I sneak in here?

11   Praise God, praise god. Or you want me to go to

12   between the cars?

13   SO:    I don't care.

14   CHS:    I, I, I trust my judgment sometimes. I got no

15   problem here, God willing.

16   SO:    [UI] I don't trust myself either.

17   CHS:    No, I don't trust myself for a second.

18   CHS:    Oh yes, yes, yes, ya, yes, yes, yes thank you.

19   You are so smart.

20   SO:    Oh no, God forbids!  [UI] compliments.

21   CHS:    Thank God, Yah, you're right, you're right [UI]

22           (Tape stopped.)

23           MS. SWEENEY:  Now I'm going to page four, towards the

24   top of the page, and I will play through the end of the

25   meeting.
```

```
 1              (Tape continuing.)

 2  CHS:    Yeah.

 3  UM7:    In width?

 4  CHS:    Yeah

 5  UM7:    Medium, medium.

 6  CHS:    Medium no I don't [UI] or what, yeah, no. [UI]

 7  Thank you.

 8  CHS:     When I go to the Iranian restaurant

 9  SO:    [UI] yeah, no that time I didn't say anything. I

10  think I followed [UI] the family is going to be there. I

11  told you I have many of them that…

12  CHS:   No, I want to go to Zeko [PH]

13  SO:    Okay.

14  CHS:   Zeko is halal and he is a good brother.

15  SO:    Okay.

16  CHS:   He is close to the shop…unless, brother, (UI), I

17  need to know...

18  SO:    [UI]

19  CHS:   Out there?

20  SO:    [UI]

21  CHS:    His brother he …

22  SO:    You might as well take a picture.

23  CHS:    Heh?

24  SO:    You might as well take a picture

25  one day (UI) a picture that's it. Give me gas
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    money, I have gas [IA] but we should do it now so you

2    have em.

3    CHS:    Okay.

4    SO:    Have you heard from [IA] about my ID and

5    everything, my passport.

6    CHS:    I think what he said he wants two photos and

7    he wants um ID and the copy of the passport.

8    SO:    ID, [UI] a copy of the passport? Just of the

9    page with the photo?

10   CHS:    Shall we go left now?

11   SO:    Left, yeah.

12   CHS:    [UI] Two hours for nothing now we get stuck on

13   the highway [UI].

14   SO:    [UI]

15   CHS:    How I'm gonna see it, or you see it? Because I

16   need to make a decision very quick what I am

17   supposed to do with this guy.

18   SO:    The job thing you said, I am going to get it...

19   God willing?

20   CHS:    In St. Pete?

21   SO:    Yeah.

22   CHS:    God willing! I'll uh, his name is Omar.

23   SO:    God willing...

24   CHS:    He is brother, he used to be my partner in um

25   dry-clean. So I will give him your number but you no

1    answer the phone. That's your problem.

2    SO:    I always have it off cause, uh. I always have it

3    off usually.

4    CHS:    But you listen to it when it comes message.

5    SO:    Yes.

6    CHS:    Uh, sometimes it takes you a while. I wasn't

7    planning even to call, but, uh, I have to…

8    CHS:    You want a IHOP?  It's too late I guess.

9    SO:    Let's go to Zeko's, forget IHOP.

10   CHS:    Huh?

11   SO:    Go Zeko's.

12   CHS:    Go Zeko's? Okay

13            (Tape concluded.)

14            MS. SWEENEY:  The same meeting, Government's Exhibit

15   101.6-A, and the transcript at 101.6-B, and we're going to play

16   the entirety of this clip.

17        (Tape played.)

18   SO:    What's going on with the revolution in Egypt?

19   CHS:    I think they have election now, because this is

20   the third day. Um, it seems to be Morocco, you know

21   the brotherhood they took it.

22   SO:    Yeah.

23   CHS:    Tunisia, now Egypt, It either Salafi, or the Nur

24   [party] or the Brotherhood--

25   SO:    --Brotherhood takes it, it's nothing, Brotherhood

1  is garbage--

2  CHS:   --which is most likely the brotherhood.They're

3  gonna take it and um Gaza you know Hamas is, is

4  Brotherhood.

5  SO:   Yes I know.

6  CHS:   And, uh, Kuwait now they are turning around. It

7  seems to be the Brotherhood is gonna take the

8  parliament. In Jordan, the King he made deal with

9  them; they are okay now with him so probably they

10  taking it. Syria could turn around. The only people

11  over there are the Ba'thists or the Brotherhood, and--

12  SO:   --Ikhwan Al-Shayyatin [Satan brothers].

13  CHS:   Well at least they have something I don't know

14  how bad how good, but

15  SO:   --No.

16  CHS:   --But, but--

17  SO:   --No, no, if it ain't, if it ain't shari'a [islamic law],

18  it is not tawhid [monotheism], it is kufr [infidelity]...It's

19  shyatan [Satan] system. The system [IA].

20  CHS:   --Ya akhi [my brother]... Yeah but, but, but he,

21  he, he, you know, ah, ah, you want it to black or white

22  or you want--

23  SO:   --Yes.

24  CHS:   --it gradually.

25  SO:   Yes, because prophet Muhammad,  salla Allahu

```
 1    'Alayhi wasallam [peace and blessings be upon him],

 2    said that there is two camps. Camp of iman [faith] and

 3    camp of kufar [infidels].--

 4    CHS:   [IA] Most people you can't…I don't know. I, I, I

 5    don't know. I can't make, I can't make all the Muslims,

 6    all the Brotherhoods kufar [infidels] come on man--

 7    SO:    -- [UI] on the dunya [in this life], on the dunya

 8    [in this life] they are kufar [Infidels].

 9    CHS:   La hawla wala quwwata illa billah [there is no

10    power and no strength save in God].

11    SO:   Listen, their religion is democracy.

12    CHS:   I don't know I haven't heard democracy.

13    SO:   No they want democracy and that's what they

14    want. They say Islamic Democracy, that is kufr

15    [infidelity] but they didn't say that. There is no such a

16    thing like Islamic democracy.  They want democracy

17    and democracy is the religion not from Allah [God]. It

18    is the religion from evil [UI]. That's what it is. We need

19    to go no further. Democracy is worse than

20    Christianity. If they were putting Christian rule it

21    wouldn't be as bad as democracy. And they would

22    have democracy and Hamas doing the same

23    garbage.

24    CHS:   --Okay then, what is the solution ya akhi [my

25    brother] [IA] these days. Tell me, tell me--
```

```
 1   SO:   --The solution--

 2   CHS:   --a scenario. Tell me a scenario that people.

 3   You are such a jerk; you are a piece of garbage.

 4   SO:   I like that [UI].

 5   CHS:   Sorry, but he is...

 6   SO:   He is garbage

 7   CHS:   He ignored me and went fast. Okay, well give

 8   me a scenario...

 9   SO:   --The scenario is simple--

10   CHS:   --That in, in. Let's, let's get them to the Middle

11   East in the beginning. I know that maybe your, your

12   country is different, or Afghanistan or Pakistani is

13   different. Pakistan is boiling man!

14   SO:   Yeah.

15   CHS:   --boiling.

16   SO:   [IA].

17   CHS:   So give me a scenario for a good system that it

18   would work for the Muslim and other people.

19   SO:   Shari'a [Islamic law].

20   CHS:   I understand shari'a [islamic law], Shari'a

21   [Islamic law].

22   SO:   Shari'a [Islamic law] works for the Jews,

23   Muslims, and Christians.

24   CHS:   Yeah, I understand but give me ah, ah, with

25   this big mess in the world, there is a national ah, ah
```

1    super bank and there is--

2    SO:    --Okay.

3    CHS:    --system and--

4    SO:    --with this big mess, the only reason this big

5    mess is because the fake scholars and people like

6    you, for one instance, you're in that group of people

7    that are ignorant of what the din [religion] is. I'm not

8    trying to insult you or anything; you wanted the

9    scenario so here it is: Until the people wake up in

10   cause of the true Islam nothing is going to change, it

11   is only going to get worse. Until we call to tawhid

12   [monotheism], until we call to Allah [God] is the only

13   creator, God is the only legislator. La ilaha ila Allah

14   [There is no god but God]; we have to call to what that

15   means. Not Allah [God] is the only god. We know

16   Allah [God] is the only God. There is one God, but

17   what does it means?  It means he is the only one to

18   be followed, obeyed, submitted to, worshiped, and he

19   is the only legislator; simple. And only if you

20   implement that belief, that's when ah…the benefits

21   will come. There are two or three verses where Allah

22   [God] speaks about that. To change the rule of Allah

23   [God], Allah [God] will bring cause drought on the

24   earth. Nothing; right now everything is so bad,

25   economy in the whole world because there's no

```
 1    shari'a [islamic law]. The economic system; what
 2    about the economic system? The dollar, one dollar,
 3    sixty years ago was like twenty thousand dollars
 4    today. One dollar! Why did the value lose, lose so
 5    much? 'Cause it's paper interest is nothing. It's not
 6    gold and silver like the prophet [IA], salla Allahu
 7    'Alayhi wasallam [peace and blessings be upon him],
 8    [UI] nothing else. That's the only thing, that part of the
 9    shari'a [islamic law] dealing with gold and silver
10    because it cannot change, the value of it doesn't
11    change. The matter the Jewish banks want to inflate
12    the Euro and, you know, and change the value of the
13    dollar and steal money from one nation that way. No
14    that's what it did to the Muslim countries because they
15    don't have gold and silver coins. They don't have gold
16    money. They don't have real money all paper and the
17    Jews own the banks, the world banks. So what they
18    do is, they change the value, value of money of the
19    Palestinians to be like twenty thousand Palestinian
20    points, or whatever is the name, dollars equals to one
21    American dollar. So they go with one American dollar
22    and they buy everything, which Palestinians work for
23    two years, for…for one dollar. Shari'a [Islamic law] is
24    the only way. [IA] Allah [God], Allah [God] is the only
25    legislator.  If anybody, Ikhwan Al-Shayyatin [Satan
```

1    brothers], Brotherhoods, Hamas, whoever they are all

2    kafir [infidels]. If they think that they can rule with

3    manmade law they're kafir [infidels].  If they rule with

4    manmade law they're kafir [infidels]; that's what they

5    do.  And if they think that's the best for the society

6    because the people ask for it, they're kafir [infidels].

7    Because Allah [God] created us and if anybody think

8    that there's any other way good or benefit than the

9    way Allah [God] told us and the prophet,  salla Allahu

10   'Alayhi wasallam [peace and blessings be upon him],

11   had taught us, that's kufr [infidelity] for itself and you

12   do believe it; anybody thinks that.  'Cause that means

13   you don't have no real iman [faith].  How can man

14   wanna legislate and think that they can take this, take

15   this task with their own hands and legislate it, make

16   their own manmade laws and think it'll benefit. Where

17   is the believe in Allah [God]? if you really believe Allah

18   [God] is the greatest, you would never wanna change

19   anything for the shari'a [islamic law]. If you believe

20   Allah [God] is great, you have to call to Him. You have

21   to call to the shari'a [islamic law].

22   CHS:   Okay and this will apply in Islamic countries

23   and in country like Europe and United States and

24   Australia and, how, how, how we gonna, I don't, I

25   don't, you know, that, this is the confusion here. For

1   me I believe that the religion is a way to get people

2   close to their Lord and practice what He gives them.

3   It's a practice. Okay. Now, with this big mess of the

4   world, I mean, we talking about what, half a million

5   people in the, in the earth when prophet Muhammad,

6   salla Allahu 'Alayhi wasallam [peace and blessings be

7   upon him], came?  Now we talking about seven to ten

8   billion people they are from different uh, uh, uh--

9   SO:    --There was one and half a million when

10  prophet Muhammad, salla Allahu 'Alayhi wasallam

11  [peace and blessings be upon him], came.

12  CHS:    Um, wha--

13  SO:    --Half a billion, there was more than that.

14  Maybe there was a couple of billion. Two or three

15  billion maybe... Allahu a'lam [only God knows].

16  CHS:    At the time of the prophet?

17  SO:    Yes.

18  CHS:    Well, 'cause uh, even Europe was not, did not

19  exist at that time.  Eh, United States were, uh, just two

20  hundred years, the age of it. Now--

21  SO:    --They killed like three hundred---Native

22  Americans, three hundred millions when they came

23  here.

24  CHS:    No, I'm not talking about this. I'm talking about

25  this system that you're talking about, the shari'a

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
 1  [Islamic law] and the--
 2  SO:    --The thing is--
 3  CHS:    --it applies to the Muslim countries which is the
 4  people that, in the Arabic world, which is the prophet
 5  has put Islam at that time, from China to Morocco,
 6  okay. Now those people that you said they came
 7  here, the American or from Europe, they killed the
 8  Native American or whatever, and they took over, and
 9  they--
10  SO:    --and they went to Africa--
11  CHS:    --Okay--
12  SO:    --They killed the Muslims [UI]--
13  CHS:    --Whoa, whoa, whoa, whoa, let's, let's start
14  here.
15  SO:    Okay.
16  CHS:    The base is on the material not in religion. This
17  is how they use this country and to use people they
18  got--
19  SO:    --Okay, let me tell you right now there's a video
20  and I'll give you the link, insha' Allah [God's willing], if
21  I had a [UI] I'd show it to you right now.  It's like nine
22  minutes long and it's about Bush, and about the
23  Christian ah, crusaders; there's sixty million members
24  and more Baptist Christians and they all donated for
25  this war in Iraq and Afghanistan, and they go over
```

1    there and give Arabic and Pashto bibles and they go

2    in the humanitarian aid convoys. And they built big

3    churches in Iraq already and they're re, they're

4    converting people away from Islam, little children,

5    orphans because they don't have no family.

6    CHS:   So they come from here, they go there.

7    SO:   They come from here, they go there--

8    CHS:   --and then--

9    SO:   --and their plan they said, our whole plan is to

10   make the whole world Christian.

11   CHS:   And at this time, what, what, what, what is the

12   solution for those people?

13   SO:   What is the solution for those people?  The

14   solution for those people is if they don't accept Islam,

15   Allah [God] knows best [Chuckles].

16   CHS:   No, what I'm saying is…if there are coming to

17   our country because of our rulers and--

18   SO:   --No, they are not coming for our rulers--

19   CHS:   --yes, yes, yes--

20   SO:   --They are coming for Islam—

21   CHS:   --they came, no, they came, no. They came,

22   they got invited by the rulers and we talked in the

23   beginning, that's how we opened the subject, is the

24   Muslims they are coming to rule and you said they are

25   not Muslims.  And if, believe me, if they're planning or

1    somebody else is taken over and they see somebody

2    coming to build and to manipulate the Muslims and to

3    uh, change the reli--

4    SO:    -- the Ikhwani [Brotherhood] have already--

5    CHS:    -- [UI]--

6    SO:    --Listen, the Ikhwani [Brotherhood] and Sayyid

7    Qutb, Rahimahu Allah [May God bless him], they're

8    two different ideologies. When he wrote his books,

9    when he was getting tortured in prison, they wanted

10   shari'a [Islamic law] but now they want Islamic

11   democracy. They're filthy kafir [infidels]. They

12   changed ideology over the thirty years or whatever

13   because they couldn't have the patience, they were

14   getting persecuted, and many of them got killed, so

15   they changed the 'Aqidah [conviction]--

16   CHS:    -- [UI]--

17   SO:    --because they're afraid--

18   CHS:    -- [UI] they're not all the same, they're--

19   SO:    --No!  Anybody that's with them, if we in dunya

20   [in this life], we make the takfir [atonement] on them

21   because--

22   CHS:    --there's twenty-four factions, there are in

23   Egypt, Muslims in the election, twenty-four, that's

24   what I heard yesterday--

25   SO:    --Doesn't matter, we're not allowed to go to

1    these democratic elections.  It's infidelity itself to even

2    go to the democratic elections. It's infidelity.  'Cause if

3    the religion is evil not from Islam it's infidelity.

4    CHS:   Even then, the way that they're doing--

5    SO:   --Yes! Even the way that they're doing it.

6    CHS:   But, well how they gonna elect these

7    presidents or the Khalifa--

8    SO:   --there is, there is, no, no, no, Khalifa [Islamic

9    ruler] gets, first of all, Khalifa is throughout history is

10   the first people that the people gave allegiance to

11   when they established the first birth and the dead rule

12   or whatever gave allegiance to, is the Khalifa. So,

13   whatever in the country was given allegiance to and

14   they called the Shari'a an old Islamic democracy, no

15   infidelity no nothin', just Shari'a and monotheism.

16   Whoever is the leader of those people he's to be

17   giving allegiance to.  Everybody has to give allegiance

18   to him.

19   CHS:   So in Pakistan and Afghanistan when they do

20   the election, when they, when they hire those people,

21   they don't do elections?

22   SO:   What people?

23   CHS:   They, Afghanistan, let's see, they're, they're--

24   SO:   --They, they don't do elections.

25   CHS:   Well, how did they elect ah, what's his name?--

1    SO:    --They chose him, they chose him.

2    CHS:   Okay, so they're making consultation or, how,

3    how do you start?

4    SO:    You otta know--

5    CHS:   --You got ten million people--

6    SO:    --He was a leader, listen, he was a leader--

7    CHS:   --Okay--

8    SO:    --You know why?  Because after the, after the

9    cold war, after the Soviet Union got kicked out, there

10   was a civil war. Everybody was fighting each other for

11   power and not for Islam. Not for shari'a and for drugs.

12   They had mafia organizations working with the

13   government for the poppy seed; and what the Taliban

14   did, Mullah Omar, it was one guy, he had a dream

15   and the prophet, peace be upon him, went to him in a

16   dream and said I want you to start the shar'ia in

17   Afghanistan. And he told his best brother in faith, and

18   that's the Taliban.  And then they told another guy,

19   three, there became five, thirty people, but he was the

20   one that started so they gave allegiance to him and

21   thirty people started the whole thing and everybody

22   joined them. They started it. Thirty people and now

23   they establish shari'a from 1995 till 2001. America

24   went there because of that, to take away the shari'a,

25   because they know, they know it brings back the

1  people to religion and to establish Christianity and

2  infidelity of democracy. You know what Bush said?

3  He said, I don't… democracy is not America's gift to

4  the world, it's God's gift to the world.

5  CHS:   Well that's his opinion--

6  SO:   --No, democracy is infidelity--

7  CHS:   --We're not gonna take his--

8  SO:   --Well, if you're not gonna take his opinion then

9  you should not support the Satan brothers, the

10 infidels.

11 CHS:   Yeah, but, but I, I, I'm really looking for ah, a

12 system--.

13 SO:   --Okay, what, what [UI]--

14 CHS:   --In Egypt, Egypt--

15 SO:   --What has Hamas done right now in

16 Palestine?

17 CHS:   Well at least you have twenty--

18 SO:   --What have they done?--

19 CHS:   --thousand Memorizers [of Koran] every year.

20 We don't have--

21 SO:   --It doesn't matter how many--

22 CHS:   --Well now, hold on a second, let me tell you,

23 let me tell you. I, I'm, I'm from Gaza and I've seen it in

24 my eyes. They're not the best and I'm not Hamas and

25 I don't like them--

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   SO:    --Brother, I don't like that shit there--

 2   CHS:    --but at the same time brother, when you look

 3   at, at Muslim, you find  mosques full of women who

 4   are, thank God, covered and it's easy to get married,

 5   it's easy to, it's not like before. You know, I remember

 6   the time that when we have a, a, a, a, a places that

 7   people they, they go and, and buy alcohol and all this

 8   stuff, so as Muslims, you don't want us to be an

 9   Islamic country--

10   SO:    --Brother, I, I know, I know from a very, very

11   well trusted brother, okay, a Bosnian brother, you

12   don't know him, you haven't met him yet. You know,

13   you want me to tell you about him?

14            (Tape concluded.)

15            MS. SWEENEY:  Still in the same meeting, next up is

16   Government's Exhibit 101.8-A and the transcript at 101.8-B.  I

17   will start at the beginning and play until approximately the

18   bottom of page three.

19            MR. GEORGE TRAGOS:  What was the number again,

20   please?

21            MS. SWEENEY:  101.8.

22            THE COURT:  Does anybody need a personal break from

23   the jury?

24            MR. GEORGE TRAGOS:  You're not playing 101.7?  All

25   right.
```

```
 1              THE COURT:  Please proceed.

 2              (Tape played.)

 3   CHS:   [UI] two or one [UI] I need to know it's easy for

 4   me

 5   SO:   Two, two, two

 6   CHS:    And you're ready go? You're going to go

 7   forward?

 8   SO:   The plan is to do

 9   CHS:   And you're not gonna' change?

10   SO:   No, if I have...Listen... [UI] I am going to stick to

11   it. There is no going back, I put the belt on, and there

12   is nobody stopping me no nothin'.

13   CHS:   Okay, now... Salah-al-Din [UI] are you gonna'

14   take him or [UI]

15   SO:   I have a person, don't worry about it.

16   CHS:   You got somebody?

17   SO:   I'm not gonna' tell you who.

18   CHS:   You don't need to tell me nothing. But, you're

19   going forward?.

20   SO:   Yeah.

21   CHS:   And where do we have to put the stuff?

22   SO:   [UI].

23   CHS:   Ahh, let's go. It is not going to be my duty to do

24   anymore. All I have to do is to meet you one more

25   time to tell you where. That's it.
```

```
1   SO:   OK, and maybe, maybe you should give me a

2   little cash so I can come buy meat. You don't want me

3   to come ever? That is a good excuse; we don't have a

4   lot of meat places over there.

5   CHS:   If they still watching you, you are a hundred

6   percent sure because

7   SO:   Ya akhi [my brother], akhi [my brother], I went

8   to the gas station

9   CHS:   you, you scare the shit out of me

10  SO:   listen, I went to the gas station before I

11  came here

12  CHS:   uh...huh...

13  SO:   before I hit two seventy-five in, in Clearwater

14  and   they pulled next to me.

15  CHS:   Okay, before I go to the shop I need to go

16  around to make sure we got everything straight.

17  SO:   Oh, okay.

18  CHS:   Or you want to go to Sligh? I don't, I don't

19  wanna' go to Sligh. Honestly, I wanna go home--

20  SO:   We just go to the parking lot and we don't

21  get out.

22  CHS:   What parking lot?

23  SO:   Sligh. We don't get out.

24  CHS:   Why wait until the street is

25  SO:   [UI] Okay
```

1  CHS:   why should I go that way. If they are following
2  us…following us. They're gonna' come to Sligh too.
3  SO:   That's true.
4  CHS:   It is your responsibility ya akhi [my brother], is
5  not my responsibility.
6  SO:   Whoever; but I need [UI]
7  CHS:   I'll get you the car. I'm just gonna' try my best,
8  but I don't know how much it cost, if it cost more than
9  two thousand dollars I'm not gonna' get it. You want a
10 belt we'll get you the belt. Now you need two of them
11 [UI] fine, fine. And you have everything after that, you
12 don't see me I don't see you.
13 SO:   Never. Only in jannah [heaven]; insha' Allah
14 [God willing].
15 CHS:   Insha' Allah [God willing]. And the other one,
16 he wants another belt? The other brother?…Or just
17 one? I don't know how much, I never ask about it.
18 SO:   Just get two. If not [UI]
19 CHS:   You want two?
20 SO:   Insha' Allah [God willing], if the other brother
21 doesn't want to. I'll just hold one on me until they both
22 make bigger, big [UI]. Don't worry about [UI] I'll put
23 them together; I'll put one on my leg if I have to. I
24 don't care. You know why, cause when Allah [God]
25 says be as it is I'm gonna' come back to like this on

1   the Day of Judgment. Every Atom is waiting to come

2   back together. You know who Uzayr [PH] is? Izra

3   [PH]?

4   CHS:   Who?

5   SO:   Uzayr.

6   CHS:   Zubayd? [PH].

7   SO:   Uzayr. [PH].

8   CHS:   Uzayr? [PH].

9   SO:   Yeah, you know who that is?

10  CHS:   No.

11  SO:   He was from Bani Israel [the Children of Israel];

12  he was a fire worshiper

13  CHS:   oh Uzayr.

14  SO:   No.

15  CHS:   Uzayr, ibn Allah [the son of God], they say.

16  SO:   Yeah, yeah.

17  CHS:   He is the son of God.

18  SO:   [UI] you know why they said it?

19  CHS:   Uh...huh...

20  SO:   Cause he went to a town, he went to a town

21  and the whole town from Bani Israel [the Children of

22  Israel] was dead, like Allah  [God] destroyed it. And

23  he said how will Allah [God] will ever bring this back,

24  like he's not gonna' bring it back. He didn't believe for

25  a second like in resurrection--

```
 1   CHS:   should I go to the [UI] or do you want to go

 2   somewhere else? Do you want to check the place?

 3   SO:   I don't care about the car.

 4   CHS:   No the place…Fifty-six.

 5   SO:   No, no, no.

 6   CHS:   No.

 7   SO:   I, don't worry about it

 8   CHS:   so I got enough so.

 9   SO:   Yeah.

10   CHS:   Emm...Okay, alright. We need to make sure

11   that no more seeing.

12   SO:   Okay.

13   CHS:   Alright. Now do you want him to contact you, or

14   do you want me to call you, or you wanna' call me or

15   you wanna' come or what, what date, give me three,

16   four days to see if I can convince him to get

17   everything. Yeah your car's still there.

18   SO:   Don't worry about the car. I'm not worried

19   about it.

20   CHS:   Now anything happen, I need to know if they

21   come or say something or if they

22   SO:   you tell em', no I will not

23   CHS:   are listing

24   SO:   listen, you just say I don't know what you're

25   talking about. I don't know, you have the wrong guy. I
```

```
 1   don't know.
 2   CHS:   Well see most of the time those people they,
 3   they tell you oh, we have uh... x uh... brother Sami
 4   came and he said
 5   SO:   and he said this about you
 6   CHS:   that, exactly
 7   SO:   exactly, that is the games they play. You say
 8   nothing. Same here; if they say some about oh, this
 9   person said this [UI]
10   CHS:   I never talked to them and I will never talk to
11   them and if they come I have attorney, okay. And they
12   know me; they know I'm very stubborn. I won't say a
13   word, but I'm worried about if they bust you or they, if
14   you speak or you talk to somebody and
15   SO:   I'm not their friend
16   CHS:   things go as wrong
17   SO:   that's why, that's why I'm not seeing people
18   no more. Cause some brothers I know they like,
19   they're good brothers, but they talk a lot, not to
20   people, they just talk to me not right now [UI] will
21   never
22   CHS:   what about Salah-al-Din?
23   SO:   find [UI]
24   CHS:   he already knows that the location, he
25   knows what you're gonna' do
```

1  SO:    he knows the location

2  CHS:   and he knows everything. So if something

3  happen, the news comes and he mentions my name.

4  What are we gonna do?

5  SO:   No, because listen, don't worry about Salah-al-

6  Din, I told you I have one guy, but don't worry about

7  Salah-al-Din. You don't worry about Salah-al-Din.

8  CHS:   No, I am. How, how

9  SO:   Akhi [my brother], my brother, Salah-al-Din is

10  a stubborn you better cut off his head than [UI]

11  CHS:   But, but you need once you see him tell him

12  everything had been cut off, the brother is bad or you

13  talk   something bad about me, that we don't see

14  each other anymore.

15  SO:   [UI].

16  CHS:   What?

17  SO:   [UI] relax.

18  CHS:   [UI] so you start lying to me.

19  SO:   No, that because of the Mall when you did this

20  to me, I didn't know what to think no more. That's all.

21  CHS:   Ya akhi [my brother], wallah [by God] I wanna'

22  make sure that

23  SO:   Okay

24  CHS:   you are not set up. I, I mean, how am

25  gonna…you know, I have a feeling like you have a

1    feeling, I told you since day one, don't trust me. did I

2    tell you this or not?

3    SO:    Listen.

4    CHS:    And now Subhan Allah [Praise the lord]! its

5    build up, its build up very well

6    SO:    I think, I think you told me don't trust me

7    because you didn't trust me.

8    CHS:    Ahh, whatever, I mean things but, but if you

9    wanna' do something, do it make me feel proud of

10   you.That's all.

11   SO:    Akhi [my brother], listen, I'm gonna' make the

12   whole Ummah [Nation] wake up. Allah [God] is going

13   to do it, but, [UI] insha' Allah [God's willing]. And these

14   filthy kufar [infidels], Al-shayyatin [the devils] are all

15   over them because they know. Al-shayyatin [the

16   devils], they, they, they are here around us, they listen

17   and sometimes when I, I look in the mirror and I feel

18   so light, that means good like I'm floating, Al-

19   shayyatin [the devils] know this so they alarm the

20   kufar [infidels], they go

21   CHS:    you still want to go to the masjid [mosque] ya

22   akhi [my brother]?

23   SO:    No, no. I told you just drive.

24   CHS:    Okay. So the only thing we did not talk is how

25   we gonna' meet? That's all.

```
 1  SO:   That's the only, that's the only difficult thing
 2  which you have to be careful.
 3  CHS:   How…OK, can you, see I don't want Sami to
 4  know that you're coming because I told him I'll fire
 5  you. Yeah I told him you know, you not happy and
 6  you need ten dollars an hour and I cannot afford it.
 7  That's when he asked me where's is he? Is he coming
 8  back? And they wanna to hire a Mexican guy or
 9  something. But anyway regardless, how can we, how
10  are we gonna' communicate? Did, did, you never took
11  my e-mail.
12  SO:   No, no, no they're watching my e-mails
13  CHS:   oh, oh, oh
14  SO:   because [UI]
15  CHS:   is that worst?
16  SO:   Yeah, that's the worst, man!. That's even paper
17  written evidence. You don't want to communicate [UI]
18  we don't need nothing like this.
19  CHS:   Oh. Ah... how bad they are?
20  SO:   [UI].
21  CHS:   Don't worry about it, don't worry about it there's
22  no one to find us. I've been looking at the mirror all
23  the time. There's nothing. And if they're smart come
24  and ask for me. See I'm not scared!
25  SO:    Akhi [my brother], if I knew only Ahmed was in
```

```
1    there, that [UI].
2    CHS:    [UI].
3    SO:    No, he is more than that, he's evil. After he saw
4    the video with the head buttin' he's like no assalamu
5    'alaykum [peace be upon you]. Don't tell me assalamu
6    'alaykum [peace be upon you], I told you.
7    CHS:    He talked to you?
8    SO:    After the head buttin'.
9    CHS:    Oh you told him.
10   SO:    I told him don't ever say assalamu 'alaykum
11   [peace be upon you] to me. I told you already, I gave
12   you the hujjah [proof], you wanna promote
13   democracy; you say it's Islamic; you can go to
14   jahannam [hell] with them if you want. Ah... you have
15   to say assalamu 'alaykum [peace be upon you]. Allah
16   [God] says when you meet the believer
17   CHS:    please [UI]
18   SO:    [UI]
19   CHS:    I don't care about Ahmed;
20   SO:    Alhamdulillah [Praise be to God].
21   CHS:    I know that you're about to kill him too.
22   [UI]. But, anyway the, the thing is, please,
23   please, if things go wrong I need to know
24   SO:    Akhi [Brother],
25   CHS:    you know what
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   SO:    don't say nothing. I am…a man. I'm a Muslim

 2   and if I say anything to harm anybody, I become kafir

 3   [infidel] maybe. No, don't worry about it. I'm doing this

 4   to please Allah [God], not to displease Allah [God].

 5   CHS:    What, what, okay, but you have to watch for

 6   the other brothers, and I'm trying to help here

 7   SO:    I'm not gonna…I tell all the brothers

 8   CHS:    I'm trying to do, do what's

 9   SO:    other brothers have a new connection.

10   CHS:    okay, okay, alhamdulillah [praise be to God],

11   yes, yes

12   SO:    I mean that guy that showed up in his parking

13   lot he's terrified.  He, he fired me; I already told you

14   fired me.

15   CHS:    Okay, alhamdulillah [praise be to God].

16   SO:    Already told you fired me.

17   CHS:    Okay, and Salah, he will never come to the

18   shop too.

19   SO:    I'll tell him don't.

20   CHS:    No, I mean he was a customer. I don't care. I

21   mean, I, I did not recognize him with a beard. But,

22   uh... he welcome to come, but, but I don't wanna' talk

23   about nothing.

24   SO:    No, you can't because

25   CHS:    the only thing that I need one more meeting
```

| 1 | after three, four days. I need three, four days to get |
|---|---|
| 2 | you what you asked for …and then I don't wanna' |
| 3 | maybe you just tell me when, another meeting or |
| 4 | before or whatever or once you take it, I'm gonna' |
| 5 | leave out of town. Nobody see nobody…and exempt |
| 6 | me and make du'a [pray] for me. |
| 7 | SO:   [IA] insha' Allah [God willing], what you might |
| 8 | wanna' do is on the same day cause once I get it, it's |
| 9 | gonna' be the same day. [IA] the same hour |
| 10 | CHS:   well then meet me after three days; I'll let you |
| 11 | know exactly |
| 12 | SO:   It would be better to me on Friday. Do you |
| 13 | know why? Because of the mosque, it's a reason for |
| 14 | me to be in Tampa, because I used to go to the |
| 15 | masjid [mosque] in Tampa every jum'ah [Friday]. |
| 16 | CHS:   And if the things ready you gonna' take em' |
| 17 | and do what you have to do without even looking? |
| 18 | SO:   Yeah. |
| 19 | CHS:   You're not gonna' even look if there are people |
| 20 | over there or not? |
| 21 | SO:   Where? |
| 22 | CHS:   You gonna' do it at random? |
| 23 | SO:   I'm not gonna' do this till they come for me. I'm |
| 24 | gonna' do this. |
| 25 | CHS:   I under-- I understand, but, but are you gonna' |

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
 1   do it, you promised me not to go to a mall or [UI].

