UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:12-cr-45-T-35AEP

SAMI OSMAKAC

---

**RECEIPT FOR GOVERNMENT EXHIBITS AND/OR EXHIBIT SUBSTITUTES**

The undersigned acknowledges receipt of the following described exhibits and/or exhibit substitutes:

2 folders.

Date:

_____
Signature

_____
Student
Relationship to party/counsel