# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:12-cr-45-T-35AEP

SAMI OSMAKAC

---

## RECEIPT FOR DEFENDANT EXHIBITS AND/OR EXHIBIT SUBSTITUTES

The undersigned acknowledges receipt of the following described exhibits and/or exhibit substitutes:

　　1 envelope.

Date:

_____
Signature

_____Student_____
Relationship to party/counsel