Sami Osmakac 55958-018
Federal Correctional Institution
P.O. Box 725
Edgefield South Carolina 29824

AUGUSTA GA 309
07 FEB 2024 PM 2 L

⇦ 55958-018 ⇨
Clerks Office
801 N Florida AVE
Tampa, FL 33602
United States