 2   CHS:   The what?

 3   SO:   [UI] recruit, recruiting

 4   CHS:   Oh, okay so, so

 5   SO:   this, this why I don't want to [UI]

 6   CHS:   but, but, but what about that day there is no

 7   body there?

 8   SO:   What do you mean I just get in the car and I

 9   drive [UI]. Don't, you, you over calculating akhi [my

10   brother].

11   CHS:   No, I need to know, I, I need to leave out of

12   town, I, I can't afford to be here.

13   SO:   Okay, go ahead.

14   CHS:   I just want to go

15   SO:   okay

16   CHS:   I have a trip to Mississippi or to Chicago

17   somewhere or go see my mother-in-law or do the

18   surgery that day.

19   SO:   Do it.

20   CHS:   I'll do the surgery. That's it, that's it

21   SO:   Alhamdulillah [Praise be to God],

22   Alhamdulillah [praise be to God].

23   CHS:   So let me plan that when I'm in the hospital,

24   you do what you have to do.

25   SO:   You plan that when I do it I have to do it, or you
```

```
 1   plan [UI]
 2   CHS:   I'm not doing anything
 3   SO:   you plan to be in the hospital
 4   CHS:   You are going
 5   SO:   [UI]
 6   CHS:   You are going forward with what you, what
 7   you want to do and that's it, that's it. I'm, I'm not..., I'm
 8   out of it.
 9   SO:   Yeah.
10   CHS:   All I know is, you know, you don't hurt
11   anybody
12   SO:   [UI]
13   CHS:   as, as we agreed civilians. That's it.
14   SO:   [UI].
15   CHS:   What?
16   SO:   [IA]
17   CHS:   Still thinking about they are following?
18   SO:   I do what's more beneficial. No, I said there are
19   no civilians. I do what's more beneficial. Don't worry
20   about it.  Akhi [my Brother], you over, over calculate.
21   CHS:   It's not over cal... I'm a scared because this is
22   the first time in my life that I'm doing something like
23   that, I always done it home, but not here. You know?
24   and I'm not even convinced that it's alright here, but
25   anyway.
```

```
 1   SO:   So where we gonna' meet?

 2   CHS:   Uh... tell me, let me go another way, one more

 3   round... car over there. What, what, what do you want

 4   and in four days can we meet, let's say at random

 5   somewhere in any location that you prefer?

 6   SO:   What Sunday?

 7   CHS:   Sunday?

 8   SO:   What's today it Wednesday? Four days. It's

 9   Sunday.

10   CHS:   I need a couple of days to talk to the guy

11   SO:   okay Sunday

12   CHS:   I want to go and meet him

13   SO:   in four days

14   CHS:   I don't know, I might make a phone call and

15   see if   he's in town while you are here.

16   SO:   Sunday is four days?

17   CHS:   Sunday yes, you wanna' meet? Oh, Sunday I

18   work.

19   SO:   Okay wh..., Saturday.

20   CHS:   Let's make it Monday.

21   SO:   Monday.

22   CHS:   Monday where? Before I go?

23   SO:   [UI].

24   CHS:   Uh...

25   SO:   Turn left [UI] dead end.
```

```
1    CHS:    I'll, I'll go straight. No these neighbors I know
2    them because I come every morning in here. I'm in
3    the back of the building.
4    SO:    Okay, I know where it is.
5    CHS:    Okay, there is no one here
6    SO:    Shhh... I not, listen, I'm not talking about the
7    people, I'm trying to think where we can meet. It has
8    to be a masjid [mosque] because I have to have
9    reason why I'm here.
10   CHS:    Okay. What about uhm... Monday, Monday,
11   Monday in Sligh?
12   SO:    Monday, Sligh, Yeah.
13   CHS:    And if I have that thingy.
14   SO:    Monday?
15   CHS:    Would you take em?
16   SO:    Yeah.
17   CHS:    Are you gonna' take em' in the car.
18   SO:    Are they ready?
19   CHS:    If, if I'm not sure
20   SO:    if, if, if they [UI]
21   CHS:    I gotta' talk, you want me to call the guy and
22   see if he's in town so I can tell you in two, three days?
23   SO:    Yeah.
24   CHS:    Okay.
25   SO:    Drive, drive.
```

```
 1    CHS:   Let me call him and see
 2    SO:    drive fast.
 3    CHS:   Fast where?
 4    SO:    I mean just drive on the street, normally.
 5    CHS:   Nah, it's BMW, Mercedes Benz, let me turn the
 6    lights, but these are automatic anyways, okay. You
 7    know what, lets meet Monday on the, on the Sligh.
 8    SO:    At which, which salat [prayer]?
 9    CHS:   Salat al-Zuhr [The noon prayer].
10    SO:    Zuhr [Noon prayer]?
11    CHS:   Yes, Zuhr [noon prayer], but I'm not gonna pray
12    inside, you gonna' see me in the parking.
13    SO:    Zuhr [Noon] or 'Asr [afternoon] prayer?,
14    because I don't know if I have a good car to come on
15    Monday.
16    CHS:   'Asr [Afternoon prayer]? What, what, what, day
17    you are able to come? Which day?
18    SO:    [UI].
19    CHS:   I need to go.
20    SO:    Any day, Monday.
21    CHS:   Monday, and, and as I said
22    SO:    Monday, 'Asr [Afternoon prayer]
23    CHS:   you make sure you have a good car
24    SO:    'Asr [Afternoon prayer]
25    CHS:   oh, shit this guy is here. Oh God, he's coming
```

1    dump [UI] in the dumpster.

2    SO:   So what. [UI].

3    CHS:   Oh, shut, shut. Oh…La hawla wala quwwata

4    illa billah [there is no power and no strength save in

5    God]

6    SO:   You just took me for food and you told me

7    there's a job in Saint Pete.

8    CHS:   Yeah, yeah, yeah, just let him go first, let him

9    go then. Okay. Uh... Monday, uh... you know what,

10   come Sunday by the shop and the moment that you

11   park your car here, don't call me, don't do nothing.

12   Park your car here, I'll see you, I'll come and tell you

13   where to go.

14   SO:   Emm..mmm...

15   CHS:   Then Monday at the

16   SO:   emm...mmm...

17   CHS:   masjid [mosque], you want Monday in the

18   masjid [mosque]? Because I don't know

19   SO:   I cannot come here at all, they will follow both

20   of us.

21   CHS:   Hmm...

22   SO:   If I come here they will follow both of us.

23   CHS:   I see. Monday in the masjid [mosque].

24   SO:   What I might even try to do is I might try to

25   leave my phone at home and sneak out when my

```
 1  brothers leave, because they follow each of the cars.
 2  CHS:    Right.
 3  SO:    Sneak out and get somebody else's car.
 4  CHS:    Do you want me to extend this and give it to
 5  you? Oh shit, no, no, no, I'll be in deep trouble--
 6  SO:    [UI]
 7  CHS:    it's under my name no, no, no, no.
 8  SO:    No, because they will watch me with this car,
 9  they don't care.
10  CHS:    No, no, no, no, it's under my name anything
11  goes wrong I'll be in… n…I am a chicken
12  SO:    listen, Monday after salat [prayer]? after salat
13  [prayer]?
14  CHS:    they might slap me, I'll tell them everything.
15  SO:    after salat [prayer]? after salat [prayer]?
16  CHS:    After salat [prayer] in Sligh, insha' Allah [God
17  willing]. And be ready get a nice car [UI]
18  SO:    do we have some Qunut [PH]?
19  CHS:    Qunut what?
20  SO:    Is that called Qunut?
21  CHS:    What is Qunut?
22  SO:    That smell for [IA].
23  CHS:    The what?
24  SO:    The smell for Janazah [funeral].
25  CHS:    Oh, uh... uh... Rawhun wa Rayhan [Joy and
```

```
 1   Flowers]. Don't start okay? Let's be serious. Get, get,
 2   get me my stuff, get me my phone and uh... Monday,
 3   insha' Allah [God willing],  [IA] Salat Al-'Asr [Afternoon
 4   prayer, I'll..on Sligh, I'll be in the parking lot. I'll- I
 5   will
 6   have the Mercedes. By that time, I need you to go
 7   and check the car, so he will take the box.
 8   SO:   By, before that?
 9   CHS:   Before that, so they won't be following you if
10   there is
11   SO:   no, no, the thing is they follow me with so
12   many cars, even if I remove the box they'll follow me.
13   CHS:   Okay. What 'bout if you have the guns and that
14   deal what are you gonna' do?
15   SO:   If I have em' and I have this, I'm gonna' do this,
16   nobody's stopping me
17   CHS:   God Damn no, no, you know what? You are
18   crazy.
19   SO:   Akhi [my Brother], if they come for me and I
20   have this, what you think? I might give it to them? No I
21   give the other things. Where's the logic?
22   CHS:   So, so we went back to, to square one.
23   SO:   What are you talking about?
24   CHS:   That you are ready to go and kill yourself for
25   nothing.
```

1  SO:    If they come with guns and I have guns if I stop

2  they give me thirty years what is the thinking. I got to

3  give them this, they got to know they can't just kill

4  Muslims, they got to know to be afraid of Muslims

5  CHS:    so, so basically Monday just it's a pure

6  meeting, you don't want anything because I can't

7  afford to make mistake if you have weapon. I don't

8  want to do anything.

9  SO:    Okay we should do it then, we should meet

10  tomorrow

11  CHS:    But you can

12  SO:    Tomorrow man, we should meet tomorrow

13  man

14  CHS:    jum'ah [Friday] there's no way, give me my

15  phone

16  CHS:    give me, give me my phone, let me uh?

17  SO:    You can't talk on the phone.

18  CHS:    Then, then let me do it from the business, I'll

19  talk to   him, he's, he's the one who sell the flags and

20  all these eh.

21  SO:    get the belts.

22  CHS:    I'm gonna' check with him but, I have to meet

23  him somewhere. Maybe we go and have dinner

24  SO:    hey, but it all needs to be ready, because I

25  don't know how to [UI] belts.

```
 1   CHS:    Then you, then you have to meet him to set it
 2   up.
 3   CHS:    You need to meet him to set, how I don't know
 4   I'm not expert in this shit, this is the first time in my
 5   life.
 6   SO:    Is he trust worthy?
 7   CHS:    Absolutely. He, don't
 8   SO:    if not, my brother
 9   CHS:    kill him.
10   SO:    Yeah.
11   CHS:    My brother-in-law [UI] he can do drugs, He's
12   the one who told me about him about twelve years
13   ago, they were kids [UI]
14   SO:    Okay
15   CHS:    he was in Lebanon.
16   SO:    What do you, when, when do you want to
17   meet?
18   CHS:    I don't know if you want to be trained, to see
19   him; if he tells me yes, I can do these, but I want to
20   see the price because I don't have that much money. I
21   want to see if that's possible, what the hell is that?
22   SO:    [UI].
23   CHS:    Huh?
24   SO:    [UI] some food [UI].
25   CHS:    Okay.
```

```
 1   SO:    [UI].
 2   CHS:   No I wanna' see who's in, in the handicap. I
 3   hope that they're not listing to [UI] oh shit.
 4   SO:    [UI].
 5   CHS:   Get, get, get me my stuff, get me my stuff, get
 6   me my stuff and I'll see you insha' Allah [God
 7   willing]
 8   SO:    Monday at [UI]
 9   CHS:   Insha' Allah [God willing].
10   SO:    At Sligh, Monday.
11   CHS:   Insha' Allah [God willing]... take care.
12   SO:    That's your keys?
13   CHS:   Oh you get your jacket, you get your food. Get
14   your water, here. Here your water, water.
15   Here's your water.
16   SO:    Hold on, one thing at a time.
17   CHS:   They're still busy, what time is it? Eight twenty.
18   SO:    There's a car behind the two trucks.
19   CHS:   Uh... what, what did you say?
20   SO:    You know the two vans across the street?
21   CHS:   Yeah.
22   SO:    Look at them. There's a car next to them, it's a
23   Ford.
24   CHS:   Where? In the church?
25   SO:    Yeah, there's two white vans across the
```

1   street

2   CHS:    I don't see anything

3   SO:    next to it, is a car.

4   CHS:    Uh... in my back or in the church.

5   SO:    Well the chur... no man, across the other side

6   CHS:    no, no, no, that's, that's a, that's a not, that's

7   not ah... this is a daycare, this is daycare.

8   SO:    Look at the car next to it. You don't see, it's

9   dark

10   CHS:    Okay

11   SO:    it's a Ford.

12   CHS:    Okay, well you go your way, I'll go my way.

13   SO:    Hey I'm gonna go use the restroom inside

14   insha' Allah [God willing].

15           (Tape concluded.)

16           MS. SWEENEY:  Next is Government's Exhibit 102.1-A,

17   it's the recording and 102.1-B is the transcript.  We're

18   playing a small portion from the beginning of this on page one.

19   This is on December 5th, 2011, and it's a discussion between

20   the CHS and the FBI prior to the planned meeting with the

21   Defendant.

22           (Tape played.)

23   SA Collins:    Test.

24   CHS:    Shit. Take this in the car. I'm glad I caught it.

25   Yeah,    there's no need.

```
 1   SA Collins:    Yeah. (UI).

 2   CHS:   I'm going to be (UI). I'm not going to go

 3   anywhere.

 4   UM:    No. But we need it to back up.

 5   CHS:   That's...

 6   UM:   It's already on. You don't have any other set of

 7   keys? If   you don't want it there then put it um in

 8   that center   consul.

 9   CHS:   There's no need for it. Trust me. I'm not

10   going...(IA)

11   UM:   No. It's for backup in case one fails.  Not

12   because [UI]

13   CHS:   I'm gonna control him this time [UI]

14   UM:   Here. Put it in your pocket.

15   UM:   Okay. You don't like the two?

16   CHS:   No.

17   UM:   If you say those are the keys to an employee

18   or something.

19   CHS:   No. No I can't.

20   UM:   You had it last time. That's the same one you

21   had last time.

22   CHS:   I know but last time is different.  Anyway, ok

23   give me that [UI]

24   UM:   Let me turn that on. That other thing.

25   CHS:   No. That's that's the key..It's it's...
```

1   UM:    No. No.  [UI] I turned it off. Give me...let me

2   have it back.

3   CHS:   The the key? This has never happened. It

4   doesn't happen    before. See here? See how much

5   it goes. Goes (UI). Is    this on? On? There's no

6   light. There's no light.

7   UM:      Testing.  Yeah it's on. Testing. On.

8   Testing. Yeah. Got light.

9   CHS:   (IA)

10  UM:   I got it (UI) two holes

11  CHS:   There you go. (IA)

12  CHS:   [UI]

13  UM:   Alrighty.  See you later.

14          (Tape concluded.)

15          MS. SWEENEY:  Next up is Government's Exhibit 104.1-A

16  and the transcript at 104.1-B.  This is a portion of the

17  recording from December 7th 2011, between the Defendant and the

18  CHS.  And I'm going to play the entire clip.

19          (Tape played.)

20  CHS:   Brother, [UI] when I came here I see nobody.

21  SO:   Yeah. That's what I'm saying. I'm worried,

22  because you don't realize they are following us.

23  CHS:   Because I'm not doing anything wrong.

24  SO:   I know you're not. [IA]

25  CHS:   Brother, let me...let them follow me. Let me.[IA]

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1   I am not doing anything.

2   SO:    I know you're not.

3   CHS:    And you don't have to worry about nothing.

4   SO:    Thank God, thank God because [UI]

5   CHS:    What happened? What are you talking about? I

6   don't want to talk about that.  Okay?  [UI] there is

7   nothing we can do.

8   SO:    I know.

9   CHS:    So I stopped [UI] give this shit.

10  SO:    [UI] you're serious?

11  CHS:    [UI] I am this serious! You can't do that. You

12  can't do this! I… you don't know me. We have to be

13  straight and honest with each other.

14  SO:    Brother

15  CHS:    You waste my day..,I was... I have a lot of

16  pressure. In the morning I was there at eight o'clock.

17  I'm not doing anything wrong. There's nothing wrong

18  to meet [IA]

19  SO:    Can I say this please [UI].

20  CHS:    Brother, I am not. I am not going to meet

21  with Amir or anybody else. I am not. When I make a

22  mistake, it is important to cut out in my neck.

23  SO:    Okay.

24  CHS:    Okay? I have no problem. I am not doing

25  anything wrong. If you are feeling that they are

```
1   following you because you are very crazy or

2   dangerous, then you have to

3   SO:   No, I am not crazy or

4   CHS:   Ok then, brother, don't come because I'm

5   taking very high risk now. Don't let my blood pressure

6   go. Don't do that, they cannot [UI].

7   SO:   [UI] they come [UI] and talk to me

8   CHS:   They know. [UI] tell them listen, I've been upset

9   about the situation.

10  SO:   I know.

11  CHS:   He said: Did they bother you? Did they call

12  you? Did they talk to you?  I said no. He said that's it;

13  shut up.

14  SO:   [UI]

15  CHS:   I don't know what to do!

16  SO:   [UI]

17  CHS:   [IA] what?

18  SO:   [IA] [UI] Salah-al-Din, and I, four police

19  Sheriffs.

20  CHS:   Where?

21  SO:   I'm in Dunedin where Salah-al-Din moved to

22  his own apartment. At night, walking

23  CHS:   Here in Tampa?

24  SO:   Dunedin. Pinellas County.

25  CHS:   Yesterday?
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
1   SO:   Days ago.

2   CHS:   For what?  For what?

3   SO:   They say oh..I was dressed in all black. You

4   look suspicious. That's what they told us.

5   CHS:   Did they bother you?

6   SO:   Yes, they bothered me. They took, they took

7   our ID's, they brought four cars, they harassed us and

8   the plane was right on top of us. It was flying...[UI]

9   CHS:   That's before [UI]

10  SO:   Yes.

11  CHS:   That's why [UI] very normal. I was taken in a

12  position [UI] don't believe, don't believe

13  SO:   [UI]

14  CHS:   [UI] stealing, like we are stealing it [UI]

15  SO:   Okay, listen. Listen

16  CHS:   You don't have to worry about [IA]

17  SO:   Listen. Listen.

18  SO:   Look, I, I didn't do nothing.

19  CHS:   Because, because you are making [UI]

20  CHS:   I am not

21  SO:   Why are you trying to [UI]

22  CHS:   Because I am not afraid. I want..[UI]

23  SO:   [UI] I want to say that

24  CHS:   I want to [IA] No. No. No. I am not an idiot. I

25  know my rights. I am not stupid. I'm not a liar I know
```

1   exactly what I am talking about. I am not doing

2   anything wrong.

3   SO:    I don't know about you, but

4   CHS:    Because, because, because when you come

5   here and you start [UI] I tell you something, I want you

6   to be comfortable

7   SO:    Yeah [UI]

8   CHS:    Friend, listen to me. I know the.. I want you to

9   go home and come and go and visit your friends

10   normal.

11   SO:   I do that.

12   CHS:   [UI] don't be afraid to do it. When you said, I

13   want to come and see you brother. Relax! I don't

14   know what to tell you [IA] shake hands, peace be with

15   you [UI] I told you. [UI]

16   CHS:    I'm not going to talk about this

17   SO:    Brother, brother, brother, let me tell you

18   something [UI] Listen it's over about 5 people [UI] so

19   don't treat me

20   CHS:    [IA] No, I don't because I don't really know

21   you yet. Okay? When time comes that's when it's your

22   problem.

23   SO:    [UI] I'm not telling you, I'm not saying nothing.

24   CHS:    I'm helping you if you want to go home.

25   That's it.   That's it. Sit. Think. See what [UI]

```
1   Brothers..[UI] You are responsible [UI] for what you

2   do. Today watch you self, think, there is justice here,

3   but they're not going take shit if they don't know [UI]

4   because somebody met somebody or said something

5   [UI]

6   CHS:   It is justice. People here they look..[IA]

7   SO:   There's no justice.

8   CHS:   Yes, there is some people they believe in

9   justice

10  SO:   What we always so is injustice.

11  CHS:   What I'm saying is the system here is not like

12  back home, they take you, they burn you until you

13  sign a piece of paper and you tell them yes I did it.

14  There's nothing like this here. There's nothing. And

15  you're not...You know.

16  SO:   Alright. That night when police and sheriff's

17  came, they said you guys.. we were saying like man

18  we don't have our IDs. We were saying we don't have

19  our IDs. They came as soon as they came.cause the

20  plane was flying above us. They came...You guys

21  have ID's right? Chill out. Relax. Don't be scared.

22  Brother, don't be scared.

23  CHS:   I'm not scared.

24  SO:   Don't you trust me?

25  CHS:   [IA] I don't
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   SO:    I'm just trying to tell you what happened to me.

 2   CHS:    [IA] you get mad.

 3   SO:    I don't get mad.

 4   CHS:    You were there crazy. You're going to the

 5   mosque crazy. You are like [UI] Why? [UI] Brothers

 6   [UI] They have no right to tell us nothing. They [UI] go

 7   down to Bruce B Downs, the 30th Salafi's mosque [UI]

 8   they love him, they love him because they talk nothing

 9   about politics. They talk nothing but all God,

10   Muhammad, blah, blah, blah. They love him.

11   Somebody talk like us...we talking about work, job,

12   marriage, woman. [IA] Why you make it like you are

13   very important. Why you think their plane is going

14   around you like 24?. You know how much it costs?

15   SO:    Nothing.

16   CHS:    Nothing?

17   SO:    They spent, they spent 200 trillion dollars since

18   the war started on Islam. 200 trillion. You think they

19   care about a couple of million?

20   CHS:    Because of you?

21   SO:    You think they care about that?

22   CHS:    Is it following you or is it following the [UI]?

23   Just you?

24   SO:    Yeah, when I go meet them, it comes.

25   CHS:    Then I should be scared [UI].
```

```
1    SO:    Yeah. Listen, but you're not listening I'm not

2    afraid for my self

3    CHS:    I want you to be afraid for yourself.

4    SO:    No. No, I am not

5    CHS:    you have a life my brother, you need to be

6    SO:    By God, I'm not afraid of them.

7    CHS:    By God..

8    SO:    That's the thing...yesterday, I

9    CHS:    We're not afraid of nobody except God

10              (Tape concluded.)

11              MS. SWEENEY:  Next is Government's Exhibit 105.1-A is

12    the recording and 105.1-B is the transcript.  This is a

13    recording from December 18th, 2011, between the Defendant and

14    the CHS, and I'm going to play the whole thing.  Your Honor,

15    it's approximately eight minutes long.

16              THE COURT:  All right.

17              MR. GEORGE TRAGOS:  Where are; where are we starting

18    this one?

19              MS. SWEENEY:  Right at the beginning.

20              THE COURT:  Of 105-B?

21              MS. SWEENEY:  105.1, I'm sorry, did I -- I'm sorry --

22              MR. GEORGE TRAGOS:  Oh, I see.

23              (Tape played.)

24    CHS:    Okay.  We need one of these, this is not heavy.

25    Uh, just dump it outside and then we'll put it later.  So
```

```
 1   what happened with 'Abdallah?

 2   SO:    [IA] Salah-al-Din's couple of days ago, and we

 3   were talking, and he's like, uh, you better not do

 4   nothing cause [UI] if something happens to us, I'm

 5   like, what?

 6   CHS:   He's worried about himself?

 7   SO:    Yeah!

 8   CHS:   Did you ever tell him what you

 9   have in mind?

10   SO:    No I didn't tell him who connection is or

11   nothing, he knows already for two years.  He knew

12   about this. I told him.  He's not gonna snitch, that's

13   not the point, he just afraid.  He's like, all [UI]

14   CHS:   They are after him too?

15   SO:    Yeah.

16   CHS:   Whew, does he know anything about me?

17   SO:    Doesn't know who the connect is. [UI]

18   CHS:   When [UI]?

19   SO:    Like a couple days ago.

20   CHS:   Because?

21   SO:    Because he's a coward.

22   CHS:   So, uh, don't make judgment

23   [UI] till, maybe he's right.

24   SO:    He's not right.

25   CHS:   I'm just asking you, why?  Why did he say that?
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
1    SO:   Why? oh, he told me something similar like six,
2    seven months ago.  And now uh, then for a while he's
3    like well, I just have to make hijra [migration], and I'm
4    like sit down and listen I told you in two years make
5    hijra [migration], you had the money I told him. You
6    had the money to leave, whatever happens is your
7    fault.
8    CHS:   But did he ever think that, that this is the only
9    way to do it?  I mean, 'Abdallah, was he have the
10   same theology and thinking one day or, or just his
11   SO:   No, he has a, he has the ideology, but
12   whenever he gonna do it, he [UI] make hijra
13   [migration] to do it, he has the same.  He started
14   changing a little bit ago and now he's talking about,
15   now he's talking about [UI] damage everybody around
16   us, I'm like man you're a coward, that's why. He's not
17   going, that's not the problem, listen I know him, he's
18   not gonna talk to people.
19   CHS:   What if they bust him?
20   SO:   They're not gonna do that.  He's not going to
21   talk still they already went to his house, FBI.  He told
22   them get the hell out of here.
23   CHS:   When?
24   SO:   Like seven, eight months ago.
25   CHS:   Oh, before we
```

CLAUDIA SPANGLER—FRY   OFFICIAL U. S. COURT REPORTER

```
 1   SO:    Yeah, yeah.  The point is, I [UI], I told him.

 2   CHS:   No, you don't want to break the bridges.

 3   SO:    What bridges?

 4   CHS:   Ya akhi [Brother]

 5   SO:    He said something else is my fault, I'm like,

 6   what? Are you, you, are you a munafiq [Hypocrite]?

 7   How you gonna say that I'm like, listen man, the, the

 8   sunnah [Prophet Muhammad's sayings and doings] is

 9   clear.  The prophet, Salla Allah 'Alayhi wasallam [God

10   bless him and grant him salvation] [UI] if one Muslim

11   is taken prisoner, and becomes [UI] than all the

12   Ummah [nation] and then the scholars explain the

13   fatwa [the formal legal opinion] even if you are alone,

14   you have to go.  Even if it means that you [UI] be this

15   or this.  If one prisoner [UI], He knows this. Cause he

16   used to speak like this and now he changed.  And the

17   thing is that's what happens.  When Allah [God] gives

18   you the guidance but you said when you were young

19   you want to do what Allah gives to you, you don't want

20   it, he'll take it and give it to someone else.  I don't

21   wanna be that person. I cannot live

22   CHS:   [UI] say, Ima Al-Nasr [it is either victory] [UI]

23   Ima Al-shahadah [or martyrdom] [UI] both husnayayn

24   [good] both good, either victory or... [UI].

25   SO:    [UI] in Koran [the Koran] too.
```

```
 1   CHS:   [UI] Ilayah [the verse] But I don't know, I
 2   mean he changed just like that or there is something
 3   SO:   Over time.  He changed over time.
 4   CHS:   I mean, he, but he meet with you guys?  Or
 5   he's just, in his way, stopped working, is it, is he
 6   married?
 7   SO:   No.
 8   CHS:   Does he go somewhere with other people now,
 9   or?
10   SO:   No, he knows other people, they don't know
11   haq [truth], he said he met somebody and they told
12   him um, uh, when they see me, I look like I'm the guy
13   ready to. 'm like okay, Alhamdu lillah [praise be to God],
14   that's a good thing and
15   CHS:   His friend?
16   SO:   Yeah.
17   CHS:   They are not in the same [UI]?
18   SO:   No, no.  They support it, cause they, they listen
19   to the same Shaykh [Muslim scholar] that I listen to.
20   But I'm saying him personally, he's
21   CHS:   Wallahi ya akhi [By God my brother] [UI] he, he
22   SO:   he personally
23   CHS:   you have to think about
24   SO:   I have to think about no one whatsoever
25   because Allah [God] says in surat [chapter of the
```

| | |
|---|---|
| 1 | Koran] [UI] and [UI] that [UI] and you go to [UI] will be |
| 2 | munafiq [a hypocrite] in the hell fire if we don't go help |
| 3 | the Ummah [the nation]. |
| 4 | CHS:   I don't know why just ah |
| 5 | SO:   no, no that's the thing |
| 6 | CHS:   tell me something that I don't know, but |
| 7 | SO:   that, but I'm saying I studied this, one year |
| 8 | ago he was just like this, one year ago he told me if |
| 9 | you can, 'cause we talked about it.  He said, if you |
| 10 | can, go to [UI] recruit, [UI] kill two or three, as long as |
| 11 | you're doing something.  No!  I, I said, no, no, you can |
| 12 | do more that's more beneficial, exactly. But the thing |
| 13 | is, one year ago he, uh, was that, support something |
| 14 | that small. You know what I mean?  But now no more |
| 15 | because he changed here, you know why?  Allahu |
| 16 | Akbar [God is great], he changed because, I believe |
| 17 | that he doesn't want to hear nothing from no one.  In |
| 18 | the masjid [the mosque] he changed, I don't wanna be |
| 19 | that guy.  And after many people |
| 20 | CHS:   you have to give it, you have, you have to |
| 21 | give it time |
| 22 | SO:   I'm not giving no time. I gave him like a year, |
| 23 | like a year man, he's been changing since a year. |
| 24 | CHS:   Oh, is Salah [PH] the same |
| 25 | SO:   Salah is Salah |

```
1   CHS:   No, I mean he changed towards him too?  Or
2   they don't know each other?
3   SO:   No, they know each other.  No Salah [PH] he
4   doesn't know the last conversation.  Before [UI], he
5   told Salah something, and Salah-al-Din told him [UI]
6   shut the hell up, who cares. He's like, when you came
7   back from Egypt. He was kidnapped in Egypt, put
8   in a secret prison and people were getting were [UI]
9   so when he came back, he tried to change a little by
10  little
11  SO:   you know what Salah-al-Din told me?
12  SO:   You know what Salah-al-Din told me?  He said
13  [UI] to wait for three more months till I'm gone.  I told
14  him, tell him…to shut the hell up it's a, it's a slap in the
15  face. Tell him to go to the Muslim prisons where
16  they're raping the sisters and wait for three more
17  months.  Now we have the Koran and Sunnah
18  [Prophet Muhammad's sayings and doings], the thing
19  is, one thing, if you and him don't want to do it,
20  personally, it, it, it can put you already in the status of
21  a munafiq [hypocrite] but if he has nothing to do with
22  it, it puts you in the status of Shaytan [Satan],
23  because it's telling you to go against what Allah [God]
24  says that's Koran and Sunnah [Prophet Muhammad's
25  sayings and doings], so I told him, are you afraid? he
```

```
 1   said no, they're watching me more than anybody.  If
 2   you go do something right now, they'll come to my
 3   house, I'll be like Alhumdulillah [praise be to God].  He
 4   is like [UI].
 5   CHS:   So he got scared basically?  It's not like he
 6   changed
 7   SO:   no, no, he's
 8   CHS:   because
 9   SO:   [UI].
10   CHS:   But he didn't [UI].
11   SO:   Akhi [Brother], it's been for one year, back and
12   forth, two months ago, one month ago, two weeks
13   ago and then I told him like, I told him, he's like wait
14   three months, I'm like, no, no, no you better make
15   hijra [migration].  I'm not waiting one second.  You've
16   had two years to make hijra [migration]. [IA] he's like
17   yeah I wasn't ready, [UI] money, he wasn't ready.  I'm
18   like you had money, you weren't ready you put your
19   trust in Allah [God].  He's all, like why did you come
20   back and I said, cause I went to a specific place I
21   didn't want just move like you want to move. I went to
22   specific place. But the point is
23   CHS:   like why, until this time, did not call, did he
24   call you, the guy?
25   SO:   Who?
```

```
1   CHS:   The one I gave you the [UI]

2   SO:   I didn't because [UI] three days they follow me.

3   SO:   [UI] I bought a phone [UI] I took the battery out.

4   I never used it.

5   SO:   I'm just waiting now [UI] one day [UI] I ripped it,

6   I flushed it.

7   SO:   No, you still have it? I'll memorize it.

8   CHS:   Here's the deal, nobody knows the guy [UI]

9   CHS:   I prefer if you meet him somewhere else, I

10  don't want to get involved [UI].  If you want to see him,

11  you can see how you feel about him.

12  SO:   No, I don't care.  I already, I made dua'

13  [prayer], if I go to jail, [UI] the judge, if they don't if

14  they don't handcuff me, and they put me in trial, I'll

15  jump with my head Bismallah [in the name of God]

16  to the judge [UI]. I don't care, Insha' Allah [God willing].

17  SO:   [UI] look, for one whole month my iman [faith]

18  has been so much better like almost like when I

19  practiced din [religion] in the beginning and every time

20  I debate with people like 'Abdallah, iman [faith] goes

21  up and down, no, no that's why I make [UI] on him,

22  nothing personal it's din [religion]-wise.

23  CHS:   Akhi [Brother]

24  SO:   I wanna build up my iman [faith].

25  CHS:   Well, do you have the number?
```

CLAUDIA SPANGLER—FRY   OFFICIAL U. S. COURT REPORTER

1   SO:    No [UI]

2   CHS:    So you threw it away?

3   SO:    There's nothing, there's nothing wrong with

4   talking in a car.  He's not, he's not, the guy there's

5   not, anybody after him.

6   CHS:    yeah, but I, the only reason what I said

7   because when did you meet him, on Wednesday after

8   the doctor appointment.

9   SO:    No I did not, when did he give you the money

10  CHS:    the last time I met him, the one day before

11  we went to Sligh.  And the second day I called him,

12  and I told him uh, somebody gonna call and the code

13  is Abu Yusif.  The brother told me you need some

14  flags [UI]

15  SO:    [UI] 'Abdallah, Ibn Abu.

16  CHS:    [UI] Ibn Abu?

17  SO:    [UI]

18  CHS:    Anyway, uh, but you said, you gonna tell me,

19  so I can get out of the way [UI]

20  SO:    That's my intention but if they, if they [IA]

21  listen, listen, listen.  I read that some scholars said [IA]

22  CHS:    Oh!  [UI]

23  SO:    yeah, yeah.   [UI]

24  CHS:    Insha' Allah [God willing] [UI]

25  SO:    [UI]

```
 1   CHS:   But anyway, I mean.  We believe that, I don't
 2   know, I don't know what to tell you man.
 3   SO:    Time is running by and we're getting old
 4   SO:    we're getting old and iman [faith] is up and
 5   down and
 6   CHS:   That's why I wanted to, think seriously, you can
 7   make hijra [migration] and live comfortable and [UI]
 8   what you believe is right, somewhere else that freely
 9   and openly, let's do it be it.
10   SO:    I thought you going tomorrow, I was gonna tell
11   you, are you leaving tonight?
12   CHS:   Uh, the first thing I thought emotionally my
13   mom, you know mom.
14   SO:    Yeah, I know.
15   CHS:   It's, it's, it's especially when she's a good
16   woman, she raised us right, Alhamdulillah [praise be
17   to God], we are the only four brothers in [UI] in the
18   family. They are…like this.
19            (Tape concluded.)
20            THE COURT:  That concludes the presentation of the
21   excerpts for the morning.  We'll break for lunch now and plan
22   to come back at about 1:35, and I believe there will be some
23   more transcripts; is that right, Ms. Sweeney?
24            MS. SWEENEY:  Yes, Your Honor.
25            THE COURT:  All right.
```

```
 1              We'll see you back at 1:35.  Thank you for your
 2   attention.
 3              (Jury excused.)
 4              Anything the Court needs to address the parties to
 5   before we break for lunch?
 6              MS. SWEENEY:  Not from the Government.
 7              MR. GEORGE TRAGOS:  No.
 8              THE COURT:  All right.
 9              We'll see you back here at 1:35.
10              (Thereupon, a luncheon recess was taken.)
11              Are there any preliminary issues to address before we
12   proceed?
13              MR. GEORGE TRAGOS:  Yes, Your Honor.  I am preparing
14   a stipulation with regard to the payments received by the
15   confidential human source for his work in this case.  The
16   Government has provided me with all the necessary documentation
17   and there's no issue with the authentication of just payments.
18              The Government is objecting saying that it is not
19   relevant or admissible to put in the payments that the CHS
20   received.  So I'd like to take that matter up with the Court
21   because if the Court believes that it is admissible, then it
22   will probably go in by stipulation maybe at the end of the
23   transcripts.
24              THE COURT:  Why does it need to be taken up now?
25              MR. GEORGE TRAGOS:  Well, because when the
```

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | transcripts are over is when I'd like to put the stipulation |
| 2  | in, or I mean, I could wait till tomorrow on this.  Would the |
| 3  | Court rather take this up later?                             |
| 4  | THE COURT:  What is the Government's objections?            |
| 5  | MS. SWEENEY:  Well, Your Honor, it's twofold.  The         |
| 6  | first is Mr. Tragos had the opportunity to depose this witness. |
| 7  | The Government went through a lot to find this witness and to |
| 8  | make this witness available for Mr. Tragos to depose.  And if |
| 9  | he wanted to ask that witness to establish that that witness |
| 10 | had been paid money, he certainly could have gone forward with |
| 11 | that deposition.                                             |
| 12 | It seems unfair to allow Mr. Tragos to get in         |
| 13 | everything he wants to about the CHS and about the CHS's     |
| 14 | relationship with the Government, and then the Government has |
| 15 | no ability to respond in any way.                           |
| 16 | THE COURT:  Well, I'm understanding that the facts      |
| 17 | that he would elicit would be facts the Government doesn't   |
| 18 | dispute.  So what --                                         |
| 19 | MS. SWEENEY:  I don't dispute the facts, Your Honor,   |
| 20 | but I don't -- I also don't think that -- those facts could |
| 21 | have come out through the witness being questioned and the fact |
| 22 | --                                                           |
| 23 | THE COURT:  Well -- I'm sorry -- the objection was     |
| 24 | it's not fair.  But if the response is we are only introducing |
| 25 | that evidence the Government does not dispute, how is that   |

1    unfair?

2            MS. SWEENEY:  Because, Your Honor, Mr. Tragos is

3    seeking to impeach a witness who's not testifying and who's not

4    testifying essentially at his choice because he did not wish to

5    depose that witness.  To then allow him to impeach and tarnish

6    the witness, without the Government having the ability to

7    rehabilitate the witness, if the witness were actually here or

8    any of the kinds of remedies that would traditionally be able

9    to --

10           THE COURT:  So is it unfair or irrelevant; which is

11   it?

12           MS. SWEENEY:  It's both.  So the second -- it a

13   twofold objection, Your Honor.  The second is it's irrelevant,

14   and it goes back to the 806 objection that we've been

15   discussing.

16           THE COURT:  What is it relevant to, Mr. Tragos, other

17   than impeachment?

18           MR. GEORGE TRAGOS:  Your Honor, it is relevant to

19   impeachment and motive.  It's already come out that the

20   confidential informant has been paid.  This is not a situation

21   where I would even need to ask the confidential informant, have

22   you been paid.  This is Government documentation that the

23   confidential informant was paid X dollars by the FBI.

24           The FBI would testify, I mean, if we get to that, but

25   I don't think we need to because they're not questioning the

```
 1    authentication of the payment records.  The FBI's payment
 2    records show that this informant for the course of this
 3    investigation received this money.
 4           THE COURT:  Do you agree that it is improper to
 5    impeach this witness because he's not testifying nor is the
 6    Government offering his statements on these tapes for the truth
 7    of the matter asserted?
 8           MR. GEORGE TRAGOS:  Well, Your Honor, first of all,
 9    as we stated, that's an open question still.
10           THE COURT:  And so you would agree, though, if the
11    Court determines that these statements of the confidential
12    human source are not offered for the truth of the matter
13    asserted, it would be improper to offer his payments as
14    impeachment?
15           MR. GEORGE TRAGOS:  No, I can't say I would agree to
16    that.  I mean, I know what the Court is asking, but this
17    person -- the Government at the beginning of this trial in its
18    opening statement and through the course of this trial has
19    alleged that this individual, this CHS, is an agent of the
20    Government.  And as an agent of the Government, his motives for
21    what he did is relevant and his motive here is money.
22           And I would not -- and if he got paid money to do
23    what they're -- whether it's for the truth or not, he was paid
24    money to do what he's doing on those tapes.  And if he was paid
25    money to do what he's doing on those tapes, then it is relevant
```

| 1 | that he got paid money to do what he was doing on those tapes. |
| 2 | Whether he was telling the truth or not on the tapes doesn't |
| 3 | really matter, he was being paid to do what he was doing on |
| 4 | those tapes. |
| 5 | THE COURT:  Any other relevance besides impeachment? |
| 6 | MR. GEORGE TRAGOS:  Well, this Court is alleging that |
| 7 | motive is also impeachment, but his motive for testifying is |
| 8 | motive for doing what he was doing which is also relevant. |
| 9 | THE COURT:  And those cases that say that the motive |
| 10 | of the Government is irrelevant to an entrapment defense; what |
| 11 | do you do with those cases? |
| 12 | MR. GEORGE TRAGOS:  Those cases go to the motive for |
| 13 | entrapment.  I'm going to the motive for him doing the work for |
| 14 | the Government.  He got -- just as an example, a psychiatrist, |
| 15 | we have experts that are going to testify, and it's certainly |
| 16 | going to be relevant what they were paid. |
| 17 | THE COURT:  That's because it's impeachment, |
| 18 | Mr. Tragos. |
| 19 | MR. GEORGE TRAGOS:  I understand that, but it goes to |
| 20 | their motive, not for their motive for entrapment, but for |
| 21 | their motive to do what they did, just like this confidential |
| 22 | human source had a motive to do what he did. |
| 23 | THE COURT:  Mr. Tragos, that's impeachment.  And if a |
| 24 | Government employee, as an expert or whatever, testifies in a |
| 25 | case and offers statements of truth, you want to show bias in |

<pre>
 1    order to impeach their testimony, you can offer their payment,
 2    the amount they've been paid in order to establish their bias.
 3            There is case law that says that the Government's
 4    motive is not relevant to entrapment, only the Defendant's
 5    predisposition, predilection or acceptance of whatever was the
 6    incentive is central to that analysis.
 7            And so I think to the extent that you're analogizing
 8    it to the introduction of payment by experts, it's impeachment
 9    and likely improper.  And if it is the fact, and you're right,
10    it is still outstanding that this witness' or this person's
11    out-of-Court statements are not offered for the truth of the
12    matter asserted, then I don't believe impeachment is proper
13    under the law.
14            And so motive and impeachment would not be available
15    unless the Court found that his statements were being offered
16    for the truth of the matter asserted.  So do you have any other
17    basis for the introduction of these statements?
18            MR. GEORGE TRAGOS:  No, Your Honor.
19            THE COURT:  How much money was the informant paid?
20            MR. GEORGE TRAGOS:  $24,000 plus.
21            THE COURT:  And this is $24,000 beyond what was paid
22    by the confidential human source allegedly to the Defendant
23    that the Defendant then paid to the UCE for the weapons?
24            MR. GEORGE TRAGOS:  I'm sorry, the records are not
25    broken down that way, but I believe that the UCE -- excuse
</pre>

| | |
|---|---|
| 1 | me -- I believe that the confidential human source paid the |
| 2 | Defendant to pay the UCE $500.  So it would be included |
| 3 | somewhere within the $24,000 and change, I believe. |
| 4 | MS. SWEENEY:  I think that is correct, Your Honor. |
| 5 | The other thing I would say is the 24,000 is comprised of |
| 6 | expenses and payment for services.  So the full 24,000 is not a |
| 7 | payment to the CHS.  Some of it was used for things like rental |
| 8 | cars and cellular telephones.  The actual expenses were never |
| 9 | actually given to the confidential informant in that way, |
| 10 | but -- |
| 11 | THE COURT:  All right. |
| 12 | We'll continue with the playing of the audio and the |
| 13 | Court will address the motion to introduce the stipulation. |
| 14 | MS. SWEENEY:  Your Honor, I'm sorry, I have one more |
| 15 | thing to say.  I have a mea culpa.  I realized after Court was |
| 16 | over that I had not turned these speakers on which is why the |
| 17 | sound was so low this morning.  I am very sorry, Your Honor, |
| 18 | and so the sound should be significantly better now.  Again, |
| 19 | I'm sorry, it was a complete oversight. |
| 20 | THE COURT:  All right. |
| 21 | Anything else? |
| 22 | MS. SWEENEY:  No, thank you, Your Honor. |
| 23 | THE COURT:  Please recall the jury.  How much longer |
| 24 | do we have on tapes? |
| 25 | MS. SWEENEY:  Approximately an hour and a half. |

```
 1                    THE COURT:  All right.

 2                    (Jury returned to the courtroom.)

 3                    Welcome back, ladies and gentlemen.

 4                    We will resume the playing of the audio and we have

 5      been able to adjust the sound.

 6                    Counsel.

 7                    MS. SWEENEY:  Thank you, Your Honor.

 8                    The next exhibit is Government's Exhibit 105.2-A is

 9      the recording, B is the transcript.  This is a recording

10      between the Defendant and the CHS on December 18th of 2011.

11      And we will play this whole clip.

12                    (Tape played.)

13      What's the problem?

14      SO:    [UI].

15      CHS:   Did you make them infidels too?

16      SO:    [Laughs]

17      CHS:   Did you tell them you are infidel?

18      SO:    [UI] he is.

19      CHS:   Did you, --

20      SO:    -- [UI] --

21      CHS:   -- we need, we need, we need to cool it down.

22      You can't have everybody as enemy. Brother, see this

23      little boy he's ignorant, he lives this life his father did

24      not teach him, he, nobody talked to him, all he knows

25      is our behavior is good. --
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
1    SO:    -- listen --

2    CHS:   -- listen, you listen, you listen --

3    SO:    -- I'm not gonna' listen to this --

4    CHS:   -- let's be. You're not gonna' listen to me --

5    SO:    -- I'm not gonna hear it because what you're

6    saying is falsehood. If, if a guy says that how do you

7    know the Koran is true, that makes him infidel --

8    CHS:   -- he doesn't know, he doesn't know better. He

9    doesn't know --

10   SO:    -- listen --

11   CHS:   -- he's ignorant [UI] then he become a new one

12   it's good but don't make it like yeah --

13   SO:    -- listen --

14   CHS:   -- I don't know what you did tell Nadir but we

15   don't want to make this ah, we are, we are in

16   business.

17   SO:    Let me tell you this, what you [UI]?

18   CHS:   He never ask and I [UI].

19   SO:    It doesn't matter, so you think I'm gonna listen

20   to you or anybody, listen I do my job I have an oath

21   with Allah, not to you, not nobody if he says sin

22   toward God. I told you this is sin toward God do you

23   believe that, he's like I don't know, I'm like you're an

24   infidel. If you don't know the Koran's from Allah, you're

25   an infidel. I don't care if you're my father, my mother,
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

1  my brother, my wife, I divorce her. If someone doesn't

2  know the Koran's from Allah and is the truth, you're an

3  infidel. If somebody doesn't know that Jews and

4  Christians are infidels and go to hell you're an infidel

5  So both of them are infidels. Simple. [UI] said

6  whoever hesitates, By God one thing I think [UI] he

7  said whoever hesitates to call the infidel, infidel he

8  become the infidel. Okay, you don't have to teach me

9  the deen [religion]. I didn't come to Islam from you,

10  them, or nobody. I came to Islam because Allah

11  guided me and I read books, and I read from the [UI]

12  and I read from 'Umar Ibn al-wahhab I read from

13  'Umar Ibn Tamiyah and all those scholars they are

14  from Koran [UI]they are all scholars of Jihad and they

15  teach the Koran [UI]. so I'm not gonna' listen to you or

16  no body, my, my ideology. I have the right ideology.

17  I'm not going to listen to you. Not because I don't

18  respect you, but, I'm not gonna' listen to falsehood. If

19  you have something good to say, I'll listen. If you say

20  to me how do you know the Koran's the truth, you're

21  an infidel. And if I had a daughter married to you I'd

22  divorce her

23  because that what [UI]. Simple, just admit it.

24  CHS:   Admit what?  [UI] When you talk to people to

25  be very humble, very --

1    SO:   -- I was --

2    CHS:   -- no, you were very aggressive, brother I'm

3    against the way that you talk to the people.

4    SO:   Listen, I talked to [UI].

5                 (Tape concluded.)

6                 THE COURT:  You can turn it down a little bit more

7    than that, it's too high, it's messing the mics up.

8                 MS. SWEENEY:  Next is Government's Exhibit 106.2. A

9    is the recording, B is the transcript.  This is a recording of

10   a meeting between the Defendant on December 19th, the Defendant

11   and the CHS on December 19th, 2011.  We will begin on page two

12   of the transcript and go through page seven, initially.

13                 (Tape played.)

14   CHS:   Yasir, that's fine, that's fine okay, alright...

15   thank you bye. [UI]

16   SO:   Huh

17   CHS:   He's smart, he's smart, take it off, [UI] but ah at

18   the same time ahum, I don't want to get involved.

19   SO:   Oh no don't talk [UI]

20   CHS:   That's your's, you done, you done? [UI]

21   SO:   [UI]

22   CHS:   Are you sure they can monitor here.

23   SO:   Yeah, [UI]

24   CHS:   Inside, inside, this it? You got the wrong boy

25   [UI] peach. [UI] This guy's never been in trouble. Did

1  you see the guy that was in my office.

2  SO:    Yeah.

3  CHS:    [UI], but that guy [UI] in the office he was in ah

4  Virgin Island, they took him to

5  UM:    Hey ah [UI]

6  CHS:    We're coming to the storage to pick up stuff

7  and leave, it's ah

8  UM:    Any interest?

9  CHS:    I doubt it. Thank you. [UI] No, no, no he was

10  going around selling

11  SO:    [UI]

12  CHS:    Huh

13  SO:    [UI]

14  CHS:    Nah, nah, I don't think so.

15  SO:    Sometimes they fly high so they can see. Then

16  they come low and we ditch them. When they don't

17  know where you are they come in the plane. To spot

18  you and target you.

19  CHS:    Why would [UI]

20  SO:    [UI] the point is he cannot contact you and

21  make that appointment. On the phone. [UI] diplomacy

22  cannot constitute a [UI]

23  CHS:    How will he do it?

24  SO:    [UI] he gotta come as a customer, he says he's

25  gonna come and he's gonna let you know I told him

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
 1   do it a day ahead cause he said when I have some
 2   time, we make the appointments [UI].
 3   CHS:   Look, my brother-in-law knows him very well,
 4   and I already talked to him and we gotta go to Jersey
 5   we gotta meet there and finalize we have [UI]... ahum
 6   if he call me it's normal, he's gonna tell me hey, you
 7   know it's [UI], I'm not worried about it, but anyway
 8   what you gonna do over there, we're gonna go see
 9   him that's all. Even if.... Let's, what's the worst
10   scenario? They bust us
11   SO:   for walking around.
12   CHS:   That's it.
13   SO:   But the point is that's not the point. I don't know
14   if I'll have a chance to slip out.
15   CHS:   No, inshallah [God's willing]...no, no...I'm not
16   gonna [UI]
17   SO:   [UI] sisters and stuff.
18   CHS:   So you're thinking. You're thinking serious now.
19   SO:   I'm nervous about, that place is too small I'm
20   not, I'm changing my plan, [UI] even if it's in a gay
21   night club, better a gay night club 3 or 4 hundred
22   people go in there, I don't care anymore. The thing is
23   CHS:   [UI]
24   SO:   [UI], the thing is
25   CHS:   They always have
```

```
 1    SO:    [UI]... backup [UI]

 2    CHS:    [UI]... anyway

 3    SO:    [UI]

 4    CHS:   We'll see.

 5    CHS:   That's fine.  I don't wanna uh say something

 6    [UI] you have a plan? The ah, are you gonna stay in

 7    Tampa? You told him you were staying in Tampa

 8    here.

 9    SO:   No, I told him I'm be in Tampa for a while [UI]

10    cause live in St. Pete

11    CHS:   Okay, now, are you planning to go to 'Ishaa

12    [evening prayer] everyday?

13    SO:   Yes I have to.

14    CHS:   Then I need to give him a good description so

15    if he goes on Thursday...

16    SO:   Also, also maybe [UI] gas money for the [UI]

17    CHS:   So you got it?  [UI]

18    SO:   Gas and [UI]

19    CHS:   When you need it? No, no my name is...  [UI]

20    SO:   Huh

21    CHS:   You gonna do something bad?

22    SO:   [UI]

23    CHS:   No that's between you and him, when you

24    meet him see his [UI] because he might not do these

25    things.
```

```
 1   SO:    If he ask you what it's for, I'm like [UI]

 2   CHS:   Well that's fine, that's fine you can answer that,

 3   but ah I need you to be, I need you to be friendly with

 4   him

 5   SO:    No, no I'll be [UI]

 6   CHS:   See what is his capability, if he tell you what

 7   you need [UI]

 8   [UI conversation]

 9   CHS:   No, no, no, no, it's dry clean [UI] no, no.

10   SO:    Anyhow, I make a du'aa [a prayer]... only du'aa

11   can change the destiny, if Allah

12   CHS:   No the point is inshallah God's

13   willing...inshallah [God's willing], things will go

14   alright... but the point is

15   SO:    [Praying] Alhamdullilah [praise the Lord] Cause

16   it's gonna be, it's gonna be, a second 9/11 [UI]

17   [UI] Inshallah.

18   CHS:   Ahum

19   SO:    It's gonna be bad Inshallah when I

20   CHS:   Let me put it this way, you meet with him, let's

21   say Thursday. I'm gonna arrange it in my way or, he's

22   gonna call, I mean he's gonna call me which is normal

23   he calls [UI] if he calls I'll will tell him that I have a

24   funeral on Thursday on Sligh Okay...he will understand.

25   SO:    Isha, Isha [evening prayer.]
```

CLAUDIA SPANGLER–FRY   OFFICIAL U. S. COURT REPORTER

```
1   CHS:    I told him my mother died, Isha, [the night

2   prayer,] is the night prayer at.... seven?

3   SO:    The night prayer I believe is at seven til eight

4   CHS:    He can't be look this is a businessman, he's

5   not gonna do anything stupid, he not this stupid to go

6   and do something stupid, he, all he has to see is talk

7   to you so if there is any problem facing you tell him I

8   don't trust the phone, I don't trust,

9   SO:    No I'll tell him exactly what I told him,

10  I told him

11  CHS:    You tell him whatever you want, but at the

12  same time don't scare

13  SO:    I'll just be like, listen brother, you know I'm on

14  the watch list and they watch me every month or so,

15  that month [UI]... be like so when I came, they were

16  following me and I had to call it off.

17  CHS:    That's fine, that's fine

18  SO:    He's be like and that's why I don't like to use

19  phones.

20  CHS:    Tell him I don't want to be in trouble, I don't you

21  to be in trouble.

22  SO:    No, I'll be I don't want you to be in trouble

23  CHS:    And I'm leaving, tell him I'm leaving the country

24  I don't want you to be in trouble, so fine and you do

25  what you [UI] and this is what I want
```

```
 1   SO:   No that's exactly what I wanna tell him be like
 2   listen I [UI]... be like listen brother I [UI]  I didn't want
 3   to jeopardize you guys. I be like, as for Abu Yusef, I
 4   be like, that when I left the masjid [the mosque.] they
 5   followed him, he didn't even notice, I be like that's
 6   why I don't want to do it [UI].
 7   CHS:   Well I told him last time it was tragic, you
 8   cannot trust anyway, so Wednesday, Thursday,
 9   Friday, when do you want to, we can go every day
10   and we'll see so they will
11   SO:   We'll go every day.
12   CHS:   And remember, if he rejected the masjid [the
13   mosque] inside, because he knows there is a
14   camera...  but if you wanna call, call me, masjid is
15   more, the worst place to talk, go in the parking lot. Do
16   anywhere else
17   SO:   If they following me and I'm in the parking lot
18   they gonna follow me, I don't want this chance to
19   blown.
20   CHS:   I see
21   SO:   That's why I never talk to you in the parking lot
22   CHS:   So you are going to basically sit in the mosque
23   after salat [the prayer] in the corner.
24   SO:   In the corner where there's no cameras
25   CHS:   In the corner and you have Quran and will start
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1  talking

2  SO:   [UI]... look at what Allah says, here we'll be

3  paid, I'll bring my [Quran] translation, I' ll be like let's

4  read tafssir [Explanation] look what Ibn Kathir that

5  Allah said

6  CHS:   You cannot...You cannot leave without making

7  next arrangement

8  SO:   Yeah I know, I know, I know that's exactly why

9  CHS:   And if you want to be trained, just tell him

10  frankly, look I need to use these and know what to do,

11  you can just show me how to [UI]. I may get you my

12  brother or [UI]

13  SO:   I don't have any. Salahdeen they watch.

14  CHS:   [UI]

15  SO:   They watching him. If he goes they follow. If I

16  move they follow me.

17  CHS:   [UI], if he wants to accompany [UI]

18  SO:   No I'm not telling him nothing [UI]cause he

19  already change his mind pretty much cause he had a

20  dream, you know what the dream was? It didn't go off

21  [UI]... come with me or stay behind that's exactly what

22  I was thinking.

23  CHS:   Lahawla wala quwata ila bi Allah. [I can't

24  believe this!].

25  SO:   He said that's exactly what I was thinking.

1    CHS:   Akhi [my brother]... Let him come and visit me,

2    I'll see his... I don't think [UI] I don't I know that it has

3    been six years now, I don't think... if he wants to

4    handle that thing you can arrange it and let him

5    meet… That's fine.

6              (Tape stopped.)

7              MS. SWEENEY:  The next portion is on page eight to

8    page nine of the transcript.

9              THE COURT:  What portion?  This is 106.2?

10             MS. SWEENEY:  Yes, Your Honor.

11             THE COURT:  A or B?

12             MS. SWEENEY:  The transcript is B and the recording

13   is A.

14             (Tape continued.)

15   SO:   No not that way. I don't trust

16   CHS:   He might change

17   SO:   No, I don't he doesn't know how to control his

18   talking, he gets heated.

19   CHS:   Akhi [my brother,] the moment, the moment

20   that you have an agreement with this guy, you're not

21   gonna St. Pete no more.  You'll find a place and you

22   don't have to go nowhere.  [UI]  he can't afford to help

23   you much right now, are you gonna [UI]

24   SO:   I know

25   CHS:   Lets [UI]

```
1    SO:    [UI] I have to watch my car at home. [UI]

2    CHS:   I have a car [UI]

3    SO:    If he teaches me how I'll go to the dealership

4    CHS:   Brother, this guy is

5    SO:    Because, listen, this is one way ticket

6    CHS:   Inshallah [UI]

7    SO:    Inshallah no, no, no, no

8    CHS:   You, you're gonna be alright.

9    SO:    No I won't.

10   CHS:   You are going to be alright. I can't, I can't be

11   imagine [UI], every morning when I go to the highway

12   I pick up the phone to call, it's gonna take a while to

13   locate.

14   SO:    Brother

15   CHS:   You're gonna be alright.

16   SO:    I know [UI], but still,

17   CHS:   Don't make me cry.

18   SO:    No, no, no, no, no you shouldn't cry because

19   we all want that, that's the only reason you should cry.

20   CHS:   Oh God!

21   SO:    But as for me brother, [UI]... brother [UI]... he

22   wounded our women and children, in the night clubs, I

23   slaughter their women and be like [UI], all my sisters

24   you raping them [UI]

25   CHS:   Brother, let see what else we need to take
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
1    SO:    You said you knew Sheikh 'Abd-al-Rahman?

2    CHS:    What?

3    SO:    He wrote a letter you know that?

4    CHS:    I honestly, I don't

5    SO:    You know what it said, he says: where are

6    you? Don't you know this obligation for you to

7    complete this whole nation of Islam? like every time

8    they somebody visits me and make me bend over and

9    put their hand in my privates and make me cough

10   they know I'm blind because I have nothing... that you

11   will be answered, questioned by Allah, and you know

12   what Affia Siddiqui said? You know what she said

13   man? She said you guys are Arabs, Pakistani,

14   American, Indians... she said but you're not Muslims,

15   and my brothers, my brothers are the prophet peace

16   be upon him and the prophet followers may God be

17   pleased with them. And she's right, if I don't do

18   nothing, I'm not a Muslim, I'm not her brother, but

19   that's just two people, you can go down the list, I'm a

20   demand, I'm a demand God's willing, I'll be, if I can

21   get a camera small one with me be like, this gonna

22   happen every 30 minutes [UI] cause when I have this

23   I know why they don't dare to come close.   This

24   gonna happen every 30 minutes [UI] clack release

25   my sisters and my brother from Guantanamo, every
```

1  US Prison, every European prison, from Belmauchin

2  (PH), in London, it's like the Guantanamo of here, of

3  England and everywhere and sold to the Islamic [UI]

4          (Tape concluded.)

5          MS. SWEENEY:  That's the end of those portions from

6  that meeting.

7          Next is Government Exhibit 107.1-A and B.  A is the

8  recording, B is the transcript.  It is from a meeting between

9  the Defendant and the confidential source on December 19th,

10  2011.  And we will be playing the whole piece.

11          (Tape played.)

12  SO:   He don't care.

13  CHS:   Well, we can use this guy.  Then, he's a

14  genius.

15  SO:   Just the only thing is...  I told him, let's not

16  talk too much.

17  CHS:   Just don't hurry.  Please, I have [IA].

18  CHS:   [IA] drop me here.  Drop me here, brother.  By

19  God, [IA] you can make [IA].

20  SO:   [IA] understand [IA].

21  CHS:   Oh!  [IA].

22  CHS:   [UI].  Brother, don't make me scared, okay?  I, I

23  wanna have a nice ride with you.

24  SO:   [UI].

25  CHS:   'I testify that there is no god but God,' and you

```
1    gonna die?

2    SO:    Yes.

3    CHS:    [Laughs].  You gonna kill me with you?

4    CHS:    No, serious.  Drive-drive carefully and let's

5    have fun.

6    SO:    By God, [IA].

7    CHS:    Oh, God, we ask You for doing good deeds

8    and avoiding what is prohibited in this journey of ours

9    and we ask You for deeds, which please You.

10   SO:    In Arabic?

11   CHS:    O God, facilitate our journey and let us cover

12   its distance quickly.  O God, You are the Companion

13   on the journey--

14   SO:    [UI] here. [UI].

15   CHS:    Yeah, just watch your stick. Umm, [groaning],

16   O God!

17   SO:    Brother, the [UI]--

18   CHS:    [SC].  My son, Zayd, um, remember you.

19   SO:    Yeah?

20   CHS:    He came one day, he said, 'I remember this

21   guy.  He came one day with Ahmed Bedier and he

22   told him that he was preaching Ahmed and he comes

23   with a brother and he said,  [UI].

24   SO:    I had no idea.

25   CHS:    Oh...
```

```
1    SO:   I was with him.  The [UI]--

2    CHS:   Yeah, he said, 'I remembered both of them,'

3    and then they, uh, [UI] called the police for you, for

4    both of you.  He said, 'I remember him.'  He's--

5    SO:   Yeah--

6    CHS:  . he's, he's with him.  I told my wife, he can

7    knock somebody down and he won't, he won't leave

8    him till he's out.

9    SO:   I'm not about fighting no more.  [UI] he used to

10   fight everybody.  Right, right now, it's not even good

11   for him.

12   CHS:   Where?

13   SO:   [UI].  You know what he says, right?

14   CHS:   Yes.

15   SO:   Are you too hot?

16   CHS:   No, no, I'm fine, but my ear.  That's fine.

17   SO:   If you want, you can drive.  It's not so bad.

18   CHS:   Huh?

19   SO:   Do you wanna drive this car?

20   CHS:   No, I can't drive.

21   SO:   You know my parents bought, praise be to

22   God, with God's blessing, at one time they wanted to

23   buy me a Benz.

24   CHS:   A what?

25   SO:   When the business was going better, they said
```

1   we gonna buy you a Benz.

2   CHS:   Oh, Benz!

3   SO:   I don't need no Benz.   [UI] two years [UI].   I'm

4   going to [UI]--

5   CHS:   So, then, you prepared your family already?

6   SO:   No.

7   CHS:   I wonder, brother, if you [UI].

8   SO:   [UI] this, the [UI] I want you to hear.

9   CHS:   One of the [UI] there is no way anybody would

10  [UI]. Imagine the... imagine the noise.   I can't even

11  hear.   The extra caution is good, but not that much.

12  SO:   Oh, trust me, brother, I've seen many things.

13  [UI] months.   [UI] two, three days.

14  CHS:   They got busy with the police and ah...in

15  Lakeland.

16  SO:   Oh, something happened.

17  CHS:   Yeah?

18  SO:   Where?

19  CHS:   Lakeland.

20  SO:   No, I'm talking about something happened four

21  days ago and [UI].

22  CHS:   Lakeland, Lakeland, Lakeland.

23  SO:   No, [UI].

24  CHS:   Not in California, no, no, no, in Lakeland.

25  SO:   Oh, yeah, I know [UI].

```
1   CHS:   Somebody killed the police.  That's why they

2   got busy.  But, hopefully they understand.  I'm a good

3   guy.

4   SO:   I know, you're a good guy, otherwise I won't..

5   CHS:   I know, what I'm saying is--

6   SO:   I just want a job--

7   CHS:   ... there is no way that I would let somebody

8   work for me and he has a problem.  It's not gonna

9   happen and they know I'm being watched. Make a

10  left.  Make a left!

11  SO:   But, you sai--

12  CHS:   Left.  I said left.

13  SO:   But you said make a left.

14  CHS:   I said...

15  SO:   You moved your head to the right.

16  CHS:   So, if I tell you go, go that way?

17  SO:   It doesn't matter.  What you see, do you know,

18  that's why I say, actions speak louder than words.

19  CHS:   Yeah.

20  SO:   Because we can, we can preach all day.  It

21  means nothing until, that's why. You said make a left,

22  I'm like--

23  CHS:   Uh, my brain--

24  Afghanistan [UI] I'll be like, I'll give you three days to

25  do all that if not this gonna happen I be like, every
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   hour until I hear that you agree, every 30 minutes I'll
 2   take, I'll film it [UI] and I smile God's willing, and I
 3   smile... that's where you're at, yesterday you're at, I
 4   shouldn't talk to these people, if you wanna go to hell
 5   fire, go you've never read the Quran but you wanna
 6   tell me, like the guy I know Arabic, that's when...
 7   CHS:   Oh God, you wanna [UI]? Yeah
 8   Hold on, hold on, hold on, hold on... you can
 9   put em in here.
10              (Tape concluded.)
11              MS. SWEENEY:  The next is Government's Exhibit
12   107.2-A and B.  This is another portion of the same meeting
13   that we just listened to between the Defendant and the CHS on
14   December 19th, 2011, Your Honor.  And we will play the whole
15   thing.
16              (Tape played.)
17   SO:   [IA] one moment, [UI] took the radio off.   [IA],
18   let me get that.
19   CHS:   [IA] I don't need this.  O my God, O [IA].
20   SO:   A car like mine...
21   CHS:   Praise be to God.
22   SO:   Is not going [IA].
23   CHS:   [groaning].
24   SO:   When you're driving this, you're like, ah, hey,
25   you better give [UI] what I need.
```

```
 1   CHS:   Come here!

 2   SO:   [IA].  I need money to [UI].

 3   CHS:   You need what?

 4   SO:   Money.

 5   [UF voice is far and inaudible].

 6            (Tape concluded.)

 7            MS. SWEENEY:  Next is Government's Exhibit 110.4-A

 8   and B.  This is a clip from a meeting between the Defendant and

 9   the CHS on December 21st, 2011.  We're going to play the whole

10   thing.

11            (Tape played )

12   CHS:   Seventy-eight, I need 78.  I went the other side...

13   SO:   That was him, huh?

14   CHS:   Who?

15   SO:   From another number?

16   CHS:   Who?

17   SO:   Emir? [Prince?]

18   CHS:   No!

19   SO:   Oh, I thought it was him.

20   CHS:   No, no, no, no!  He's not that type of person like us

21   panicking.  He's [UI], he knows what he's doing, but, uh, this

22   is a, a guy, a Marakish [Moroccan] guy.  He came to clean the

23   floor. We waxed the floor every month, okay?

24   SO:   Yeah.

25   CHS:   This American guy, he's very good and I'm happy with
```

1  him.  For the past year, he comes Sunday morning before we

2  open, he'll be done, two three hours with two guys.  So, this

3  guy came and am—am a Muslim, I want to do the floor for you.

4  Okay. Well, I told him give me price, [UI] six hundred and

5  forty dollars to clean it.  When I been cleaning it for a

6  hundred dollars a month.

7  SO:    Yeah.

8  CHS:    So, he call me and I told him okay I'll let you know

9  later.

10  SO:    Did you see that up there?

11  CHS:    The who?

12  SO:    The plane.

13  CHS:    Ya Akhi, [Brother], please!

14  SO:    You didn't see it.

15  CHS:    I don't want to see nothing because there's nothing

16  wrong.  Let them fly whenever you want and whatever they want.

17  I doubt it.  But, anyway, so this guy after two month he's

18  calling me telling me I want to do the floor for a hundred

19  bucks.  Six forty he asked!  Now it's a hundred bucks, imagine?

20  People, they're desperate.  They can't find jobs and I bet you

21  material might cost forty dollars so sixty dollars for two

22  three hours, which is reasonable.  Oh, my gum is this big.  I

23  can feel it [IA].  [IA].  Are you coming tomorrow?

24  SO:    Yeah, Insha Allah [God willing].

25  CHS:    So, you arrange everything with the guy I don't have to

| | |
|---|---|
| 1 | be around.  You're...  How you feel?  You feel comfortable? |
| 2 | SO:   I feel, I don't feel not comfortable about him.  But, |
| 3 | they knew we were here today. |
| 4 | CHS:   They what? |
| 5 | SO:   That plane was flying all day. |
| 6 | CHS:   All--all day.   Ya Akhi, Wallahi [Brother, I swear], |
| 7 | there is millions in the air. |
| 8 | SO:   Uh-uh.  There's only one type that small and the same. |
| 9 | CHS:   I, I don't know what to tell you.  I don't know what to |
| 10 | tell you. |
| 11 | SO:   You don't have to tell me nothing.  I just want you to |
| 12 | know. |
| 13 | CHS:   --But the guy did you tell him this is somebody's |
| 14 | following you. |
| 15 | SO:   Yes, he knows, he told me about the plane, he said you |
| 16 | told him about the plane did you? |
| 17 | CHS:   Well I told him something that you know, because he was |
| 18 | upset that day and I told him-- |
| 19 | SO:   No, he wasn't mad, he just said I need to be careful. |
| 20 | CHS:   That's it. |
| 21 | SO:   He said he has a lot to lose.  He's like, what did you do |
| 22 | that they're following you?  I was like, listen, I was trying |
| 23 | to inspire everybody.  Till I found out they love Donia [this |
| 24 | life] and they don't want to do nothing for Allah [God].  I was |
| 25 | like that was the past, it was decreed. |

```
1    CHS:   He's gonna assist and do whatever you talk about I don't
2    know exactly what you talked about, but anyway he's gonna
3    assist he's going to help you and if he's not he's gonna call
4    to say he's sorry. We'll see.  That's how I don't want you to
5    get, you know...
6    SO:   Uh, he's [UI].  You are [IA].  [chuckles].
7    CHS:   He was suspicious?
8    SO:   No, he was like [UI].
9    CHS:   He was [UI].
10   SO:   Searching me...He was like search me on my list.  I ain't
11   search you.  I'm like, if I go to jail. [UI]
12   CHS:   He did?
13   SO:   Yeah. He's like, you search me if you don't trust me.
14   I'm like I don't want to search you.
15   CHS:   Oh, man.  Let him [UI].
16   SO:   I'm like death is written, I'm like death is written, I
17   don't care, death is written [UI]
18   CHS:   La Ilaha Illa Allah ya akhi [No god but god.  Brother],
19   [UI] cause we talked to much about it.
20   SO:   No listen, this is not something small.
21   CHS:   I know, I know [UI],
22   SO:   To to-- to do this to anybody else.  It's already a big
23   crime to them, the Koffar [infidels].  But to do it with a
24   Muslim, this is... it changes--
25   CHS:   Ok, but please do not make us any [UI]--
```

```
 1   SO:    [UI] I have not talked to nobody--

 2   CHS:    About this--

 3   SO:    I have not talking to nobody and we need to get a rental

 4   car.  I don't trust [UI] and I'm not crazy.  Trust me.

 5   CHS:    Okay, I'll get your rental car, but just take it easy.

 6   SO:    Not right now.  Not right now.

 7   CHS:    No whenever you.

 8   SO:    When the, when the pickup is, that's when.

 9   CHS:    That's fine.

10   [brief pause].

11   CHS:    Do you have any credit card?

12   SO:    I have none.  They wouldn't even give me one like five

13   years ago.  They tied it to my social security, they're like,

14   you have bad credit.  All my hospital bills aren't paid.

15   CHS:    You been in the hospital?

16   SO:    When I was little.  I never paid them.

17   CHS:    For what?

18   SO:    One time I helped, uh, this Albanian guy that I know.

19             (Tape concluded.)

20             MS. SWEENEY:  From the same meeting, Government's

21   Exhibit 113.3-A and B.  A is the recording, B is the

22   transcript.  And we're going to play the whole thing.

23             (Tape played.)

24   SO:    /// instead of praying ///

25   CHS:    /// yesterday.
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1    SO:    So I should tell the brother, go ahead and buy

 2    a car.

 3    CHS:    Let's wait until he comes, let's see what will

 4    happen, if you can find somebody.

 5    SO:    I can't, I have no credit card. I told him if I had

 6    my own credit, I'll go get ///

 7    CHS:    /// Credit card for what?

 8    SO:    To rent the car (UI). He said, pay me money I'll

 9    get you one.

10    CHS:    Wallah? [Really?]

11    SO:    That's what he said, it's gonna cost more, if I

12    get it, it's gonna cost more. So right now it's two, two

13    point five for all the stuff but without the car, with, with

14    the equipment in it.

15    CHS:    Yesterday was good. You spent your salary on

16    him.    [Laughs] you need uh... uh... loan for next

17    week that's fine, but I need to know for how long, if

18    uh... if today get hot and we get good cash, I'll see...

19    let me think about it.

20    SO:    He said next meeting I'll need some more. So I

21    can have him to buy the material. How long you

22    known him?

23    CHS:    Huh?

24    SO:    How long you know him?

25    CHS:    Long. He knows my brother-in-law before me,
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1   that's how I know him. About six, seven.

2   SO:   Years?

3   CHS:   What?

4   SO:   Isn't that when they took you to trial?

5   CHS:   Before.

6   SO:   You met him before they took you to trial. How

7   long before?

8   CHS:   [Sighs] uh...

9   SO:   I got uh..., I got a ///

10  CHS:   /// I can't recall, but we met in New Jersey in

11  (UI). You see my brother-in-law, he looks like, he's

12  chubbier, right. He's teaching in public school. You

13  remember, when the Sudani [Sudanese] revolution

14  started and they want all the Muslim to be there, in

15  the beginning, in the beginning, before ///

16  SO:   /// I don't remember ///

17  CHS:   /// when they said, when they said uh... ///

18  SO:   /// (UI) ///

19  CHS:   /// (UI) ninety-two, ninety-three.

20  SO:   I was a little kid. I was like six years old.

21  CHS:   That was the time that he wants to make hijra

22  [Migration] to Sudan to make the things. And all the

23  chemical engineers guys they sit together and they

24  were working together and they want to make it ///

25  SO:   /// Hmm... ///

| | |
|---|---|
| 1 | CHS:    /// they are professional, but the, the here it |
| 2 | was loose, you can rent any space and do whatever |
| 3 | you want, but now, shoot, uh... you have u-haul, it |
| 4 | goes (UI). That's why they, start backing off.  It's a lot |
| 5 | of people here though. They got something good (UI). |
| 6 | SO:    In the video, I'm gonna say, the Jews you will |
| 7 | not, you will not be of comfort, never. You (UI).  Kill all |
| 8 | of you at the end. |
| 9 | CHS:    Here and there or just? /// |
| 10 | SO:    /// everywhere. I'll make a video.  Oh, no |
| 11 | they're not gonna' be nowhere. Them to live is fitnah |
| 12 | [agitation] for us. /// |
| 13 | CHS:    /// I believe, I believe /// |
| 14 | SO:    /// (UI) three hundred years /// |
| 15 | CHS:    /// I believe you should not focus on certain /// |
| 16 | SO:    /// lUI) /// |
| 17 | CHS:    /// group. |
| 18 | SO:    No, no, the video, I'm gonna' mention |
| 19 | everything. |
| 20 | CHS:    But, you need, you need to express your |
| 21 | feeling what it make you do that, cause they not |
| 22 | gonna' understand /// |
| 23 | SO:    I know aki [brother], I'll do it, I want it to just be |
| 24 | like I hate you Jews. I already thought of it. I have |
| 25 | videos, you never seen them. |

```
1   CHS:    I can't, not at this moment. Maybe in the
2   future. Maybe when I go to Gaza. I will open them.
3   But, I wanted to write down those …///
4   SO:    /// websites? ///
5   CHS:    /// you know ///
6   SO:    /// Did you do the chekdamize7?
7   CHS:    I can't check anything in here.
8   SO:    No, I'm saying you go to checkdamize7, that's
9   his account, Abdullah's account. Where he has all our
10  videos are.
11  CHS:    He was a preaching those?
12  SO:    All of our videos are online on his account.
13  CHS:    And they don't touch him.
14  SO:    They know that's his.
15  CHS:    Yeah, but is it ///
16  SO:    /// (UI) ///
17  CHS:    /// this is legal?
18  SO:    Depends on how much you say. You know
19  what I say there? I'm like, you afraid of death (UI)
20  Muslim (UI). You know you wanna get punished and
21  raped, the only people that don't get punished are the
22  Martyrs and the prophets (UI). So if they're gonna get
23  punished and raped, we should die (UI).
24  CHS:    So practically, this point ///
25  SO:    /// it's all about wording ///
```

CLAUDIA SPANGLER—FRY   OFFICIAL U. S. COURT REPORTER

1   CHS:   /// I see ///

2   SO:    /// they trying to make cases on people, they

3   trying to make cases. They went to Abdullah,

4   somebody had the blog (UI) and I told him, this is

5   dangerous stuff. He's like that's not mine, who's is it?

6   He's like some brother's I know and some people that

7   moved away.

8   CHS:   In his computer?

9   SO:   No, (UI) on the website, online.

10  CHS:   They come to him because of that?

11  SO:   (UI) and somebody (UI) had another website

12  (UI) you did all of this (UI).

13  CHS:   How many times did they arrest him, or they

14  haven't touch him yet?

15  SO:   Never.

16  CHS:   So he's smart enough to know what he's doing.

17  SO:   Last time I went to meet him. He's like I'm not

18  gonna' meet you. Did I do any crime, no. Do you have

19  anything on   me, no. (UI) I don't wanna' meet you.

20  And like people got angry. Cause ///

21  CHS:   /// oh, you talking about he was talking to the

22  agent? No, what I'm saying is how, how long he been

23  doing this? I mean is it, is he new Muslim, or he was

24  born Muslim?

25  SO:   He's been Muslim for like eight years.

1    CHS:   And since then he started or just ///

2    SO:   /// (UI) doing this since like three years ///

3    CHS:   /// I, I know he told me he came from

4    Pennsylvania.

5    SO:   He's been doing the videos for like three years

6    ///

7    CHS:   /// a lot of people ///

8    SO:   /// since three and a half years he (UI).

9    CHS:   And how many people did he watch? Because

10   he can, I think it has counter.

11   SO:   They watch everybody.

12   CHS:   They what?

13   SO:   Bush hired two to three hundred thousand

14   Homeland Security after nine eleven.

15   CHS:   His video?

16   SO:   No, no, no, oh, how many times the video

17   watched?

18   CHS:   Yeah.

19   SO:   All the videos from him and me is like two

20   hundred   thousand plays.

21   CHS:   So there is support.

22   SO:   But, no that's because they, they messed his

23   page up. Cause in his old page before it was popular

24   he had tens of thousands only in one video. Like now

25   one video, ten thousand, one video thirty thousand.

| | |
|---|---|
| 1 | They can't I believe   when they put them up, it never |
| 2 | moves for like months. It stays the same place. They, |
| 3 | YouTube is owned by the Jews (UI). |
| 4 | CHS:   So they freeze them. |
| 5 |      MS. SWEENEY:  From the same meeting, the next exhibit |
| 6 | is 113.4-A and B.  A is the recording, B is the transcript. |
| 7 | And it's a recording from December 24th, 2011, between the |
| 8 | confidential informant and the Defendant.  And we're going to |
| 9 | play the whole thing. |
| 10 |     (Tape played.) |
| 11 | SO:   On the video you didn't see it man. |
| 12 | CHS:   Huh? |
| 13 | SO:   When you see the new video, you gonna, you |
| 14 | gonna fight me (UI). |
| 15 | CHS:   Ya Rab! Samihny ya Rab!  [Oh God! Please |
| 16 | forgive me.] |
| 17 | SO:   (UI). You gonna be like (UI) it's mine. |
| 18 | CHS:   Which one is that? |
| 19 | SO:   It's on that one webpage that I saved, where it |
| 20 | has (UI) interviews (UI) you should watch them, man. |
| 21 | CHS:   No here man, I need to write it down so I can, |
| 22 | probably in a coffee shop or something. I, I, I don't |
| 23 | wanna' be labeled. You understand what I'm saying? |
| 24 | SO:   I like being /// |
| 25 | CHS:   /// which is I guess /// |

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
1   SO:    /// I like being labeled.

2   CHS:   Which is already I guess.

3   SO:   If they see you with me at a coffee shop, you're

4   labeled.

5   CHS:   But there is no a red car across today.

6   SO:   If they see you with me at a coffee shop, you're

7   labeled.

8   CHS:   Do you thing they uh? ///

9   SO:    /// you got the label. [Laughs] Possible

10  terrorism ties. Could be armed and dangerous, be

11  very careful. [Laughs]

12  CHS:   I need your social so I can report your eh...

13  income. Because I think since you talked to Salah-al-

14  Dinn and the brothers  ///

15  CHS:   /// that you work here ///

16  CHS:   /// no I have to write it, do you have a copy of

17  your    license too?

18  SO:   Yeah, in my car.

19  CHS:   I need to get that, yeah, one day two day

20  before, that doesn't matter. I mean, not, not now.

21  SO:   (UI) and my passport?

22  CHS:   What about it?

23  SO:   We can sell it to someone who wants to come

24  do something.

25  CHS:   What?
```

```
1   SO:    We can sell it to someone?

2   CHS:    You are monster. [Laughs]

3   SO:    [Laughs]

4   CHS:    You don't leave anything.

5   SO:    Aki [Brother], I want them to know, I want them

6   done man. Listen, why I say, I, I want more people if

7   you had four people, leave four cars every bridge, you

8   know which bridge from Hillsborough, Tampa Road,

9   goes on to Countryside connects one bridge. The

10  other one is SR-60 is the Gulf to Bay Bridge to

11  Clearwater. The other one is two seventy-five and the

12  other one is Gandy Bridge. If you take those bridges

13  out and they won't have food, medicine, they be

14  shocked nobody can go to work, two million people,

15  three million people will be sitting ducks.

16  CHS:    Growing.

17  SO:    Sit, sitting ducks. And after that, I do this (UI)

18  they be oh, my God (UI).

19  CHS:    Who's gonna' do that.

20  SO:    That's what I said I wanted at least three

21  people to be who could've parked the cars at the

22  bridge before (UI) like please don't get towed, I going

23  to get it towed tomorrow. And then when all of us do

24  it, it cause (UI) it cause (UI). And after that they gonna

25  be like oh, my God. And then after that, (UI) they
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    gonna be like oh my God. They completely destroyed

2    us. No work, nobody can go to work for months. Till

3    they fix the bridges.

4    CHS:    So when you came, you stuck last time ///

5    SO:    /// (UI) ///

6    CHS:    /// bridges connected with the, so one accident

7    shut them down, all?

8    SO:    One accident shut the whole side to come to

9    Tampa down, on two seventy-five.

10    CHS:    All the bridges or just one?

11    SO:    Two seventy-five only. There's four bridges that

12    are different Gandy bridge, Two seventy ///

13    CHS:    /// no I'm talking bout, you talking about the one

14    above the water?

15    SO:    Yeah.

16    CHS:    All connected together?

17    SO:    The four lanes coming this way. So we'll have

18    to ///

19    CHS:    /// from Saint Pete to Tampa.

20    SO:    Tampa.

21    CHS:    Oh, you talking about one bridge, four lanes ///

22    SO:    /// and then ///

23    CHS:    /// oh, I thought you talking about, I've seen

24    when I drive, I see bridge far away, I thought they all

25    connected together, I, I never been there ///

```
 1   SO:    /// nah, that's four separate bridges. Like one
 2   that goes to Gandy, you can take Dale Mabry down to
 3   Gandy Boulevard.
 4   CHS:   So you're thinking that ///
 5   SO:    /// all of them ///
 6   CHS:   /// put, four guys, stop the traffic ///
 7   SO:    /// well five cars, (UI) using five cars on the
 8   emergency lane and get another car, go drive off and
 9   call the number.
10   CHS:   So somebody has an accident let's see a car
11   went in a fire. In the middle of that ///
12   SO:    /// all the bridges will be blocked ///
13   CHS:   /// and then you have to have the police, you
14   have to have the... uh... fire, so they gonna' block it.
15   Wow.
16   SO:    But, no I'm not thinking that. I'm thinking like
17   put, put some strong stuff in the trunk so the whole
18   bridge will, so the whole thing will collapse. So that
19   means for months, there's nobody working cause it ///
20   CHS:   /// And all those people, they are gonna' sink.
21   SO:    Those people are rich people, that's three, four
22   million people, the economy gonna' go down the toilet
23   man. And they gonna starve man, cause nothing will
24   come in and nothing will go out. People gonna be like
25   in a prison. Four bridges that come from that way
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    Pinellas County to this way.

2    CHS:    That's big.

3    SO:    It's gonna, it's gonna make your life a living,

4    problem man. Cause you won't be able to go out this

5    street without traffic, because nobody can go to work.

6    CHS:    But, that's not fair.

7    SO:    Oh, that's very fair.

8    CHS:    Why? Why people, there's Muslims there's

9    Christians, there's Jews, there's mixed ///

10   SO:    /// in Islam, in Islam (UI) heart, if Muslim is

11   killed, no blood money, it's his fault. He's not

12   supposed to live there.

13   CHS:    I do understand that, but my point is ///

14   SO:    ///What happened in Fallujah? Everybody

15   starve, one point five million before the war ///

16   CHS:    /// that's ///

17   SO:    /// so, so it's ///

18   CHS:    /// that's in the beginning of the invasion?

19   SO:    /// after the Gulf War before the beginning, one

20   point five million died. One point five million (UI) ///

21   CHS:    /// I remember when they drag I think a couple

22   of Marines over there and they went inside and em...

23   SO:    The thing is, that's why, because that's how

24   they lose their morale, to go on (UI).

25   CHS:    Man uh... this is gonna' be ///

| 1 | SO:   /// this is a good idea, but who's down for it /// |

1    SO:   /// this is a good idea, but who's down for it ///

2    CHS:   /// this is gonna be, really a lot of Muslims, they

3    gonna' pay the price all over.

4    SO:   They gonna' pay the price already for not

5    supporting (UI).

6    CHS:   I already did.

7    SO:   No, no, no, no they gonna' pay the price, Allah

8    is gonna question each and every one of us.

9    CHS:   But they have argument about ///

10   SO:   /// we, we can get the stamp of munafiq [a

11   hypocrite]…. ///

12   CHS:   /// give me one Muslim, not one, I mean a

13   group of Muslim in the United States that they support

14   Bin Laden or they like him or they mention his name.

15   SO:   If there's none that likes him, this is a munafiq

16   [a hypocrite].

17   CHS:   So all of the Muslims here are munafiqinne

18   [hypocrites] and the groups ///

19   SO:   /// people support him, not the groups. The

20   groups are government controlled. Groups are for the

21   government, not against the government. But, yeah,

22   me and you if we don't go we can get that stamp.

23   Stamp of munafiq [a hypocrite] is below the kafir

24   [infidel], so the kafir [infidel] gonna look at us like he's

25   better. I don't wanna be that.

```
 1   CHS:    You make me... ///
 2   SO:    /// Yes, I like it, I make you wanna be afraid of
 3   Allah.
 4   CHS:    I'm not talking about all this; alhamdulilah
 5   [thank God], I have enough faith, but...
 6   SO:    (UI) that one on Gandy, one two seventy-five,
 7   one Clearwater Bridge. Where, where the airport is.
 8   And one further on Hillsborough, you go over the
 9   bridge ///
10   CHS:    /// is that one going to Sarasota too?
11   Bradenton, Brandon something. From Saint Pete or
12   Clearwater ///
13   SO:    /// oh, woo. ///
14   CHS:    /// Clearwater ///
15   SO:    /// yeah, that's five. (UI) But this one ///
16   CHS:    What is the population in Tampa, Tampa Bay
17   area?
18   SO:    Pinellas County like two million.
19   CHS:    So that cut them off completely.
20   SO:    I know cause Tampa Bay and Pinellas they,
21   they are like one, people travel from work. So it could
22   be like three, four million. Three four million, that's
23   Gaza four times. They won't have nothing; nobody
24   can go to work for months till they fix the bridges,
25   that's five bridges.
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1   CHS:   Plus the people they gonna sink and go down

2   (UI).

3   SO:   Some of them will commit suicide. Because

4   they're kafir [infidels];  At least several thousand,

5   inshallah [God willing]. Because that's what it is (UI).

6   I'm only speaking to you, cause, I, I'm getting excited.

7   CHS:   Did you discuss this with anybody? I mean to

8   get people.

9   SO:   I only told Salah-al-Dinn, the guy (UI) take all

10  the bridges. I used to tell you this, I'm like I know. (UI).

11  CHS:   He's not gonna be able to do that. After that?

12  SO:   Nah, it has to be all done on the same day. All

13  of it. It has to be done, not only the same day, but at

14  the same moment. Cause if like a couple hours off,

15  they'll go to everybody on this list and arrest them.

16  (UI) That's why if you really wanna get victory, all you

17  need is five people. Five cars, take them to the (UI) ///

18  CHS:   /// you talk about, last… long time about

19  Muhammad, somebody that you know, that he was in

20  ///

21  SO:   /// he, he, he would do that, he's not gonna go

22  for the martyrdom, but he would leave the car and

23  leave (UI) he would do that.

24  CHS:   What about (UI)?

25  SO:   Huh?

```
 1   CHS:    People in Illinois?

 2   SO:    If he comes then they know something is up.

 3   That brother's crazy and me and him were together…

 4   ///

 5   CHS:    /// you said him and his wife too.

 6   SO:    His wife she's (UI).

 7   CHS:    That's the point.

 8   SO:    But, I don't know if, she, she wants to blow up

 9   the mosque cause they call the police. [Laughs]

10   CHS:    [Laughs]

11   SO:    Cause they have some (UI) she's like let make

12   (UI). (UI) relax sister you making us look like women.

13   CHS:    (UI).

14   SO:    I'm like relax sister you making us look like

15   women.

16   CHS:    She doesn't like that.

17   SO:    No, I told her she's making us look like women,

18   like ///

19   CHS:    /// she's tough.

20   SO:    Firm.

21   CHS:    She wanna blow the masjid [the mosque]

22   because they are informants? [Laughs] She's crazy.

23   SO:    That's low but.

24   CHS:    Inside?

25   SO:    [Laughs] the bitch wants to call the police.
```

```
 1    CHS:    That's not nice. Wait, wait, wait. Oh, ya salam!

 2    [amazing]

 3    SO:    Can we talk about it in another place?

 4    CHS:    No, no, no it's uh..., that's, that's uh... [UI] will

 5    have [UI].  There's no way they can, they can hear us,

 6    impossible.  No I, I know that maybe the office.

 7              (Tape concluded.)

 8              MS. SWEENEY:  The next exhibit is Government's

 9    Exhibit 115.1-A and B.  A is the recording, B is the

10    transcript.  This is a meeting between the Defendant and the

11    CHS on December 27th, 2011.  And we're going to play the whole

12    thing.

13              THE COURT:  I'm going to let my jury stand up and

14    stretch for a second before we play this one.

15              (Brief pause.)

16              We'll take the break at 3:00.  All right?

17              Let's resume.

18              (Tape played.)

19    SO:    [UI] Oh! They followed me all day yesterday

20    and today.

21    CHS:    Following you?

22    SO:    Yeah, with cars, again.

23    CHS:    You positive?

24    SO:    Yeah.

25    CHS:    Same red car?
```

```
1    SO:    No, no, no, I am talking about other cars like

2    Mercury, Buicks, Fords.  All different types like they

3    usually followed me. Before they stop a little bit.  And

4    CHS:    [OV] Did you go anywhere on the weekend?

5    SO:    [OV] No- –

6    CHS:    [OV] – –I mean – –

7    SO:    [OV] – –I went yesterday to a fish store, bought

8    fish and went home.  They know this store where they

9    followed me before.  And, today they followed me

10   when I went to the store.  One car was parked across

11   the street in front of the store.  [Pause]  All I'm saying

12   is, these people are known.

13   CHS:    Are you serious?

14   SO:    They know I'm up to something.  They don't

15   know what, but that's what I thought.  So, the problem

16   is I got to see [UI].  He can't just... He said one more

17   time he'll show me how to do it. And then deliver– –

18   another time...I can't control these coming around

19   anymore because there is no putting them off there.

20   All you got to do is next meeting– – next meeting  has

21   to be secret.  I have to have a different car and I have

22   to, basically, I have to disappear one day before the

23   last meeting without them knowing.

24   CHS:    Ah, can you sleep somewhere else?

25   SO:    Yeah...
```

```
 1   CHS:     I mean,

 2   SO:    I got [UI] in my car.

 3   CHS:    You can leave the car in the shop.  And, then

 4   you trade car.  You leave somewhere. [Pause]

 5   [Whispering] What's that?

 6   SO:     The thing is, it's gotta- - Don't worry about it!

 7   It's gotta be done before.  We got to talk to him and- -

 8   CHS:    [OV] When  he's coming back?

 9   SO:    I don't know.  But he only wants to come to

10   bring the stuff to show me how to do it.

11   CHS:    Is he coming to show you?  Or, he's coming to

12   get the stuff?

13   SO:    To show and get the money- -

14   CHS:    [OV] So, you have to go with him in the car?

15   SO:    Yeah.  I don't want him [UI].  I don't want him to

16   know.

17   ??:    That's another thing, I don't like how you guys

18   want to be so protective of me.  You guys don't want

19   me to get caught with one.  I need one for the

20   exchange- -

21   CHS:    [OV] That's up to him, if he wants to give you

22   the one, that's fine.  I - - I have no problem- -

23   SO:    [OV] I need to have one for the exchange date

24   and the pickup date.  If they- - if they somehow know,

25   when they come.
```

1  CHS:  Yeah, but the problem is, if you have

2  something and they stop you by mistake, or they

3  come to the shop, or they stop you in the car- -

4  SO:  [OV] It gets nothing in the shop.  You are

5  allowed to have it in the shop.  You should have

6  something.

7  CHS:  [OV] I never use them, I never touch them- -

8  SO:  You should buy one for the shop- -

9  CHS:  - -I never thought them.

10 SO:  - -I only know how to use black nineteen.  You

11 know what that is?

12 CHS:  Brother, I- -I- -I'm- - I'm fine this way.  I never

13 thought about it.  It's just - -

14 SO:  [OV] Now,  I did something stupid because

15 before I was a citizen I got the certificate and- -that

16 was before I was in Islam and once I became a

17 citizen, I could have gotten my permit.  I could walk

18 around with one right now,  under my shirt.

19 CHS:  Hum

20 SO:  [UI]

21 CHS:  Is- -is- -is it legal to go in the street with them?

22 SO:  If you have a permit, yeah.  But you got to hide

23 it.  You can't be showing it.  It's got to be under a shirt

24 or- -

25 CHS:  [OV] I thought you can't walk with them, unless

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
1   you have a special license.

2   SO:   Well, I got the class for the permit, but I never

3   got the permit because I wasn't a citizen- -

4   CHS:   Now,  let's think seriously.  I mean, this is, this

5   is not a joke.  If you have a knife in your car and they

6   stop you,

7   SO:   They can't do nothing.

8   CHS:   Okay tell him! He will give you something.

9   Whatever you want, I mean, just tell him- -tell him, "I

10  need one."

11  SO:   You have a knife, they can't do nothing.  This

12  here I would not carry until the day of the pickup.

13  CHS:   That's fine.

14  SO:   Cause I don't trust nobody, you know.

15  CHS:   Tell him, tell him you need one but I can't- - I

16  can't deal with the issue- - I can't put it under my

17  name- -

18  SO:   [OV] No, no, no- -

19  CHS:   - -I'm not gonna do nothing.

20  SO:   - - I'm registered, I am registered.

21  CHS:   Okay.  So, when you are going to meet the

22  guy..if he walk in today or tomorrow- -

23  SO:   [OV] I have to go with him.

24  CHS:   - - and he tells me okay- -

25  SO:   [OV] I have to go with him.
```

1   CHS:    Huh?

2   SO:    If  I walk in I have to go with him, if he walks in

3   CHS:    What if you are not there?  We don't even

4   know when he's gonna be there.

5   SO:    That's my whole point.

6   CHS:    Well, do you want me to call and just tell him,

7   "hey the flag, I need to return something."  Or, what

8   do you want me do?

9   SO:    He'll come again.  The only point is I don't want

10  him to - -

11  SO:    And the thing is, the plane was following again,

12  everywhere

13  CHS:    Huh?

14  SO:    The plane was following yesterday, again.

15  CHS:    I swear, okay.

16  SO:    I'm not crazy.

17  CHS:    Now listen to me.  Yesterday.  I drop my wife to

18  the park and the aircraft was going

19  SO:    All day?

20  CHS:    No, not all day.  But I thought this is the same

21  one and then ah, I looked [UI], people they are

22  coming from north, from south.  They using their jet.

23  So, I don't wanna think.  But I doubt it. I doubt if they

24  are following- -

25  SO:    Let me tell you one thing.  That night, in front of

1   Sligh they came, and that was a plane.

2   CHS:    With the Brother?

3   SO:    Yeah, when we were there.

4   CHS:    Yeah, but we should do nothing.  Why do we

5   have to- -to- -

6   SO:    [OV] I don't want them to know.  Of course, we

7   didn't do nothing.  But I don't want you to see who I

8   am contacting.  Once they see that, they are going to

9   follow you anywhere.  And on the day of exchange

10  [claps] it's done, they are gone bust you.  I just

11  wanna- -

12  CHS:    [sighs] Ouuuuuff!

13  SO:    - -be aware of it.  I don't want- -

14  CHS:    Okay, now

15  SO:    Right now, they cannot do nothing, because

16  we don't have nothing.

17  CHS:    So, what good it's gonna do the phones?  I

18  don't understand.

19  SO:    So, we don't have to continuously come in and

20  out.

21  CHS:    So, if he get the phone, and he give me the

22  number?

23  SO:    Then we have to have one phone that's not

24  registered to anyone.  And then that's important so

25  whenever I come again, you can make, be like, think

1    when I work next.  Be like let's schedule for this time, I

2    come, you tell me the new phone.  Let's imagine he

3    comes and gives you the new number- -

4    CHS:    [OV] Wait a minute!  Now wait.  Is it easier to--

5    when he comes next time I tell him, "okay his

6    schedule is this" I give you the schedule.  And then he

7    walked in, and he just leave with him, and do what

8    you have to do I don't have to- -to get involved?

9    SO:    You're not. You shouldn't get involved.  But the

10   point is, I don't wanna- -uh- - I don't want him to come

11   in no more.  I don't know how?

12   CHS:    Well, then can you meet somewhere else?  I

13   mean, he- - he been coming for two years, three

14   years, almost.

15   SO:    But they don't know that.

16   CHS:    Yeah, but at least now they... I doubt that if

17   they know that he's hooked up with you.  I mean, one

18   time you left with him.

19   SO:    Not the time that we left.

20   CHS:    Did they follow you?

21   SO:    Not the time when we left, the time when we

22   didn't.  At Sligh the plane was flying.

23   CHS:    No. No.  When I put you in that car, there's no

24   plane, there's no cars, there's nothing.

25   SO:    I came back to meet you- -

```
 1   CHS:    [OV] Yeah, but that's all.

 2   SO:    – – all suspicious in the middle of the car,

 3   instead of being with other cars, that plane came real

 4   low.  Those planes that I told you about– –

 5   CHS:    [OV] O 'Brother!

 6   SO:    – –unless there is an  airport over there, right?

 7   CHS:    Yeah, but I mean, I mean we don't– –

 8   SO:    Let me tell you something.  The plane, when

 9   I'm back over the bridge is still followed me.

10   CHS:    Brother,  I – –

11   SO:    Yesterday, they didn't because it was raining

12   and cloudy.

13   CHS:    I want you to be extremely careful.   I want you

14   to... you have the right to suspect– – I have the right

15   to suspect anybody comes and talks about anything.

16   I suspect now that– – I suspect Sammy; I suspect

17   everybody in the store.  But, at least do your best to

18   be normal.

19   SO:    I am normal.

20   CHS:    Okay.

21   SO:    We're not doing our best, we're not doing our

22   best to be  careful.  There was a reason– –

23   CHS:    I'm not going to get– –

24   SO:    I know.  There's a reason why I want you to

25   send the message.  Cause I know the plane is
```

CLAUDIA SPANGLER–FRY  OFFICIAL U. S. COURT REPORTER

1    following me.  Cause [UI] knows and everybody

2    knows that plane is following me.  So, I finally told

3    them and they said that they could never see the

4    connection. I don't want- -

5    CHS:   Yeah, but there's cameras and the guy he

6    don't want to be recorded anywhere.  These cameras,

7    the aircraft - -

8    SO:   [OV] Maybe cause we talk about Qur'an.

9    CHS:   Yeah, but the aircraft would not get pictures.

10   SO:   Who told you that?

11   CHS:   During the night?

12   SO:   You know the spying [UI] don't hesitate taking

13   green light pictures and everything if it's a spying

14   Hawk.

15   CHS:   Come on, admit it.  It sounds like a movie.

16   [laughs] Just, just, like you know…I don't know.  I am

17   not expert in this,

18   SO:   No.  Listen!  Everybody... you guys have to

19   realize that there's a war against Islam, And they fear

20   that somebody is going to break through security, and

21   terrorize them with a bomb.  This is what it's about.

22   The biggest thing is when the [UI] the world that this

23   could happens again in America. That's why they

24   spend billions; they spend forty billions just for the

25   airport security.  And the Sheik, I remember, sent the

```
1    brother 'Umar al-Farouk and broke through an airport
2    security.  The only thing was malfunction.  That's all,
3    in the bottom.  That's all that was.  But they broke the
4    forty billion only airport security. You know much
5    security they paid for here, once you break  it, whole
6    world gone be like, ooh!!  This could break for a
7    second time, this could bring a chain just  [snapping
8    fingers] like that.
9    CHS:   Brother, you do your best.  I understand.  I
10   understand.  I understand.  I understand what you
11   talking about.  If you have second thought about it
12   SO:   [OV] As a matter of fact, if I have to go to court,
13   I'll tell the judge you infidel, you filthy pig… I don't
14   care about that but I want this to happen, I want
15   everybody to follow the example.  I don't want this to
16   get busted.
17   CHS:   Okay what?  W-w-w- -
18   SO:   You  have to plan, how am I going to leave
19   next time with him without them seeing us.  So they
20   don't follow us. And, after that, it's when- -we gona
21   be, the exchange
22            (Tape concluded.)
23            MS. SWEENEY:  The next exhibit is Government's
24   Exhibit 115.2-A and B.  A is the recording, B is the
25   transcript.  This is a continuation of the same meeting we were
```

```
 1   just listening to from December 27, 2011.  And we're going to
 2   play the whole thing.
 3              (Tape played.)
 4   CHS:   [UI] Every time you talk to me you make me
 5   shaken. I don't want to-- to start thinking that.
 6   SO:   He's not going to.listen, he's already nervous
 7   cause I hear it in his voice. Every time when he
 8   comes, he's nervous. [UI].
 9   CHS:   [UI] Something that's not easy.
10   SO:   It's not a small thing. The thing is..I'm not telling
11   you to make you nervous. Calm down. I'm telling you
12   that we have to plan. Right now we have to plan.
13   CHS:   You plan..You want to change your...
14   SO:   Listen. The plan [UI] How can I..disappear the
15   day before the pickup.
16   CHS:   Wanna take hotel?
17   SO:   Huh?
18   CHS:   You take a hotel?
19   SO:   I can take a motel. I don't care. Maybe even
20   get a slave woman the night before [Chuckles]
21   CHS:   (FL) You going to go to uh to meet uhhh the
22   whore. Don't start. Listen. Listen.  [UI] put it under my
23   name..that's if..something happen then..
24   SO:   You don't put it under your name.
25   CHS:   Then I'm screwed.
```

```
1    SO:    Don't put it under your name.
2    CHS:    Under my name?
3    SO:    Don't put it under your name.
4    CHS:   I'll make a phone call they prepare the paper
5    but I'm I'm not going to...no. no. For that thing? No.
6    No. I'm talking about to take it for a day or something.
7    SO:   [IA] No I don't need no...The trunk thing is a
8    very good idea but...I don't know [UI]
9    CHS:    Let's let's--let's uh let him let him make the
10   plan.
11   SO:   No. No. We're not going to let him make the
12   plan.
13   CHS:    Then you make it.
14   SO:    [UI]
15   CHS:   I I don't know exactly what...
16   SP:    Him. Him and you. You guys are not very
17   aware of who they are cause they were following me
18   for months so I know who they are. I see them. Every
19   time I see...Sometimes I see the same guy with
20   different car. They have always these baseball hats.
21   Trying to hide their faces like low so you don't
22   recognize them. And they always come in different
23   cars. Glasses sometimes. They throw on glasses.
24   Clear glasses. But the point is...I have to find out..
25   CHS:    Did you see them following me anymore? I
```

1    mean...why you didn't?

2    SO:   That plane last time [UI] and I told you it was

3    low to the tree and disappeared.

4    CHS:   Yeah but did you think...I've seen it. I've seen

5    it. That's why I believe you. But you said that is took

6    off after that. I mean, for the...

7    SO:   [IA]

8    CHS:   Since you start to working full-time.

9    SO:   [IA] That day when we met him, it came.

10   CHS:   And you say, that plane did see everything?

11   SO:   If it's a spy drone, they see everything and they

12   can hear everything. If it's a spy drone.

13   CHS:   That's...that's ridiculous man.

14   SO:   It has live recording.

15   SO:   Like in the movies. For real.

16   CHS:   Okay so...

17   SO:   That's how they [UI] That's how they...

18   CHS:   During the night and during the day. It doesn't

19   matter?

20   SO:   No. During the night they just put night vision.

21   It's all green. They still see you. But look what they

22   did. Because they are usually...When I first spotted

23   them it was at night cause during the day I wasn't

24   paying attention in the beginning. But how they

25   caught shaykh al-Awlaki, Allah knows best, they use

1    to go and they use to zoom in. That's him on camera,

2    they use to go to his face man!  Take pictures and

3    everything.  That's him, go get him.  And they use to

4    go and fire [UI]

5    CHS:   But they can't shoot you.

6    SO:   I don't- -I don't- -

7    CHS:    Not here.

8    SO:   If they do...No they can. But I don't care about

9    that. That's not the problem [UI].

10   CHS:    They can't do that man.

11   SO:   [IA]

12   CHS:   You..you just make me...

13   SO:   [IA]

14   CHS:    Here? In- -in the land of [UI]

15   SO:   Okay. In the land of what? In the land of the...

16   CHS:    Of the United States.

17   SO:   you have sister Aafia Sidiqqi raping her in

18   prison cause she didn't do nothing cause she said

19   the 9/11.

20   CHS:    What I'm saying...have you ever seen

21   somebody shooting somebody in....

22   SO:   Obama after they hit al-Awlaki, [UI]. You know

23   what he said?

24   CHS:    No.

25   SO:   He said, the FBI has given me a list with 100's

1   of U.S. citizens who are radical and all they have to

2   do is give me the list when I say this guys a danger

3   I...all I have to do is sign and we'll send a Drone [PH]

4   for them too.

5   CHS:    Here?

6   SO:    Yeah.

7   CHS:    In the United States?

8   SO:    Yeah but I don't care about that...

9   CHS:    I don't think they will..they will

10  SO:    They will do that...

11  CHS:    Reach that point...

12  SO:    But I don't care about that. That's not the point.

13  Listen, if that happens, that's going to be the fastest,

14  easiest death by the mercy [IA] by the mercy of Allah.

15  It's going to be so fast and easy. I'm not worried about

16  that. What I'm worried about I don't want them to

17  catch us, I just want to do it man. How many people

18  got caught?

19  CHS:    I have no idea man.

20  SO:    I can tell you...

21  CHS:    You are following up. I don't...

22  SO:    I can give you the list man. They all get caught

23  [IA] because they don't tie the camel and they don't

24  plan anything right. Some of them didn't even know

25  they were being followed. The difference is...I know

```
 1   I'm being followed.

 2   CHS:   So...what do you want me to...what can I do?

 3   What do you want me to do?

 4   SO:   I'm just trying to see...I can have an idea

 5   maybe get a hotel...how can I get a car and leave

 6   mine somewhere. Like...

 7   CHS:   Sunday I'll send Nadir with your car, honestly.

 8   I'll tell him hey you want to sell it and try..to take a ride

 9   and then by that time...

10   SO:   [IA]

11   CHS:   Doesn't matter. We'll fix the brakes.

12   SO:   [IA]

13   CHS:   By that time when he comes, I'll let him take

14   off. Nobody knows. I'm going to tell him to shut up and

15   just go and make shopping. And then he take the car

16   and then...they going to follow him and you go the

17   other way. I mean, he's going east. You go west. Go

18   to the beach. See where he's going.

19   SO:   I know [IA] You got to [IA]

20   CHS:   And and and  Yeah, I understand but...

21   SO:   [IA] go to the beach.

22   CHS:   All we have to do is...He will come close to

23   the..to the store. If there is no aircraft, they're not

24   going to see nothing. The car is going to be followed.

25   Five minutes later you jump in the car like last time.
```

1    Last time did you feel anything?

2    SO:   The thing is...now, the thing is when they..if

3    they come in front of the store and let's say they're

4    tracking my car. If I turn it on and they follow it, they're

5    going to drive by Nadir. When they drive by Nadir This

6    is what's going to happen. They're going to see it's

7    him [UI].

8    CHS:   I'll give him a cap...

9    SO:   [UI] come back.

10    CHS:   No. no. no. In the morning...

11    SO:   Watch. They know I have a beard but

12    they..listen, they going to come back and they going

13    to wait and see if I'm there. Or if I'm coming with

14    another car.

15    CHS:   No it's a few seconds you're going to be gone.

16    SO:   Yeah, but when am I going to come back?

17    CHS:   Then I will drive my car and put it next to the

18    gas station and they thinking that you're taking my

19    car. So they will think you are in the gas station. Just

20    think. Think wisely. Don't don't be...scared.

21    SO:   No. No. You have to...I'm not scared.

22    CHS:   Yeah...think wisely...

23    SO:   I'm trying to calculate everything.

24    CHS:   You want to go from the back of the building?

25    Is that easier?

```
 1   SO:    There's a back?

 2   CHS:    Yeah.

 3   SO:    Yeah that's easy. I come in through the back.

 4   CHS:    Where are you going to put your car?

 5   SO:    Oh you mean here? What are you...

 6   CHS:    Where are you going to put your car? If you're

 7   going to come in the back? Okay, let me tell you how

 8   the- -the store. The plaza is..okay, if you go all the

 9   way where we pray in uh in--in the restaurant all the

10   way...there is a door. You can go out. There is patio.

11   You can jump from the fence to the dry cleaner.

12   SO:    And come behind.

13   CHS:    Yeah. And [UI] dry cleaner. Pick you up and

14   leave. Nobody will see you. There's no million

15   ways...if this is what's scaring you.

16   SO:    [UI] I'm not...I just don't want to...

17   CHS:    It's not scare...if

18   SO:    I know...

19   CHS:    [UI]

20   SO:    Okay. Maybe I'll even go to the front with him

21   but come back through the back. [IA]

22   CHS:    [UI] see the car and if he goes around. They

23   gonna...That's not going to work.

24   SO:    No. No. Come back through the back.

25   CHS:    Okay. Yeah. Makes sense.
```

```
1   SO:    Leave and then I come back to the back...

2   CHS:   Yeah. Let him drop you off and...

3   SO:    [IA]

4   CHS:   Exactly. Let him drop you off in the dry clean

5   before he get to [UI] just get the...

6   SO:    Not the dry clean. I have to climb over the

7   fence.

8   CHS:   That's fine. That's fine. If he...drop you the dry

9   cleaning...

10  SO:    [IA] going to be...

11  CHS:   Brother, brother, let me put it this way. If you

12  feel that this is not the right time and they are not..you

13  know, comfortable. I don't think you should do it. Just

14  think about [UI]...

15  SO:    No [UI] they're not going to let go of me.

16  They're going to follow me everywhere. They will

17  follow me everywhere.

18  CHS:   And?

19  SO:    And I hope that they don't know who he is. I

20  hope that they...

21  CHS:   Can you put sash and cap when you come so

22  they won't see your face? Or tie this with...

23          (Tape concluded.)

24          MS. SWEENEY:  The next one is Government's Exhibit

25  115.3-A and B.  And this again is from the December 27th, 2011
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

1    meeting.  And we will play the whole thing.

2              (Tape played.)

3    CHS:   Let's see the first...the next meeting, how it's

4    going to go.

5    SO:   The thing is...I I I never wanted to meet with

6    them that many times because every time...

7    CHS:   One more time. He said he he wants to train

8    you...

9    SO:   Yeah. But that's going to be difficult

10   because..it's not [IA]

11   CHS:   What about if they...

12   SO:   [IA] It's not going

13   CHS:   /// The worse scenario. What about the worst

14   scenario if they caught you? If they come in and got in

15   while you are train. What is the problem? He's

16   licensed and you're having fun. What is the problem?

17   SO:   If they come and you just have this...I want this

18   for my home. If they try..If they try and say Oh we

19   have this and this speech from you from this spy and

20   from this informant at the masjid [mosque] and from

21   this computer email and from this statement on

22   FaceBook and this..and that you..

23   CHS:   You have all these?

24   SO:   I use to in the back. In the back in the days and

25   [IA] 9/11 (Chuckles) We couldn't do nothing but now

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   that you have this we can give you a trial. I mean, I
 2   don't care [UI] but that's nothing but he's supposed to
 3   bring one of the...
 4   CHS:    Bring what?
 5   SO:    (Whispers) Homemade hand grenade. That's
 6   the thing..
 7   CHS:    That's at the same time?
 8   SO:    Yes. Cause he's going to show me how
 9   to..cause it's homemade.
10   CHS:    [UI] is that legal to be trained like...tell them I
11   want to join the army. I want to know if it's..I'm going
12   to be able to or not...What army? It's none of your
13   business. [IA]
14   SO:    (Chuckles) Islamic.
15   CHS:    I mean, I don't think this is...
16   SO:    Listen. If they...if they...all I'm saying.
17   CHS:    Are you going to take a chance take em
18   without training? Are you going to be able to use
19   them? If he deliver...
20   SO:    /// Yeah that's what I thought...
21   CHS:    /// You figured it out.
22   SO:    No. I I use to shoot AK...
23   CHS:    What about those?
24   SO:    He just has to put on a label how, It's not that
25   hard to remove this and throw. He said he [UI] have
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   the same amount of time as a [UI]. [IA]

 2   CHS:   Let's go. So if we walk in afternoon Sunday.

 3   We're going to do it different. You wait...(Sighs)

 4   SO:   If they [UI].

 5   CHS:   I don't think so...

 6   SO:   I need to [UI]...

 7   CHS:   /// He goes all over the country...

 8   SO:   I need to [IA] smaller [IA]

 9   CHS:   Naw. For what? Just to put it. If it's just to put it

10   I'll give you the key.

11   SO:   Uhm--uhm.

12   CHS:   But if it's..for something else. You want to sleep

13   and you want to [UI]

14   SO:   No. No.

15   CHS:   Just get a room.

16   SO:   I know. But [IA] cause it's in your name. We

17   don't know if they're following him.

18   CHS:   But if you put the stuff and take it out. You stole

19   the key. That's what I'm going to tell them. You stole

20   the...how do I know. I took him once to the warehouse

21   to help me out. And there's no million ways. For

22   me...I'm not worried about shit. As long as I don't

23   commit crime. I got lawyers. They can take me out

24   and if they want to take me..Hey, you know what? I

25   need the food. I'll stay there. But I'm not sho- -I'm not
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
1    shooting nobody, I'm not saying anything to the judge.

2    SO:   If that happens then I'll tell them, yeah I stole

3    the key.

4    CHS:   You what? Yeah..I I mean, if this...if this is the

5    thing that you're going to put him in here..take him

6    come pick him up. I have no problem.

7    SO:   Okay.

8    CHS:   But...

9    SO:   But I still need to, have to have different car.

10   CHS:   Spray it. Same day. Here's the guy.

11   SO:   [IA]

12   CHS:   /// No. Next door. I'll make deal.

13   SO:   [IA]

14   CHS:   I'll make a deal.

15   SO:   What if my car is being tracked. If it's being

16   tracked [UI] track. They'd be like...Oh he painted it. If I

17   go to my house it's yellow. Oh he painted it.

18   CHS:   Let me think....uh

19   SO:   If I do that they going to be like Oh, he's up to

20   something...

21   CHS:   You want to take my car? Tell them you stole

22   my car. I'll report you after. Tell them I had dispute

23   with him..We'll make a case and I'll tell them hey this

24   guy he came. He took two hundred dollars. He took

25   the key. He took my car. No no. Key. The car..the key
```

1   in the car, always. Have no idea what he's up to. After

2   I hear everything.

3   SO:   But they're going to be like. Why did you wait

4   so long?

5   CHS:   I'll tell them I work until 8. I look there is no car.

6   SO:   The thing is it's not going to happen by 8. It's

7   going to happen later. Like 2am or something.

8   CHS:   2am you're not going to see nobody in the

9   street.

10  SO:   2, 3AM? The delivery has to be on a Tuesday

11  or a Thursday. 2am. That's the thing.

12  CHS:   [Sighs] Should I leave town and leave the car

13  next to the building and...I was out of town? [UI] think

14  about...

15  SO:   No you don't want to [UI] Cannot be [IA]

16  CHS:   You wanna...

17  SO:   [IA] Report it. I don't know [UI] He said he can

18  get more. I don't know how much is [UI].

19  CHS:   Check with him.

20  SO:   He said he can get [IA].

21  CHS:   Check with him. Let's see..let's see [UI]. I don't

22  want to get involved in this. This is not my part.

23  SO:   I know.

24  CHS:   You check with him and see how much

25  and....we'll take care of that.

```
 1   SO:    So how much is the limit if it goes?

 2   CHS:    Uh just let me check but uh...

 3   SO:    Two

 4   CHS:    We'll see. I will [UI].

 5   SO:    I gave him 500. So he said..he said...first he

 6   said it's 20.  Two thousand.

 7   CHS:    Uhm.

 8   SO:    But then I said what if you fill up the whole

 9   trunk.  He said to fill up the whole trunk 500 extra.

10   Cause it's cheap material.

11   CHS:    You working this week and next week. You can

12   pay him.

13   SO:    But listen. No but that's without the car I told

14   him to put it in.

15   CHS:    Check with him. Check with him and see what

16   would happen.

17   SO:    [IA] So right now. I gave him five hundred two

18   thousand more, what if he said three thousand extra?

19   For a car.

20   CHS:    Okay. Um.

21   SO:    If it's like that tell him...

22   CHS:    When? How long you going to work? I mean is

23   it another 4/5...2 weeks? 3 weeks?.

24   SO:    None. If you can get a car this thing should be

25   done within a week. If you if you can get a car [UI]
```

1    extra another week to fill up the trunk. Cause he can't

2    get all at once. They're watching.

3    CHS:   So...let's say you're working $500 a week. So

4    another two weeks, that's $1000. You pay it. Let you

5    pay $1500 and we'll see what we can do with the rest.

6    That's legit.

7    SO:   And..okay...So..

8    CHS:   Where's my key? [UI]

9    SO:   It's better like that because if he can get the car

10   and...he-- he just leaves all the stuff he

11   delivers..leaves the car in the garage and all I have to

12   do is get the car to the garage at the mall. There's a

13   garage under the mall at International Plaza. It has a

14   garage. If he can leave it there...But I don't know if

15   they have cameras. If he can leave it and have

16   him...have somebody pick him up. Cover there [UI]

17   Leave there car there. I come with my car...I come

18   with my car to the other side of the mall and leave it.

19   Walk..I'll watch them, they come follow me inside

20   because they think I'm up to something and I'll drink a

21   coffee. There's a Starbucks. Go downstairs to the

22   garage. Get to the car...get in the car and [UI] know

23   where I'm at. Unless I have to take a cab to the mall.

24   CHS:   But you said you want to leave at 2 o'clock in

25   the morning.

1   SO:   It doesn't matter as long as I pick it up that

2   day...that night.

3   CHS:   Okay. So...what we know now is..When he

4   show up Sunday..we have to arrange it. You come

5   early a little but so we can arrange how he's gonna

6   pick you up. And then we'll see what will happen from

7   there.

8                  (Tape concluded.)

9                  MS. SWEENEY:  The next one is Government's Exhibit --

10                 THE COURT:  We're going to take the 3:00 o'clock

11   break now for 15 minutes.

12                 (Jury excused from the Courtroom.)

13                 How many more tapes do we have?

14                 MS. SWEENEY:  Six, and it's about half an hour more,

15   Your Honor.

16                 THE COURT:  And then what are we going to do?

17                 MS. SWEENEY:  After that, Your Honor, I will read --

18   the parties have entered into a stipulation about certain

19   elements that I will read.  That's Government's Exhibit 22.

20                 Then we have Special Agent Willie Ortiz who will

21   testify to the Defendant's postarrest interview.  We have Agent

22   Steve Miller who will testify to the search of the Defendant's

23   car.  We have FBI Agent Lynn Billings who will testify to the

24   search of the hotel room.  And we have Special Agent Keith

25   Arndt who will testify to the exam of the Defendant -- not of

1   the Defendant, but of the cell phones that were recovered in

2   this case.

3           THE COURT:  All right.

4           I think you're going to have to work out some sort of

5   a stipulation concerning the amount that the confidential

6   informant was paid.

7           I've reviewed the transcripts that have been

8   submitted -- that have been presented.  I haven't reviewed all

9   of the full transcripts that have been admitted, but of the

10  ones that have been presented, there are clearly factual

11  statements being asserted by the confidential human source

12  including the whole episode about the Defendant having gone

13  down to St. Pete, describing the Defendant as aggressive,

14  describing the Defendant as a monster, discussing that the

15  Defendant was going to pay for these weapons with work he was

16  going to be doing over a specific period of time, about how

17  much he was going to make, all of which have no other purpose

18  than the truth of the matter asserted because in certain

19  instances, the Defendant didn't even respond, so it can't be

20  offered to prove its effect on the listener or to provide

21  context to what the Defendant was saying because he wasn't

22  saying anything about it.

23          So to that extent, the Government has proffered some

24  of these transcripts for the truth of the matter asserted, and

25  I don't have any doubt they're going to present those truths to

```
 1    the jury and even if the Government doesn't say you recall the

 2    confidential source said such and such, the jury will have

 3    these transcripts back and they can confirm the Government's

 4    assertions through statements of this witness whose statements

 5    are being offered by the Government.  And so I will allow the

 6    defense to state how much the CHS was paid as part of his work

 7    as impeachment.

 8             Is there anything else that we can address?  We still

 9    have this issue about this 404(b) witness.  Are you still

10    intending to call this person?

11             MS. SWEENEY:  He will be arriving this evening and

12    he'll be available tomorrow.  And then I guess we also still

13    have the issue as to Mr. Kohlmann and whatever further

14    questions the defense has for him before he testifies.

15             Both the 404(b) witness and Mr. Kohlmann will be

16    arriving this evening, so we could take those up first thing

17    tomorrow morning if you wanted.

18             THE COURT:  Are we clear that this witness that is

19    the 404(b) witness will only be testifying to the statements

20    that are in the 302s, nothing beyond that?

21             MS. SWEENEY:  Well, as to the 302s, Your Honor, he

22    very clearly -- in the 302s, he very clearly states some things

23    that other people have told him happened.  The Government

24    doesn't even seek to elicit those statements.  We only seek to

25    elicit this Defendant -- this witness' interactions with the
```

1    Defendant.  There may be slight variations.  He made those

2    statements, you know, over two years ago.  So there might be

3    very small variations in what he says, although I believe the

4    substance of his testimony will be what is in those 302s.

5          THE COURT:  And this is, in essence, the Defendant's

6    espoused beliefs about Islam being the supreme religion and

7    that deaths of the kuffar are justified under Islamic Law, and

8    that he doesn't mind -- he wouldn't mind going into houses and

9    shooting people and taking their things because that will be

10   consistent with Islamic Law in his mind?

11         MS. SWEENEY:  That's correct, Your Honor.  And

12   additionally, the statements that the Defendant made to the

13   witness about Osama Bin Laden which mirror what he says later

14   in his martyrdom video and in other statements, that he

15   supports Osama Bin Laden and what Osama Bin Laden did.

16         And that, again, to show the Defendant's state of

17   mind before the Government had any interaction with him at all,

18   any Government agent had any direct interaction with him.

19         THE COURT:  And so that's why in your mind it

20   wouldn't be cumulative because it's intended to show that he

21   was predisposed even before he encountered the current people

22   who are part of this investigation?

23         MS. SWEENEY:  Yes, Your Honor.

24         THE COURT:  And we know from some evidence that he

25   did not have any interaction with the CHS before this meeting

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

1   about which this witness would testify?

2            MS. SWEENEY:  Well, Your Honor, we certainly could

3   present evidence to that effect.  Essentially, it would be a

4   recorded phone call between the two of them, between the CHS

5   and the Defendant.  And it was in -- either in September or

6   early October.

7            Basically, the CHS calling the Defendant -- or I'm

8   sorry, the Defendant calling the CHS and seeing if he could get

9   a job.  So that kind of establishes the date of when their

10  first meeting was.  It's not evidence, but Mr. Tragos also said

11  in his opening that they met in September of 2011.

12           THE COURT:  In this encounter in Chicago, was it?

13           MS. SWEENEY:  It was -- yes, it was in Naperville,

14  Illinois, outside of Chicago.  And it's in May and May and June

15  or July of 2011.

16           THE COURT:  All right.

17           Yes, sir.

18           MR. GEORGE TRAGOS:  Your Honor, again, if the Court

19  allows this in, then we would have some requests because I

20  think the only way this Court could let it in, and I don't

21  think it does qualify, would be as some type of a

22  predisposition that the evidence come in of the meetings with

23  the CHS, at least the dates come in of his first contact with

24  the CHS, otherwise that's not in evidence.

25           So that's why I'm -- the prosecutor is saying some

```
 1    things that are not in evidence to justify putting these things
 2    in.
 3            MS. SWEENEY:  I wouldn't object.  We certainly have a
 4    phone call that I believe establishes when their relationship
 5    began.  If we're going to do a stipulation on the payments, I
 6    wouldn't object to a part of that being the Defendant and the
 7    CHS first met on this date.
 8            THE COURT:  The predisposition is predisposition to
 9    commit the precise offenses charged in this Indictment or the
10    predisposition to not like people who are not Islamic?
11            MS. SWEENEY:  Well, Your Honor, I mean, I
12    predisposition has to be broader than simply the base act in
13    the Indictment.  If you think about it in the context of a drug
14    prosecution which is where this perhaps more often comes up, if
15    someone claims entrapment, the Government will often introduce
16    prior occasions on which that person has dealt drugs or that
17    kind of thing.
18            So it can't be just predisposition to commit the
19    exact acts that are charged in the Indictment on the dates
20    alleged.
21            THE COURT:  But by your example in the cases that are
22    either child porn cases or child enticement cases which is the
23    other place the issue comes up, it is proof that the Defendant
24    maybe molested someone at an earlier state, and when the person
25    became an adult, they moved on to a different victim, often the
```

1  victim in the case then present or in the case of a drug case

2  where a person has previously committed a drug crime or

3  conspired to commit a drug crime, and there's a witness to that

4  effect.

5          Here, there is a difference in that the Government's

6  contention as to the motive for the crime is his Islamic

7  beliefs, however extreme they are suggested to be, but not the

8  crime itself.

9          And so, for example, if a person murders someone

10  because they were of a certain race, and the person wasn't

11  being charged with a hate crime, but was being charged with

12  murder, and the Government's contention was their motive was

13  race, do you contend the Government could go back and find some

14  racist statements they had made a long time ago about people of

15  that race and offer it as predisposition to commit murder?

16          MS. SWEENEY:  I believe they could offer it as

17  predisposition of the Defendant's intent because intent is one

18  of the elements of this crime as it would be of murder.  And so

19  the predisposition element is as to that.

20          But, I mean, a secondary basis, Your Honor, is

21  404(b), in the Government's eyes.  And this evidence is 404(b)

22  evidence of his intent.  Essentially, he had this intent and

23  this motivation prior -- well, that part is relevant only to

24  predisposition, but he had this intent and this motive and he

25  continues to have it through the commission of the instant

1    offense.

2         THE COURT:  Yes, sir.

3         MR. GEORGE TRAGOS:  Your Honor, but he did not commit

4    an offense or even say he was going to commit an offense when

5    he was in Chicago.  All he said was that -- that it's okay to

6    do something that's wrong.  And that doesn't show that he did

7    something that's wrong or he was going to do something that was

8    wrong or he had a predisposition to do something that was

9    wrong.

10        THE COURT:  Well, you're each making different

11   arguments, and when you like the argument as it relates to one

12   of your positions, you focus on that, and when you like the

13   argument as it relates to the other position, you focus on

14   that.  There are two ways to get this in, one is predisposition

15   and one is motive or intent under 404(b).

16        MR. GEORGE TRAGOS:  Right.

17        THE COURT:  The predisposition piece is a little bit

18   more difficult for the Government in that there was no prior

19   evidence of a crime of this type, but just now she's saying

20   predisposition of motive, which I never heard of, and then your

21   more difficult thing to overcome is the fact that this might be

22   404(b) evidence of motive or intent.

23        MR. GEORGE TRAGOS:  But it has -- I'm sorry.

24        THE COURT:  So you don't believe that his statements

25   frequently or in the past, that Islam permits blood letting and

| | |
|---|---|
| 1 | shooting of the kuffar, is relevant to motive or intent here |
| 2 | which is what the Government is contending his motive was here? |
| 3 | MR. GEORGE TRAGOS:  That's correct.  It is -- because |
| 4 | he has a certain religious belief that something is okay |
| 5 | doesn't mean it's predisposition that he's going to commit a |
| 6 | crime under the laws of the United States. |
| 7 | The example, and I haven't thought it through, but I |
| 8 | think this is a good example.  I can believe that it is legal |
| 9 | to -- I can be a Hoppe Indian, that it's legal to smoke a |
| 10 | certain illegal substance, or to use a certain illegal |
| 11 | substance.  It doesn't mean that that makes me predisposed to |
| 12 | use that illegal substance just because my beliefs as a Hoppe |
| 13 | Indian is it's okay. |
| 14 | And they shouldn't be able to introduce my Hoppe |
| 15 | Indian beliefs to convict me if I later on commit a crime |
| 16 | 'cause that just was my belief and I was expounding my belief |
| 17 | as I should.  And I think this even happened in a mosque, if |
| 18 | I'm not incorrect. |
| 19 | So he was expounding his religious beliefs and having |
| 20 | a religious debate in a mosque of his religion.  And I don't |
| 21 | think that that shows he's going to commit a crime and use |
| 22 | weapons of mass destruction and possess an AK47. |
| 23 | THE COURT:  All right. |
| 24 | Well, I'll keep that under consideration.  We'll |
| 25 | break till 3:30. |

```
 1              (Brief recess.)

 2              Please recall the jury.

 3              (Jury returned to the courtroom.)

 4              Counsel, you may proceed.

 5              MS. SWEENEY:  Thank you, Your Honor.

 6              The next exhibit is Government's Exhibit 116.1.  A is

 7    the recording, B is the transcript.  This is a recording from a

 8    meeting between the Defendant and the CHS on December 29th,

 9    2011.  And we will be playing the whole thing.

10              (Tape played )

11    CHS:   So you gonna stop by after or in the morning?

12    SO:   Probably in the morning.  You should go in the

13    morning too

14    CHS:   No, I can't. No, I can't, because it's gonna be

15    weird with Sami, no, let's make it after noon prayers.

16    [Background Noise] [UI]

17    SO:   [UI] after prayers.

18    CHS:   He knows when he comes and I'm not there he

19    should call. There is no way that he would leave

20    SO:   Yeah, God willing

21    CHS:   Huh?

22    SO:   There is no god but God, no Islam on my [UI].

23    [UI] because people think [UI] read the Quran, read

24    the Quran, ah?

25    CHS:   [UI]
```

CLAUDIA SPANGLER–FRY   OFFICIAL U. S. COURT REPORTER

```
 1   SO:   Its gonna be too late.  That's how I feel.  When
 2   they are gonna learn?  Acqi [brother], man, no one
 3   sees the picture [UI]
 4   CHS:   I can't, I can't
 5   SO:   Don't, I'm telling you, don't ///
 6   CHS:   I already told you ///
 7   SO:   I'm telling you not to, I am just telling you don't
 8   [UI] because you won't be able to look yourself in the
 9   mirror.
10   CHS:   I already have too much guilt ///
11   SO:   You should not look yourself in the mirror.  I'm
12   trying not to look myself in the mirror at all lately; I'm
13   gonna fix my beard [UI]
14   CHS:   It happened Iraq or Afghanistan?  ///
15   SO:   Iraq.  Afghanistan, too, everywhere.  in
16   Afghanistan they got prisons like in Iraq, rape
17   prisoners. Three guys were doing something to one
18   sister [UI], another guy was taking pictures, they were
19   laughing [UI].
20   CHS:   [UI] next to the car or far from the car, or ///
21   SO:   [UI] van
22   CHS:   Ok, over there?
23   SO:   Yeah, [UI]
24   CHS:   Ok, be careful and God willing we'll see you
25   soon; do you need any money, are you ok?
```

```
1    SO:    Yeah, I'm ok

2    CHS:    Do you have gas?

3    CHS:    I don't want to stuck in the highway

4    SO:    I won't [UI]

5    CHS:    Huh?

6    SO:    I [UI]

7    CHS:    Are sure?

8    SO:    Yes

9    CHS:    Do you have gas, or do you want, I forgot to

10   ask you

11   SO:    If I need something I'll tell you

12   CHS:    Ok, God willing

13   CHS:    You fix your breaks you said?

14   SO:    Yeah, but something [UI] wheel bearing, like

15   that, one guy said 180, the Serbian guy said 140, I

16   don't want to go to the Serbian guy anymore.  [UI] on

17   the same day, you know what I mean?

18   CHS:    Ok, God willing I'll see you

19   SO:    Peace be upon you

20   CHS:    And peace be upon you, pray my brother

21   SO:    God willing

22   CHS:    May God reward you well

23   CHS:    [UI] you got your keys, right?

24   SO:    Yep

25   CHS:    Take care, my dear
```

```
 1   SO:   Pray because I [UI],  I have to, I have to be

 2   patient.  I have to.

 3   CHS:   You are good.  You're learning.  Peace be

 4   upon you.

 5              (Tape concluded.)

 6              MS. SWEENEY:  Next is Government's Exhibit 117.2-A

 7   and B.  A is the recording, B is the transcript.  This is a

 8   recording of a meeting between the Defendant and the

 9   confidential source on December 30th, 2011.  Only going to play

10   portions of this one beginning on page one and going through

11   page three to start with.

12              (Tape played )

13   SO:   (UI)

14   CHS:   Is he Arab?  Libya?

15   SO:   He was there first time (UI) I don't know

16   CHS:   So tomorrow is, tonight is the uh, New Year

17   Eve.

18   SO:   Tomorrow.

19   CHS:   Tomorrow's the first.

20   SO:   Tomorrow's the thirty-first.

21   CHS:   Oh.

22   SO:   Tomorrow, I believe. right?

23   CHS:   Tomorrow (UI) yeah, yeah, yeah.  Sunday,

24   Sunday is the first day of the new year

25   SO:   Sunday's the first.
```

```
 1   CHS:   We'll be working.  They do fireworks here?

 2   SO:    I wanted to have [Whispering] my fireworks

 3   (UI) for the New Year's Eve.

 4   CHS:   Depends on what part?  Where?

 5   SO:    Oh!  I know so many places, where they gather

 6   (UI) downtown St. Pete (UI) fireworks.

 7   CHS:   you can't just keep [UI] your mind moving from

 8   place to place

 9   SO:    I'm not moving [UI] don't worry about me.

10   CHS:   I'm not worrying about it.

11   SO:    I have two hundred million plans to Inshallah

12   [God willing], in here.  I will go for the better plan. It's

13   not difficult.  You go,  people gather, you park your

14   car next to them,  you know, get in a cab, call your

15   buddy, and let it…

16   CHS:   You're crazy.

17   SO:    Alright

18   CHS:   That's not easy though.

19   SO:    No, it's easy

20   CHS:   It's not like what you think.

21   SO:    It's easy--

22   CHS:   If you get nervous, you get stressed, you get

23   something- -

24   SO:    That's from Shytan [satan].  You're not

25   supposed to let those thoughts, you know, especially
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
1    if somebody's planning to do something like this,

2    you're not allowed to tell him these bad things.  You're

3    not allowed to cause [UI].  You know what [UI] is?

4    CHS:   What, what, what I'm, last statement, what did

5    you say about bad things?

6    SO:   Not allowed to, when somebody's, before

7    something like this, not allowed to give them awe,

8    what if you get nervous

9    CHS:   Oh, no, no, no, no.  I'm sorry, no, I don't mean

10   that. But uh ///

11   SO:   /// you're not supposed to say it.

12   CHS:   No.  Well- – [Coughs]

13   SO:   You're supposed to only say encouraging

14   things (UI) you are suppose to say, Bissm Allah, la

15   Ilah illa Allah, Allahu Akbar [In the name of Allah.

16   There is no deity by Allah!  Allah is great!]

17   CHS:   That's 737,  you can hear it from the (UI) seven

18   thirty seven.

19   SO:   (UI)

20   SO:   How do you say Christian butcher?

21   CHS:   Huh?

22   SO:   Christian butcher?

23   CHS:   Masihi

24   SO:   Not Messiah; Nasara

25   CHS:   Nasara, Nasrani.Maisihi or Nasrani
```

1    SO:    Messiah, not thabiha? [sacrifice].

2    CHS:    Thabiha? [sacrifice?] Is that what he's saying?

3            MS. SWEENEY:   Next, we'll go -- the next portion is

4    from page four to page eight of 117.2-B.

5    SO:    Christian butcher?

6    CHS:    Butcher?  Christian butcher.

7    SO:   How do you say it?

8    CHS:    Like a man working?

9    SO:   No a man that butchers Christians.

10   CHS:    Butch, oh.  Uh  Bilarabi [in Arabic]?  Thabh Al-

11   Salibyin [The slaughter of the Crusaders].  Al-Salibyin,

12   min hom Al-Salibyin? Masihiin.[ Crusaders are the

13   Christians. Christians] — -the Crusaders.

14   SO:    Ah.  I wouldn't say Christian, I don't care about

15   that.[UI]

16   CHS:    Al-Nasara? [Christians?]

17   SO:    Thabi Al-Nasara? [Sic] [Slaughter of

18   Christains]?

19   CHS:    Thabh Al-Nasara [Slaughter of Christians]

20   SO:    Thabh [Slaughter]

21   CHS:    Tathbah [To Slaughter]  Ya Allah [Oh my God].

22   When you slaughter the animals what do you say?

23   Bissm Allh [In the name of God] The animal stops

24   breathing.  Sobhan Allah [Praise God]  You put the

25   knife and you just [Noise].

```
 1   SO:   But that's what I asked [UI]- -

 2   CHS:   [OV]  Like you said, "Allahu Akbar [God  is

 3   great]  You don't say "Bissm Allah Al-Rahman Al-

 4   Rahim", ["In the name of God the Merciful, the

 5   Compassionate"]   Why?

 6   SO:   Because, that's it [UI]

 7   CHS:   There is no mercy at that point to say Al-

 8   Rahman Al-Rahim [The Merciful, the Compassionate]

 9   So you can't go- -

10   SO:   So for the Koffar [infidels], Koffar [infidels],

11   there is no Allahu Akbar [God is Great]  no nothing.

12   You can say Allahu Akbar [God is great] to scare

13   them but there is no Bissm Allah [in the name of God

14   the Merciful]l- -

15   CHS:   [OV] You see a lot of videos.  I [laughing]

16   haven't seen one, I don't know.

17   SO:   No, I am talking about Sourat Al-Tawbah

18   [Repentance Chapter] --

19   CHS:   [OV] Ya Akhi [By God brother]- -In Syria, there

20   is a lot of massacres, and the Arabs are not doing

21   their job that they are supposed to.

22   SO:   That's exactly, you said it right. Arabs.

23   Because there is a difference between Arabs and

24   Muslims.  Those people are nationalistic Arab legal

25   nations, may Allah [God] destroy them, those people
```

```
 1    are Kofar [infidels], controlled.   [cough] Why you think

 2    they're not doing nothing? 'cause America loves

 3    what's going on.  They put that dog in office, the West

 4    has put that dog in office so you can't.

 5    CHS:   What time is it?  About- -

 6    SO:   Almost [UI]

 7    CHS:   - - almost three?  (UI) Ya Allah, Ya Allah [O

 8    God, O God]  What is that missing (UI)?

 9    SO:   Huh?

10    CHS:   Light

11    SO:   Down there?

12    CHS:   Yeah.

13    SO:   It's been like that for 7 years.

14    CHS:   Is it fixing ah [UI] bearing?

15    SO:   Wheel bearing, wheel bearing.

16    CHS:   Wh ///

17    SO:   /// The thing that holds your wheels.  That's

18    what's making noise ///

19    CHS:   /// tick, tick, tick, tick when you go all the way

20    from left to right?

21    SO:   No, no, no, no.  (UI)

22    CHS:   Is it dangerous?

23    SO:   They said if gets worse, it can make a lot of,

24    cause damage, I don't know, if, if it falls off maybe you

25    can wheel, I don't know.
```

```
1   CHS:   Listen, you gonna get rid of it?

2   SO:   Uh, I don't care what happens when I leave,

3   Inshallah. [God willing] (UI) It's only me and you

4   Inshallah [God willing]  Sunday he gonna teach me

5   how to do it in the back.

6   CHS:   Here?

7   SO:   Yeah.

8   CHS:   I'll have to take the camera system, otherwise I

9   will be in deep shit, they will stick me for you.

10  SO:   No but can't you…

11  CHS:   Ah ///

12  SO:   /// Just unplug the camera system right?

13  CHS:   What about if he doesn't feel well; feel ill?  I

14  mean this guy's a professional.  We cannot just tell

15  him what to do.  Maybe yes me and you we can (UI)

16  things the way that we wanted and then we come up

17  with solution.  But that guy is not, he's not gonna take

18  a risk, period.

19  SO:   He doesn't trust you?.

20  CHS:   He doesn't trust me?  He's not stupid, come

21  inside a building like this when  I don't know where he

22  decide to go, but he must ///

23  SO:   /// (UI) decide to go to a warehouse ///

24  CHS:   /// he must have, huh?

25  SO:   I told him I know a warehouse.
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
1   CHS:   He must have something.  I mean ///

2   SO:    /// (UI) decide to go to a warehouse ///

3   CHS:   /// he, he should arrange it and add it to the bill,

4   even if he's going to go to a hotel or he's traveling a

5   lot he can manage.  But I think that this is very, very,

6   very wrong 'cause if he jump in here, I'll be monitored

7   and he said to make sure that he look at… come on

8   man, don't be nuts.  Think wisely and be uh, realistic.

9   SO:    He comes in the car tomorrow.  And as a

10  saleperson selling the flags (UI) some flags.

11  CHS:   What about if we have, as you said, you are

12  being checked since you moved here, they put a (UI).

13  what about, uh, just, just  in case, what about if I have

14  [UI] what about if he refuse you have to have

15  something reasonable; I am not  unreasonable, I

16  wouldn't even take it…

17  SO:    Ok then  ///

18  CHS:   /// the guy's over there, what about if they walk

19  and they (UI) I mean, come on.

20  SO:    (UI) They might hear as, you never know

21  where they are, but them he thought it is a good idea.

22  CHS:   Yeah, he's, he's going back and forth and ///

23  SO:    /// but he said it is a good idea.

24  CHS:   He can, he can arrange any (UI) on shore in

25  St. Pete or Clearwater where ever you want it.  You
```

1   have to tell him where's the location, how big is it, so

2   he will arrange the things properly you cannot just go

3   and if you want to tell him, five thousand square foot

4   then you tell him I need a couple of (UI) come on, you

5   have to tell him what do you have in mind.  At least he

6   will prepare the things like- -

7   SO:   I already told him what I want.

8   CHS:   Yeah but he, things moving last time (UI)

9   SO:   Who said that?  I said if we had more people,

10  you're not listening, I still got my original plan.  I'm

11  not…you're memory is bad.  I…

12  CHS:   I am, honestly, I'm tired, I'm tired and I wanna

13  just go I might leave and go-- how' you doing?

14  CHS:   Bodko ride ya shabab [Hey guys! do you need

15  a ride?]

16  CHS:   Wallahy? By God? You need a ride?

17  CHS:    Oh, okay!

18  SO:   (UI) car ///

19  CHS:   /// Oh, I'm sorry.

20  SO:   Stop accusing me man.

21  CHS:   I'm not accusing habibi [boddy] Wallah [By

22  God] Iam sorry

23  SO:   /// My original plan is my original plan.  I said if I

24  had three more people, we would all bridges

25  and that.

```
1   CHS:   Akhi, [Brother], listen.  [whispering] (UI) There's

2   a lot of hotels on University Avenue, and Fowler.  (UI)

3   SO:   (UI) get a car.

4   CHS:   from the rental car?

5   SO:   No I need to get a car and fill up the trunk.

6   CHS:   You don't want to do that.

7   SO:   I can't go with  this, I don't want to be tracked.

8   CHS:   I think your father would be in trouble. I don't

9   know

10  SO:   I don't care

11  CHS:   But if you, if you don't care (UI)

12  [Both men speaking quietly]

13  SO:   (UI)  The thing is it's being tracked.

14  CHS:   (UI) Since you came from Chicago?

15  SO:   I don't trust (UI) I don't trust  the car (UI) get a

16  car but (UI) get's it, I'll do my thing (UI).

17  SO:   It has to be in the morning time.

18  CHS:   Uh, afternoon is better.

19  SO:   (UI) load something so, push it (UI) wind.  Put it

20  downwind (UI) travel slower, and takedown…

21  CHS:   Oh, you talking about the car?

22  SO:   No the…The one (UI)

23  CHS:   How many things you gonna do at the same

24  time?

25  SO:   Car I'm gonna do first,  get out of the car, park
```

```
 1   it, I'm gonna walk away (UI) call the number (UI) give

 2   a shock

 3   CHS:   Oh, so like the movies.

 4   SO:   they don't expect this, they gonna all pay

 5   attention to one thing.

 6   CHS:   So they come to investigate and you start- -

 7   SO:   (UI) movement (UI)

 8           (Tape concluded.)

 9           MS. SWEENEY:   The next exhibit is Government's

10   Exhibit 119.1-A and B.  A is the recording, B is the

11   transcript.  And we're going to play the whole part.  And I'm

12   sorry, this is from a meeting between the Defendant and the

13   confidential source on January 4th, 2012.

14           (Tape played )

15   SO:   [UI] Does Zekos have to go to?

16   CHS:   I'm sorry?

17   SO:   Zekos has to go?

18   CHS:   Yeah, why?

19   SO:   You want something? I'll go pick something up.

20   CHS:   We can eat here if you want to.

21   SO:   If you want we...

22   CHS:   What, what'd you want to eat.

23   SO:   Whatever you think is good. (UI).

24   CHS:   Uhm.  Do you want to pick me sandwich

25   Falafel?
```

```
 1   SO:    Write it down please, I'm not good with [UI].

 2   CHS:    You know what you want to eat?

 3   SO:    I'll see.

 4   CHS:    You see what?

 5   SO:    The menu.  Use some printer paper.

 6   CHS:    Huh. If they tell you what to put on it, tell them

 7   everything.

 8   SO:    Everything.

 9   CHS:    Yeah, let me give you some money.  [Noise]

10   No, no, no wait, wait, wait, wait!

11   SO:    (UI)

12   CHS:    No, look.

13   SO:    (UI) Parking lot. [Loud sound of prayers and

14   reciting of the Qur'an. ]

15            (Tape concluded.)

16            MS. SWEENEY:  Next one is Government's Exhibit

17   119.2-A and B.  And again, it's from the meeting on

18   January 4th, 2012.  And we'll play the whole piece.

19            (Tape played )

20   SO:    And he has cheap used tires?

21   CHS:    Yeah, yeah.

22   SO:    Okay.

23   CHS:    (UI).

24   SO:    How much money you owe me?

25   CHS:    How much I, how much you want?
```

```
1    SO:    Well how much is the tire, I don't need all of it?
2    I need one tire.
3    UM:    You want used tires.
4    SO:    Yeah, I don't want to buy new ones I have to
5    change the alignment cause it's eating everything up.
6    UM:    What kind of car is it?
7    SO:    Ninety-four Honda Accord.
8    CHS:   Honda Accord, is it drivable?
9    UM:    The front tires, huh.
10   SO:    (UI) the one at least is already peeling off.
11   CHS:   Oh!
12   SO:    A couple of days.
13   UM:    We got new tires, twenty-five, thirty dollars.
14   CHS:   Yeah. twenty thirty dollars.
15   SO:    Just give me seventy, I might change both.
16           (Tape concluded.)
17           MS. SWEENEY:  Next is Government's Exhibit 120.2-A
18   and B.  A is the recording, B is the transcript.  This is a
19   recording of the meeting between the Defendant and the CHS on
20   January 7th of 2012.  And we'll begin by playing the portion
21   that appears on page two of the transcript.
22           (Tape played.)
23   CHS:   Anywhere.  Anywhere.
24   CHS:   Anywhere.  Anywhere.  Just.
25   SO:    Park here and...  Park here!
```

```
1    CHS:    hum?

2    SO:    Stop!

3    SO:    [UI].

4    CHS:    Hum?

5    SO:    [UI].

6    CHS:    Yeah.  Gi-give me a second.  It's okay.

7    SO:    [IA].

8    CHS:    Huh?  Shut it off.

9    SO:    [IA].

10   CHS:    Umm

11   SO:    It's not good.

12   CHS:    Hum?  I don't wanna talk.

13   SO:    [IA].

14   CHS:    [IA] [SC]

15   SO:    [IA].

16   CHS:    [IA].

17   SO:    Yeah.

18   CHS:    You know I've been sick...  [SC].  I have been

19   sick yesterday

20   SO:    You know how sick I've been?  [SC].  Me too.

21   I've been sick two days.

22   CHS:    Uhh!

23   SO:    I felt so good last night and today, since I have

24   gotten no sleep, I feel bad but

25   CHS:    Just take a little sleep [IA]
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1    SO:    [SC].  [UI] Allah [God]

 2    CHS:    [IA]

 3    SO:    [UI] Allah [God].

 4    CHS:    [UI] going to the bathroom about 20 times.  I

 5    have diarrhea and [UI].  Uh, man, I don't know.

 6    SO:    Maybe Allah [God] is cleaning you out for the

 7    final.

 8    CHS:    La Ilaha Ila Allah, Muhammad Rasul Allah

 9    [There is no God but God and Muhammad is the

10    messenger of God].  [UI] once it goes

11    SO:    [IA].

12    CHS:    No, I cannot [IA].

13    CHS:    Wallahi [By God], it's not [IA].  I can't.

14    SO:    [IA].

15    CHS:    Huh?

16    SO:    [IA].

17    CHS:    Away?

18    SO:    Right!

19    CHS:    Like what?

20    SO:    If you give me your car.  I'll give you the car

21    and [UI] bring your car [IA]

22    CHS:    Akhi [brother], no.  I can't.  I'm sorry, I'm not

23    ready. I'm chicken.

24    SO:    [UI] camera [UI].

25    CHS:    Huh?
```

```
 1   SO:     [IA].

 2   CHS:    Ye

 3            (Tape stopped.)

 4            MS. SWEENEY:  The next portion is on pages seven to

 5   eight of the transcript in 120.2.

 6            (Tape played.)

 7            Ah, it's okay.  It's okay.  [IA] think about it.

 8   There is nobody following you.  Just take your car and

 9   relax.

10   SO:    I'm not going to take my car because it's being

11   tracked, you don't understand.  And the longer you

12   stay here they will come here.  Last time when I left

13   the store, I stopped at the gas station to pray.  I saw a

14   homeless person, came down, I want to pray with

15   you.  Man, you can't pray with me, I only pray with

16   Muslims.  He's like, no, I believe in God.  I'm like, no,

17   you believe in your own version of God.  So, I told him

18   about Islam, he took the shahadah [testimony] and we

19   pray together and then I left.  I [UI] because he was

20   smelling like alcohol.  I didn't want him to be [IA].  So,

21   I left somewhere further and I pulled over to pray and

22   I took my time.  All of a sudden a plane, helicopter,

23   and a car came, on the middle of the road he parked.

24   Watching!  He wasn't-- he didn't come in the parking

25   lot.  He parked on the road.  So, they're tracking my
```

```
 1   car.

 2   CHS:   When was the last time?

 3   SO:   Today, because they were coming. [UI].

 4   CHS:   La Ilaha Ila Allah [There is no God but God].

 5   What do you want to do?  What is the plan?

 6   SO:   He said he could get a second car, another

 7   car.  [UI]

 8   CHS:   Who?

 9   SO:   The guy.

10   CHS:   He said that?

11   SO:   Yes.

12   CHS:   [IA] another car coming [IA] 2000.

13   SO:   [IA] the car.

14   CHS:   I thought you told me, this is the one you

15   needed.

16   SO:   Have another car, drive away.

17   CHS:   Maybe he...  I didn't talk to him, period.  He

18   just came, Samir [PH] was there, Nadir was there, he

19   give me a piece of paper

20   SO:   I thought you said, [IA] I thought you worked.

21   CHS:   No.  He refused.  Tomorrow, he has wedding.

22   He refused completely.  I just can't

23   SO:   [IA].

24   CHS:   --I just...  Huh?  Well, that would be obvious.

25   SO:   I didn't know [IA].
```

```
 1   CHS:   Oh, yes, tomorrow I'm gonna be in [IA].

 2   SO:    Insha' Allah [God willing], [IA].

 3   CHS:   The whole [SC], the whole town is gonna go

 4   SO:    [IA].

 5   CHS:   La Ilaha Ila Allah [There is no God but God].

 6   I'm

 7   SO:    [IA].

 8   CHS:   Why don't you take a cab?  Why do I have to

 9   take you there   instead of

10   SO:    [IA].  [IA] go back and wait.  Ever since we

11   made the phone call, [IA], they've been following me

12   cause, [IA].

13   CHS:   What, which phone?

14   SO:    Remember the one phone I had

15   CHS:   You said you destroyed it.

16   SO:    Yes.  [SC].  But, every since I made that phone

17   call to him

18   SO:    they start following me for a while.  [UI] do you

19   trust these guys?

20   CHS:   He'll phone you again.

21   SO:    Today, after I drove my mother while I was

22   driving back and delivered some bread to the store

23   that buys the bread.

24   CHS:   Uh-huh!

25   SO:    Somebody text me asking to meet me at [IA].
```

1  Abdallah's address.

2  CHS:    No way!

3  SO:    Yeah, where he lives, exactly where he lives.

4  CHS:    Maybe 'Abdallah?

5  SO:    No.

6  CHS:    Did you call him?

7  SO:    No, I deleted his number, I don't talk to him

8  anymore.  But, he, he would have known that he

9  doesn't talk to [UI].  He said I don't really

10  CHS:    Did you see Salah al-Din?  Yesterday or

11  today?  And

12  SO:    He said they followed him like crazy [UI].  So,

13  I'm [UI].  I-I didn't...  I only saw him inside the masjid

14  [mosque].  Outside, no contact.

15  CHS:    Uhum.  Did you tell him when you do it?

16  SO:    [UI]

17  SO:    [UI] I told him.  He knows [UI].

18  CHS:    [UI].  Let me tell you something, I did not even

19  look at it.  I did not!  So, if somebody ask me, I'll tell

20  him, I swear I don't know.   I do not look at it.

21  [background far conversation].

22  SO:    Umm.  I didn't say nothing, I had the car, man.

23  SO:    Go driving, go driving slow, and I walk the rest.

24  CHS:    Do you know where we're going?

25  SO:    I don't know where it's at, I know.  But, I wanna

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
1   see it.

2   CHS:   Go and meet just see where it is.  I don't know

3   [UI].

4   SO:   Seven p.m. today, Days Inn Tampa bay,

5   Melbourne Boulevard, [UI].

6   CHS:   Where's that?  Huh?

7   SO:   I don't know.

8   CHS:   La hawla wala quwwatah illa billah [there is no

9   power and no strength save in God].

10  SO:   That's [UI].

11  SO:   I don't like [UI], he was supposed to give me

12  one of these.  [UI] No, they'll you have you arrested.

13  CHS:   [UI] don't have anything, suppose [UI].

14  SO:   No, with this, I wanted a long time ago. [UI]

15  CHS:   As long as you don't have anything suppose,

16  suppose they following you and they pick you up.

17  You get nothing.

18  SO:   Okay, but the thing is, why didn't he get me

19  one?  I don't trust him because of that.  If I had one, I

20  don't care who he is and who's there, clack, clack,

21  clack...  You met him seven years [UI].

22  CHS:   [UI] you gotta learn to walk out [UI].

23  SO:   It doesn't matter [UI] because you met him

24  seven years ago, right?

25  CHS:   Yes.
```

1    SO:    You met him seven years ago when you came

2    to [UI]?

3    CHS:    [UI].

4    SO:    It could've been the government.  Listen, and

5    [UI] one time you wanna [UI] go there to [UI].  I don't

6    care even if he had [UI].  That's why I wanted one of

7    these [UI].  I don't trust nobody [UI].  [UI] came in the

8    morning, I thought he was [UI], I thought no body [UI]

9    and when you come, I'll go tell him to bring one of

10   these [UI].

11   CHS:    [UI] understand because [UI].  He's gonna

12   come and he's gonna [UI].  I wasn't planning to come.

13   I mean every time I come, I tell him, man, I've been

14   gone for [UI] close and close and close and close.  I

15   went to four, five walk-in clinic today.

16   SO:    Akhi [brother] we gotta make salat [prayer], we

17   gotta get going.  Let's go!

18   CHS:    Where do you want me to go?

19   SO:    Go into my car, [UI].

20            (Tape stopped.)

21            MS. SWEENEY:  And the final portion we'll play from

22   this exhibit is on pages nine and 10 of the transcript.

23            (Tape played.)

24   CHS:    Did you lock it this time?

25   SO:    Yeah.  I don't care what you do with it.  The

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

1   flags are there, what can I do.

2   CHS:   [UI].

3   SO:   I don't know.

4   SO:   I got...  if I get a room and I do the hijra

5   [migration] tonight.  I don't know where I'm gonna

6   leave the camera.  I was hoping to give it to you.  I

7   want to do yesterday with Salahdeen, the masjid

8   [mosque] is usually empty. [UI].

9   CHS:   [UI].

10  SO:   No, I'm glad these people know [UI].

11  CHS:   That's not, no, that's not right.

12  SO:   I can still do it, listen, I can leave this

13  somewhere, I don't care.  But, I have to talk to him

14  right now.  We have to make salat [prayer]. [UI].

15  What kind of plan is this?  We said somewhere on

16  Bush Boulevard.  What kind of plan is this?

17  CHS:   I have no idea, akhi [brother].  You talked to

18  him, you said

19  SO:   I told him, Busch Boulevard,

20  CHS:   I didn't even talk to him he just gave me this

21  and left

22  SO:   We plan on meeting at seven, like I'm driving

23  with my car, I just meet him at seven.  If I even take

24  my car, I'll meet him at eleven so he [UI] they'll follow

25  me.

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   CHS:   That's... I thought you said, you

 2   SO:   He  he said  he said he's gonna rent a car and

 3   but I can't.  So, if I can [IA] put this down, that's what I

 4   think I will [UI]... I need more [UI].

 5   CHS:   Yeah, I think, I think we should go and pray.

 6   We go pick your car and then we go and get you

 7   printed direction

 8   SO:   No, no, no, no, no.  Talking little crazy.  No

 9   driving to go get my car.  I already told you.  he has

10   other car, why?

11   CHS:   I have no idea [UI]

12   SO:   I [UI], you know him?

13   CHS:   No!

14   SO:   Okay.  Let's not leave, so I know where my car

15   is.

16   CHS:   What?

17   SO:   Let's not leave, so I know where is my car.

18   CHS:   Oh, this address?

19   SO:   Yeah.

20   CHS:   Yeah, it's in the mall.  This is University Mall.

21   SO:   On Fowler?

22   CHS:   Yeah.

23            (Tape concluded.)

24            MS. SWEENEY:  Next is Government's Exhibit 120.A and

25   B.  A is the recording, B is the transcript.  This is the
```

1  continuation of the meeting between the Defendant and the CHS

2  on January 7th of 2012.

3          MR. GEORGE TRAGOS:  What did you say?

4          MS. SWEENEY:  120.3.  And we'll be playing from the

5  beginning through page three of the transcript.

6          (Tape played.)

7  SO:   I don't think they [UI], I don't know.  But, I-I don't

8  think it's open five time a day.  Just go somewhere where we

9  can pray.  Cause we're waiting.

10 CHS:   Ya Allah [O lord].  We need to know the address, that's

11 all.  So, I can drop you close to it.  How are we gonna know

12 that?

13 SO:   Let's go make salat [prayer].  Without making salat

14 [prayer], I can't think.

15 CHS:   Okay.

16 SO:   I have to get water, I'm dying of thirst, I'm hungry--

17 CHS:   Uhh--

18 SO:   ... I'm sick.  I'm tired.  Insha' Allah [God willing]--

19 CHS:   I'm looking [UI] masjid [mosque]… masjid [mosque]--

20 SO:   Insha' Allah [God willing]--

21 CHS:   ... 'Umar's masjid [mosque] and...

22 SO:   [UI].

23 CHS:   [coughing loud].

24 SO:   [UI].

25 CHS:   [coughing].  Uh, Astghafar Allah Al-'Azim [I ask the

1   almighty God's forgiveness].  I don't know where to go, tell

2   me.

3   SO:   Go to the gas station so I make wudu' [ablution]. We can

4   pray in the car if we have to.

5   CHS:   It's just...   Yeah, I understand, but my stomach is

6   cramping  [UI].

7   SO:   Go to K-Mart or Wal-Mart, get a bottle of water, go to

8   the rest room.

9   CHS:   [UI].

10  [car door closes].

11  SO:   [UI].

12  CHS:  ... and pray?

13  SO:   [UI] take them [UI]--

14  CHS:   No, no, no, no, no.  Don't make mistakes like that.  Why

15  should we go now [UI]?

16  SO:   Well, you gotta go pray and then just drop me off.  Buy

17  me a water and drop me off.  'Cause, I'm not gonna wait

18  forever.

19  [driving noise].

20  CHS:   [UI].

21  SO:   [UI].

22  CHS:   But, this is emergency now.  Now, I'm, I'm glad we lost

23  them.  I'm local now.  But I need to drop you off somewhere

24  [UI].  [UI] nervous and I am not focusing, where do you want me

25  to take you?

```
 1   SO:    [UI].

 2   [radio turned on in the background].

 3   CHS:   Now, did he reserve the room?

 4   [UI conversation].

 5   [loud traffic noises].

 6   CHS:   I'm gonna get you a sandwich.

 7   SO:    I just need some water.

 8   CHS:   I need to give you a sandwich, so you can eat or take it

 9   with you.  Get you a drink and you pray by the car.  I'll get

10   you the sandwich and I might find somewhere to drop you off.

11   Is that okay?

12   SO:    That is okay.

13   CHS:   I don't there is a sign of anybody following us.  So,

14   just don't let me make an accident.  Things would be okay.  Um,

15   um, akhi [brother], wallahi [by God], I'm [UI].

16   SO:    [UI].

17   CHS:   [UI] some time I'm not gonna go far.  I'm just gonna get

18   you this halal [permissible] sandwich [UI].

19   [Loud radio in background].

20   CHS:   [UI].

21   SO:    [UI].  They should.

22   CHS:   Hum?  What'd you mean they shouldn't?

23   SO:    I said they should.

24   CHS:   It's a restaurant.  They have to.

25   SO:    Bottle water, they don't have nothing [UI].
```

```
1    CHS:    You don't wanna—you don't wanna eat?

2    SO:    Get to the drive through.

3    CHS:   Yes, yes.  But, the...  I'm sorry, what do you want--you

4    want me to make you, um, uh, [UI] chicken, uh...  What'd you

5    want?  Falafel sandwich?

6    SO:    No!  Can't do nothing, just a salad.  Chicken salad.

7    Chicken salad.  Chicken salad.  Listen, man, I'm sick, I can't

8    eat.  Plus, I haven't slept like [UI].  [UI] Alhamdu lillah

9    [Praise be to God], [UI] cause I'm, I keep [UI] hope [UI].

10   [UI] call me, I didn't [UI].

11   [car door closes].

12   SO:    [UI] back at the store.  One more [UI].  [UI] one there

13   in the morning [UI].

14   CHS:    I cannot convince him [UI]--

15   SO:    [UI] I can't sleep now.  I look terrible, I feel [UI].

16   Let me go make [UI].

17   CHS:    Okay.  I'll--I'll met you in the, in the street.  After

18   the [UI].

19   SO:    [UI]  [SC] bottle of water [UI], a bottle of water.

20   [car door closes].

21   [short pause].

22   UF:    [UI], can I help you?

23   CHS:   May I have a chicken salad, please.

24   UF:    Number six?  You said number six, right?

25   CHS:    No, chicken salad.
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   UF:    [UI].

 2   CHS:   Uh... where are they, which number are they?

 3   UF:    --[UI].

 4   CHS:   Which number are they, the chicken salad?--

 5   UF:    [UI], I don't understand what you're saying.

 6   CHS:   I need a grilled chicken salad b--small.

 7   UF:    Okay, okay, anything else?

 8   CHS:   Uh, bottle of water.

 9   UF:    Okay, thank you.

10   [power window].

11   [long pause].

12   CHS:   Come on!  [UI].  Ouf!  [exclamation of dismay].

13   [pause].

14   CHS:   [UI]?

15   [car door closes].

16   SO:    I'm the one who prayed.

17   CHS:   Hum?

18   SO:    I'm the one who prayed.

19   CHS:   The guy thinks he's the [UI].  He's chatting with her...

20   Stupid!

21   SO:    [UI].  Do they have water?  [UI].

22   CHS:   Astghafar Allah Al-'Azim [I ask the almighty God's

23   forgiveness].  I ordered the water--

24   SO:    [UI]?

25   CHS:   Umm.
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
1    [rustling sound].

2    CHS:    I [UI] that much money.  [sighs].  Ya Allah [O Lord]!

3    SO:    Roll the window up!

4    [sound of power window].

5    CHS:    What?

6    SO:    [UI].

7    CHS:    [UI sentence].  Do you want them to do [UI] ?

8    [sound of power window].

9    UF:    Seven seventy-nine, please.  You ordered a salad and a

10   bottle of water, right?

11   CHS:    Right.

12   UF:    Thank you.  Here you are.

13   CHS:    Thank you.

14   UF:    You're welcome.

15   [far and muffled voices].

16   CHS:    [UI].

17   SO:    [UI].

18   CHS:    Hum?

19   [sound of power window].

20   SO:    [UI] when you go to [UI], [UI].

21   [sound of power window].

22   UF:    Have a nice night.

23   CHS:    Thank you.

24   UF:    Thank you.

25   [sound of power window].
```

```
 1              (Tape concluded.)

 2              MS. SWEENEY:  The next Exhibit is Government's

 3    Exhibit 120.5-A and B.  The transcript is A and the recording

 4    is B.  The transcript again from the January 7th, 2012 meeting

 5    between the Defendant and the confidential source and we're

 6    going to play the whole thing.

 7              (Tape played.)

 8    SO:   Let me tell you something...

 9    CHS:   Uhh.

10    SO:   [UI] look to the right back there.  Look to the right

11    [UI] look to the right [UI].

12    CHS:   Okay, you know what...

13    SO:   I'm just--

14    CHS:   Okay, that's fine, that's fine.  Don't worry about it.

15    [loud traffic noises].

16    CHS:   Okay!  Come on, come on, come on!

17    [loud radio in the background].

18    CHS:   [UI] if I miss [UI]. After I go to 40th--

19    SO:   [UI]--

20    CHS:   How…how…how…how far?...  No, to fortieth Street.

21    SO:   [UI].

22    CHS:   No, but I need to see the distance how, how many miles.

23    Alright, good.

24    SO:   [UI] stay right [UI].

25    CHS:   [UI], okay?
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   SO:    [UI].

 2   CHS:    Is that what you're talking about

 3   SO:    No!  [UI].

 4   CHS:    That's fine.  Everybody is passing me.  Now, [UI],

 5   there's nobody in the street now.

 6   SO:    Nobody.

 7   CHS:    Huh?

 8   CHS:    Huh?

 9   SO:    [UI].

10   CHS:    [UI].

11   [driving noise].

12   CHS:    [sighs].  [UI].  I don't wanna [UI].  Okay, how--how

13   many miles you said?

14   SO:    One, point five.

15   CHS:    One, point five and then Melbourne?

16   SO:    [UI].

17   CHS:    Okay, and then make what?

18   SO:    [UI].  [UI] 49.

19   CHS:    Forty-nine, what--

20   SO:    [UI].

21   CHS:    Huh?

22   SO:    That's the [UI].

23   CHS:    Left at Melbourne?

24   SO:    Melbourne.

25   CHS:    Melbourne.  Left?  Here's 41.
```

```
 1   SO:    [UI].

 2   CHS:    Hum?

 3   SO:    Where the money is?

 4   CHS:    I gave you the money.

 5   SO:    For... that's for hotel?

 6   CHS:    Uhm... I, uh... I am not sure.

 7   SO:    Hotel is about fifty bucks.

 8   CHS:    I know.  I [UI] from [UI].  I don't see it from my

 9   wallet. [UI]

10   SO:    [UI].

11   CHS:    [UI] all the way.

12   SO:    [UI].

13   CHS:    Nothing?  I'll, I'll, I'll give you something [UI].

14   SO:    [UI].

15   CHS:    No, [UI].  [UI] you have to take from [UI].  I don't see

16   it from [UI].  You said one point one--

17   [loud radio in the background].

18   SO:    No.  The [UI].

19   CHS:    Yeah, but you...

20   SO:    [UI].

21   CHS:    Yeah but you said after [UI] inform me.

22   SO:    One point five.

23   CHS:    Ya akhi [O brother], [UI].

24   Go

25
```

```
 1              (Tape concluded.)

 2              MS. SWEENEY:  Your Honor, may I have just a moment?

 3              THE COURT:  Yes, ma'am.

 4              MS. SWEENEY:  Your Honor, at this time, that

 5    concluded the portions of the CHS recordings that the parties

 6    wanted played.

 7              THE COURT:  All right.

 8              Please call your next witness.

 9              MS. SWEENEY:  Your Honor, next the Government would

10    offer Government's Exhibit 22 which is the stipulation of the

11    parties.

12              THE COURT:  Yes, ma'am.  You may publish it.

13              MS. SWEENEY:  Thank you, Your Honor.

14              THE COURT:  This is a stipulation that will be read

15    to the jury of certain things the parties have agreed to.

16              Counsel.

17              MS. SWEENEY:  Thank you, Your Honor.

18              The United States of America, by the undersigned

19    Assistant United States Attorney and the Defendant and his

20    undersigned counsel, hereby enter into the following

21    stipulations of fact:

22              The below facts are agreed to by the parties and the

23    parties agree that the following facts are proven beyond a

24    reasonable doubt:

25              Number one, as to the offense alleged in Count One of
```

1   the Indictment, specifically the attempt to use weapons of mass

2   destruction against persons and property within the United

3   States, the results of that offense, if it had succeeded, would

4   have affected interstate and foreign commerce.

5           Two, the inert vehicle-borne improvised explosive

6   device labeled as Government Exhibit 1, the inert explosive

7   belt labeled as Government Exhibit 7-A and the six inert

8   grenades labeled as Government's Exhibit 7-B, if they had been

9   real, would have been weapons of mass destruction.

10          Three, the firearm described as an AK47, serial

11  number 1978IL3611, labeled as Government's Exhibit 2, is a

12  fully automatic firearm also known as a machinegun.

13  Accordingly, the AK47 was required to be registered to the

14  Defendant, Sami Osmakac, in the National Firearms Registration

15  and Transfer Record before he possessed it.

16          Four, the firearm described as an AK47, serial number

17  1978IL3611, labeled as Government's Exhibit 2, is not and was

18  not ever registered to the Defendant, Sami Osmakac, in the

19  National Firearms Registration and Transfer Record.

20          So stipulated this 12th day of May, 2014.  And then

21  the stipulation is signed by me, Mr. Tragos and the Defendant.

22          THE COURT:  Please call your next witness.

23          MS. SWEENEY:  At this time, the Government calls

24  Special Agent William Ortiz to the stand.

25  Thereupon,

```
 1                         WILLIAM ORTIZ,

 2   after having been duly sworn to tell the truth, the whole truth

 3   and nothing but the truth, under penalty of perjury, was

 4   examined and testified as follows:

 5             THE WITNESS:  I do.

 6             THE CLERK:  Please state your name and spell the last

 7   for the record.

 8             THE WITNESS:  William Ortiz, O-R-T-I-Z.

 9             THE COURT:  Sir, you're under oath.  You must give

10   truthful answers to any questions asked.  If you give false

11   answers, you face penalties of perjury, false statement and

12   obstruction.

13             Do you understand that?

14             THE WITNESS:  Yes, Your Honor.

15             THE COURT:  Wait till counsel completes her question

16   before you start your answer so you're not talking over her.

17   If you see opposing counsel stand to object, wait until I rule

18   on the objection before you begin your answer.

19             Do you understand that?

20             THE WITNESS:  Yes, Your Honor.

21             THE COURT:  Counsel.

22             MS. SWEENEY:  Thank you, Your Honor.

23                      DIRECT EXAMINATION

24   BY MS. SWEENEY:

25   Q.   Special Agent Ortiz, who do you work for?
```

```
 1    A.    Federal Bureau of Investigation.

 2    Q.    And what is your current position there?

 3    A.    Polygraph examiner.

 4    Q.    How long have you worked at the FBI?

 5    A.    Seventeen years.

 6    Q.    How long have you been the polygraph examiner?

 7    A.    Four years.

 8    Q.    And prior to that, what was your position at the FBI?

 9    A.    I was investigating international terrorism.  I was

10    assigned to the Joint Terrorism Task Force for approximately

11    five, six years.  And before that, I was assigned to work

12    violent crimes.

13    Q.    What was your role in the investigation of the Defendant

14    on the night of January 7, 2012?

15    A.    I helped interview the Defendant postarrest.

16    Q.    And who else was present for that interview?

17    A.    Special Agent Jacob Collins.

18    Q.    And did you give the Defendant Miranda Warnings?

19    A.    Yes, I did.

20    Q.    And how did you do that?

21    A.    I presented the form and I verbally explained to him what

22    his rights were.

23    Q.    And was your interview with the Defendant recorded?

24    A.    It was not.

25    Q.    Why not?
```

```
 1    A.    It's not the practice of the FBI to record interviews.

 2    Q.    What did you ask the Defendant?

 3    A.    I asked him what he had in mind when he was about to take

 4    a vehicle with explosives to Hyde Park.

 5    Q.    And how did he respond?

 6    A.    He replied by saying "Islam."

 7    Q.    And did you ask the Defendant anything else?

 8    A.    I'm sorry?

 9    Q.    Did you ask the Defendant anything else?

10    A.    Yes, why did he choose --

11              MR. GEORGE TRAGOS:  Your Honor, I'm sorry, excuse me.

12    Your Honor, could we have a sidebar?

13              THE COURT:  Yes.

14              (Thereupon, the following discussion was had at

15    sidebar:)

16              MR. GEORGE TRAGOS:  I just want to make sure that you

17    are going to ask him -- are you going to ask him anything

18    elicited when he asked for a lawyer?

19              MS. SWEENEY:  No.  The next question is basically the

20    end.

21              MR. GEORGE TRAGOS:  You're not going to ask who he's

22    employed by?

23              MS. SWEENEY:  No.

24              (Thereupon, the sidebar discussion was concluded and

25    the proceedings resumed as follows:)
```

```
 1   BY MS. SWEENEY:
 2   Q.    Okay, Agent.  So, what else did you ask the Defendant?
 3   A.    Why did he target Hyde Park over Ybor City and his answer
 4   was that the police presence in Ybor City was higher.
 5             MS. SWEENEY:  Your Honor, I have no further questions
 6   of this witness.
 7                       CROSS-EXAMINATION
 8   BY MR. GEORGE TRAGOS:
 9   Q.    Agent, how was the Defendant feeling?
10   A.    I don't know.
11   Q.    Did he express to you that he was sick, felt like throwing
12   up?
13   A.    I don't recall.  He may have, but I just don't recall if
14   he did.
15   Q.    Did the agents who were monitoring him before his arrest
16   tell you that he had expressed that he was sick and not feeling
17   well?
18   A.    I don't remember that.
19   Q.    Did he speak to you about the fact that he hadn't slept?
20   A.    I don't recall him telling me that.
21   Q.    Now, you say it's not the practice of the FBI to record
22   interviews?
23   A.    Correct.
24   Q.    Why?
25   A.    I'm sorry?
```

```
 1   Q.    Why?  Why don't you record an interview?

 2   A.    Why don't we?

 3   Q.    Yes.

 4   A.    Because that would be a DOJ policy.

 5   Q.    You don't know if --

 6   A.    I don't know.  Being in the FBI for 17 years, I've never

 7   recorded an interview.

 8   Q.    Now, were you a polygraph examiner when you did this

 9   interview?

10   A.    Yes, sir.

11   Q.    And was there any polygraphing done at this interview?

12   A.    No, sir.

13   Q.    And you say Jacob Collins was with you?

14   A.    Yes.

15   Q.    Is that Agent Collins that's sitting here to my left?

16   A.    Yes.

17   Q.    And you say that you gave him his rights under Miranda,

18   correct?

19   A.    Yes.

20   Q.    Is it the policy of the FBI to have someone sign a form in

21   writing so that they would waive their rights in writing?

22   A.    We offer the opportunity for the interviewee to sign the

23   form, yes.

24   Q.    And is it the policy to have that form signed?

25   A.    The policy is to present the interviewee with the form.
```

1    The interviewee does not have to sign the form, but we have to

2    present the form.

3    Q.    And did the Defendant sign the form?

4    A.    No, he did not.

5    Q.    So we don't have a signed form in this case?

6    A.    He refused to sign, yes.  I mean, we have the form and I

7    wrote a note that he refused to sign.

8    Q.    Do you have that form with you?

9    A.    I don't have it with me.

10   Q.    Did the Defendant, when answering those questions, tell

11   you about his brother frequenting any night clubs?

12   A.    I'm sorry.

13   Q.    Did he tell you about his brother frequenting night clubs?

14   A.    No.

15   Q.    You remember that?

16   A.    No, I don't.

17   Q.    You don't remember either way?

18   A.    Right, no, I don't remember that being part of the

19   conversation.

20   Q.    Okay.  Other than what you wrote -- by the way, you did a

21   report on this, correct?

22   A.    I did not write a report.  Agent Collins wrote that

23   report.

24   Q.    Did you review the report prior to your testimony?

25   A.    Yes, I did.

1    Q.    What else did you review prior to your testimony?

2    A.    Notes and the advice of rights form.

3    Q.    Notes.  Did you write your own notes on this?

4    A.    No, I did not.

5    Q.    Whose notes did you review?

6    A.    Agent Collins'.

7    Q.    So in addition to the 302, you reviewed some notes?

8    A.    Yes, sir.

9          MR. GEORGE TRAGOS:  Your Honor, at this time, I'd

10   request those notes as well as any other *Jencks* material.

11         THE COURT:  Counsel.

12         MS. SWEENEY:  I have a copy of the notes, Your Honor.

13   Mr. Tragos can have them.

14   BY MR. GEORGE TRAGOS:

15   Q.    Whose notes are these?

16   A.    Agent Collins'.

17   Q.    Were you present when Agent Collins got the information

18   from the Defendant that he was 6'2 and 135 pounds?

19   A.    Yes.

20   Q.    And that he was born in Kosovo?

21   A.    If that's what the notes say, yeah.

22   Q.    You reviewed these notes, correct?

23   A.    Yes.

24   Q.    When did you review the notes?

25   A.    Last week.

```
 1    Q.    Soccer and basketball is on here.  Did you ask him what
 2    sports he likes?
 3    A.    I probably asked him about hobbies.
 4    Q.    That's something you're trained to do in order to get his
 5    confidence?
 6    A.    I'm trying to build rapport, yes.
 7    Q.    Trying to build what?
 8    A.    Rapport, yes.
 9              MR. GEORGE TRAGOS:  That's all the questions I have,
10    Your Honor.
11              THE COURT:  Any redirect?
12                         REDIRECT EXAMINATION
13    BY MS. SWEENEY:
14    Q.    Agent, when you reviewed the notes and the report, was
15    there anything that was inconsistent between the two of them?
16              MR. GEORGE TRAGOS:  Objection.
17              THE COURT:  Sustained.
18              MS. SWEENEY:  I don't have anything else, Your Honor.
19              THE COURT:  Thank you.  You may step down, sir.
20              (Witness excused.)
21              Please call your next witness.
22              MS. SWEENEY:  Your Honor, the next witness is
23    present.  He will go past --
24              THE COURT:  Call your next witness.
25              MS. SWEENEY:  Yes, Your Honor.  The Government calls
```

```
 1    Special Agent Steve Miller.
 2              THE COURT:  Please come forward to be sworn, sir.
 3    Thereupon,
 4                         STEVEN MILLER,
 5    after having been duly sworn to tell the truth, the whole truth
 6    and nothing but the truth, under penalty of perjury, was
 7    examined and testified as follows:
 8              THE WITNESS:  I do.
 9              THE CLERK:  Please state your name and spell the last
10    for the record.
11              THE WITNESS:  My name is Steven Miller, M-I-L-L-E-R.
12              THE COURT:  Sir, you're under oath.  You must give
13    truthful answers to any questions that are asked.  If you give
14    false answers, you face penalties of perjury, false statement
15    and obstruction.
16              Do you understand that?
17              THE WITNESS:  Yes, Your Honor.
18              THE COURT:  Also, wait until counsel completes her
19    question before you start your answer so you're not talking
20    over her.  And if you see counsel object, stand to object, wait
21    until I rule on the objection before you give your answer.
22              Do you understand that?
23              THE WITNESS:  Yes, thank you, Your Honor.
24              THE COURT:  Counsel.
25              MS. SWEENEY:  Thank you, Your Honor.
```

```
 1                     DIRECT EXAMINATION
 2   BY MS. SWEENEY:
 3   Q.    Agent Miller, who do you work for?
 4   A.    I work for the Federal Bureau of Investigation.
 5   Q.    And what's your position there?
 6   A.    I'm a Special Agent.
 7   Q.    And how long have you been with the FBI?
 8   A.    For a little over 17 years.
 9   Q.    And how long have you been a Special Agent?
10   A.    For a little over 17 years.
11   Q.    And currently, what is your focus?
12   A.    My focus is I investigate domestic terrorism and bombing
13   matters.
14   Q.    Were you involved in the investigation of the Defendant,
15   specifically, on January 9th of 2012?
16   A.    Yes, I was.
17   Q.    Were you also involved in the investigation of the
18   Defendant on January 7th of 2012?
19   A.    Yes, I was.
20   Q.    Starting on January --
21              THE COURT:  Would you pull that microphone towards
22   you and speak into it?  The witness, Mr. Miller.
23              MS. SWEENEY:  I'm sorry.  It's Agent Miller.
24              THE COURT:  Yes, sir, thank you.
25
```

1   BY MS. SWEENEY:

2   Q.   What was your role on January 9th of 2012 with respect to

3   the investigation of the Defendant?

4   A.   I assisted in the search of the Defendant's vehicle.

5   Q.   Okay.  Agent, I've placed in front of you Government's

6   Exhibit -- let's start with the one labeled Government's

7   Exhibit 54-A.  What is that?

8   A.   This is a picture depicting the Defendant's vehicle in our

9   evidence bay at the FBI Office in Tampa.

10  Q.   Is that where the vehicle was when you participated in the

11  search of it?

12  A.   Yes, it was.

13  Q.   And is that an accurate picture of what that scene looked

14  like?

15  A.   Yes, it is.

16          MS. SWEENEY:  Ms. Vizza, can we use the computer?

17          Your Honor, the Government moves in evidence Exhibit

18  54-A.

19          MR. GEORGE TRAGOS:  No objection.

20          THE COURT:  It will be received.

21          (Thereupon, Government's Exhibit Number 54-A was

22  received and filed in evidence.)

23  BY MS. SWEENEY:

24  Q.   Okay.  So is that the car that you searched?

25  A.   Yes.

```
1   Q.   And where is it located?

2   A.   It is in our evidence bay at the FBI Office in Tampa,

3   Florida.

4   Q.   During the search of the vehicle, was anything found in

5   the glove compartment?

6   A.   Yes, a Colt .45 pistol.

7   Q.   And was that firearm loaded when it was found?

8   A.   Yes, it was.

9   Q.   I'd like to ask you to take a look at Government's Exhibit

10  54-C.  And do you recognize that?

11  A.   Yes.  This is a picture of the pistol that was in the

12  glove box.

13  Q.   And does it -- is that how it appeared on the evening of

14  January 9th?

15  A.   Yes.

16        MS. SWEENEY:  Your Honor, at this time, the

17  Government moves into evidence 54-C.

18        MR. GEORGE TRAGOS:  No objection.

19        THE COURT:  It will be received.

20        (Thereupon, Government's Exhibit 54-C was received

21  and filed in evidence.)

22  BY MS. SWEENEY:

23  Q.   Okay, Agent.  So what are we -- describe to us what we're

24  looking at there.

25  A.   This is the pistol that was in the glove box of the
```

1    Defendant's car.

2    Q.    And where is it in this picture?

3    A.    Inside the glove compartment.

4    Q.    So that's a picture of the glove compartment looking into

5    the glove compartment?

6    A.    Yes.

7    Q.    During the search of the Defendant's car, was something

8    also found in the trunk of the vehicle?

9    A.    Yes, an inert large vehicle bomb.

10   Q.    So, I'd like to ask you to take a look at Government's

11   Exhibits 54-D and E and tell me, do you recognize those?

12   A.    Yes, I do.

13   Q.    And what are those; what are they?

14   A.    Well, Exhibit 54-D is a picture of the inert large vehicle

15   bomb in the trunk of the Defendant's vehicle.  Sort of an

16   overview from behind.  And then Exhibit 54-E is a closer-in

17   image of the vehicle showing the orange box and some of the

18   blasting cap and detonating cord and things like that.

19   Q.    And do those -- are those images accurate, that is, do

20   they show what you saw that evening?

21   A.    Yes, they do.

22            MS. SWEENEY:  Your Honor, the Government moves into

23   evidence 54-D and E.

24            MR. GEORGE TRAGOS:  No objection.

25            THE COURT:  They'll be received.

```
 1              (Thereupon, Government's Exhibits 54-D and E were
 2    received and filed in evidence.)
 3              MS. SWEENEY:  Can we please put up 54-D?
 4    BY MS. SWEENEY:
 5    Q.   Okay.  Agent, so is this the image that you described kind
 6    of as an overview sort of shot?
 7    A.   Yes.  That's an overview of the trunk as it is opened with
 8    the inert bomb sitting inside the trunk.
 9    Q.   And can we please put up 54-E?
10         Agent, is that the closeup that you referenced?
11    A.   Yes, that's the closeup, like from above the trunk and to
12    the orange case that's sitting in the inside of the trunk.
13    Q.   And what did you do with this device on January 9th, 2012?
14    A.   I needed to remove it from the trunk, so I took several
15    different steps to remove it.  First, obviously, we took
16    pictures of the device in place.  And then I had to disconnect
17    the blasting cap there that you see in the image.  Is there a
18    way I can point?
19              THE COURT:  Yes, just touch it.
20              THE WITNESS:  This here, this blasting cap, I had to
21    cut that away.
22    BY MS. SWEENEY:
23    Q.   Agent, are you actually touching the screen?
24    A.   Yeah.
25    Q.   Touch it and move your finger and see if -- there.
```

1   A.   Yeah, that's the blasting cap there.  That's pink now.  I

2   had to cut that and remove that away.  And then I had to

3   separate the two homer buckets, the Home Depot type buckets.

4   They were connected by that -- this cord here.  This cord is

5   connecting them both, it's the detonating cord, so I had to cut

6   them apart so we could remove the buckets from the trunk.

7             MR. GEORGE TRAGOS:  Your Honor, I have no further

8   questions for the witness.

9                       CROSS-EXAMINATION

10  BY MR. GEORGE TRAGOS:

11  Q.   In preparation for your testimony, Agent, what did you

12  review?

13  A.   I reviewed the photos from the crime scene, the

14  photos that we took during the day of January 9th, and I

15  reviewed the evidence log and my 302 that I wrote.

16  Q.   I'm talking about the photos that have been introduced

17  into evidence.

18  A.   These photos here?

19  Q.   Yes.

20  A.   Yes.

21  Q.   Those are the photos you're talking about?

22  A.   Those photos and there were more photos as well.

23  Q.   Of the same location?

24  A.   Pardon?

25  Q.   Of the same location?

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1  A.    These photos from the same location, from the evidence bay
 2  at the FBI Office.
 3  Q.    All right.
 4        I'll try to rephrase it then.  The photos that we have in
 5  evidence that you have before you there; you see them, correct?
 6  A.    Yes.
 7  Q.    Okay.  Are the other photos you reviewed photos of the
 8  same vehicle done at the same time?
 9  A.    Yes.
10  Q.    At the same location?
11  A.    Yes.
12  Q.    And you say you did a 302?
13  A.    Yes, sir.
14  Q.    Just one?
15  A.    One that day, yes.
16  Q.    Okay.  You did more than one on this case?
17  A.    I don't think so, but I couldn't be sure.
18  Q.    Besides this, what you did right here, what else did you
19  do in this case?
20  A.    This is pretty much -- pretty much it.  I mean, we had
21  some interactions just talking about some of the other
22  explosive devices that were introduced and did some
23  surveillance on the case.
24  Q.    You participated in the surveillance?
25  A.    Yes, sir.
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1    Q.    You know when you did that?
 2    A.    I couldn't say.
 3    Q.    And did you surveil, like follow in a car?  Were you in an
 4    airplane?
 5    A.    In a car.
 6    Q.    Car.  And did you follow the confidential human source or
 7    the undercover FBI agent?
 8    A.    I don't recall who exactly I followed.  There's several
 9    people that were followed.  I think sometimes the Defendant,
10    sometimes other folks that were affiliated with the case, but
11    there were multiple people surveyed.
12    Q.    Okay.  So you don't know who it was you were following?
13    A.    Not at any given time.  I couldn't say who I followed
14    when.  I'm sure I followed the Defendant.
15    Q.    Is there a record kept when people do that?
16    A.    Usually yes, a surveillance log of some sort.
17    Q.    Okay.  So a surveillance log is kept?
18    A.    Sometimes, it just depends.
19    Q.    Now, on these particular items, when you saw them in the
20    van on January 9th, was that the first time you ever saw them?
21    A.    No, sir.
22    Q.    When had you seen them before?
23    A.    I've seen them before at the FBI Office prior to the items
24    being given to the undercover FBI agent, and then I saw them
25    the night of January 7th.
```

CLAUDIA SPANGLER—FRY  OFFICIAL U. S. COURT REPORTER

1   Q.   Okay.  How did you see them that night?

2   A.   The trunk of the car was opened after the arrest.

3   Q.   Okay.  So you were there at the arrest?

4   A.   Yes, sir.

5   Q.   All right.

6        Did you have a hand in assembling the fake explosive

7   devices?

8   A.   To a small degree.  The only thing I had a hand in is the

9   fake or inert device.  That was not made by myself, but the

10  only hand I had in it was I put in the diesel fuel.

11  Q.   Okay.  That orange box -- excuse me a second.

12       Exhibit 1-D.

13  A.   Yes, sir.

14  Q.   You familiar with that box, you've seen it before?

15  A.   Yes, sir.

16  Q.   And you seized it from the vehicle pursuant to the search,

17  correct?

18  A.   Yes, sir.

19  Q.   Prior to that day, had you seen that orange box before?

20  A.   Yes, at the same time I seen the rest of the components as

21  I explained at the FBI Office before we gave it to the

22  undercover and then in the vehicle the night of the arrest.

23  Q.   Would you open that orange box, 1-D, please?

24       And you see the instructions typed on the top, "Turn on

25  the cell phone?"

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1   A.    Yes, sir.
 2   Q.    Okay.  Did you have any involvement in those instructions?
 3   A.    No, sir.
 4   Q.    Did you have any involvement in assembling that orange box
 5   and what's in it?
 6   A.    No, sir.
 7   Q.    Where was that done?
 8   A.    I believe at Quantico at our FBI Laboratory.
 9   Q.    When you saw it at the FBI Office, did you -- was it just
10   the situation where you happened to be in the room or did you
11   actually have any reason for reviewing it in the FBI Office?
12   A.    It was part of preparing the device to be given to the
13   undercover FBI employee.
14   Q.    Okay.  Did you have to educate him at all?
15   A.    I don't recall.  I think the directions here on the box
16   are pretty self evident, but I don't recall if we had to
17   educate him on the box or not.
18   Q.    Did you have to educate him on any of these explosives and
19   what to say about them or how to use them or how to explain
20   them?
21   A.    We talked about some of the explosive devices.  I don't
22   know if I had to educate him or not.  We talked about the
23   devices, what they were.
24   Q.    About where to plug things in, where to put the batteries
25   in, things like that?
```

1   A.    Perhaps.  I think so.

2   Q.    You think you did have to talk to him about that?

3   A.    We talked about it.  I mean, obviously, these are

4   nine-volt battery holders.  We looked over it just so that, you

5   know, he would seem comfortable with the device at the time, I

6   think, but I don't recall exactly what we talked about.

7   Q.    Then there is an evidence log you say, correct?

8   A.    Regarding?

9   Q.    Regarding the seizures you made on January 9th?

10  A.    Yes, there's an evidence log.

11  Q.    And you prepared that?

12  A.    I did not.

13  Q.    Who prepared that?

14  A.    It's prepared by multiple different people.  Like there's

15  a photo log that a person would keep the photo log, somebody

16  will give a sketch, there's an administrative log, so multiple

17  people participate in preparing this evidence log.

18  Q.    For your testimony here, in preparation for your testimony

19  here today, you said you reviewed an evidence log?

20  A.    Yes, sir.

21  Q.    Do you have that with you?

22  A.    No, sir.

23  Q.    Do you know what evidence log you reviewed?

24  A.    Yes, sir.

25  Q.    Which one did you review?  You said you had multiple logs,

```
 1    I'm just trying to --
 2    A.    No, I mean it's the whole log, it's all put together in
 3    one packet from the search where we removed the device from the
 4    vehicle.
 5             MR. GEORGE TRAGOS:  Your Honor, might I inquire?  Is
 6    that the evidence log that I've received?
 7             MS. SWEENEY:  Yes.
 8             THE COURT:  How much longer are you going to go with
 9    this witness?
10             MR. GEORGE TRAGOS:  About one minute, Your Honor.
11             THE COURT:  All right.
12    BY MR. GEORGE TRAGOS:
13    Q.    The pistol that you found in the vehicle, do you have it
14    still there in front of you?
15    A.    The pistol, no.
16    Q.    You don't have it?
17             MR. GEORGE TRAGOS:  I don't have the exhibit number.
18    BY MR. GEORGE TRAGOS:
19    Q.    I show you Exhibit 6-A.
20    A.    Yes, sir.
21    Q.    The Government showed you a picture of that pistol,
22    correct?
23    A.    Excuse me?
24    Q.    The Government showed you a picture of that pistol?
25    A.    Yes, sir.
```

```
 1   Q.    When you found it, you seized it, correct?
 2   A.    No, sir.
 3   Q.    Who seized it?
 4   A.    Alex Ferrara who found it in the car.
 5   Q.    Was it loaded?
 6   A.    Yes, sir.
 7   Q.    And do you know how many bullets it had in it?
 8   A.    Ten.
 9   Q.    How do you know that?
10   A.    It was in the log.  And it was in the log and there was a
11   picture of the gun with the magazine removed, and then one
12   bullet that was in the chamber.
13   Q.    And you, yourself, though, did not see it or seize it or
14   see any of that?
15   A.    I did see it.  I didn't physically seize it from the
16   vehicle.
17   Q.    Okay.  So you don't know if it was actually loaded in the
18   vehicle, you just know that from the log?
19   A.    Pardon, no.  They pulled it from the vehicle, we unloaded
20   it.
21   Q.    You saw that happen?
22   A.    Yes.
23             MR. GEORGE TRAGOS:  Okay.  That's all the questions I
24   have.
25             MS. SWEENEY:  I just have very brief redirect, Your
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    Honor.

2              THE COURT:  Very.

3                      REDIRECT EXAMINATION

4    BY MS. SWEENEY:

5    Q.    Agent, why did you put diesel fuel on the buckets?

6    A.    With a bomb of this type, it's a fertilizer, it's meant to

7    simulate a fertilizer-based explosive like ammonium nitrate and

8    fuel oil.  In this case, the bomb was -- had urea inside of it

9    which is another fertilizer that is not ammonium nitrate, it's

10   not explosive, but the diesel fuel has a distinct odor.

11         I don't know if, you know, when we showed the bomb

12   previously, if anyone noticed, but it has a distinct odor.  To

13   make the bomb look and smell more realistic, we added the

14   diesel fuel.

15   Q.    During the course of your FBI career, have you constructed

16   a number of explosive devices and inert explosive devices?

17   A.    Yes, ma'am.

18   Q.    What is your practice with respect to putting instructions

19   on those devices?

20             MR. GEORGE TRAGOS:  Objection, outside the scope of

21   direct and not relevant to this case.

22             MS. SWEENEY:  It's within --

23             THE COURT:  Overruled as to the instructions.

24   BY MS. SWEENEY:

25   Q.    So Agent, when you build an explosive device or an inert

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

 1   explosive device, what is your practice with respect to putting

 2   instructions somewhere on those devices?

 3   A.   I typically put instructions on the devices that I build

 4   because the one thing you want the least when you make a bomb

 5   is you want to make it -- especially, even if it's --

 6          THE COURT:  The question was, what was your practice,

 7   and the practice is to put the instructions there.

 8          Next question.

 9   BY MS. SWEENEY:

10   Q.   Why do you do that, Agent?

11          MR. GEORGE TRAGOS:  Objection.

12          THE COURT:  Sustained.

13          MS. SWEENEY:  Your Honor, I have nothing further for

14   this witness.

15          THE COURT:  Thank you, sir, you may step down.

16          THE WITNESS:  Thank you, Your Honor.

17          (Witness excused.)

18          THE COURT:  All right.

19          Ladies and gentlemen, that concludes the presentation

20   of the case to you today.  We'll start tomorrow at the regular

21   time of 9:00 o'clock.  And I'll try to get you out of here by

22   4:30.  We will see you back tomorrow.

23          The Court will remind you of your obligation to

24   refrain from considering anything about this case outside of

25   this case or discussing it among yourselves or discussing it

1   with anyone else.

2           I think that I can report, although, I always do with

3   hesitation that we're ahead of schedule.  I don't want to tell

4   you how far ahead of schedule because as soon as I say that,

5   something will happen and we'll get delayed.  But I do want to

6   let you know that we are.  We feel like we're a little bit

7   ahead of schedule, so we will continue to be efficient with

8   your time and we will allow you to be excused for the evening.

9           Yes, sir.

10          MR. GEORGE TRAGOS:  Before the jury is excused, can

11  we have a sidebar?

12          THE COURT:  Yes, sir.

13          (Thereupon, the following discussion was had at

14  sidebar:)

15          MR. GEORGE TRAGOS:  Tomorrow morning, we have two

16  Daubert issues I think we're going to be covering.  One is

17  because the witness is going to be here.

18          MS. SWEENEY:  Mr. Kohlmann.

19          MR. GEORGE TRAGOS:  Mr. Kohlmann is going to be here

20  and we have the guy from Chicago is going to be here.

21          THE COURT:  So I'll see you at 8:00 o'clock.

22          MR. GEORGE TRAGOS:  Couldn't we -- like I come from

23  Clearwater.

24          THE COURT:  8:30.  Thank you.

25          (Thereupon, the sidebar discussion was concluded and

```
 1    the proceedings resumed as follows:)

 2              Thank you, ladies and gentlemen.  You're excused.

 3              (Jury excused from the courtroom.)

 4              All right.

 5              I knew we had a Daubert issue with respect to

 6    Mr. Kohlmann.  There's some other issue with respect to another

 7    witness?

 8              MS. SWEENEY:  I believe Mr. Tragos was just referring

 9    to the witness from Chicago, Your Honor, who I think we've

10    already discussed.

11              THE COURT:  My review of the case law suggests that

12    that witness is permitted to testify.  His testimony would be

13    relevant to establish the Defendant's predisposition to commit

14    offenses of the type present on the allegations asserted here,

15    though my review -- what's that noise -- somebody's cell phone

16    is on?

17              UNIDENTIFIED PERSON IN AUDIENCE:  That was mine, Your

18    Honor.  I'll turn it off.

19              THE COURT:  All right.

20              My review of the 302s suggest that his statements are

21    relatively limited.  When I first read it in quick passing when

22    it was presented to me, there was a plethora of things this

23    Defendant supposedly said at the mosque.  But it appears --

24    Mr. Elessaway, is he the one that's supposed to be coming?

25              MS. SWEENEY:  Yes, Your Honor.
```

1           THE COURT:  It appears there were only two statements

2    made to him.

3           May I see the transcript, Mr. Barthle?

4           (Brief pause.)

5           One statement that Mr. Elessaway is prepared to say

6    that Mr. Osmakac told him directly was that since there is no

7    land in this world that follows Sharia Law, all can be killed

8    in the name of jihad, and that real jihad was the one that

9    sheds blood.

10          And then additionally, Mr. Elessaway is prepared to

11   testify that Mr. Osmakac referred to him as kuffar, and then

12   stated, we are allowed to kill the kuffar, which Mr. Elessaway

13   perceived as a threat to him personally.

14          Now the rest of the statements about going into

15   someone's home and shooting them and all that appears to be

16   double if not triple hearsay related to Mr. Elessaway by others

17   through others and then to him.  Now I don't know what he's

18   going to say if he comes to testify, but based upon the 302s,

19   those are the only things that he says were said to him in his

20   presence.

21          MS. SWEENEY:  Your Honor, I believe that he did hear

22   these other statements that you just referenced personally.  I

23   believe he personally heard the statement --

24          THE COURT:  The 302 doesn't say that.  The 302 says

25   the youth were complaining to Elessaway stating that they were

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

|      |                                                              |
|------|--------------------------------------------------------------|
| 1    | making strange statements and trying to misguide the youth.  |
| 2    | And he advised the youth to stay away from them.             |
| 3    |         So, it will be interesting if he now recalls the same |
| 4    | as having been made in his presence because then the 302s    |
| 5    | wouldn't seem to be accurate.                                |
| 6    |         MS. SWEENEY:  Well, Your Honor, I mean, just to be    |
| 7    | clear, the witness does not review the 302s, even after they're |
| 8    | written --                                                   |
| 9    |         THE COURT:  I understand what 302s are, Ms. Sweeney. |
| 10   |         MS. SWEENEY:  So the witness hasn't adopted this and |
| 11   | there may be slight differences between what he recalls and  |
| 12   | what is in this 302.  But I believe that he did hear the     |
| 13   | statement about being able to take things from disbelievers and |
| 14   | go into homes and those -- I believe he heard those statements, |
| 15   | Your Honor.                                                  |
| 16   |         THE COURT:  I believe the 302 says he heard them from |
| 17   | others, so what is the source of your belief about his having |
| 18   | heard them directly?                                         |
| 19   |         MS. SWEENEY:  I spoke with Mr. Elessaway on the phone |
| 20   | two weeks ago, maybe, and I did not ask.  All I said to him  |
| 21   | was, tell me what you remember from your interactions with this |
| 22   | Defendant, and I didn't give him the 302s, he didn't review  |
| 23   | them because these aren't his statements, they're the statement |
| 24   | of how somebody else remembers what he said to him.          |
| 25   |         THE COURT:  Well, what he remembers about his        |

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

| | |
|---|---|
| 1 | interaction might, to a lay person, encompass what other people |
| 2 | told him was said.  My only point is that he will only be |
| 3 | allowed to testify about what was said to him. |
| 4 | MS. SWEENEY:  Understood. |
| 5 | THE COURT:  Not what other people told him supposedly |
| 6 | that Mr. Osmakac said.  And if he is prepared to say those two |
| 7 | things, then I think they would go to the question of |
| 8 | predisposition of the Defendant.  They would also serve as |
| 9 | evidence of his intent as well. |
| 10 | I'm not sure that if this were a case where his -- |
| 11 | his entrapment defense weren't relevant, the Court wouldn't |
| 12 | consider that to be merely cumulative, but in the context of an |
| 13 | entrapment defense where predisposition is properly considered, |
| 14 | the Court considers that to be some evidence of that. |
| 15 | Yes, sir. |
| 16 | MR. GEORGE TRAGOS:  Your Honor, if his testimony is |
| 17 | beyond those two statements, I would like to be placed on |
| 18 | notice of that to see whether or not, again, those statements |
| 19 | would comport with predisposition or 404(b).  So I would -- if |
| 20 | it goes beyond that, I would like to know that before he's put |
| 21 | on the stand. |
| 22 | THE COURT:  Well, let's do this.  Since the rule |
| 23 | hasn't been invoked in this case, there's a question about it, |
| 24 | let's not have a conversation with Mr. Elessaway before he |
| 25 | takes the stand tomorrow.  We will have a proffer of his |

```
 1    testimony through him by inquiry before he is presented in
 2    front of the jury so that we're clear that he doesn't begin to
 3    present hearsay of others in the context of his testimony.
 4              MS. SWEENEY:  Your Honor, did I understand your
 5    instruction to be not to speak to him again before he takes the
 6    stand?  Is that what you --
 7              THE COURT:  Not other than to tell him he will be
 8    here to testify, not to speak to him about the content of his
 9    testimony.
10              MS. SWEENEY:  May I -- I won't speak to him about the
11    content, may I instruct him specifically on the Court's ruling
12    that he should only relate what he personally heard?
13              THE COURT:  No.  You can just have him come and not
14    talk to him about his testimony, and then when he gets here, we
15    will inquire of what he heard personally, and then we will
16    insure that whatever he tells us he heard personally is
17    predisposition intent evidence and then because, for example,
18    as you point out, he didn't read the 302s, so we don't know
19    what he's going to say he heard Mr. Osmakac say.  We only know
20    now what the agents say he said he heard Mr. Osmakac say.
21              So let's just hear from him for the first time
22    without any prodding and prompting and explanation and coaching
23    by anyone on either side of the case, if he is still needed for
24    testimony, which I don't think he is, but that's the
25    Government's predilection and preference.
```

```
 1              And then the other thing is Mr. Kohlmann and the
 2    expanse to which he will be allowed to testify?  Is that the
 3    question that remains pending with him?
 4              MR. PETER TRAGOS:  Yes, Your Honor.
 5              THE COURT:  And we'll take that up at 8:30.  He'll be
 6    here at 8:30?
 7              MS. SWEENEY:  Yes, Your Honor.
 8              THE COURT:  All right.
 9              Anything else?
10              MR. GEORGE TRAGOS:  I just want to make sure the
11    Defendant is here at 8:30.
12              THE COURT:  Yes, the Defendant will be here?  Yes?
13    Where are my Marshals?
14              THE MARSHAL:  Yes, Your Honor.
15              THE COURT:  All right.
16              And is Mr. Kohlmann and Mr. Elessaway, are they the
17    last two witnesses?
18              MS. SWEENEY:  No, Your Honor.
19              We further have, Your Honor, Lynn Billings.  She
20    searched the hotel room.  We have Keith Arndt.  He conducted
21    the analysis on the various cell phones that were -- she
22    searched the hotel room which may seem kind of pointless since
23    the evidence is all in.
24              The other thing that happened is, the Defendant threw
25    his cell phone and he threw two phone numbers over a fence at
```

1    the hotel and she found those.  And she'll testify to that.

2           Keith Arndt will testify to what's on the cell

3    phones, including the fact that the bomb phone number was

4    programmed into the Defendant's cell phone.

5           Jeff Fuller, another agent, will testify to finding

6    the Defendant's getaway vehicle, essentially, that where he

7    parked it and it was in the location where he said it was.  We

8    have Mr. Elessaway.  We have Special Agent Haag.  I don't know

9    if he has confirmed from the big disk the phone calls that

10   we've discussed, but if he has, he will testify again about

11   that tomorrow.  Someone to identify Russell Dennison's voice.

12   Then we have also finally --

13          THE COURT:  Who is that someone?

14          MS. SWEENEY:  It either -- most likely will be Amy

15   Pittman, Your Honor.  She's interviewed Mr. Dennison

16   previously, and she can testify from her interviews of him that

17   she recognizes his voice.

18          THE COURT:  How many times has she interviewed him?

19          MS. SWEENEY:  I believe twice, Your Honor.  And then

20   in addition to that, recognizing him, she will review videos

21   that he has posted on the Internet where his voice is also

22   heard.

23          And then finally we have Rafi Diaz, an agent who went

24   to the Defendant's home on the night of his arrest and got the

25   computer from the house.  And then Peggy Fox who will testify

```
 1    to the image, the thumbnail, essentially, of the German
 2    brothers' video on the Defendant's computer that
 3    Mr. Kohlmann -- the Government seeks to have Mr. Kohlmann
 4    testify about.
 5            THE COURT:  This is a still photo or is this an
 6    actual video?
 7            MS. SWEENEY:  It is not the actual video, Your Honor.
 8    It's purely a thumbnail from the video.  And in all honesty, I
 9    think the evidence is far stronger that the Defendant viewed
10    this video from his own statements.  He describes exactly
11    things that happened in that video.  I don't want to raise the
12    issue now beause the Court doesn't want to hear it, but --
13            THE COURT:  I don't.
14            MS. SWEENEY:  Okay.
15            THE COURT:  But she is going to testify to the
16    presence of a still photo from some sort of image that was
17    pulled from the screen, not the content or the video itself?
18            MS. SWEENEY:  No, it's neither the content nor the
19    video.  It is nearly an image.  All that is --
20            THE COURT:  Image of what is the question?
21            MS. SWEENEY:  It is -- essentially, imagine, Your
22    Honor, an icon of some sort.  Basically, all that is on the
23    Defendant's computer is a jpeg image that is a still from the
24    video.  I don't believe she can --
25            THE COURT:  That was my question.  It's a still photo
```

1   from the video and is the only thing she's testifying came from

2   the computer?

3            MS. SWEENEY:  Yes.

4            THE COURT:  And that's supposed to be the

5   foundational basis for Mr. Kohlmann's testimony that the video

6   was on his computer?

7            MS. SWEENEY:  Your Honor, the basis for

8   Mr. Kohlmann's testimony is that the Defendant viewed the

9   video.  And he can say that based on the things that the

10  Defendant says in the recordings.

11           THE COURT:  What's the relevance of the photo on the

12  computer?

13           MS. SWEENEY:  It's not.  I would -- frankly, Your

14  Honor, I'd rather just proceed on what Mr. Kohlmann can say

15  that makes it clear to him that the Defendant viewed the German

16  brothers' video.  If -- I'd rather not present it, so we'll

17  proceed on that basis.  We'll proceed on the basis of the

18  Defendant's statements prove that he watched that video.

19           THE COURT:  And that's by the -- Mr. Kohlmann

20  comparing the video to the Defendant's statements?

21           MS. SWEENEY:  That's correct, Your Honor.

22           THE COURT:  And they are so close and verbatim and

23  unique that it couldn't have been something the Defendant came

24  up with on his own?

25           MS. SWEENEY:  No, I don't believe it could, Your

1   Honor.  In one of the videos, the Defendant describes

2   specifically an attack in Waziristan, and he describes this

3   attack and how multiple people were killed and graves had to be

4   dug and there was the smell of death in the air, and that is

5   exactly what Abu Adam says in this German video.  He --

6           THE COURT:  Does the defense disagree?  You're

7   shaking your head and I don't know for what purpose.

8           MR. PETER TRAGOS:  I disagree because yesterday the

9   prosecutor said that his martyrdom video mirrored this video so

10  much.  And after looking at Mr. Kohlmann's report again,

11  there's only one line that's not even verbatim that is saying

12  that he repeats from the video.

13          MS. SWEENEY:  That is -- sorry --

14          THE COURT:  In the report of Mr. Kohlmann, he does

15  not recite that the two are so similar that that is his basis

16  for believing that it was the source of the Defendant's

17  martyrdom video.

18          MR. PETER TRAGOS:  He talks about how in the

19  transcripts he says the two German brothers did this, this and

20  this, but as far as his martyrdom video, you know, the words

21  that I see that are exact -- they're not even exactly the same

22  or when they talk about not first, second, third or fourth

23  world war, from what he quotes from the German video.

24          THE COURT:  Not this part about death in the air and

25  so forth?

1           MR. PETER TRAGOS:  That's when he's talking to, I

2    think, the UCE about have you seen the video.

3           MS. SWEENEY:  That's also in --

4           THE COURT:  That's when who is talking to the UCE?

5           MR. PETER TRAGOS:  The Defendant, but not the

6    martyrdom video.

7           MS. SWEENEY:  These items are all in Mr. Kohlmann's

8    report.  He's explaining that the pieces -- what the Defendant

9    says that makes it clear he's viewed this video.  Then in

10   his martyrdom video, he calls out to Abu Adam and Abu Ibrahim

11   and then he -- I don't disagree with Mr. Tragos that it's not

12   an exact quote, but the idea is the same.  It is that,

13   essentially, jihad is the next world war or something along

14   those lines, essentially.

15           And the Defendant make that same sort of claim in his

16   martyrdom video.  And Mr. Kohlmann can present that exact

17   language and explain how he sees that the Defendant must have

18   viewed this video.

19           THE COURT:  Is the Government seeking to introduce

20   the video of the German brothers in evidence or just the fact

21   that the Defendant was mimicking some of the things that they

22   said and that at least as to one of them some evidence as to

23   his background?

24           MS. SWEENEY:  Your Honor, we would seek to introduce

25   the video into evidence as -- again, it goes to the

| | |
|---|---|
| 1 | predisposition.  It shows that the Defendant was -- he's the |
| 2 | only person in this case that speaks German.  The UC and the |
| 3 | CHS don't speak German. |
| 4 | And I think it goes to show his predisposition, |
| 5 | essentially, that these are items that he was seeking out and |
| 6 | watching on his own, things putting forth these kinds of ideas |
| 7 | and that are promoting violence because, essentially, the |
| 8 | entire thrust of the German brothers' video is that the whole |
| 9 | world must follow Sharia Law, and if they don't, lands can be |
| 10 | retaken by violence.  That's the overall idea of this video. |
| 11 | And given that the Defendant not only watched it but |
| 12 | found it so influential he talked about it on multiple |
| 13 | occasions, I believe it's proof of predisposition. |
| 14 | THE COURT:  Counsel. |
| 15 | MR. PETER TRAGOS:  Your Honor, I think it's maybe an |
| 16 | argument that didn't sit or didn't win us the day before, but I |
| 17 | think that showing his watching videos and his religious |
| 18 | beliefs don't necessarily show a predisposition to have a bomb |
| 19 | in his car and buy grenades and guns.  They show a |
| 20 | predisposition to a religious belief. |
| 21 | So it's the same thing as him telling Iman that he -- |
| 22 | I'm sorry, it's not Iman, the president of the mosque that he |
| 23 | believes that it's okay under Sharia Law to kill people that |
| 24 | are disbelievers.  And this is the same thing, just 'cause he |
| 25 | watches these videos of these people that say, it's okay to |

1   kill somebody, doesn't necessarily show he has a predisposition

2   to be somebody that buys a bomb or somebody that goes out and

3   buys guns.  And they're also not his statements.

4           I think this is just purely prejudicial and there's

5   no probative value to some other guy's video that isn't before

6   this jury.  And so everything that he said is not going to be

7   taken as evidence against this Defendant when this Defendant --

8   I mean, as his own words that he has to live with in this case.

9           THE COURT:  Well, that's my greater concern with the

10  playing of an entire video of another person with other views,

11  maybe more expansive than this Defendant's views.  I don't know

12  what the video shows.  But to the extent that the Defendant

13  made statements establishing his predisposition to behave a

14  certain way and those statements find their source in other

15  extremists and there's some evidence of who at least one of

16  these other extremists is, the Court would consider that.

17          But the notion of playing another extremist's entire

18  video to show what his additional beliefs were, to the extent

19  that they're not reflected in the Defendant's own martyrdom

20  video, would seem to me to have a greater prejudicial and

21  probative effect on the course of this case.

22          So I'm not sure what all is in this other video that

23  the Government seeks to play, but to the extent that it exceeds

24  those statements the Defendant adopted, it would seem to be

25  potentially overly prejudicial under the rules.

```
 1             Ms. Sweeney.
 2             MS. SWEENEY:  Your Honor, we will endeavor to --
 3   either we will present testimony about the video solely through
 4   Mr. Kohlmann and won't play anything, or we'll attempt to clip
 5   it to where it's limited to simply the parts where the
 6   Defendant mirrors or says the same thing.
 7             The only other thing I would add is, we're saying
 8   video and it is a video, but the -- it's mostly just audio.
 9   The video itself is just the still image of Abu Adam, he's
10   wearing camouflage, he's sitting in front of like some hills or
11   some rocks and he might be holding a gun.  I can't remember if
12   he's holding one finger up like number one or pointing at the
13   sky, I'm not sure which one.
14             So there's no action in the video, it's merely an
15   image that plays on the screen.  And the entire video is 14
16   minutes long.  So -- but I understand the Court's ruling.
17             THE COURT:  All right.
18             And then I'll address anything else with regard to
19   Mr. Kohlmann in the morning when we proceed at 8:30.
20             We stand in recess.
21             (Thereupon, the proceedings concluded.)
22                        *******
23
24
25
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1                        CERTIFICATE

 2

 3   STATE OF FLORIDA          )

 4   COUNTY OF HILLSBOROUGH     )

 5

 6          I, CLAUDIA SPANGLER-FRY, Official Court Reporter for

 7   the United States District Court, Middle District, Tampa

 8   Division,

 9          DO HEREBY CERTIFY, that I was authorized to and

10   did, through use of Computer Aided Transcription, report

11   in shorthand the proceedings and evidence in the

12   above-styled cause, as stated in the caption hereto, and

13   that the foregoing pages numbered 1 to 274, inclusive,

14   constitute a true and correct transcription of my

15   shorthand report of said proceedings and evidence.

16          IN WITNESS WHEREOF I have hereunto set my hand

17   in the City of Tampa, County of Hillsborough, State of

18   Florida, this 15th day of June, 2015.

19

20          /s/CLAUDIA SPANGLER-FRY
            _____
21          CLAUDIA SPANGLER-FRY, Official Court Reporter

22

23

24

25
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER